# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| United States of America<br>v.<br>Ronald Washington (20)<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. CR 23-160 WMW/TNL |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Ronald Washington,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1 – Racketeer Influenced and Corrupt Organizations (RICO) Conspiracy, 18:1962(d); Count 3 – Conspiracy to Distribute Controlled Substances, 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) and 846.

Date: 04/26/2023
                                                                                  *Issuing officer's signature*

City and state: Minneapolis, MN                         Kate M. Fogarty, Clerk of Court
                                                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                                  *Arresting officer's signature*

                                                                                  *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____