# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>**RANDY TATE**,<br><br>　　　　　　　Defendant. | Criminal No. 0:23-cr-00160-NEB-JFD<br><br>**OBJECTION TO DESIGNATION OF CASE AS COMPLEX** |

　　　Randy Tate, through his attorney, Dane DeKrey, objects to the United States's Motion to Designate Case as Complex Under The Speedy Trial Act, specifically its request to delay the production of discovery for at least 120 days.[1]

　　　Mr. Tate objects to this four-month delay for the same reasons several other defendants have objected:

1) It makes it difficult for him to understand the charges against him;

2) It impedes defense counsel's ability to effectively represent him;

3) It forces him to remain in a county jail long term, which places an undue hardship on him; and

4) It's unrealistic that the United States has not *extensively prepared* for this case, making its claimed need for 120 additional days difficult to take seriously.

---

[1] District Court Docket ("DCD") 128.

1

For these reasons, and those identified by the various other defendants also objecting to this designation,[2] Randy Tate requests that the Court deny the United States's request for a 120-day extension of its discovery obligations under Rule 16.

Dated: <u>May 10, 2023</u>                    Respectfully submitted,

**Dane DeKrey**
MN Bar No. 0397334
Attorney for Randy Tate
Ringstrom DeKrey PLLP
P.O. Box 853
Moorhead, MN  56561-0853
dane@ringstromdekrey.com

---

[2] *See, e.g.*, DCD 242, 243, 251, 253, 257, 258, 259, 261.