

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| 600 United States Courthouse | Telephone: (612) 664-5600 |
| 300 South Fourth Street | Fax: (612) 664-5787 |
| Minneapolis, MN 55415 | |

July 12, 2023

The Honorable John F. Docherty
United States Magistrate Judge
Warren E. Burger United States Courthouse
316 N. Robert St. – Courtroom 6A
St. Paul, MN 55101

      Re:   **_United States v. Brown, et al_**
              Defendant No. 14, Cortez Blakemore
              Criminal No. 23-160 (NEB/JFD)

Dear Judge Docherty:

      Per the Court's order (ECF 356), the United States respectfully submits this supplemental letter in response to Defendant Blakemore's transfer request to MCF Oak Park Heights (ECF 349).

      The United States has no objection to Mr. Blakemore being transferred to Oak Park Heights, and respectfully defers to the Court and United States Marshals Service to make that determination.

                                  Respectfully submitted,

                                  ANDREW M. LUGER
                                  United States Attorney

                                  _/s/ Samantha H. Bates_
                                  BY: SAMANTHA H. BATES
                                  Assistant United States Attorney

cc:    AFD Marcus L. Almon (via CM/ECF)
        Counsel of Record for Cortez Blakemore