| | |
|---|---|
| **Subject** | Ronald, Congratulations, you are accepted to Minneapolis College! |
| **To** | [ ▮▮▮▮▮▮@rocketmail.com>] |
| **From** | Admissions.Office@minneapolis.edu <Admissions.Office@minneapolis.edu> |
| **Date** | Sat, Jun 10, 2023 at 2:56 AM |





**MINNEAPOLIS**
COMMUNITY & TECHNICAL
**COLLEGE™**

Minneapolis College ID Number: ▮▮▮▮

Dear Ronald,

**Congratulations on your acceptance and welcome to Minneapolis College!** On behalf of the faculty and staff at Minneapolis College, we are excited for you and dedicated to helping you achieve academic success and fulfill your educational goals.

To begin your road to academic success, there are a few steps to become officially enrolled as a student at Minneapolis College and to make your entry to college as smooth as possible.

**1) Complete course placement.**

- All students complete course placement in English, Reading, and Math to determine the level of classes you are eligible to take. Information about placement is available here.
- If you don't have a high school grade point average (GPA) in the past 10 years or ACT, SAT, and/or MCA test scores in the past 5 years, a course placement advisor is available to assist you.

**2) Register for Classes**

- After establishing your placement levels, you are ready to register!

**3) Apply for Financial Aid and/or Scholarship opportunities**

- Complete the Free Application for Federal Student Aid (FAFSA). Minneapolis College's School Code is: 002362.
- We are here to help you through the process of applying for and receiving federal and state aid.
- A variety of scholarship opportunities are available to help pay for college costs.

**4) Complete the Student Checklist**

- The Student Checklist has steps to support you in preparing for a successful first semester, including information about technology resources, purchasing books, engaging with campus activities and more!

**Have Additional Questions?**

- Ask questions online at Minneapolis College Ask US!
- Talk with US at 612-659-6000

**Congratulations and welcome to our community. Remember, we're here to get you there!**

*Minneapolis College Admissions Team*



**MINNESOTA STATE** | **Minneapolis Community and Technical College**
A member of Minnesota State

1501 Hennepin Avenue
Minneapolis, MN 55403
612-659-6000 | **minneapolis.edu**

Minneapolis College is an equal opportunity educator and employer. This document is available in alternative formats to individuals with disabilities by calling Accessibility Resource Center at 612-659-6730 or by emailing accessibility@minneapolis.edu.