

### Ronald Washington Employment w/ Kwik Trip
1 message

**Jed An█████████@gmail.com>   Fri, Jun 16, 2023 at 10:06 AM
To: █████████@gmail.com

To whom it may concern:

My name is Jed A█████ and I am the store leader at the Kwik Trip in Dayton, MN where Ronald is employed. Regrettably, I cannot send correspondence from the store email address, so I am sending this via my personal email. Ronald is still employed by Kwik Trip, and will continue being employed full-time by Kwik Trip. Should you need further verification, you may call me at the store at 763.284.7396 or my cell phone at █████████

Sincerely,
Jed A█████
Store Leader
Kwik Trip #1157



DEFENDANT'S EXHIBIT 3