# HENNEPIN COUNTY
## MINNESOTA



DEFENDANT'S EXHIBIT 4

7/18/23

To Whom it May Concern,

Ronald Washington has been on Probation with Hennepin County on ▮▮▮▮▮▮▮▮▮▮ since 7/20/21 and on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. He was only on my caseload for 3 months prior to his arrest on federal charges, however, records indicate he has been compliant since December 2022. At the time of his May 2023 arrest, Mr. Washington was employed full time and had a chemical health assessment scheduled.

Thank you,

*Noragene Lewis* (signature)

Noragene Lewis
Hennepin County Probation
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮@hennepin.us

**Department of Community Corrections and Rehabilitation**
Adult Field Services, A-302 Government Center   612-348-3645, Phone
300 South 6th Street                             612-348-8757, Fax
Minneapolis, MN 55487-0032   www.co.hennepin.mn.us
An Equal Opportunity Employer   Recycled Paper