# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| United States of America | )  | |
|---|---|---|
| v. | ) | Case No. CR 23-160(26) NEB/JFD |
| Gregory Brown | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gregory Brown                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

Indictment     ✓ Superseding Indictment     Information     Superseding Information     Complaint

Probation Violation Petition          Supervised Release Violation Petition          Violation Notice     Order of the Court

This offense is briefly described as follows:          Pretrial Release Violation Petition
Count 1: Racketeer Influenced and Corrupt Organizations (RICO) Conspiracy 18:1962(d)
Count 3: Conspiracy to Distribute Controlled Substances 21: 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) and 846

Date:  11/08/2023

_____
*Issuing officer's signature*

City and state:     Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
_____
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____