# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

MONTEZ EUGENE BROWN, ET AL. ,

          Defendant,

**UNDER SEAL**

Criminal No. 23-cr-160

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X) Ad Prosequendum       ( )Ad Testificandum

Name of Detainee:  GREGORY BROWN

Detained at (custodian):  MCF-LINO LAKES

The government is requesting the **Investigating Agent(s)** to transport detainee.

Detainee is:    a.)    (X) charged in this district by:  Indictment

                  Charging Detainee With:  RICO

    or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    () return to the custody of detaining facility upon termination of this proceeding

    or    b.)    (X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on November 15, 2023 at 1:30 p.m. in the courtroom of The Honorable John F. Docherty,

Dated:  November 13, 2023

*s/Samantha H. Bates*

SAMANTHA H. BATES, AUSA

## WRIT OF HABEAS CORPUS

    (X )Ad Prosequendum          ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

November 13, 2023

Date

*s/John F. Docherty*

UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male | |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1990 | |
| Facility Address: | 7525 Fourth Avenue | Race: | African-American | |
| | Lino Lakes, MN 55014 | FBI #: | | |
| Facility Phone: | 651-717-6100 | | | |
| Currently Incarcerated For: | | | | |

**RETURN OF SERVICE**

**Executed on** _____ **by** _____ _____

                                                 (Signature)

Writ issued 11/13/2023