# UNITED STATES DISTRICT COURT
## District of Minnesota
### NOTICE OF APPEAL

USCA 8 NO _____

United States of America

**Plaintiff**

vs

MONTEZ BROWN

**Defendant**

District Court Docket Number: 23-CR-160 (1) (NEB/JFD)

District Court Judge: Hon. Nancy E. Brasel

Notice is given that MONETZ BROWN appeals to the United States Court of Appeals for the Eighth Circuit from the [✓] Judgment & Commitment  [ ] Order (Specify) entered in this action on April 16, 2024

_(signature)_
Signature of Defendant's Counsel

615 First Ave. ME Suite 425
Street Address/Room Number

Minneapolis    MN    55413
City    State    Zip

Frederick J. Goetz
Typed name of Defendant's Counsel

( 612 ) 874-1552
Telephone Number

April 24, 2024
Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

[✓] Please Prepare a transcript of:
- [ ] Pre-trial proceedings
- [ ] Testimony or
- [ ] Portions thereof _____
- [✓] Sentencing
- [ ] Post Trial Proceedings
- [✓] Other (Specify) Change of Plea

[ ] I am not ordering a transcript because
- [ ] Previously filed
- [ ] Other (Specify) _____

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment [ ] Funds, [✓] CJA Form 24 completed (Pending)

_(signature)_
Attorney's Signature

April 24, 2024
Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: ADDRESS REDACTED.

2. Date of Sentence: April 10, 2024    ☐ Jury    ☑ Non-Jury

   Offenses: Count 1: RICO 18 U.S.C. Sec. 1962 (d) conspiracy; Count 3: 21 U.S.C. Sec.s 841(a)(1), 841 (B)(1)(A) and 846.

   Trial Testimony - Number of days ___    Bail Status: ___

3. Sentence and Date Imposed: 235 Months; counts 1 and 3, to be served concurrently.

4. Appealing:    Sentence ☑    Conviction ☐    Both ☐

   Challenging:    ☑ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: April 24, 2024

   Stenographer in Charge: Renee Rogge
   (Name, Address, Phone) 300 South Fourth Street-Suite 202,

6. Trial Counsel Was:    ☐ Appointed (no fee required)    ☑ Retained (filing fee $255 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☑ Yes    ☐ No

   Affidavit of Financial Status filed: To Be Filed

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☐ Yes    ☑ No

7. Assistant US Attorney Name and Phone Number: Justin Wesley 612-664-5600

## Court Reporter Acknowledgment

| Date Order Received | Estimated Completion Date | Est. Number of Pages |
|---|---|---|
| | | |

Court Reporter Signature    Date

Noticeofappeal (11/01)