UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AUTHORIZING** |
| | ) | **DISCLOSURE OF TAX RETURNS** |
| GREGORY BROWN (26), | ) | **AND RETURN INFORMATION** |
| MARQUES WALKER (27), | ) | |
| AVANTE NIX (34), | ) | |
| | ) | |
| Defendants. | | |

This matter is before the Court upon the motion of the United States for an Order

Authorizing Disclosure of Tax Returns and Return Information (Dkt. No. 991). Based

upon the motion, and all the files, records, and proceedings herein, the Court GRANTS

the motion pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Title 26,

United States Code, Section 6103(i)(4). The disclosures of any such information will

be governed by the protective order in this matter.

IT IS SO ORDERED.

Dated: May 8, 2024

s/ John F. Docherty
JOHN F. DOCHERTY
United States Magistrate Judge