# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 24-1892

_____

United States of America

Plaintiff - Appellee

v.

Montez Brown, also known as Tez Blood, also known as Montez Eugene Brown

Defendant - Appellant

------

Appeal from U.S. District Court for the District of Minnesota
(0:23-cr-00160-NEB-1)

------

**JUDGMENT**

Before SHEPHERD, STRAS, and KOBES, Circuit Judges.

The motion of appellee for dismissal of this appeal is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b). The motion to withdraw as appointed counsel filed by Frederick J. Goetz is granted.

June 05, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Maureen W. Gornik