UNITED STATES
DISTRICT OF MINNESOTA
Criminal No. 23-cr-160 (NEB/JFD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Christopher Lee Washington,

    Defendant.

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CHRISTOPHER WASHINGTON**

    Glenn P. Bruder and the firm of Mitchell, Bruder and Johnson as attorney for Defendant hereby move to: (1) withdraw as counsel for Defendant in this matter pursuant to Local Rule 83.7(c) for good cause shown, and (2) for such other relief as the Court deems reasonably necessary to assure Defendant's rights to adequate representation under the Sixth Amendment of the United States Constitution.

    The basis for this motion is as follows:

    1.    The Defendant, on February 28, 2025, filed a pro-se motion alleging that his attorney had failed to provide him with effective assistance of counsel, raising allegations of "lack of professionalism, breakdown of communication, poor behavior…" by his attorney. The Defendant also alleged that his counsel had "failed to file the correct motion" in his defense and "disregards anything [the Defendant] has to say" (Dkt. 1747, p. 1).

    2.    These allegations reveal substantial and irreconcilable differences between the Defendant and his attorney concerning defense strategy to be employed in this matter.

    3.    The Defendant is currently scheduled for trial on June 9, 2025. The undersigned has and will protect Defendant's interests as required by Minnesota Rules of Professional

Conduct §1.16, including continuing to prepare for trial in this matter. Given the pending trial date, it is requested that a hearing on this motion be scheduled as quickly as possible to provide clarity concerning the Defendant's ongoing representation.

    The undersigned has notified Christopher Washington of this motion by sending a copy to him by U.S. mail.

Dated: March 4, 2025

Respectfully submitted,

MITCHELL, BRUDER & JOHNSON
*/s/ Glenn P. Bruder*
Attorney for Defendant
9531West 78th Street
Suite 210
Eden Prairie, MN 55344
(952) 831-3174