# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEANDRAE POE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 23-cr-160 (28) (NEB/JFD) |
| Date: | March 4, 2025 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Paula Richter |
| Time Commenced: | 4:30 p.m. |
| Time Concluded: | 5:25 p.m. |
| Time in Court: | 55 minutes |

Before Nancy E. Brasel, United States District Judge

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Albania Concepcion, Assistant U.S. Attorney |
| For Defendant: | Doug Olson, CJA Appointed Attorney |

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|:---:|:---:|:---:|:---:|
| 1s | X | 168 months | 4 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately
☒ Count 3s of Second Superseding Indictment is dismissed on motion by the Government.
☒ The sealed and restricted filings at ECF Nos. 1660, 1661, 1715, and 1728, shall remain restricted or sealed for 15 years until 3/4/40.
☒ Defendant is remanded to the custody of the USM.

Date: March 4, 2025

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel