Hi Your honor This is mr. Tony Jelks and am presenting You with my Appeal/Time Reduction paperwork To get This into The right hands, I've sent This same Paperworks march, 2 of This Year and IT has not reached The destination hopefully This reaches You in time so I can move forward with This process.

Also, I was wondering if You could execute my state time so I can begin my federal Time I've completed some programming and am in education so I can better myself mentally, an being That I'm not getting MRRA I would Think That going to federal prison would be best for me so I can get The right programming while I'm There cause I want To utilize my time wisley To get out a better father so my kids won't make The same poor decision I've made.

Please Take This into consideration
Thank You for your Time & patience

mr. Tony Jelks
Old# 263102

RECEIVED
BY MAIL

APR 1 1 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

SCANNED
APR 1 1 2025 CK
U.S. DISTRICT COURT ST. PAUL