UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIES' JOINT** |
| | ) | **PROPOSED** |
| TYREESE GILES (6), | ) | **VERDICT FORM** |
| | ) | |
| JOSIAH TAYLOR (7), | ) | |
| | ) | |
| TREVAUN ROBINSON (10), | ) | |
| | ) | |
| WILLIAM BANKS (19), | ) | |
| | ) | |
| GREGORY BROWN (26), | ) | |
| | ) | |
| MARQUEZ WALKER (27), | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America by and through its attorneys, Lisa D. Kirkpatrick, Acting United States Attorney for the District of Minnesota, and Assistant United States Attorneys Carla Baumel and Thomas Calhoun-Lopez; and David L. Jaffe, Chief of the Violent Crime and Racketeering Section of the Department of Justice, and Trial Attorneys Alyssa Levey-Weinstein and Brian W. Lynch; and the defendants, by and through their counsel, respectfully submits their joint proposed verdict form.

Dated: April 28, 2025     Respectfully Submitted

           LISA D. KIRKPATRICK
           Acting United States Attorney

       BY: */s/ Carla J. Baumel*
           THOMAS CALHOUN-LOPEZ
           CARLA J. BAUMEL

           BRIAN W. LYNCH
           ALYSSA LEVEY-WEINSTEIN

*/s/ Bruce Rivers*
BRUCE RIVERS
Counsel for Tyreese Giles

*/s/ Peter B. Wold*
PETER B. WOLD
Counsel for Josiah Taylor

*/s/ Paul C. Engh*
PAUL C. ENGH
Counsel for Trevaun Robinson

*/s/ Catherine L. Turner*
CATHERINE L. TURNER
Counsel for William Banks

*/s/ Kevin C. Riach*
KEVIN C. RIACH
PAUL C. DWORAK
Counsel for Marques Walker

*/s/ Daniel Adkins*
DANIEL ADKINS
Counsel for Gregory Brown

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **VERDICT FORM—** |
| v. | ) | **TYREESE GILES** |
| | ) | |
| TYREESE GILES (6), | ) | |
| | ) | |
| Defendant. | ) | |

## <u>COUNT ONE</u>
(RICO Conspiracy)

We, the Jury, unanimously find the defendant, Tyreese Giles,

_____ of the crime of Racketeer Influenced and Corrupt
(write GUILTY or NOT GUILTY)

Organizations (RICO) Conspiracy, as charged in Count 1.


***If you find the defendant GUILTY of Count 1, please proceed to question (A) below.***


(A)    We, the Jury, having unanimously found the defendant, Tyreese Giles, guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously find that as part of that offense the defendant, Tyreese Giles, did commit or cause to be committed, or aided and abetted, the commission of the first-degree murder of Darien Berry on September 9, 2021, in violation of Minnesota Code, Sections 609.185(a)(1) and 609.05.   (Check One)

Yes:   _____

No:   _____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **VERDICT FORM—JOSIAH** |
| v. | ) | **TAYLOR** |
| | ) | |
| JOSIAH TAYLOR (7), | ) | |
| | ) | |
| Defendant. | ) | |

## COUNT ONE
(RICO Conspiracy)

We, the Jury, unanimously find the defendant, Josiah Taylor, _____ of the crime of Racketeer Influenced and Corrupt
(write GUILTY or NOT GUILTY)

Organizations (RICO) Conspiracy, as charged in Count 1.

***If you find the defendant GUILTY of Count 1, please proceed to question (A) below.***

(A)     We, the Jury, having unanimously found the defendant, Josiah Taylor,

guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously

find that as part of that offense the defendant, Josiah Taylor, did conspire to

knowingly and intentionally distribute or possess with the intent to distribute at least

400 grams of a mixture or substance containing a detectable amount of any analogue

N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as

fentanyl,.  (Check One)

Yes: \_\_\_\_\_

No: \_\_\_\_\_

***If you answered "No" to question (A), please proceed to question (B) below.***

(B)     We, the Jury, having unanimously found the defendant, Josiah Taylor, guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously find that as part of that offense the defendant, Josiah Taylor, did conspire to knowingly and intentionally distribute or possess with the intent to distribute less than 400 grams but at least 40 grams of a mixture or substance containing a detectable amount of any analogue N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl,.   (Check One)

Yes: \_\_\_\_\_

No: \_\_\_\_\_

***Please proceed to question (C) below.***

(C)     We, the Jury, having unanimously found the defendant, Josiah Taylor, guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously find that as part of that offense the defendant, Josiah Taylor, did commit or cause to be committed, or aided and abetted, the commission of the first-degree murder of

Harvey Williams on September 14, 2021, in violation of Minnesota Code, Sections 609.185(a)(1) and 609.05.  (Check One)

Yes: _____

No: _____

|  | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **VERDICT FORM—JOSIAH TAYLOR** |
| | ) | |
| JOSIAH TAYLOR (7), | ) | |
| | ) | |
| Defendant. | ) | |

## COUNT THREE

(Conspiracy to Distribute Controlled Substances)

We, the Jury, unanimously find the defendant, Josiah Taylor,

_____ of the crime of Conspiracy to Distribute Controlled

(write GUILTY or NOT GUILTY)

Substances, as charged in Count 3.

*If you find the defendant GUILTY of Count 3, please proceed to determine the quantity of any mixture or substance containing a controlled substance that was involved in the conspiracy:*

(A) _____ 400 grams or more of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl

(B) _____ less than 400 grams but more than 40 grams of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl.

(C) _____ less than 40 grams of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **VERDICT FORM—JOSIAH TAYLOR** |
| JOSIAH TAYLOR (7), | ) | |
| Defendant. | ) | |

## <u>COUNT SEVEN</u>
(Possessing a Firearm in Furtherance of Drug Trafficking)

We, the Jury, unanimously find the defendant, Josiah Taylor,

_____ of the crime of Possessing a Firearm in Furtherance of Drug
(write GUILTY or NOT GUILTY)

Trafficking, as charged in Count 7.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **VERDICT FORM—** |
| v. | ) | **TREVAUN ROBINSON** |
| | ) | |
| TREVAUN ROBINSON (10), | ) | |
| | ) | |
| Defendant. | ) | |

## <u>COUNT ONE</u>
(RICO Conspiracy)

We, the Jury, unanimously find the defendant, Trevaun Robinson, _____ of the crime of Racketeer Influenced and Corrupt
(write GUILTY or NOT GUILTY)
Organizations (RICO) Conspiracy, as charged in Count 1.

***If you find the defendant GUILTY of Count 1, please proceed to question (A) below.***

(A)    We, the Jury, having unanimously found the defendant, Trevaun Robinson, guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously find that as part of that offense the defendant, Trevaun Robinson, did conspire to knowingly and intentionally distribute or possess with the intent to distribute at least 400 grams of a mixture or substance containing a detectable amount of any analogue N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl.   (Check One)

Yes: _____

No: _____

***If you answered "No" to question (A), please proceed to question (B) below.***

(B)     We, the Jury, having unanimously found the defendant, Trevaun Robinson, guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously find that as part of that offense the defendant, Trevaun Robinson, did conspire to knowingly and intentionally distribute or possess with the intent to distribute less than 400 grams but at least 40 grams of a mixture or substance containing a detectable amount of any analogue N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl,.   (Check One)

Yes: _____

No: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

UNITED STATES OF AMERICA,

Plaintiff,

v.

TREVAUN ROBINSON (10),

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**VERDICT FORM—
TREVAUN ROBINSON**

## COUNT THREE
(Conspiracy to Distribute Controlled Substances)

We, the Jury, unanimously find the defendant, Trevaun Robinson,

_____ of the crime of Conspiracy to Distribute Controlled
(write GUILTY or NOT GUILTY)

Substances, as charged in Count 3.

*If you find the defendant GUILTY of Count 3, please proceed to determine the quantity of any mixture or substance containing a controlled substance that was involved in the conspiracy:*

(A) _____ 400 grams or more of a mixture or substance containing a

detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide) (a Schedule II controlled substance), commonly known as

fentanyl

(B) _____ less than 400 grams but at least 40 grams of a mixture or

substance containing a detectable amount of (N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance) , commonly known as fentanyl.

(C) _____ less than 40 grams of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance) , commonly known as fentanyl.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

UNITED STATES OF AMERICA,

Plaintiff,

v.

TREVAUN ROBINSON (10),

Defendant.

)
)
)
)
)
)
)
)
)
)
)

**VERDICT FORM—
TREVAUN ROBINSON**

## <u>COUNT SIX</u>
(Possessing a Firearm in Furtherance of Drug Trafficking)

We, the Jury, unanimously find the defendant, Trevaun Robinson,

_____ of the crime of Possessing a Firearm in Furtherance of Drug
 (write GUILTY or NOT GUILTY)

Trafficking, as charged in Count 6.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

UNITED STATES OF AMERICA,      )

            )

      Plaintiff,     )

            )

     v.         )

            )

WILLIAM BANKS (19),       

            )

      Defendant.    )

**VERDICT FORM—
WILLIAM BANKS**

## <u>COUNT ONE</u>
(RICO Conspiracy)

We, the Jury, unanimously find the defendant, William Banks,

_____ of the crime of Racketeer Influenced and Corrupt
(write GUILTY or NOT GUILTY)

Organizations (RICO) Conspiracy, as charged in Count 1.

***If you find the defendant GUILTY of Count 1, please proceed to question
(A) below.***

(A)    We, the Jury, having unanimously found the defendant, William Banks,

guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously

find that as part of that offense the defendant, William Banks, did conspire to

knowingly and intentionally distribute or possess with the intent to distribute at least

400 grams of a mixture or substance containing a detectable amount of any analogue

N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as

fentanyl,.  (Check One)

Yes: _____

No: _____


***If you answered "No" to question (A), please proceed to question (B) below.***

(B)    We, the Jury, having unanimously found the defendant, William Banks, guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously find that as part of that offense the defendant, William Banks, did conspire to knowingly and intentionally distribute or possess with the intent to distribute less than 400 grams but at least 40 grams of a mixture or substance containing a detectable amount of any analogue N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl,.   (Check One)


Yes: _____

No: _____

|  | ) |  |
| --- | --- | --- |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **VERDICT FORM—** |
| v. | ) | **WILLIAM BANKS** |
| | ) | |
| WILLIAM BANKS (19), | ) | |
| | ) | |
| Defendant. | ) | |

## **COUNT THREE**
(Conspiracy to Distribute Controlled Substances)

We, the Jury, unanimously find the defendant, William Banks,

_____ of the crime of Conspiracy to Distribute Controlled
(write GUILTY or NOT GUILTY)

Substances, as charged in Count 3.


***If you find the defendant GUILTY of Count 3, please proceed to determine the quantity of any mixture or substance containing a controlled substance that was involved in the conspiracy:***


(A) _____ 400 grams or more of a mixture or substance containing a

detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide) (a Schedule II controlled substance), commonly known as

fentanyl

(B) _____ less than 400 grams but at least 40 grams of a mixture or

substance containing a detectable amount of (N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance) , commonly known as fentanyl.

(C) _____ less than 40 grams of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance) , commonly known as fentanyl.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY BROWN (26),

Defendant.

)
)
)
)
)
)
)
)
)
)

**VERDICT FORM—
GREGORY BROWN**

## <u>COUNT ONE</u>
(RICO Conspiracy)

We, the Jury, unanimously find the defendant, Gregory Brown,

_____ of the crime of Racketeer Influenced and Corrupt
(write GUILTY or NOT GUILTY)

Organizations (RICO) Conspiracy, as charged in Count 1.


*If you find the defendant GUILTY of Count 1, please proceed to question (A) below.*


(A)    We, the Jury, having unanimously found the defendant, Gregory Brown,

guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously

find that as part of that offense the defendant, Gregory Brown, did conspire to

knowingly and intentionally distribute or possess with the intent to distribute at least

400 grams of a mixture or substance containing a detectable amount of any analogue

N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as

fentanyl,.   (Check One)

Yes: _____

No: _____


***If you answered "No" to question (A), please proceed to question (B) below.***

(B)     We, the Jury, having unanimously found the defendant, Gregory Brown, guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously find that as part of that offense the defendant, Gregory Brown, did conspire to knowingly and intentionally distribute or possess with the intent to distribute less than 400 grams but at least 40 grams of a mixture or substance containing a detectable amount of any analogue N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl,.   (Check One)


Yes: _____

No: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **VERDICT FORM—** |
| v. | ) | **GREGORY BROWN** |
| | ) | |
| GREGORY BROWN (26), | ) | |
| | ) | |
| Defendant. | ) | |

### COUNT THREE
(Conspiracy to Distribute Controlled Substances)

We, the Jury, unanimously find the defendant, Gregory Brown,

_____ of the crime of Conspiracy to Distribute Controlled

(write GUILTY or NOT GUILTY)

Substances, as charged in Count 3.

*If you find the defendant GUILTY of Count 3, please proceed to determine the quantity of any mixture or substance containing a controlled substance that was involved in the conspiracy:*

(A) _____ 400 grams or more of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl

(B) _____ less than 400 grams but at least 40 grams of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl.

(C) _____ less than 40 grams of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **VERDICT FORM—** |
| | ) **MARQUES WALKER** |
| MARQUES WALKER (27), | ) |
| | ) |
| Defendant. | ) |

## <u>COUNT ONE</u>
(RICO Conspiracy)

We, the Jury, unanimously find the defendant, Marques Walker,

_____ of the crime of Racketeer Influenced and Corrupt
(write GUILTY or NOT GUILTY)

Organizations (RICO) Conspiracy, as charged in Count 1.


***If you find the defendant GUILTY of Count 1, please proceed to question (A) below.***


(A)  We, the Jury, having unanimously found the defendant, Marques Walker, guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously find that as part of that offense the defendant, Marques Walker, did conspire to knowingly and intentionally distribute or possess with the intent to distribute at least 400 grams of a mixture or substance containing a detectable amount of any analogue N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl,.   (Check One)

Yes: \_\_\_\_\_

No: \_\_\_\_\_


*If you answered "No" to question (A), please proceed to question (B) below.*


(B)    We, the Jury, having unanimously found the defendant, Marques Walker, guilty of the offense of RICO Conspiracy, as charged in Count 1, further unanimously find that as part of that offense the defendant, Marques Walker, did conspire to knowingly and intentionally distribute or possess with the intent to distribute less than 400 grams but at least 40 grams of a mixture or substance containing a detectable amount of any analogue N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl,.   (Check One)


Yes: \_\_\_\_\_

No: \_\_\_\_\_

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **VERDICT FORM—** |
| v. | ) | **MARQUES WALKER** |
| | ) | |
| MARQUES WALKER (27), | ) | |
| | ) | |
| Defendant. | ) | |

## COUNT THREE
(Conspiracy to Distribute Controlled Substances)

We, the Jury, unanimously find the defendant, Marques Walker,

_____ of the crime of Conspiracy to Distribute Controlled
(write GUILTY or NOT GUILTY)

Substances, as charged in Count 3.


*If you find the defendant GUILTY of Count 3, please proceed to determine the quantity of any mixture or substance containing a controlled substance that was involved in the conspiracy:*


(A) _____ 400 grams or more of a mixture or substance containing a

detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide) (a Schedule II controlled substance), commonly known as

fentanyl

(B) _____ less than 400 grams but at least 40 grams of a mixture or

substance containing a detectable amount of (N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance) , commonly known as fentanyl.

(C) _____ less than 40 grams of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance) , commonly known as fentanyl.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

UNITED STATES OF AMERICA,          )
                                    )
            Plaintiff,              )
                                    )
      v.                            )          **VERDICT FORM—**
                                    )          **MARQUES WALKER**
                                    )
MARQUES WALKER (27),                )
                                    )
            Defendant.              )

## COUNT NINE
(Distributing a Controlled Substance)

We, the Jury, unanimously find the defendant, Marques Walker,

_____ of the crime of Distributing a Controlled Substance, as
 (write GUILTY or NOT GUILTY)

charged in Count 9.

*If you find the defendant GUILTY of Count 9, please proceed to determine the quantity of any mixture or substance containing a controlled substance that was involved in the offense:*

(A) _____ 400 grams or more of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl

(B) _____ less than 400 grams but at least 40 grams of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl.

(C) _____ less than 40 grams of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

UNITED STATES OF AMERICA,   )
            )
    Plaintiff,    )
            )  **VERDICT FORM—**
    v.      )  **MARQUES WALKER**
            )
MARQUES WALKER (27),   )
            )
    Defendant.   )

## <u>COUNT TEN</u>
(Possessing with Intent to Distribute a Controlled Substance)

We, the Jury, unanimously find the defendant, Marques Walker,

_____ of the crime of Distributing a Controlled Substance, as
 (write GUILTY or NOT GUILTY)

charged in Count 10.


***If you find the defendant GUILTY of Count 10, please proceed to determine the quantity of any mixture or substance containing a controlled substance that was involved in the offense:***


(A) \_\_\_\_\_ 400 grams or more of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl

(B) \_\_\_\_\_ less than 400 grams but at least 40 grams of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl.

(C) _____ less than 40 grams of a mixture or substance containing a detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance), commonly known as fentanyl.