UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **GOVERNMENT'S** |
| | ) | **PROPOSED** |
| TYREESE GILES et al., | ) | **VOIR DIRE** |
| | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through its attorneys, Lisa D. Kirkpatrick, Acting United States Attorney for the District of Minnesota, and Thomas Calhoun-Lopez and Carla J. Baumel, Assistant United States Attorneys, and Brian W. Lynch and Alyssa Levey-Weinstein, Trial Attorneys, respectfully submits the attached list of proposed voir dire questions to be presented to the prospective jurors to be examined in this case, under the procedures set forth in Federal Rule of Criminal Procedure 24(a).

Dated: April 28, 2025          Respectfully Submitted

                                        LISA D. KIRKPATRICK
                                        Acting United States Attorney

                              BY:   */s/ Carla J. Baumel*
                                        THOMAS CALHOUN-LOPEZ
                                        CARLA J. BAUMEL

                                        BRIAN W. LYNCH
                                        ALYSSA LEVEY-WEINSTEIN

1

## Basic Background

1.     Please state your name, where you live, and your occupation. Have you had any other occupations during the past 5 years? If so, what are they? If retired, what was your occupation before retiring?

2.     Please provide the same information as to your spouse/partner and children.

3.     If you have children or grandchildren, what are their ages and genders?

4.     Where were you born and raised?

5.     What is your educational background?

6.     What are your favorite hobbies or favorite activities? Do you belong to any organizations, groups, or churches/synagogues/mosques/temples? If so, which ones and what is the extent of your involvement?

7.     Do you take any prescription medications (for any physical or mental health condition(s)) or undergo any medical treatment(s) that would affect your ability to serve as a juror, such as those medications that affect memory, cause drowsiness, etc.?

8.     Do you have any disabilities, mental or physical, to include mental health or psychiatric diagnoses, or other medical condition(s) that would make it difficult for you to serve on a jury?

9. Do you regularly watch any law-related programs (factual or fictional programs, such as CSI or Law & Order)? Which ones? Based on the programs you watch, have you formed an opinion regarding the type of evidence necessary for the government to satisfy its burden of proof? If so, can you put those opinions aside and decide the case based only on the evidence presented in the courtroom during the course of this trial?

### Knowledge of the Case and Case Participants

10. Have you heard of this case before today? Is so, when and how? Have you developed an opinion on the guilt or innocence of the defendants? If selected as a juror in this case, will you be able to set aside what you may have learned through other sources and decide the case based only on the evidence presented during the trial?

11. Are you acquainted with the defendants, Tyreese Giles, Josiah Taylor, Trevaun Robinson, William Banks, Gregory Brown, and Marques Walker, or their lawyers, Bruce Rivers, Peter Wold, Paul Dworak, Paul Engh, Catherine Turner, Daniel Adkins, and Kevin Riach?

12. Are you acquainted with the United States' lawyers, Assistant U.S. Attorneys Tom Calhoun Lopez and Carla Baumel, and Department of Justice Trial Attorneys Brian Lynch and Alyssa Levey-Weinstein, or the case agents, Special Agent Bryan Lervoog of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, Special Agent Matthew Schommer of the Internal

3

Revenue Service – Criminal Investigations, Sergeant David Ligneel of the Minneapolis Police Department, and Erin Voss, Investigator from the Minnesota Department of Corrections?

13. Do you know any of the other prospective jurors?

14. Do you know any of the prospective witnesses? [*Read witness list*]

15. Are you acquainted with the Judge or her court staff?

### Previous Jury Service

16. Have you previously served as a juror on a case? How many cases?

17. Was the prior case(s) a criminal or civil matter? What was the nature of the case(s)? When did you serve? Was the prior case in federal or state court?

18. In the prior case, did you reach a verdict? What was the verdict? Were you the foreperson?

19. Was there anything about your previous jury experience that would lead you to feel that you may have some prejudices either for or against the United States or the defendants in this case? Is there anything about that experience that would affect your approach to this case?

### Previous Contact with the Legal System or Criminal Justice System

20. Have you, your relatives, close friends, or neighbors ever worked in law enforcement, such as a police officer, deputy sheriff, or federal agent?

21. If so, is there anything about your experience or relationship with these individuals that would affect your approach to this case?

22. Do you have any legal training? Have you taken any law-related courses in school? If so, please describe.

23. Do you have any law enforcement training? If so, please describe.

24. Do you have any relatives, close friends, or neighbors who are lawyers, judges, or are employed in another job within the legal profession?

25. Have you ever testified in court? Is there anything about that experience that would affect your approach to this case?

26. Have you, your relatives, close friends, or neighbors had any type of encounter with any law enforcement agency, including as the victim of a crime (reported or unreported) or a witness to a crime? What was the nature of the encounter? Were you satisfied with the manner in which the matter was resolved? Why or why not?

27. Have you, your relatives, close friends, or neighbors ever been accused, investigated, charged with, or convicted of a crime? What was the nature of the crime? Do you believe that law enforcement officials and the court properly handled the matter? Why or why not?

28. Did you or the friend, relative, or neighbor spend time in prison?

29. Some of the witnesses in this trial are likely to be law enforcement officers. Do you have any prejudices either against or in favor of law enforcement officers? If so, what are they?

30. Do you have any strong feelings, positive or negative, regarding the United States Department of Justice or the United States Attorney's Office?

## Case Specific

31. Do you work, live, or regularly frequent neighborhoods in or around Minneapolis? If so, which neighborhoods?

32. Are you familiar with the neighborhood surrounding West Broadway and Lyndale Avenue in Minneapolis? Please describe your level of familiarity and your impression of it.

33. There will likely be defendants and witnesses of different races involved in this case. Do you have any thoughts or views that would make it difficult for you to judge impartially the testimony of a person of any particular race?

34. There have been many protests and movements throughout the country in the past four years relating to subjects such as presidential elections and police accountability and criminal justice reform. Did you or anyone close to you participate in any such protests? If yes, please explain the subject

matter of any such protests, the nature of your reasons for involvement, and where and when the protests occurred.

35. As a juror, you may be asked to view evidence and/or video that involves violence against an individual or that may be otherwise graphic or disturbing. Would the fact that there may be this type of evidence affect your ability to be a fair and impartial juror in this case?

36. Have you, your relatives, close friends, or neighbors ever been a witness to any type of violent crime (such as gun-related)? Was the matter reported to law enforcement?

37. Have you, your relatives, close friends, or neighbors ever been a victim of any violent crime (again, such as gun-related)? Was the matter reported to law enforcement? Do you believe that [you] were treated fairly by the criminal justice system? Is there anything about [your] situation that would affect your approach to this case?

38. Have you, your relatives, close friends, or neighbors ever been accused, investigated, charged with, or convicted of a violent crime? Was the matter reported to law enforcement? Do you believe that [you] were treated fairly by the criminal justice system? Is there anything about [your] situation that would affect your approach to this case?

39. Have you read, heard, or watched any news accounts regarding the 2021 murders of Prince Martin, Darryl Wells, Darien Berry, and/or Harvey Williams?

## Following Instructions and Service as a Juror

40. If selected as a juror in this case, will you apply the law as given by the Court, regardless of whether you agree or disagree with it?

41. Do you generally approve or disapprove of the operation of the criminal justice system in the United States?

42. Do you believe that there are certain crimes – for example – marijuana or other narcotic crimes that should be legalized? If so, please explain your answer.

43. Do you disagree with the federal government's involvement in prosecuting crimes, including crimes involving gangs, murders, firearms, or drugs?

44. Do you have any moral, religious, or personal beliefs which would make it difficult for you to be a fair and neutral juror in this case?

45. Do you have any difficulties understanding or communicating in the English language?

46. Do you have any mental or physical conditions which would make it difficult for you sit as a juror? Do you have a problem with your hearing, your eyesight, with having to sit for most of the day, or any disability which would

in any manner prevent you from either hearing, seeing, or concentrating on the evidence presented at trial?

47.    Based upon the discussions you have heard during voir dire, is there any reason why you feel you cannot be a fair and impartial juror in this case?