UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| United States of America, | ) | File No. 23-cr-160 (NEB/JFD) |
| Plaintiff, | ) | |
| v. | ) | |
| Tyreese Giles(6), Josiah Taylor(7), Trevaun Robinson(10), William Banks(19), Gregory Brown(26), | ) | Courtroom 13W Minneapolis, Minnesota Monday, May 12, 2025 9:35 a.m. a.m. |
| Defendants. | ) | |

---

BEFORE THE HONORABLE NANCY E. BRASEL
UNITED STATES DISTRICT COURT DISTRICT JUDGE

**VOLUME VII - JURY TRIAL PROCEEDINGS**
**EXCERPT OF JOVAN KNIGHT TESTIMONY**

Court Reporter: RENEE A. ROGGE, RMR-CRR
United States District Courthouse
300 South Fourth Street, Box 1005
Minneapolis, Minnesota 55415

* * *

Proceedings recorded by mechanical stenography; Transcript produced by computer.

* * *

APPEARANCES:

For the Plaintiff:
UNITED STATES ATTORNEY'S OFFICE
BY: THOMAS CALHOUN-LOPEZ
CARLA BAUMEL
300 South Fourth Street, #600
Minneapolis, Minnesota 55415

DEPARTMENT OF JUSTICE
ORGANIZED CRIME AND GANG SECTION
BY: BRIAN W. LYNCH
ALYSSA LEVEY-WEINSTEIN
1301 New York Avenue NW, #700
Washington, D.C. 20530

For the Defendant Tyreese Giles(6):
RIVERS LAW FIRM, P.A.
BY: BRUCE RIVERS
701 Fourth Avenue South, #300
Minneapolis, Minnesota 55415

For the Defendant Josiah Taylor(7):
WOLD LAW
BY: PETER B. WOLD
JOHN FEE
331 Second Avenue South, #705
Minneapolis, Minnesota 55401

For the Defendant Trevaun Robinson(10):
PAUL ENGH, ATTORNEY AT LAW
BY: PAUL C. ENGH
150 South Fifth Street, #2860
Minneapolis, Minnesota 55402

For the Defendant William Banks(19):
CATHERINE TURNER, ATTORNEY AT LAW
BY: CATHERINE L. TURNER
331 Second Avenue South, #705
Minneapolis, Minnesota 55401

For the Defendant Gregory Brown(26):
NORTH STAR LAW GROUP PLLC
BY: DANIEL S. ADKINS
1295 Bandana Boulevard North, #335
St. Paul, Minnesota 55108

* * *

# I N D E X


| | PAGE |
|---|---|
| **JOVAN KNIGHT** | |
| Direct Examination by Mr. Lynch | 4 |
| Cross-Examination by Mr. Wold | 126 |
| Cross-Examination by Mr. Engh | 176 |
| Cross-Examination by Mr. Rivers | 194 |
| Cross-Examination by Mr. Adkins | 202 |
| Cross-Examination by Ms. Turner | 212 |
| Redirect Examination by Mr. Lynch | 213 |
| Recross-Examination by Mr. Wold | 226 |
| Recross-Examination by Mr. Engh | 227 |

| EXHIBITS: | REC'D |
|---|---|
| N1 | 72 |
| A37 | 93 |
| A39 | 89 |
| A40 | 88 |
| A4a | 112 |
| A90 | 16 |
| B1a | 6 |
| B1b | 7 |
| C12 | 113 |
| C8a | 116 |
| DD3 | 155 |
| N1a | 72 |
| A119 | 122 |


* * *

**9:35 a.m.**

**IN OPEN COURT**

**(JURY NOT PRESENT)**

THE COURT: Good morning. You may be seated.

And the government may call its next witness who is already on the stand.

MR. LYNCH: The government calls Jovan Knight.

THE COURT: Mr. Knight, could you please state and spell both your first and last name for the record.

THE WITNESS: Jovan Knight. J-O-V-A-N. K-N-I-G-H-T.

THE COURT: All right. Thank you. And I'm going to remind you when you testify to go slowly first I got to swear you in.

JOVAN KNIGHT,

called on behalf of the government, was duly sworn, was examined and testified as follows:

THE WITNESS: Yeah.

THE COURT: Thank you. You may be seated.

Now you my inquire.

DIRECT EXAMINATION

BY MR. LYNCH:

Q. Good morning.

A. Good morning.

Q. How old are you currently?

A. I'm 22.
Q. And are you currently incarcerated?
A. Yeah.
Q. How long have you been incarcerated?
A. Three years.
Q. And is it true that you're charged with RICO conspiracy in federal district court?
A. Yes.
Q. And as of today, Mr. Knight, have you pled guilty to RICO conspiracy in this case?
A. Yes.
MR. LYNCH: Your Honor, permission to show Mr. Knight Exhibit B1a.
THE COURT: You may do so.
BY MR. LYNCH:
Q. Mr. Knight, I'm showing you Exhibit B1a. Are you familiar with what you see here?
A. Yeah.
Q. And what is it?
A. My plea agreement.
Q. And is this a fair and accurate depiction of your plea agreement?
A. Yeah.
MR. LYNCH: The government moves to admit Exhibit B1a.

THE COURT: Any objection?

Exhibit B1a is admitted.

BY MR. LYNCH:

Q. All right. Mr. Knight, pulling up the top of Exhibit B1a, can you tell me what you see there?

A. It's a, that's my name and my nicknames and United States of America and with the plea agreement.

Q. So your nicknames are JoJo and 23?

A. Yeah.

Q. And here on the bottom, I'm expanding this portion. Can you tell me what you see?

A. It's the guilty plea.

Q. And you pled guilty to RICO conspiracy?

A. Yeah.

Q. And we're going to go to the last page. And can you tell me what you see here?

A. That's me and my lawyer's signatures.

Q. All right. And the date is November 13th of 2024?

A. Yes.

Q. And is that the date you pled guilty to RICO conspiracy?

A. Yes.

MR. LYNCH: Your Honor, permission to show Mr. Knight Exhibit B1b.

THE COURT: You may do so.

BY MR. LYNCH:
Q. Mr. Knight, I'm showing you Exhibit B1b. Are you familiar with what you see here?
A. Yeah.
Q. And is that your cooperation agreement you entered into with the government?
A. Yes.
Q. And is Exhibit B1b a fair and accurate depiction of your cooperation agreement you entered with the government?
A. Yeah.
MR. LYNCH: The government moves to admit Exhibit B1b.
THE COURT: Any objection?
MR. WOLD: No objection.
THE COURT: B1b is admitted.
MR. LYNCH: I'm going to pull up the middle section here.
BY MR. LYNCH:
Q. And can you read that first sentence, Mr. Knight?
A. "If Mr. Knight cooperates fully and truthfully and thereby renders substantial assistance to the government, the government may, at the time of sentencing, move for a downward departure."
Q. And so under this cooperation agreement, what are you required to provide?

A. The truth.
Q. And what are you hoping to get out of this cooperation agreement?
A. Not life.
Q. Okay. So a lower sentence?
A. Yeah.
Q. And is that why you are testifying today?
A. Yeah.
Q. And who's going to be the person who ultimately decides what your sentence is going to be?
A. The judge.
Q. And who is your judge in this case?
A. Judge Brasel.
Q. Okay. Jovan, can you tell me a little about yourself. Where did you grow up?
A. I was born in Chicago and then came up here in 2007 with my mom and my brothers. Been on the north side since.
Q. Okay. So you've been on the north side of Minneapolis since you were a little kid?
A. Yeah.
Q. Okay. And did you go to school?
A. Yeah.
Q. How far did you get in school?
A. Shit, I stop going to school probably in the ninth grade.

Q. And so you moved up here with your mom. Do you have any siblings?
A. Yeah, I got three brothers.
Q. Okay. And where are your brothers now?
A. One of them in the feds, the other one in the wheelchair, the other one my momma.
Q. Okay. And you said one's in the feds. Is that federal prison?
A. Yeah.
Q. And since you've been incarcerated have you done any schooling or gotten a GED?
A. Yeah, I got my GED.
Q. All right. Mr. Knight, are you, can you explain what a clique is?
A. Clique is like, it's a group of people. It's not a gang. A clique is different from a gang because in a clique it can be different gangs all in one.
Q. Okay. And when you were out, were you in a clique?
A. Yeah.
Q. What clique?
A. FreeShotz.
Q. And FreeShotz, are they part of a larger gang?
A. Yeah, the Highs.
Q. And what is the Highs?
A. The Highs is a, basically so you got a big circle of

Highs. You got little circle, which is the cliques.
Q. Okay. And what are some of the different cliques of the Highs?
A. Shit. EMB, Sayless, FreeShotz, YNT.
Q. And how do you know there are other cliques?
A. Because I be around them.
Q. And where -- and we'll get into this, but where were you usually around other members of the cliques of the Highs?
A. On Broadway.
Q. And do members from these different cliques associate together?
A. Yeah.
Q. And you said you're around members of other cliques of the Highs on Broadway. What's Broadway?
A. It's a strip. It's a strip full of businesses.
Q. Okay. And what area is it in?
A. What you mean what area is in?
Q. What city is it in?
A. Minneapolis, north side.
Q. And when you were out from about 2020 until 2022, how much would you go up to Broadway?
A. Shit, every day.
Q. And when did you start going up to Broadway every day?
A. 2018.
Q. And when you went up there, were you a FreeShotz member?

A. Yeah.
Q. And would you see other FreeShotz members on Broadway?
A. Yeah.
Q. Would you see members of other cliques of the Highs when you were on Broadway?
A. Yeah.
Q. And what were you and other members of the cliques of the Highs doing on Broadway when you would go up there?
A. Shit, selling drugs or just cooling up there, like post it.
Q. And by "cooling" do you mean just chilling out?
A. Yeah.
Q. And have you ever committed crimes with other Highs members?
A. Yeah.
Q. And you testified you're a FreeShotz member of the Highs. Have you ever committed a crime with a Highs member from a different clique than FreeShotz?
A. Yeah.
Q. Have you ever committed a crime with a YNT member?
A. Yeah.
Q. Have you ever committed a crime with an EMB member?
A. Yeah.
Q. Have you ever committed a crime with a Sayless member of the Highs?

A. Yep.
Q. What kind of crimes have you committed with members of different cliques of the Highs?
A. Shit, shootings and, shit, drugs, shit like that.
Q. You sold drugs with members from other cliques of the Highs?
A. Yes.
Q. And where would you sell drugs with other members of cliques of the Highs?
A. On Broadway.
Q. And where would you get drugs when you would sell on Broadway?
A. Shit, either from other, other Highs members or one individual plug.
Q. Okay. And would you ever get drugs from Highs members from other cliques than FreeShotz?
A. Yeah.
Q. And if you had drugs, did you ever sell drugs to other Highs members?
A. Yeah.
Q. Okay. And when you were up on Broadway, did you ever observe Highs members from numerous cliques selling drugs together?
A. Yep.
Q. And you mentioned shootings. Would you tell other Highs

members on Broadway about shootings that you were involved with?
A. Yeah.
Q. And would other Highs members tell you about shootings that they were involved in?
A. Yeah.
Q. And did you ever commit a shooting with a Highs member from a different clique?
A. Yeah.
Q. Are you personally aware of Highs members from numerous cliques committing shootings together?
A. Yeah.
Q. Do the Highs have a rival gang?
A. Yeah, the Lows.
Q. And how do you know about the Highs' rival gang?
A. Because I'm in it.
Q. And do you know what city the Lows mainly operate in?
A. The north side.
Q. Okay. And before you said you know about the rivalry with the Lows because you are in it. What do you mean by that?
A. That means I'm into it with them too.
Q. Okay. And do you know if the Lows have different hangouts?
A. Yeah.

Q. Do they have territory?
A. Yeah.
Q. And can you explain why the Highs are referred to the Highs and the Lows are referred to as the Lows?
A. The Highs is basically because we on the higher end on the north and the Lows down at the lower end. So we north, they south.
Q. And you testified that Highs members hang out on Broadway. Is that West Broadway Avenue?
A. Yeah.
Q. And is that what separates the Highs and the Lows?
A. Yep.
Q. And did you learn details about Lows members from other Highs members?
A. Yeah.
Q. Are you on social media?
A. Yeah.
Q. Do you have Facebook?
A. Yep.
Q. And from Facebook have you learned additional details about the Lows?
A. Yeah.
Q. And can you explain that how you do that?
A. So basically like funerals, for one, somebody from the Lows get killed, they going to all post pictures at the

funerals. So basically, you know, I screenshot it or if they tag somebody, and nine times out of ten they're the Lows because they at their funeral.
Q. Okay. And when a Highs member dies, do Highs members tag different Highs members on Facebook?
A. Yeah.
Q. And you mentioned that the Highs consist of numerous cliques that hang out on Broadway. Are the Lows set up in a similar manner?
A. Yes.
Q. Do the Lows have cliques?
A. Yeah.
Q. And what are the cliques of the Lows?
A. Shit, SUB, Scarface, 1-9, BTG.
Q. So you said SUB?
A. Scarface.
Q. Okay.
A. 1-9, BTG.
Q. And when you are referring to your rival gang, do you refer to them as the Lows or by the specific clique?
A. No. The Lows.
Q. And is that how Lows members refer to Highs members?
A. Yeah.
MR. LYNCH: Permission to show Mr. Knight Exhibit A90.

THE COURT: You may do so.

BY MR. LYNCH:

Q. Mr. Knight, I'm scrolling through Exhibit A90. There's multiple Facebook photos from your account and then different photographs of locations in Highs and Lows territory?

Have you ever seen the items in Exhibit A90?

A. Yeah.

Q. And are they fair and accurate depictions of your social media posts and also the Highs and Lows territory?

A. Yeah.

MR. LYNCH: The government moves to admit Exhibit A90.

THE COURT: Any objection?

MR. WOLD: No objection.

THE COURT: A90 is admitted.

BY MR. LYNCH:

Q. Mr. Knight, I'm showing you page 16 of Exhibit A90. Can you tell me what you see there?

A. That's the Highs and the Lows. That's the territories.

Q. And I'm going to expand this bottom edge here. So the line between the Highs and the Lows, is that West Broadway Avenue?

A. Yeah.

Q. And, Mr. Knight, are there initiation procedures for

becoming a Highs member?
A. No.
Q. How do you become a member then?
A. Either you grow up with them or you know them.
Q. Either grew up with them or you knew them?
A. Yeah.
Q. And have you heard of the phrase "putting in work"?
A. Yeah.
Q. What's that mean?
A. That means, shit, putting in work, sliding. They could mean anything from shooting to selling drugs.
Q. Okay. You said "sliding." Can you explain what that means?
A. Sliding is basically going out and committing shootings.
Q. And if you are sliding, where are you going out and committing shootings?
A. The Lows.
Q. And what do you mean specifically by "the Lows"?
A. Shit, their hangouts.
Q. And are their hangouts in their territory?
A. Yeah.
Q. And you said selling drugs. That's another way to put in work?
A. Yeah.
Q. Can you explain that?

A. Shit, if you sell drugs, you got the profits. You can buy drugs whatever for your clique basically, you know. It's not for the Highs but for your clique.
Q. Okay. And did you ever buy guns for your clique?
A. Shit, I bought guns for me.
Q. Did you ever share guns with anyone?
A. Yeah.
Q. Did you share guns with FreeShotz members?
A. Yeah.
Q. Did you share guns with YNT members?
A. Yeah.
Q. All right. And did you put in work with the Highs?
A. Yeah.
Q. How so?
A. Committing numerous shootings.
Q. And where would you commit the shootings?
A. In Lows.
Q. Okay. And did you sell drugs ever?
A. Yeah.
Q. Were you known more for selling drugs or for shooting?
A. Shooting.
Q. And did putting in work benefit you with the Highs?
A. Yeah.
Q. And how so?
A. Respect level went up.

Q. And can you explain that?
A. So basically it's your reputation, and your reputation go up. Everybody like all, if you the shooter, you know.
Q. What was your reputation when you were out?
A. I was a shooter.
Q. And did individuals in the Highs respect you for that?
A. Yeah.
Q. And how would having the respect of members of the Highs benefit you?
A. Shit, basically I can get my hands on anything I want.
Q. What do you mean by that?
A. So say if I want to sell drugs, shit, I go get them, if I want.
Q. Can you explain that?
A. So basically like our respect level go up, so say if you got somebody from YNT got drugs, cool, I can go up to them and get some, you know.
Q. And have you ever done that before?
A. Yeah.
Q. And are there any people who are shooters and sell drugs?
A. Yeah.
Q. Okay. And you testified that you are a shooter and you also sold drugs. Are there other people like you in the Highs?

A. Yeah.
Q. Do the Highs have any type of official rank structure?
A. Nah.
Q. Are there Highs members with different roles in the gang?
A. Yeah.
Q. Can you explain that?
A. So basically you got guys that get money or you got shooters. Shit, you got rappers, whatever.
Q. Okay.
A. And you just got, or you got people who just be around.
Q. Are there some people who are only drug traffickers in the Highs?
A. Yeah.
Q. Are there some people who are drug traffickers, rappers and shooters?
A. Yeah.
Q. Okay. And are you familiar with the term "all star"?
A. Yeah.
Q. What's?
A. All star, basically you do everything. Shoot, get money. You get money and you shoot when necessary.
Q. And is someone's role, is that classified based on reputation?
A. Yeah.

Q. And how do you build that reputation?
A. By putting in work.
Q. When you were out, who were the more respected members of the Highs?
A. Shit, Tez, Killa, Lil' G.
Q. You said Tez, Killa and Lil' G?
A. Yeah.
Q. And do you know Lil' G?
A. Yeah.
Q. Do you see him here in court?
A. Yeah.
Q. Can you please point to him and describe what he's wearing?
A. He got that blue suit on with the buffs.

MR. LYNCH: Your Honor, the witness identified the defendant Gregory Brown.

THE COURT: Yes. I don't understand what you said. With the what?

THE WITNESS: Glasses. That's what they call them.

THE COURT: Thank you.

The record will so reflect.

BY MR. LYNCH:
Q. And so you testified your reputation was as a shooter in the Highs. Did you ever work as security for a more

respected member of the Highs?
A. Yeah.
Q. Can you explain that?
A. So basically, shit, say if they was going to go somewhere like somewhere public, and you know they ain't got their gun, shit, they call me. I pull up, or if they was in a jam, you know, like somebody said they see them or something, they call me and I pull up.
Q. And specifically who were the respected members of the Highs that you did this for?
A. Shit, Tez, Shake.
Q. And who is shake?
A. Shakedown.
Q. Shakedown?
A. Yeah.
Q. And do you know his real name?
A. Ernest something.
Q. Okay. And is that normal when you are out to not know someone's government name?
A. Yeah.
Q. Do you know most people by their nicknames?
A. Yeah.
Q. I'm going to show you exhibit -- what's been admitted as Exhibit A59.
Are you familiar with who you see here?

A. Yeah.
Q. Who is that?
A. That's Tez Blood.
Q. And is he one of the individuals you served as security for?
A. Yeah.
Q. And what was Tez Blood's reputation in the Highs?
A. Shit, he basically all star, get money in and shoot.
Q. And what clique of the Highs was he from?
A. YNT.
Q. Okay. And he had you serve as security for him?
A. Yeah.
Q. And how did Tez Blood get money in the Highs?
A. He sell drugs.
Q. What kind of drugs did he sell?
A. Shit, blues.
Q. What's a blue?
A. Fentanyl.
Q. Okay. And have you ever seen a blue?
A. Yeah.
Q. Can you describe what it looks like?
A. Shit, it's a small blue pill with an M-Box on it or a 30.
Q. Okay. And was it normal to see those type of pills up on Broadway?

A. Yeah.
Q. All right. You said that Exhibit A59 is Tez Blood. Do you know his real name?
A. Montez Brown.
Q. And did you ever get blues or fentanyl pills from Montez Brown?
A. Yeah.
Q. Can you explain is that?
A. Shit, used to just give them to me.
Q. Okay. And how many would he give you?
A. Shit, a thousand at a time.
Q. And why would he just give you pills for free?
A. Shit, to the universe. I don't know if he wanted like I cool, if I ever get in a jam, I could pull up on him, you know. He can call me. I would be the one that would come.
Q. All right. I'm going to show you what's been admitted as Exhibit A93.
And we're going to go to page 4. Are you familiar with this individual?
A. Yeah.
Q. And who is that?
A. That's Damone.
Q. And would he hang out at Broadway?
A. Yeah.
Q. And did you know him well?

A. Yeah.
Q. And what did he do when he was up at Broadway?
A. Shit, he sold drugs.
Q. What kind of drugs did he sell?
A. Blues.
Q. Okay. So fentanyl pills?
A. Yeah.
Q. And did you ever hang out with Damone?
A. Yeah.
Q. And do you know what happened to Damone?
A. He got killed.
Q. Do you know who killed him?
A. The Lows.
Q. Okay. And when was that about?
A. Shit, I want to say this was in 20 -- 2023.
Q. Okay.
A. Or '22. No. It was in '22. Damone died in '22, I think.
Q. And you said he sold pills. What was Damone's reputation on Broadway?
A. Just getting money.
Q. Getting money selling pills?
A. Yeah.
Q. And can you get kicked out of the Highs?
A. Yeah.

Q. Can you explain?
A. Doing what I'm doing now.
Q. Okay. You mean testifying?
A. Yeah.
Q. And are you nervous about testifying?
A. I was, but, shit, now I'm not. Sorry I'm not.
Q. And so cooperation with law enforcement, how's that viewed in the Highs?
A. That's the ultimate, that's like the ultimate betrayal.
Q. Okay. And what can to someone in the Highs if they current with law enforcement?
A. Shit, anything from getting beat up, then they can die for it.
Q. I'm going to show you what's been admitted as Exhibit A1, and I'm going to expand this area.
Can you tell me what you see here?
A. There you got Walgreens, Cub, Merwin's, and then you got The Murder.
Q. Okay. And is this the area you referred to as Broadway?
A. Yeah.
Q. And you testified about taking part in shootings in Lows territory. Who were you targeting when you would go to Lows territory?
A. The Lows.
Q. And how did you know where Lows hangouts were?

A. I mean, shit, it's always, always been the hangout, sometimes social media. So you find social media or, shit, the other guys tell us where they be at.

Q. What do you mean the other guys would tell you where they be at?

A. Shit, like the older guys, you know, other cliques they tell us, oh, they be right here.

Q. So older guys in the Highs you mean?

A. Yeah.

Q. And by "other cliques," what do you mean?

A. Shit, like YNT or EMB be like all, you all no fool be area.

Q. So you were a FreeShotz. What's the average age of someone in FreeShotz?

A. Shit, I'm the youngest.

Q. Okay. And what about YNT and EMB? Are they older or younger than FreeShotz?

A. They old.

Q. Okay. I'm going to show you what's been admitted as Exhibit A90. We're going to go to page 3 or let's start with page 2?

Can you tell me what you see there?

A. That's Wally's.

Q. And what's Wally's?

A. A Lows hangout.

Q. And is that in Lows territory?
A. Yeah.
Q. And have you ever been there?
A. Yeah.
Q. And what did you do when you were there?
A. I shot it up.
Q. Okay. And were you shooting at specific people?
A. Yeah.
Q. And who were you shooting at?
A. The Lows.
Q. And why did you do that?
A. Basically, shit, cuz I wanted to.
Q. Do you know other Highs members who have carried out shootings at Wally's?
A. Yeah.
Q. And I'm going to show you page 3. Are you familiar with what you see there?
A. That's Pennwood.
Q. Okay. And where's Pennwood?
A. In Lows.
Q. Is that a Lows hangout?
A. Yeah.
Q. And have you ever committed a shooting there?
A. Yep.
Q. Do you know other Highs members who have committed

shootings there?
A. Yeah.
Q. And are there Highs members from numerous cliques that have committed shootings there?
A. Yep.
Q. All right. I'm going to show you page 4. Can you tell me what you see there?
A. That's The Murder.
Q. The Murder? And what's the real name of The Murder?
A. The Winner Gas Station.
Q. And why do you call it The Murder?
A. That's just what it's being called since I can remember.
Q. Okay. And page 5. Can you tell me what you see there?
A. That's me in front of The Murder flashing money.
Q. And why are you flashing money like that?
A. Shit, promoting the block. I'm just, you know, saying that we get money like that.
Q. All right. And it looks like from the top, I'm going to pull this up. This is from, it looks to be an Instagram account bodygang23?
A. Yeah.
Q. Whose account is that?
A. That's mine.
Q. And what does Bodygang mean?
A. Bodygang is just the same thing as FreeShotz.

Q. And then there's a 23 at the end. What's that mean?
A. That's my name.
Q. That's your nickname?
A. Yeah.
Q. All right. And you said promoting the block by posting money like this. What do you mean by that?
A. Basically just letting everybody know that we get money like that.
Q. Okay. You said, "That we get money." Who is getting money?
A. The Highs.
Q. Okay. And did you post this publicly on Facebook?
A. Yeah.
Q. And you're trying to let people know that the Highs are making money?
A. Yep.
Q. All right. Page 6. Can you tell me what you see there?
A. That's Merwin's.
Q. Merwin's, and did you ever hang out there?
A. Yeah.
Q. And what would you do there?
A. Shit, anything to post up to selling drugs.
Q. And would you see other Highs members when you were up there?
A. Yeah.

Q. Were there members of the Highs from different cliques up there?
A. Yep.
Q. We're going to go to page 9. Can you tell me what you see there?
A. Wendy's.
Q. And have you ever been up there?
A. Yeah.
Q. And have you ever eaten there?
A. Yeah.
Q. And did you ever just hang out there?
A. Yeah.
Q. And what would you do when you hung out there?
A. Shit, post up, sell drugs.
Q. What's it mean to post up?
A. Just hang out there.
Q. And did you ever see other Highs members up there?
A. Yeah.
Q. Did you ever see Highs members up there from other cliques?
A. Yeah.
Q. And page 10, I'm going to expand this. Can you tell me what we see here?
A. That's the 4th.
Q. The 4th. Is that the 4th Street Saloon?

A. Yeah.
Q. And is that near Broadway and Lyndale?
A. Yeah.
Q. And did you ever hang out there?
A. Yeah.
Q. Was this a pretty common hangout for Highs members?
A. Yeah.
Q. And would you see Highs members from other cliques up there?
A. Yeah.
Q. And out of the businesses we just went through, what would you say the main hangout for the Highs members or the Highs was?
A. Merwin's and The Murder.
Q. So Merwin's and the Winner Gas Station?
A. Yeah.
Q. In 2022, how often would you go to Broadway and Lyndale?
A. Shit, every day.
Q. And did you start going there every day in 2018?
A. Yeah.
Q. And you testified you sold drugs in the Broadway area. How often would you sell drugs up there?
A. Shit, not a lot. But, shit, here and there.
Q. Were there some people who would sell there every day?
A. Yeah.

Q. But you said you were known more as a shooter than a drug dealer?
A. Yeah.
Q. And in 2022, before you got locked up, what type of drug was predominantly being sold on Broadway?
A. Fentanyl.
Q. And fentanyl, are you talking about the blue pills?
A. Yeah, blues.
Q. And are there nicknames for the blues other than blues?
A. Shit, 30s.
Q. And do you know why they are called 30s?
A. Because it's a fake, it's a pressed pill. M-Box 30s, they stopped making those.
Q. I'm going to show you page 9 of what's been admitted as Exhibit A91. Can you tell me what you see there?
A. A lot of blues.
Q. Okay. Can anyone who wants to sell drugs at the Winner Gas Station and other Highs hangouts?
A. No.
Q. Can you explain that?
A. You just can't be. You can't just randomly go say I go up to The Murder and sell drugs. They're going to rob you, or they're going to tell you to get the fuck out.
Q. Who is "they"?
A. The Highs, us.

Q. And in 2022 did Highs members sell anything other than fentanyl?
A. Shit, weed.
Q. And when you started going to Broadway on a daily basis in 2018, what predominantly was being sold by Highs members on Broadway?
A. Weed.
Q. Okay. And when did it change that fentanyl began to be the main thing that was sold?
A. About 2020.
Q. When you were on Broadway, would you carry guns?
A. Yeah.
Q. How often would you have a gun on Broadway?
A. All the time.
Q. And did other Highs members have guns on Broadway?
A. Yeah.
Q. And were there more guns on Broadway in 2018 when you first started going there or 2022 before you got locked up?
A. 2022.
Q. And do you know why that is?
A. Because the pills.
Q. Can you explain what you mean by that?
A. So basically if you want to get money in 2018, you get money in 2022 because the pills was, took over everything. Nobody want no weed. Shit, everybody want the blues.

Q. And were the Highs making more money selling fentanyl pills than marijuana?
A. Yeah.
Q. And so why would there be more guns because the Highs were making more money?
A. Because you have the funds to buy more guns.
Q. And do you think the Highs having more guns in 2021/2022 contributed to the violence with the Lows?
A. Yeah.
Q. How so?
A. Because now there ain't no, you ain't got to wait for a gun. Mostly everybody got their own guns, so it just turned the city up.
Q. And would the Lows respond after there was a shooting --
A. Yes.
Q. -- in Lows territory?
A. Yes.
Q. And how would you characterize what was happening between the Lows and the Highs?
A. It was a war.
Q. What would happen if a Lows member went up to the Winner Gas Station?
A. He get shot.
Q. If you saw a Lows member when you were out, what you would do at the Winner Gas Station?

A. I'm going shoot him.
Q. And is there a reason that you would almost always possess a firearm when you were on Broadway?
A. Yeah.
Q. Why?
A. Because it's a known hangout for us, and, shit, just like we go shoot, we go shoot the Lows' hangout, they come shoot our shit up.
Q. And if you were up on Broadway without a gun, would you feel safe?
A. No.
Q. And you testified that Highs members would also have guns on Broadway. How would you know that?
A. Shit, we tell each other.
Q. Would you guys show each other your guns?
A. Yeah.
Q. And you testified that there was drug dealing on Broadway. Were guns used for protection?
A. Yeah.
Q. Can you explain that?
A. Shit, if a mother tried to rob one of the guys, you know, try to rob or run off.
Q. Okay. And one of the guys, what do you mean by that?
A. Shit, anybody from the Highs, if you mother try to rob you when you up there, we're going to. Of course somebody

else going to come to your aid because we all hanging out there.
Q. Would that be a tough place to try to rob a drug dealer on Broadway?
A. If you know what you doing, no.
Q. Okay. And did you ever borrow a gun from a Highs member?
A. Yeah.
Q. Did you ever lend a firearm to a Highs member?
A. Yeah.
Q. And why would you borrow a pun?
A. Shit, if I ain't come outside with mine so I ain't have one.
THE COURT: I'm sorry?
THE WITNESS: If I don't come outside with mine so I ain't have one.
BY MR. LYNCH:
Q. And was it normal to share firearms with the Highs?
A. Yeah.
Q. And you testified you had Facebook. Did other Highs members have Facebook?
A. Yeah.
Q. And would you interact with those Highs members on Facebook?
A. Yeah.

Q. Can you explain that?
A. Shit, I mean was, we send each other text message, like picture, share pictures.
Q. And you talked about promoting the block in that picture when you were in front of the Winner Gas with cash.
A. Yeah.
Q. Would you promote the Highs on social media?
A. Yeah.
Q. Can you explain how?
A. Basically, shit, send long live the guys or freak one of the guys.
Q. And your Facebook account, so you testified your Instagram account was public. Was your Facebook account also public?
A. Yeah.
Q. And you testified before about identifying Lows members on social media. Did you ever interact with Lows members on social media?
A. Yeah.
Q. And how would you do that?
A. Shit, I was friends with them, so basically I troll them.
Q. Okay. And by "friends" you don't mean personally friends. You mean?
A. No, no, no. Just friends on Facebook.

Q. Okay. And you said "trolling." What's that mean?
A. Trolling is basically making fun of them.
Q. And can you explain how you would make fun of Lows members on Facebook?
A. Shit, one of them die, I put the laugh emoji, you know, or if they had a funeral for somebody from the Lows, I show a picture, you know, like fuck him, stuff like that.
Q. And would Lows members do that when a Highs member died?
A. Yeah.
Q. And would trolling between the Highs and the Lows ever result in violence?
A. Yeah.
Q. Can you explain that?
A. Almost instantly because everybody, it make them, it make somebody angry, and they're going to want to respond to that. And nine times out of ten, it's going, you know, it's going to build up to a shooting.
Q. And when you were out and a Lows member trolled a Highs member, would you want to respond?
A. Yeah.
Q. And did you ever respond?
A. Yeah.
Q. Can you give me an example?
A. Shit, when Munna died, everybody was trolling. I went up and shot up every place, every place that they're known

to frequent, like every place they known to be at.
Q. And we're going to talk about Munna in a bit, but what's Munna's first name?
A. Jaylen Salter.
Q. And was he in a gang?
A. Yeah.
Q. And what gang?
A. FreeShotz.
Q. And you said you wanted to shoot up every place. What do you mean by that?
A. So everywhere. I went to Plymouth, Pennwood. I was going to cribs, all type of shit.
Q. Okay. And are those Lows hangouts?
A. Yeah.
Q. All right. I'm going to show you page 11 of what's been admitted as Exhibit A90. Can you tell me what you see there?
A. That's me, Quay and Lucille in front of Wally's.
Q. All right. I'm going to expand the individual in the middle. Who is that?
A. That's me.
Q. And what are you doing with your left hand?
A. I'm dropping Scarface.
Q. And Scarface is a clique of the Lows?
A. Lows, yeah.

Q. And Wally's, you testified before that that's a Lows hangout?
A. Yeah.
Q. And you've committed shootings at Wally's?
A. Yeah.
Q. And this individual right here, who is that?
A. That's Quay.
Q. And what's he doing with his left hand?
A. Dropping Scarface, same thing as me.
Q. All right. And what happened to Quay?
A. He died in 2019.
Q. And how did Quay die?
A. He got shot.
Q. By who?
A. The Lows.
Q. And do you know which Lows member shot him?
A. Yeah.
Q. Who?
A. Shannon, Shannon and Suspect.
Q. Shannon and Suspect. Okay. And Quay, what's his real name?
A. Quayshun Felton.
Q. And was he in a gang?
A. Yeah.
Q. What gang?

A. Shotz.
Q. FreeShotz?
A. Yeah.
Q. And so why are you three in front of Wally's and dropping hand sign? Can you explain that?
A. Because that's, that's on 50-day. That's the day that Boosie died. So we was all out there. We was all out there basically saying hello to the guys and fuck them.
Q. And 50. What's his real name?
A. Jarmarius Shief.
Q. And what's his other nickname?
A. Boosie.
Q. And Boosie, was he in a gang?
A. Yeah, he was FreeShotz.
Q. And what happened to Boosie?
A. He died.
Q. And how did he die?
A. He got shot.
Q. By who?
A. The Lows.
Q. And so you said it was 50-day. What's that mean when he was shot or his birthday?
A. Yeah, the day he died.
Q. And that's why you went to -- is this a form of trolling right here?

A. Yeah.
Q. All right. And from being a member of the Highs, are you familiar with its members and inner workings?
A. Yeah.
Q. And would you ever use phrases or symbols that related to the Highs or its cliques?
A. Yeah.
Q. And we're pulling back up what's been admitted as Exhibit A90. Can you tell me what you see here on page 12?
A. Yeah, that's a post I made. I said on FreeShotz I'm just now waking up.
Q. And what's that mean, "On FreeShotz"?
A. It's basically like you putting it on a gang.
Q. And does that almost mean like swear to God?
A. Yeah.
Q. And did you ever personally observe other Highs members use gang-related phrases and sayings in a similar manner?
A. Yeah.
Q. And did you know the meaning of other Highs phrases?
A. Yeah.
Q. Did you know the meaning of member -- of phrases that members of other cliques of the Highs would use?
A. Yeah.
Q. And do you know someone with the nickname Joker?
A. Yeah.

Q. And how well do you know him?
A. I mean, shit, I just seen him around. I don't really, I never hung with him or nothing.
Q. You've seen him around where?
A. Broadway.
Q. And do you know his real name?
A. Josiah Taylor.
Q. And do you know what he looks like?
A. Yeah.
Q. Do you see him here in court?
A. Yeah.
Q. Can you point to him and describe what he's wearing?
A. He got the blue, the blue dress shirt on.
MR. LYNCH: Your Honor, the witness identified the defendant Josiah Taylor.
THE COURT: The record will so reflect.
The light blue?
THE WITNESS: Yeah, light blue.
BY MR. LYNCH:
Q. And do you know if Josiah Taylor was in a gang?
A. Yeah, he was YNT.
Q. And is YNT part of a bigger gang?
A. The Highs.
Q. And what was Mr. Taylor's reputation in the Highs?
MR. WOLD: Objection, hearsay.

THE COURT: Overruled.
THE WITNESS: Shooter.
MR. WOLD: Excuse me?
THE COURT: Can you repeat the answer?
THE WITNESS: A shooter.
MR. LYNCH: You said, "A shooter"?
THE WITNESS: Yeah.
BY MR. LYNCH:
Q. All right. We're going to go to what's been admitted as Exhibit A98, page 61.
And on the left, can you tell me who you see here?
A. That's Randy.
Q. This individual here?
A. Yeah.
Q. And how well do you know Randy?
A. I know him well.
Q. Do you know his real name?
A. Randy Tate.
Q. And is he in a gang?
A. Yeah, he YNT.
Q. And then who's this on the right?
A. That's Joker.
Q. All right. You previously identified Gregory Brown. Do you know if he's in a gang?
A. EMB.

Q. EMB. And is EMB part of a bigger gang?
A. The Highs.
Q. And what's Gregory Brown's reputation in the Highs?
A. Shit, he got money, and he a shooter as necessary.
Q. And are you familiar with an individual nicknamed Wet or Reese?
A. Yeah.
Q. And do you know him?
A. Yeah.
Q. Have you met him?
A. Yeah.
Q. And do you know what he looks like?
A. Yeah.
Q. Do you see him here in court?
A. Yeah.
Q. Can you please point to him and describe what he's wearing?
A. He got the black suit on with the dreds.
Q. Okay.

MR. LYNCH: The witness identified the defendant Tyreese Giles?

THE COURT: The record will reflect.

BY MR. LYNCH:

Q. And what was Tyreese Giles' reputation in the Highs?

MR. RIVERS: Objection. Improper character

evidence.

THE COURT: Overruled.

You may answer.

THE WITNESS: Say what?

BY MR. LYNCH:

Q. What was Tyreese Giles' reputation in the Highs?

A. Shit, a shooter, but I don't know, you know. I don't, Wet, we don't really mess with, fuck with each other.

Q. Okay.

MR. RIVERS: Objection. Move to strike. Lack of foundation.

THE COURT: Overruled. The answer will stand.

BY MR. LYNCH:

Q. And do you know what gang or if he was in a gang?

A. FreeShotz.

Q. Okay. And is that same, and is that part of a bigger gang?

A. The Highs.

Q. Is that the same gang or clique that you are in?

A. Yeah.

Q. Okay. And did you ever interact with the DB Cooper Facebook account?

A. Yeah.

Q. And were you friends with this account on Facebook?

A. Yeah.

Q. And who does it belong to?
A. Wet.
Q. And is that who you just identified as Tyreese Giles?
A. Yeah.
Q. All right. I'm going to pull up what's been admitted as Exhibit A96, and we're going to go to page 37.
So on the right here, can you tell me who you see?
A. That's Killa and Wet.
Q. And who is on the bottom?
A. Killa.
Q. And Killa, you said he's one of the respected members of Highs?
A. Yeah.
Q. And do you know what clique he's in?
A. EMB.
Q. And EMB is a clique of the Highs?
A. Yeah.
Q. And who is that above Killa?
A. Wet.
Q. Okay. And Killa, why was he respected?
A. Shit, because he did --
MR. RIVERS: Objection. Foundation.
THE COURT: Can you lay foundation?
BY MR. LYNCH:
Q. You testified that Killa -- do you know his real name?

A. No.
Q. Okay. Have you ever met him?
A. Yeah.
Q. Okay. You testified that you're familiar with Highs members and their reputations in the gang?
A. Yeah.
Q. And Killa you testified is an EMB member of the Highs?
A. Yeah.
Q. What was his reputation in the gang?
A. Shit, he got money and he a shooter if necessary.
Q. And how did he get money?
A. Drug dealing.
Q. Okay. And do you know if him and Tyreese Giles were close?
A. Yeah, they was.
Q. And are you familiar with someone with the nickname Tricky?
A. Yeah.
Q. And how well do you know him?
A. I mean, shit, I have been around him.
Q. Okay. And have you ever met him in person?
A. Yeah.
Q. And do you know his real name?
A. Trevaun Robinson.
Q. Okay. And do you see Trevaun Robinson here in court?

A. Yeah.
Q. Can you please point to him and describe what he's wearing?
A. He got on the gray, the gray hood or sweater.
MR. LYNCH: Your Honor, the witness identified the defendant Trevaun Robinson?
THE COURT: The record will so reflect.
BY MR. LYNCH:
Q. And, Mr. Knight, do you know if Trevaun Robinson was in a gang?
A. YNT.
Q. YNT. And is YNT part of a bigger gang?
A. The Highs.
Q. And what was Mr. Robinson's reputation in the Highs?
MR. ENGH: Objection. Improper opinion.
THE COURT: Overruled.
You may answer.
THE WITNESS: Shit, got money and shooter as necessary.
BY MR. LYNCH:
Q. And do you know how he got money?
A. Shit, selling drugs.
Q. All right. We're going to pull up what's been admitted as Exhibit A94 and go to page 29.
All right. For this picture on the left, who is

this individual we're expanding in the yellow hooded sweatshirt?

A. That's Tricky.

Q. And that's who you identified as Trevaun Robinson?

A. Yeah.

Q. And then who is this right next to him?

A. That's me.

Q. And then who is this to the left?

A. That's Killa.

Q. Killa. Okay. And you testified that Killa is EMB, you're FreeShotz and Trevaun Robinson is YNT?

A. Yeah.

Q. And when you were out, would you see Highs members referencing phrases like Broadway or 25?

A. Yeah.

Q. Can you explain that?

A. It's just like basically letting everybody know what they is. It's promoting the block.

Q. And by "promoting the block," what do you mean?

A. Basically just, it's basically just letting it be known what we is.

Q. And are you aware if the Highs use any hand signs?

A. Yeah.

Q. And as a Highs member, have you ever used hand signs?

A. Yeah.

Q. Have you ever seen other Highs members make hand signs?
A. Yeah.
Q. Are you familiar with the meanings or significance of specific hand signs used by Highs members?
A. Yeah.
Q. We're going to go back to Exhibit A90 to page 13. This has been admitted.
I'm going to expand the individual in the middle here. Can you tell me who that is?
A. That's me.
Q. And what are you doing with your hands?
A. I'm throwing up the Y.
Q. And what's "throwing up the Y" mean? What's the Y? What's Y stand for?
A. YNT.
Q. Okay. And you are a FreeShotz member of the Highs?
A. Yeah.
Q. Do members of all the cliques of the Highs make the YNT hand sign?
A. Yeah, it's like a universal hand sign.
Q. Okay. And then right next to you over your left shoulder, who is that?
A. That's Wet.
Q. And what's who you identified as Tyreese Giles?
A. Yeah.

Q. What's he doing with his left hand?
A. The same thing, throwing up the Y.
Q. And then this individual right here, can you tell me who that is?
A. That's Munna.
Q. Okay. And Munna you testified was Jaylen Salter?
A. Yes.
Q. We're going to go to page 14. I'm going to expand this image.
Who is that?
A. That's me.
Q. And what are you doing with your left hand?
A. Throwing up the Y.
Q. And where are you at in that photograph?
A. I'm at The Murder.
Q. Okay. And can you make the YNT hand sign for the jury?
A. (Witness complies).
Q. And the witness is extending his pinky and index finger while contracting his ring and middle finger and thumb.
All right. We're going to go to what's been admitted as Exhibit A23 and go to page 5.
Can you tell me who you see on the left there?
A. That's Joker.
Q. Joker. And that's who you identified as Josiah Taylor?
A. Yeah.

Q. And what's he doing with his hands?
A. Throwing up the Y.
Q. And who's that next to him?
A. Matt Lord.
Q. Matt Lord. And do you know Matt Lord's real name?
A. No.
Q. Is Matt Lord in a gang?
A. YNT.
Q. And what are Josiah Taylor and Matt Lord doing with their hands?
A. They throwing up the Y.
Q. We're going to go to what's been admitted as Exhibit A94 and go to page 21.
So the individual on the left, who is that?
A. That's Tricky.
Q. And that's who you identified as Trevaun Robinson?
A. Yeah.
Q. And what's he doing with his right hand?
A. Throwing up the Y.
Q. And we're going to go to page 39 of Exhibit A94.
And can you tell me who you see there?
A. That's Tricky.
Q. And what's he doing with his right hand?
A. Throwing up the Y.
Q. And page 41 of Exhibit A94. Can you tell me who you

see?
A. That's Tricky and Lil' G.
Q. Okay. And Lil' G, that's who you previously identified as Gregory Brown?
A. Yeah.
Q. And what's Gregory Brown doing with his left hand?
A. Nothing. That's -- I don't even think that's -- that's not a gang. That's not a gang hand sign with us.
Q. Okay. We're going to go to page 42. Can you tell me who you see there on the left?
A. That's Tricky.
Q. And what's Tricky doing with his hand?
A. Throwing up the Y.
Q. And where's he at in that photograph?
A. He at The Murder.
Q. And back to page 41. You testified that Trevaun Robinson is a YNT member of the Highs and Lil' G or Gregory Brown is an EMB member of the Highs?
A. Yeah.
Q. And what type of hooded sweatshirt is Gregory Brown wearing there?
A. It's a sweater that say The Low End with it crossed out.
Q. And have you seen that sweater before?
A. Yeah.
Q. And what's that mean?

A. It mean Not From the Lows. It mean basically disrespecting them, saying fuck them.
Q. Is that a form of trolling?
A. Yeah.
Q. We're going to go to what's been admitted as Exhibit A102, to page 8.
Can you tell me what you see here? Who's the individual in the middle wearing black?
A. That's Lil' G.
Q. And what's he doing with his right hand?
A. Throwing up the Y.
Q. And who's that to his left in the tanish polo shirt?
A. That's Fat Squad.
Q. And does he also go by the nickname Squizzy?
A. Yeah.
Q. And do you know his real name?
A. Nah.
Q. Is he in a gang?
A. Yeah. Fat Squad EMB.
Q. He's EMB?
A. Yeah.
Q. And you testified EMB is part of the Highs?
A. Yeah.
Q. We're going to go to exhibit, what's been admitted as Exhibit A95, page 16.

And can you tell me who you see here on the right?
A. That's Lil' G.
Q. And what's he doing with his right hand?
A. Throwing up the Y.
Q. And are you familiar with a male named Flock or Bear?
A. Yeah.
Q. And how do you know him?
A. I seen him around on Broadway.
Q. And what was he doing when you would see him around on Broadway?
A. Shit, cooling, posted up, selling drugs.
Q. And do you know what he looks like?
A. Yeah.
Q. Do you see him here in court?
A. Yeah.
Q. Can you please point to him and describe what he's wearing?
A. He got on a gray suit.
Q. And what color is his tie?
A. There's a lot of colors. It's multi-colored, shit. It look like brown, tan.
MR. LYNCH: Your Honor, the witness identified the defendant William Banks.
THE COURT: The record will so reflect.

BY MR. LYNCH:
Q. All right. I'm going to show you what's been admitted as Exhibit A202, and we're going to go to page 41.
Can you tell me who you see on the right here?
A. That's Flock.
Q. And what's he doing with his hands?
A. Throwing up the Y.
Q. And who is this in black to the far left?
A. I don't know.
Q. And right here towards -- we're on page 43 -- to the bottom left, can you tell me who you see there?
A. Flock and Boo.
Q. And who is the individual in red?
A. Flock.
Q. And what's he doing with his right hand?
A. Throwing up the Y.
Q. And Boo, what's his real name?
A. Prince Martin.
Q. And that's him wearing the white shirt?
A. Yeah.
Q. And what's he doing with his left hand?
A. He throwing up the Y.
THE COURT: I'm sorry. Can you say Boo's --
THE WITNESS: Throwing up the Y.
THE COURT: I didn't hear Boo's real name.

THE WITNESS: Prince Martin.
THE COURT: Prince Martin. Thank you.
BY MR. LYNCH:
Q. And what's Prince -- you said Prince Martin is throwing up the Y?
A. Yeah.
Q. And what happened to Prince Martin?
A. He died.
Q. Do you know how he died?
A. He got shot.
Q. Do you know where he got shot?
A. At The Murder.
Q. Is that the Winner Gas Station?
A. Yeah.
Q. And we're pulling up page 48 of Exhibit A202. Can you tell me who you see there in yellow?
A. Flock.
Q. And what's he doing with his right hand?
A. Throwing up the Y.
Q. Okay. And do you know where he's at in that photograph?
A. Yeah, at the 4th.
Q. And is that the 4th Street Saloon?
A. Yeah.
Q. And you testified that Highs members hang out there a lot?

A. Yeah.
Q. And do you know who that is in blue next to him?
A. Nah.
Q. And have you personally observed Highs members make a sign to pay tribute to a fellow member?
A. Yeah.
Q. And we're going to go back to Exhibit A90, page 15.
And can you tell me what you see here?
A. That's me.
Q. And that's you in the multi-colored jacket?
A. Yeah.
Q. And what are you doing with your left hand?
A. Throwing up the Bs.
Q. And who is that next to you in the red?
A. That's Lil' Lord.
Q. Okay. And are there other photographs where his face is visible?
A. Yeah.
Q. Okay. And Lil' Lord, do you know his real name?
A. Greg Hamilton.
Q. And Gregory Hamilton, do you know if he's in a gang?
A. YNT.
Q. And where are you two in this photograph?
A. We at Merwin's.
Q. And so you are a FreeShotz members of the Highs, and

he's a YNT member of the Highs?
A. Yeah.
Q. And you said you are throwing up the B. What's that mean?
A. The B is for Boosie.
Q. Okay. And you testified Boosie is Jarmarius Shief?
A. Yeah.
Q. And he's the individual who was killed and that you were trolling at Wally's for?
A. Yeah.
Q. And have you ever interacted with an EMB member of the Highs?
A. Yeah.
Q. Are they usually older or younger guys?
A. Older.
Q. Have you ever committed a shooting with an EMB member of the Highs?
A. Yeah.
Q. And who did you commit a shooting with?
A. Nut.
Q. Nut?
A. Yeah.
Q. Okay. And what's Nut's real name?
A. Douglas Mobley.
Q. Okay. And where did you commit a shooting with him?

A. Shit, I want to say it was like over south.
Q. Okay. And who were you -- were you with other individuals also?
A. Yeah. Me, him -- me, Nut, Ike, Lil' Skud, Smack.
Q. Okay. Smack. And you said Lil' Skud?
A. Yeah.
Q. What's his real name?
A. Melvin Williams.
Q. And Lil' Skud, is he in a gang?
A. He EMB.
Q. And who were you guys shooting at during this incident down south?
A. I was, I was shooting at Bird.
Q. And who is Bird?
A. He 30-Block. He the Lows.
Q. And why were you shooting at Bird?
A. Because he the Lows.
Q. All right. I'm going to show you exhibit, what has been admitted as Exhibit A98, page 83.
On the left here can you tell me who you see towards the bottom?
A. That's Randy.
Q. Okay. And is that the same Randy you testified you know as Randy Tate?
A. Yeah.

Q. And you testified he's a YNT member of the Highs?
A. Yeah.
Q. And then above him, who is that?
A. That's Killa.
Q. And is that the Killa that you testified is an EMB member of the Highs?
A. Yeah.
Q. And what's Killa doing with his left hand?
A. He throwing up EMB.
Q. And are you familiar with the EMB hand sign?
A. Yeah.
Q. And can you show that to the jury?
A. (Witness complies).
Q. And Mr. Knight is making an E with his thumb, index finger and ring finger for the record.
And you testified before that the Highs' rival gang is the Lows; is that correct?
A. Yeah.
Q. Are you aware if the Lows have a hand sign?
A. Yeah. They -- yeah.
Q. And you testified that the YNT hand sign is the universal hand sign for the Highs.
A. Yeah.
Q. What's the main hand sign for the Lows?
A. The Ls.

Q. Can you hold up that to the jury? So you are using your thumb and index finger to make an L?
A. Yeah.
Q. And is there a way that Highs members troll the Lows by using their hand sign?
A. Yeah, dropping it.
Q. And what do you mean by "dropping it"?
A. (Indicating).
Q. And for the record, you are holding the L and pointing your index finger down?
A. Yeah.
Q. Okay. And what's that mean to drop the L?
A. Just disrespect it.
Q. And have you ever dropped the L?
A. Yeah.
Q. Have you seen other Highs members drop the L?
A. Yeah.
Q. Do Highs members from all the cliques drop the L?
A. Yeah.
Q. I'm going to show you what's been admitted as Exhibit A90, and we're going to go to page 16.
All right. On the left here, can you tell me what you see?
A. That's me.
Q. What are you doing there?

A. I'm dropping the Ls.
Q. And where are you at in this photograph?
A. I'm at Munna's funeral.
Q. And that's Jaylen Salter?
A. Yeah.
Q. Okay. And you posted this to Facebook?
A. Yeah.
Q. Why did you post a photograph dropping the L at Jaylen Salter's funeral?
A. Because he got killed by Lows.
Q. And so why would you drop a photograph, post a photograph dropping the L?
A. Disrespecting them.
Q. I'm going to pull up what's been admitted as Exhibit A95b.
And can you tell me who's the individual wearing all black in this photograph?
A. That's Lil' G.
Q. And that's who you identified as Gregory Brown?
A. Yeah.
Q. And what's he doing with his right hand?
A. Dropping Ls.
Q. And who is that next to him in the Burberry shirt?
A. That's Killa.
Q. And what's Killa doing with his hands?

A. Throwing up the Y.
Q. And you testified that Killa is an EMB member of the Highs?
A. Yeah.
Q. I'm going to pull up what's been admitted as Exhibit A92 and go to page 14.
And first we'll do this picture. Who is that?
A. That's Joker.
Q. That's who you identified as Josiah Taylor?
A. Yeah.
Q. And what's he doing with his right hand?
A. Throwing up the Y.
Q. And then this picture on the right, can you tell me what you see?
A. He dropping Ls.
Q. Josiah Taylor is dropping the L?
A. Yeah.
Q. And we're on page 16 of Exhibit A92. Can you tell me what you see there?
A. Joker dropping Ls.
Q. And we're going to go to what's been admitted as Exhibit A94 and go to page 24.
On the left here, can you tell me who's the individual in the Chicago Cubs jersey.
A. That's Prince Martin.

Q. And that's who you testified was shot and killed at the Winner Gas Station?
A. Yeah.
Q. And then who's that next to him wearing the, it looks like a grayish, a gray and red hooded?
A. That's Tricky.
Q. Tricky. And that is who you identified as Trevaun Robinson?
A. Yeah.
Q. And what's Trevaun Robinson doing with his right hand?
A. He throwing down 1-9.
Q. Okay. And what's 1-9?
A. It's a clique in the Lows.
Q. And what's Prince Martin doing with his right hand?
A. Dropping Scarface.
Q. And what's Scarface?
A. A clique of the Lows.

THE COURT: Mr. Lynch, I'd like to take a 15-minute break.

MR. LYNCH: Sounds good. Thank you.

THE COURT: All right. I'll take 15 at this time.

All rise for the jury.

10:45 a.m.

**IN OPEN COURT**

**(JURY NOT PRESENT)**

THE COURT: Court is in recess.

(Recess taken at 10:45 a.m. till 11:07 a.m.)

11:07 a.m.

**IN OPEN COURT**

**(JURY PRESENT)**

THE COURT: You may all be seated.

You may continue your inquiry.

MR. LYNCH: Thank you, Your Honor.

BY MR. LYNCH:

Q. I'm pulling up what's been admitted as Exhibit A202, and I'm going to page 39.

Mr. Knight, I'm bringing up an individual in this photograph wearing black, and he's in the middle. Do you know who that is?

A. That's Flock.

Q. Okay. And you previously identified Flock as the defendant William Banks?

A. Yeah.

Q. And what is Flock doing with his left hand?

A. Dropping Ls.

Q. Dropping Ls?

A. Yeah.

Q. And then this individual kneeled down in the front in the, right here with the gray jumpsuit on. Who's that?

A. That's Boo.

Q. And you --
A. Prince Martin.
Q. And what is Prince Martin doing with his right hand?
A. He dropping Ls.
Q. And you testified dropping the L is a sign of disrespect to the Lows?
A. Yeah.
Q. Mr. Knight, you were previously asked how do you know about shootings with the Lows, and you said you are into it. You didn't mean you were a member of the Lows, right?
A. No, no, no.
Q. What did you mean by that?
A. I mean that I'm at war with them.
Q. Okay. And why are you at war with the Lows?
A. Because my homies died.
Q. And your homies, were they from a gang?
A. The Highs.
Q. Mr. Knight, have you ever made a rap video?
A. Yeah.
Q. And where would you post it?
A. On YouTube, social media.
Q. So YouTube and social media?
A. Yeah.
Q. And were you in the rap videos?
A. Yeah.

Q. Was anyone else with you in those videos?
A. Yeah.
Q. And in your rap videos, did you ever use Highs phrases and hand signs?
A. Yeah.
Q. Can you explain that?
A. So basically, shit, I be like, I say I'm Shotz or shit. I say long live the guys. I throw up the Y.
Q. And would you ever talk about the Lows or its members in your rap videos?
A. Yes.
Q. Can you explain that?
A. So I talk about everybody who died, who done get shot, beat up, shit, stabbed. Anything that, anything that's got guns or somebody from the Lows, I said, I said in my raps.
Q. And why would you say that in your raps?
A. To troll them, basically disrespecting them.
Q. And the information in your raps, was that truthful information?
A. Yes.
Q. Is that stuff that actually happened?
A. Yes.
Q. And did you use rap videos as a way to promote the Highs?
A. Yeah.

Q. And you testified that you would make YNT hand signs in the videos?
A. Yeah.
Q. And have you ever seen a rap video made by other Highs members?
A. Yeah.
Q. And prior to trial, did you watch a rap video made by Gregory Brown called Not From the Lows?
A. Yeah.
Q. And the Not From the Lows video that you watched, is that a, had you seen it before?
A. Yeah.
Q. When you were out, had you seen it?
A. Yeah.
Q. And where did you watch it?
A. On YouTube.
Q. And the videos you watched before trial, were those fair and accurate depictions of the Not From the Lows video that you watched on YouTube?
A. Yeah.

MR. LYNCH: Your Honor, the government moves to admit Exhibit N1 and N1a, which is still shots. Well, N1 is the video, and then N1a is still shots from the Not From the Lows video.

THE COURT: Any objection?

MR. ADKINS: Yes, Your Honor. Renew my objection.
THE COURT: The objection has been overruled. And so N1 and N1A are admitted.
MR. RIVERS: And for the record, Giles also objects.
THE COURT: Thank you.
BY MR. LYNCH:
Q. All right. Mr. Knight, I'm pulling up Exhibit N1. And I'm not going to play it yet, but are you, are you familiar with what you see here?
A. Yeah.
Q. And what is that?
A. That's the Not From the Lows video.
Q. Okay. All right. And we're going to play Exhibit N1.
(Video recording played)
Q. And, Mr. Knight, are you familiar with the different phrases and signs that were referenced in the Not From the Lows music video?
A. Yeah.
Q. And who's that rapping in the video?
A. That's Lil' G.
Q. And is that who you identified as the defendant Gregory Brown?
A. Yeah.
Q. In the song Gregory Brown raps, "Killa my brother. You

touch him we slide."

Who's Killa you?

A. That's Killa. I don't know his real name.

Q. Is that the individual you previously identified as Killa?

A. Yeah.

Q. And what's that mean, "You touch him we slide"?

A. That mean like something happen to him we going to slide, we going to retaliate.

Q. And what's sliding mean?

A. Slide mean going to go shoot people.

Q. And specifically where would you shoot people?

A. In the Lows.

Q. And Gregory Brown rapped, "We slide through the Lows. We know where you at."

What's that mean?

A. That mean we slide through the Lows. That mean we be through there.

Q. And he rapped, "We throwing up Es."

What's that mean?

A. That's EMB.

Q. And throwing up, is that a hand sign?

A. Yeah.

Q. And EMB, is that the hand sign you previously described?

A. Yes.

Q. "We throwing up Ys."
What does that mean?
A. Throwing up Y, the YNT.
Q. "We give out FreeShotz because we Not From the Lows."
What does that mean?
A. That means reference to us. FreeShotz.
Q. And that's your clique of the Highs?
A. Yeah.
Q. "And we from Broadway. That mean we not from the Lows."
What does that mean?
A. That means, shit, we from Broadway. We ain't the Lows. We the Highs.
Q. And at one point he rapped, "Talk to headstones. Headstones don't talk back."
What's that mean?
A. That mean dead people can't talk.
Q. And what dead people is Gregory Brown referring to there?
A. Somebody from the Lows.
Q. And in that music video Gregory Brown referenced EMB, YNT and FreeShotz; is that correct?
A. Yeah.
Q. And in the music video do you recognize individuals?
A. Yeah.
Q. And are there individuals from different cliques of the

Highs?
A. Yeah.
Q. All right. I'm going to pull up Exhibit N1a.
All right. These, this individual on page 1, who is that?
A. That's Lil' G.
Q. And okay. Okay. And that's who you identified as Gregory Brown?
A. Yeah.
Q. And he's wearing the No Low End hooded sweatshirt?
A. Yep.
Q. And what's that on Gregory Brown's left shoulder?
A. 48G.
Q. What about the other shoulder?
A. EMB.
Q. And you testified EMB is a clique of the Highs?
A. Yeah.
Q. And on page 2, I'm going to expand this individual right -- get a better one.
And who is that on page 2?
A. That's Tez Blood.
Q. Okay. And you testified that's Montez Brown?
A. Yeah.
Q. And he's a YNT member of the Highs?
A. Yeah.

Q. And who's that next to Tez Blood?
A. That's KenKen.
Q. And do you know KenKen?
A. Yeah.
Q. Have you ever met him?
A. Yeah.
Q. Is he in a gang?
A. YNT.
Q. And page 3, who is that?
A. That's KenKen.
Q. Page 4?
A. Tez Blood. Lil' Skud.
Q. Right here?
A. Yeah.
Q. And Lil' Skud, that's who you committed a shooting with Douglas Mobley also?
A. Yeah.
Q. And Lil' Skud you testified is an EMB member of the Highs?
A. Yeah.
Q. And we're on page 7. To the left right here, who is that?
A. That's Boo.
Q. Boo?
A. Prince Martin.

Q. And you testified that's Prince Martin?
A. Yeah.
Q. And then up here, who is that?
A. That's Dre B.
Q. Dre B. Do you know Dre B's real name?
A. Nah.
Q. Have you ever met Dre B?
A. Yeah. But I don't hang with him.
Q. And behind Gregory Brown right here in the gray hooded sweatshirt, who is that?
A. That's Fat Squad.
Q. And you testified his nickname is Squizzy?
A. Yeah.
Q. And you testified he's an EMB member of the Highs?
A. Yeah.
Q. And right here with his hand on Gregory Brown's shoulder, who is that?
A. That's Tricky.
Q. And that's who you identified as the defendant Trevaun Robinson?
A. Yeah.
Q. And you testified he's a YNT member of the Highs?
A. Yeah.
Q. And the individual with the blue hat here, who's that?
A. That's Keysco.

Q. And do you know Keysco?
A. Yeah.
Q. Do you know if he's in a gang?
A. YNT.
Q. And who's that right there making a Y?
A. That's Keysco.
Q. And the last page, page 12, you see 16th Avenue North. Is there any significance to that location?
A. That's in the Lows.
Q. Okay. And why would a Highs member post a Lows territory in their video?
A. Disrespecting them, showing them that they not out there.
Q. What's that mean "that they not out there"?
A. That mean they ain't be on the block, so we can walk freely on there.
Q. Are you saying the Lows aren't on their block?
A. Yeah.
Q. And why is that a sign of disrespect?
A. Because that's like, that's like taking a picture at The Murder.
Q. Okay.
A. Or shooting a video at The Murder. You not supposed to be down there.
Q. And would that be disrespectful to the Highs if the Lows

took a picture at The Murder, the Winner Gas Station.
A. Yeah.
Q. Have you ever paid tribute to or made a post to a deceased Highs member on social media?
A. Yeah.
Q. And when a Highs member goes to jail, do you ever pay tribute to a Highs member?
A. Yeah.
Q. And how do you pay tribute to a deceased Highs member?
A. By saying long live and posting it on social media.
Q. And what about an incarcerated Highs member?
A. Saying free them.
Q. Free them, like a reference to the Highs, to the member?
A. Yeah.
Q. And have you personally observed other Highs members make tributes to deceased or incarcerated Highs members?
A. Yeah.
Q. We're going to pull up what's been marked or admitted as Exhibit A90 and go to page 17.
And can you tell me what you see here, what I just pulled up?
A. That's me and Mush at Munna memorial.
Q. And Munna you testified is Jaylen Salter?
A. Yeah.
Q. And he was a FreeShotz member of the Highs who was

killed?
A. Yeah.
Q. And Mush, is that the individual on the right?
A. Yeah.
Q. And how close with Mush were you?
A. I'm very close.
Q. Do you know his real name?
A. Dashaun Morris.
Q. And was he in a gang?
A. FreeShotz.
Q. And FreeShotz is a clique of the Highs?
A. Yeah.
MR. RIVERS: Objection. Asked and answered about 3,000 times.
THE COURT: Sustained as to the objection.
BY MR. LYNCH:
Q. And what's Mr. Morris doing with his hands?
A. Throwing up the Y.
Q. And what are you doing with your hands?
A. Throwing up the Y.
Q. Have you ever worn any clothing that demonstrated your association to the Highs?
A. Yeah.
Q. We've talked about Highs signs, phrases and tributes. Do those ever come into play with clothing?

A. Yeah.
Q. Can you explain?
A. Shit, just putting, you put Broadway on anything, shit, long live somebody from the Highs. Can be anything.
Q. And what's the purpose of wearing that type of clothing?
A. Basically to pay respects or just let a motherfucker know what you is.
Q. Okay. And why would you want to let someone know what you are?
A. Just making it public so it won't be no confusion on what you is, what gang you is, whatever, you know.
Q. Okay. When you were out, did you want people to know what gang you were?
A. Yeah.
Q. All right. We're going to page 19. Can you tell me what you see there?
A. That's me.
Q. And what are you wearing there?
A. A long live Quay Money vest.
Q. And are there any plates in that vest?
A. Nah, no plates in that vest.
Q. Okay. And Quay Money, who's that?
A. That's Quayshun Felton.
Q. And you testified before that he was shot and killed by the Lows?

A. Yeah.
Q. And what clique was Quayshun Felton in?
A. Shotz.
Q. FreeShotz?
A. FreeShotz.
Q. And did you ever observe other Highs members wearing gang-related clothing with Highs phrases or tributes?
A. Yeah.
Q. We're going to go to what's been admitted as Exhibit A98, page 79.
And we're going to pull up this individual on the right. Who is that?
A. That's Randy.
Q. And you testified that's Randy Tate?
A. Yeah.
Q. And what's he doing with his left hand?
A. Throwing up the Y.
Q. And what clique was Randy Tate in?
A. YNT.
Q. And what's he wearing here?
A. A vest that say Long Live 50.
Q. And who is 50?
A. Jarmarius Shief.
Q. And you testified he was a FreeShotz member of the Highs?

A. Yeah.
Q. And what happened to Jarmarius Shief?
A. He died. He got shot.
Q. And what's on the, in the shoulder area of the tactical vest that's worn by Randy?
A. The Ys.
Q. We're going to pull up what's been admitted as Exhibit A103 and go to page 6.
So on the left can you tell me what you see there?
A. That's Nut with a Broadway sweater on.
Q. And what clique of the Highs is Nut from?
A. EMB.
Q. Okay. And you testified that you committed a shooting with Nut?
A. Yeah.
Q. And that was the shooting on the south side you talked about?
A. Yeah.
Q. So you testified before about putting in work, that making money is a way to gain respect and position in the Highs; is that correct?
A. Yeah.
Q. We're going to go back to Exhibit A90 to page 21. And Kant Get Right, is that your Facebook account?
A. Yeah.

Q. And you talked about this picture before. You testified that you were promoting the block?
A. Yeah.
Q. And can you just explain that in a little more detail?
MR. RIVERS: Objection. Asked and answered.
THE COURT: Overruled.
You may answer.
THE WITNESS: Shit, I promoting the block, shit, basically saying I'm out there and we get money over there.
BY MR. LYNCH:
Q. Okay. And from having social media, have you personally observed other Highs members make posts similar to this one?
A. Yeah.
Q. We're going to go to what's been admitted as Exhibit A18 to page 2.
And this individual on the right, who is that?
A. That's Lil' Twin.
Q. And do you know Lil' Twin?
A. Yeah.
Q. Do you know his real name?
A. Christopher Finch.
Q. And do you know if he's in a gang?
A. FreeShotz.
Q. And where's he at in this photograph?
A. The Murder.

Q. Okay. So that's the Winner Gas Station?
A. Yeah.
Q. And what's he doing in this picture?
A. Flashing money.
Q. We're going to go to what's been admitted as Exhibit A96 to page 48.
Who is the individual I just pulled up on page 48 of A96?
A. Shit, that Wet.
Q. And that's who you previously identified as Tyreese Giles?
A. Yeah.
Q. And what's he doing in this photograph?
A. Shit, holding up money.
Q. And we're going to go to page 49 of A96.
Can you tell me what you see there?
A. That's Wet.
Q. And what's he doing?
A. He got money.
Q. And page 50?
A. Wet, with some money.
Q. All right. We're going to go to what's been mark as Exhibit A -- or what's been admitted as Exhibit A94 to page 34.
And are you familiar with the Facebook account

TrickyTre Kyreon?
A. Yeah.
Q. And whose account is that?
A. That's Tricky.
Q. And that's who you identified as Trevaun Robinson?
A. Yeah.
Q. And he's sending a message with money; is that correct?
A. Yeah.
Q. And I am going to pull up what's been admitted as Exhibit A202, and we're going to go to page 36.
Can you tell me what you see there?
A. That's Flock with some money.
Q. Have you ever shot a Lows member in retaliation for a Highs member being shot?
A. Yeah.
Q. And based on that, do you think that increased your respect and position in the gang?
A. Yeah.
MR. RIVERS: Objection. Leading.
THE COURT: I'm going to overrule it. Allow it.
BY MR. LYNCH:
Q. Did that increase your respect and position in the gang?
A. Yeah.
Q. And have you ever shot a Lows member on sight even if it wasn't in retaliation for?

A. Yeah.
Q. And did you do this on more than one occasion?
A. Yeah.
Q. Were other Highs members with you for any of these shootings?
A. Yeah.
Q. And as a Highs member, what do you think the expected response is if you see a Lows member?
A. To shoot him or at least beat his ass.
Q. I'm going to pull --
Permission to show Mr. Knight Exhibit A40?
THE COURT: You may do so.
BY MR. LYNCH:
Q. Mr. Knight, I'm showing you Exhibit A40. Are you familiar with who you see here?
A. Yeah, that's Munna.
Q. Munna. And you identified him as Jaylen Salter?
A. Yeah.
Q. And what clique was he from?
A. FreeShotz.
Q. And how well did you know him?
A. Very well.
Q. And is what you see in Exhibit A40 a fair and accurate depiction of Jaylen Salter?
A. Yeah.

MR. LYNCH: The government moves to admit Exhibit A40.

MR. WOLD: No objection.

THE COURT: Exhibit A40 is admitted.

BY MR. LYNCH:

Q. Mr. Knight, on April 12th of 2021, were you with Jaylen Salter during rioting following a shooting by a police officer in Brooklyn Center?

A. Yeah.

Q. And were you with anyone else?

A. Yeah.

Q. Who were you with?

A. It was me, me Lil' Skud, Jaden, TY and Gator.

Q. Okay. And Lil' Skud, is that the individual from the Not From the Lows video?

A. Yeah.

Q. And what clique is he from?

A. EMB.

MR. LYNCH: And then permission to show Exhibit A39?

THE COURT: You may do so.

BY MR. LYNCH:

Q. Are you familiar with who you see in Exhibit A39?

A. Yeah, that Gator.

Q. And do you know Gator?

A. Yeah.
Q. And is he in a gang?
A. Yeah.
Q. What gang?
A. FreeShotz.
Q. And is that a fair and accurate depiction of Gator?
A. Yeah.
Q. Do you know his real name?
A. Jarrett Robinson.

MR. LYNCH: And the government moves to admit Exhibit A39.

THE COURT: Any objection?

A39 is admitted.

BY MR. LYNCH:

Q. And does Gator have a brother?
A. Yeah.
Q. Who's his brother?
A. Tricky.
Q. Is that Trevaun Robinson?
A. Yeah.
Q. And you said you were with, so Gator or Jarrett Robinson. Whose TY?
A. TY. I don't know his real name.
Q. Okay. And you said Jaden. Who is Jaden?
A. That's Lil' Skud cousin.

Q. Okay. And how old was Jaden at the time?
A. I don't know how old he was.
Q. Okay. And during the rioting, how were you getting around?
A. We had a car.
Q. Okay. Were all of you in the same car?
A. No. It was two different cars.
Q. All right. What car were you in?
A. I was in the car with Munna, TY and Gator.
Q. Okay. And what kind of car were you in?
A. A silver car. I don't know what kind of model.
Q. And where were Lil' Skud and Jaden?
A. They was in another car.
Q. Do you remember what kind of car?
A. Nah. It was red, though.
Q. Okay. So where did you go to try to loop that night?
A. Shit, we was looking for a pharmacy.
Q. Okay.
A. Over south.
Q. South Minneapolis?
A. Yeah.
Q. Okay. And what happened as you were looking for a pharmacy?
A. Shit, when we got there, they already hit it. So it wasn't nothing in there.

Q. So what do you mean that they had already hit it?
A. They was already broken into, shit.
Q. Okay.
A. Took everything.
Q. After you found out that the pharmacies were already hit, what did you do next?
A. Shit, we seen some Somalians, and, shit I gave us the idea, shit, they close to the pharmacy. They might have hit it. Let's go rob them.
Q. Okay. So you're in a car with Jaylen, TY and Jarrett Robinson, correct?
A. Yeah.
Q. How did you communicate with Lil' Skud and Jaden?
A. Through windows.
Q. Okay. And you came up with the idea to rob the Somalis?
A. Yeah, yep.
Q. And where you did you see the Somalis?
A. It was on the street. They was like on a side block.
Q. Were they by a car?
A. Yeah, they was by a car.
Q. So after you came up with the idea to rob them, what happened next?
A. Shit, we boxed them.
Q. And what do you mean you boxed them in?
A. One car in the front, one car in the back. Nobody can

move.

Q. During this incident did you have a firearm?

A. Yeah.

Q. Did anyone else have a firearm?

A. Shit, me, Jaylen, Lil' Skud.

Q. Okay. So Jaylen Salter and Lil' Skud?

A. Yeah.

Q. And so after you boxed them in with both vehicles, what happened next?

A. Shit, we jumped out. Everybody with the guns jumped out. If you have a gun, you jumped out, told them not to move. Shit, they keep moving. Munna end up shooting. So once we told them to stop moving, they kept moving. Munna end up shooting, boom.

At that point we thinking, you know, we just basically one of us was shot. Lil' Skud got to yelling Jaden hit. So, shit, Lil' Skud threw us his gun and put Jaden in the car, shit. He was going to drive him to the hospital. We was going to trail them.

Q. Lil' Skud put Jaden in the car that they came in?

A. Yeah.

Q. Okay. And what happened next?

A. Shit, they drove off. They must stay and look before they drove, before they drove off because once they went across, you know, they went across the street, a car end up

hitting them.
Q. Okay. When they drove off, what did you do?
A. We followed them. We was following them, but we didn't blow. We ain't blow the stop sign, so when they got hit, that's when we stopped.
Q. So let's go back. There was a stop sign. Did Lil' Skud blow the stop sign?
A. Yeah.
Q. Okay. And what happened when he blew the stop sign?
A. They got hit by another car.
MR. LYNCH: And really quick, permission to show Exhibit A37 to Mr. Knight?
THE COURT: You may do so.
BY MR. LYNCH:
Q. Can you tell me who you see here in Exhibit A38?
A. That's Lil' Skud.
Q. And is that a fair and accurate depiction of Lil' Skud?
A. Yeah.
MR. LYNCH: The government moves to admit Exhibit A37.
THE COURT: Any objection?
A37 is admitted.
BY MR. LYNCH:
Q. All right. So that's Lil' Skud shown in Exhibit A37?
A. Yeah.

Q. Okay. So he's driving the vehicle that he came in with Jaden in the car. Runs the stop sign. What happened next?
A. They get hit.
Q. Who did they get hit by?
A. Shit, another car. They got hit by another car that was coming. So we drove. We stopped, and shit we, me and Munna jumped out. Somewhat -- somebody, a Somalian came running, running and screaming, and, shit, Munna shot him.
Q. Do you know if the Somali who ran up running and screaming, did he, was he in the car that crashed with Lil' Skud, or was he from the group you robbed?
A. I think he from the car that crashed, but we didn't know. Didn't know at the time.
Q. And why did Jaylen shoot him?
A. Shit, I don't know.
Q. And what happened after Jaylen shot the Somali male?
A. Shit, they ran, but I stayed back. All the other guys ran and shit. I stayed back trying to get Lil' Skud like you got to, we got to go. He wasn't trying to leave, like he can't leave.
Q. Really quick, before you stayed there, did you drive off for a little bit?
A. Yeah. I drove up a little bit, not a lot.
Q. Okay. So you drove up a little bit. What did --
A. Stopped the car, hopped out. Hopped out, boom, tried to

run over there tell Lil' Skud like we got to go, like ain't no sense you staying here. He wasn't trying to leave.

And then when I got -- I couldn't find the key to the, when I got outside to the car, I couldn't find the key to the car. Already ran damn near two blocks down.

Q. And what happened next?

A. Shit, once I figured out he wasn't leave him, he wasn't going to leave him, I took off. I went and met up with the guys and had my sister come pick us up.

Q. You met up with what guys?

A. Jaylen, TY and Gator.

Q. Where did your sister pick you up?

A. About two blocks away.

Q. And where did you go after your sister pictured you up?

A. Shit, everybody went to the crib.

Q. And did you learn what ended up happening to Jaden?

A. Yeah.

Q. What?

A. He died.

Q. Okay. And what about the Somali male who ran up?

A. He died too.

Q. In your plea agreement, you pled guilty to RICO conspiracy that included the murder of both Jaden Blackmon and the crash victim; is that correct?

A. Yeah.

Q. And you admitted that by taking part in the robbery with other gang members that led to two deaths, you were responsible for the murders as well?
A. Yeah.
Q. And other than this, have you committed other robberies?
A. Yeah.
Q. Have you committed robberies with Highs members?
A. Yeah.
Q. And would you ever buy -- would you ever make money from robberies?
A. Yeah.
Q. And would you ever buy more guns?
A. Yeah.
Q. And those guns, you testified before, that you would loan them to other Highs members?
MR. WOLD: Objection. Leading.
THE COURT: Overruled.
You may answer.
THE WITNESS: What was the question?
BY MR. LYNCH:
Q. You testified before that you would loan firearms to other Highs members?
A. Yeah.
Q. Let's get back to Jaylen Salter. On September 9th of 2021, did anything happen to him?

A. He died.
Q. And do you know where he died?
A. He died at the barbershop on 41st.
Q. Okay. I'm pulling up what's been admitted as Exhibit P1. Actually, it's Exhibit P43.
And, Mr. Knight, are you familiar with what you see in Exhibit P43?
A. Yeah.
Q. And what's that?
A. Shit, that's the barbershop. It's like a grid of the barbershop and Pennwood.
Q. And that barbershop, is that in Highs territory?
A. Yeah.
Q. And who was with Jaylen Salter when he was killed?
A. Shit, Keaso and Cutt.
Q. And were you present when Mr. Salter was killed?
A. Nah. I was at the mall.
Q. How did you find out that Jaylen Salter was killed?
A. My homie called me.
Q. Okay. Who called you?
A. Cutt called me, told me they just killed Munna.
Q. And how did you feel after you found out that Jaylen Salter was killed?
A. Shit, I was devastated, angry.
Q. And did you ever find out who killed Jaylen Salter?

A. The Lows.
Q. And how did you find that out?
A. Because they was always trolling us, calling us and shit.
Q. What do you mean they were calling you?
A. They called our phone. They got our numbers. So they was just trolling us, like you a fool, die, you know, talking about the way he died and shit.
Q. And how would the Lows have your number?
A. Because I give my number out to them so in case they want to drop a load to me, I'm going to pull up; or in case I'm outside and I'm going to drop a load to them, you know, this is where I'm at, come on.
Q. And have the Lows ever given you their number?
A. Yeah.
Q. And is that normal?
A. Yeah.
Q. And did you speak with other Highs members about Jaylen Salter's murder?
A. Yeah.
Q. Did you tell other Highs members about the Lows calling you?
A. Yeah.
Q. And which Lows member specifically called you?
A. Kap.

Q. Do you know Kap's real name?
A. Kaprice Richards, some shit like that.
Q. And had you ever talked to Caprice Richards before this?
A. Yeah.
Q. And did you ever troll him before this?
A. Yeah.
Q. Did he ever troll you before this?
A. Yeah.
Q. And what did you want to do after Jaylen Salter's death?
A. Shit, kill the whole world. I wanted to kill everybody.
Q. And was it limited to -- after Jaylen Salter's death, what did you do?
A. I went and start shooting shit up.
Q. And where would you go to shoot shit up?
A. The Lows.
Q. And did you go to do that?
A. Yeah.
Q. And where did you shoot?
A. Plymouth. I started at Plymouth. Shit, I went to where Ghost died at, all type of shit, Wally's.
Q. And Plymouth and Wally's, those are Lows hangouts?
A. Yeah.
Q. And did you personally observe Highs members' reactions to Jaylen Salter's death?
A. Yeah, everybody was angry, sad.

Q. Were members from different cliques of the Highs upset?
A. Yeah.
Q. And Jaylen was a FreeShotz member of the Highs?
A. Yeah.
Q. I'm going to pull up what's been admitted as Exhibit A94, and we're going to go to page 19.
And I'm going to pull up a post towards the top. The author of this post is TrickyTre Kyreon. Whose Facebook is that?
A. That's Tricky's.
Q. And that's who you testified is Trevaun Robinson?
A. Yeah.
Q. And Jaylen Salter was shot and killed on September 9th of 2021.
A. Yep.
Q. And this is a post from September 10th of 2021?
A. Mm-hmm.
Q. And I'm going to highlight this right here. Can you explain what this means that was posted to the TrickyTre Kyreon account?
A. Killing plus killing equals killing.
Q. Yes.
A. Shit, it's a cycle. If one of us die, one of them going die. It's going to keep on going.
Q. Okay. And is that how he feel about it?

A. Yeah.
Q. And that's what mean JMunna?
A. That's Munna name.
Q. And by posting that, is that a form of tribute?
A. Yeah.
Q. And what clique of the Highs is TrickyTre or Trevaun Robinson?
A. YNT.
Q. And we're going to go to what's been admitted as Exhibit A96 to page 9.
And can you tell me who you see there?
A. That's Wet.
Q. And where is he at there?
A. What?
Q. Where's he at?
A. He at Munna memorial.
Q. And where's the memorial in relation to where Munna was killed?
A. Right across the street.
Q. And is that the same location that you and Dashaun Morris took a photograph?
A. Yeah.
Q. And are you familiar with the DB Cooper Facebook account?
A. Yeah.

Q. And right here, so this is -- and who has the DB Cooper Facebook account?
A. Wet.
Q. And you testified that's Tyreese Giles?
A. Yeah.
Q. And this is a post from October 31st of 2021, and it says #LL Munna and #BG.
What does LL Munna mean?
A. Long live Munna. It's a tribute. And BG is Bodygang, so basically FreeShotz.
Q. We're going to go to page 16 of Exhibit A96. Excuse me. Page 17?
And we're going to pull this message up. So again, you testified that Jaylen Salter was killed on September 9th of 2021. The next day there's a post from Tyreese Giles' account, "My Lil' Bro BG4L."
Can you explain what that means?
A. That means saying Munna was little brother. BG4, Bodygang for life.
Q. And then on page 18, is this the post and how it would look on the public account?
A. Yeah.
Q. And we're going to go to what's been admitted as Exhibit A90, page 3.
And you testified about this location. Is this a

Lows hangout?
A. Yeah.
Q. And we're going to go to Exhibit, what's been admitted as Exhibit P8a to page 25.
And we're going to zoom in on this individual. Do you know who that is?
A. That's Wet.
Q. And that's who you identified as Tyreese Giles?
A. Yeah.
Q. All right. I'm showing you what's been admitted as Exhibit A43.
Are you familiar with who you see here?
A. That's Boo, Prince Martin.
Q. And what happened to Prince Martin?
A. He died at The Murder. He got shot.
Q. I'm going to show you what's been admitted as Exhibit A95e. Can you tell me who you see here?
A. That's Lil' G.
Q. And that's who you identified as Gregory Brown?
A. Yeah.
Q. And what's he doing with his right hand?
A. Dropping Ls.
Q. And are you saying dropping Ls?
A. Yeah.
Q. Okay. And then who is this?

A. That's Boo.
Q. Prince Martin?
A. Yeah.
Q. We're going to go to what's been admitted as Exhibit A94, page 24. And who do you see here in black?
A. That's Tricky.
Q. And what about next to him?
A. That's Boo.
Q. And you already testified about the picture on the left?
A. Yeah.
Q. We're going to go to what's been admitted as Exhibit A92 to page 26. Who is this individual towards the bottom right?
A. That's Joker.
Q. And that's who you identified as Josiah Taylor?
A. Yeah.
Q. And what's he doing with his left hand?
A. Throwing up the Y.
Q. And then who is this up there?
A. That's Boo.
Q. And then on page 30, who is this in the red?
A. That's Joker.
Q. And what's he doing with his right hand?
A. He dropping 1-9. He dropping Scarface.
Q. And then who is this towards the bottom?

A. That's Boo.
Q. And then we're going to go to what's been admitted as Exhibit A202 to page 39.
We're going to go to page 40.
Can you tell me who you see here?
A. That's Flock and Boo.
Q. And Flock is who you identified as William Banks?
A. Yeah.
Q. And where are they at in that photograph?
A. Shit, I don't know.
Q. Okay. And then you already talked about the photo to the top right?
A. Yeah.
Q. And page 42. Can you tell me who you see on the left who is taller in all black?
A. That's Flock.
Q. And who is that in the middle?
A. That's Randy.
Q. And that's who you identified as Randy Tate?
A. Yeah.
Q. Then who is that to the right?
A. That's Boo.
Q. And where are they at there?
A. The AutoZone parking lot.
Q. Have you ever been arrested in the AutoZone parking lot

with fentanyl pills?
A. Yeah.
Q. And were you selling fentanyl pills in that area when you were arrested?
A. Yeah.
Q. And who were you with when you were arrested?
A. It was me and Mush.
Q. Okay. And was that in November of 2021?
A. Yeah.
Q. Prince Martin, are you aware, you testified he was killed. Was it around the time period of August of 2021?
A. Yes.
Q. How did you feel after Prince Martin was killed?
A. Shit, I was angry.
Q. And who were you angry at?
A. The Lows.
Q. And Prince Martin is in a different clique of the Highs than you?
A. Yeah.
Q. Did you retaliate after Prince Martin was shot and killed?
A. Yeah.
Q. What did you do?
A. I wasn't say anything. I deal with Munna. I went and shot up every lawn and every darn hangout.

Q. And do you know if other Highs members did that after Prince Martin was killed?
A. Yeah, but shit. It wasn't, you know, I wasn't with them so, but yeah.
Q. Okay. We're going to go to Exhibit A90, page 23. This has been admitted.
Kant Get Right. That's your Facebook account; is that right?
A. Yeah.
Q. And then you posted this two days after Prince Martin was killed?
A. Yeah.
Q. And what's it say?
A. It say "Purple hearts, skud. Hood going up for you, love you blood."
Q. And we're going to go to Exhibit, what's been admitted as Exhibit A23, page 2.
And are you familiar with the Matt -- the Facebook account Matt BooWayvsmechanic account?
A. Yeah.
Q. And who is that?
A. That's Matt Lord.
Q. And this is August 9th of 2021, this post. So two days after Prince Martin was killed. And what did he post?
A. Said, This YNT -- "This YNT shit. Yo shit. You the

king."

Q. And what's that mean?

A. That means, shit, the YNT is his shit.

Q. Then we're going to page 3. The day after Prince Martin was killed on August 8th of 2021, Matt Lord posted right here -- we'll pull it up.

"You was my big bro. You slid for me. Front line. It's only right I return the favor. #king boo."

What's that mean?

A. Retaliation is a must.

Q. What's that mean, "You slid for me"?

A. That means, shit, he was front line for him. Basically he was, you know, he would have did the same thing for him. So it right that he do the same for Boo.

Q. And what's he saying he's going to do for Boo?

A. Slide.

Q. And we're going to go to what's been admitted as Exhibit A100 to page 9. And are you familiar with the EBK Mush, that's M-U-S-H, Facebook account?

A. Yeah, that's my homie.

Q. And who's your homie?

A. Mush.

Q. Mush. And you identified him as Dashaun Morris before?

A. Yeah.

Q. And what clique of the Highs is he from?

A. Shotz, FreeShotz.
Q. And this post is from August 8th of 2021. So the day after Prince Martin was killed?
A. Yeah.
Q. It says, "Long live Boo. High Y. Die LZZZ."
So less go through. What's long live Boo mean?
A. It's he paying tribute to Boo.
Q. And you testified Prince Martin is a YNT member?
A. Yeah.
Q. And Dashaun Morris is a FreeShotz member?
A. Yeah.
Q. And what's high Y mean?
A. High Y is throwing up the Ys.
Q. And then Die LZZZ, have you seen that before?
A. Yeah.
Q. What's that mean?
A. That mean he disrespected Lows. That mean fuck them.
Q. What's the LZZZ mean?
A. The low end.
Q. We're going to go to what's been admitted as Exhibit A92, page 13.
And on the left you previously identified Josiah Taylor and Matt Lord in this photograph?
A. Yeah.
Q. Are you familiar with, and you just testified that Matt

Lord's Facebook account is Matt BooWayvsmechanic?
A. Yeah.
Q. And here he says, "Love you BD Boo."
Is that a tribute to Prince Martin?
A. Yeah.
Q. And we're going to go to what's been admitted as Exhibit A94 to page 10.
And you testified you're familiar with the TrickyTre Kyreon Facebook account?
A. Yeah.
Q. And whose Facebook account is that?
A. That's Tricky's.
Q. And that's who you identified as Trevaun Robinson?
A. Yeah.
Q. So in September of 2021, about a month after Prince Martin was killed, Trevaun Robinson posted on his Facebook account, and he tagged Prince Martin, and he said, "And that 25 shit I am with all day wish we can G back to 09 and 08."
What's that mean?
A. That mean he YNT, and you can go back to 09 and 08.
Q. What's that 25 shit mean?
A. 25. That's 25, letter is Y. 25th letter is the Y.
Q. After Prince Martin was killed, did you attend any memorials for him?
A. Yeah.

Q. And when was that in relation to him being kill?
A. The next day.
Q. And where was the memorial held?
A. At The Murder.
Q. Did a lot of the people go to The Murder?
A. Yeah.
Q. Were there members from all of the cliques of the Highs there?
A. Yeah.
Q. And how long were you at the memorial?
A. Shit, a long time.
Q. Did you speak with any Highs members when you were up there?
A. Yeah.
Q. And what was the general mood among Highs members when you were up there?
A. Everybody was angry, sad.
Q. And are you aware that someone was killed that same day at the Skyline Market?
A. Yeah.
Q. All right. I'm going to show you -- or permission to show Mr. Knight Exhibit A4a?
THE COURT: You may do so.
BY MR. LYNCH:
Q. Mr. Knight, I'm showing you four different images from

Exhibit A4a. Can you tell me what you see here?
A. That's me.
Q. And where are you?
A. I'm at The Murder. I'm at Boo memorial.
Q. Is this a fair and accurate depiction of you at the memorial?
A. Yeah.
MR. LYNCH: The government moves to admit Exhibit A4a.
THE COURT: Any objection?
A4a is admitted.
BY MR. LYNCH:
Q. All right. I'm showing you page 1 of Exhibit A4a. Can you tell me what we see there?
A. What you mean?
Q. What do you see in this picture?
A. That's me. That's me at the Boo memorial. That's me again.
Q. Okay. What do you see in the back here?
A. 2-5.
Q. And that's on page 2. And then page 3 there's an individual behind you. Who's that?
A. That's Lil' Lord.
Q. And Lil' Lord you testified is Gregory Hamilton?
A. Yeah.

Q. And what clique is he with?
A. YNT.
MR. LYNCH: Permission to show Mr. Knight Exhibit C12.
THE COURT: You may do so.
BY MR. LYNCH:
Q. All right. I showed you a few photographs here. We're on page 4 of Exhibit C12. Are you familiar with what you see in these photographs?
A. Yeah, that's me.
Q. Okay. And where are you?
A. I'm at The Murder.
Q. And is that during the memorial?
A. Yeah.
Q. And are these pictures fair and accurate depictions of the memorial?
A. Yeah.
MR. LYNCH: The Government moves to admit Exhibit C12.
THE COURT: Any objection?
C12 is admitted.
BY MR. LYNCH:
Q. All right. We're going to go to page 4, and that's you in the red there?
A. Yeah.

Q. We're going to page 2. Can you tell me who you see there?
A. That's Trell Moe.
Q. Trell Moe. And was Trell Moe in a gang?
A. Yeah, he Black Mob.
Q. And page 3 behind Trell Moe in the white, who is that?
A. That's Tricky.
Q. And that's who you identified as Trevaun Robinson?
A. Yeah.
Q. And who is that on page 5?
A. That's Damone.
Q. Okay. Is that who you testified about being a fentanyl supplier?
A. Yeah.
Q. Going to page 12. Can you tell me who you see here pulled up on page 12?
A. That Lil' Lord.
Q. And you testified that's Gregory Hamilton?
A. Yeah.
Q. And what clique is he with?
A. YNT.
Q. And page 13. Can you tell me who you see in the white shirt?
A. That's Fat Squad.
Q. And you testified another nickname name for him is

Squizzy?
A. Yeah.
Q. And what clique of the Highs is he with?
A. EMB.
Q. We're going to go to page 17. Right here in the black with the blue hat, who's that?
A. That's Chase.
Q. Do you know Chase's real name?
A. Chase.
Q. Do you know his full name?
A. Nah.
Q. Okay. Do you know if Chase is in a gang?
A. Yeah, I think he YNT.
Q. And lastly we're going to page 28. Can you tell me who you see there?
A. That's KenKen.
Q. He's wearing the white shirt?
A. Yeah.
Q. And was he in the Not From the Lows video?
A. Yeah.
Q. And you testified he's part of the YNT clique of the Highs?
A. Yep.
MR. LYNCH: Permission to pull up for Mr. Knight Exhibit C8a?

THE COURT: You may do so.

BY MR. LYNCH:

Q. And, Mr. Knight, do you recognize what you see here in Exhibit C8a?

A. Yeah. That's the memorial. That's the outside of the store.

Q. Is that outside of the Winner Gas Station?

A. Yeah.

Q. Is that a fair and accurate depiction of the memorial on the outside at the Winner Gas Station?

A. Yeah.

MR. LYNCH: The government moves to admit Exhibit C8a.

THE COURT: Any objection?

C8a is admitted.

BY MR. LYNCH:

Q. And we're going to go to page 6 here, and I'm going to pull up this individual wearing the black shirt with yellow letters on the front of the shirt.

Who is that?

A. That Joker.

Q. That's who you identified as Josiah Taylor?

A. Yeah.

Q. And you identified this individual in the turquoise hooded sweatshirt. Who is that?

A. That's Lil' Lord.
Q. And do you know, was Lil' Lord who you testified was Gregory Hamilton, was he involved in a murder that day?
A. Yeah.
Q. Where at?
A. Shit, Skyline.
Q. And do you know if Prince Martin had a funeral?
A. Yeah.
Q. Did you go?
A. Yeah.
Q. I'm going to pull up what's been admitted as Exhibit A95b. And you talked about this photograph already?
A. Yeah.
Q. And where are they at here?
A. At The Murder. No that's not -- yeah, it is The Murder.
Q. Okay. And do you know if this is during Prince Martin's funeral?
A. Yeah, that's the day of the funeral.
Q. I'm going to show what's been admitted -- I'm showing what's been admitted as Exhibit GG63.

Are you familiar with who you see here?
A. That's Harvey.
Q. And how do you know about Harvey?
A. Shit, I have pictures of him on my phone. Older guys, older guys told me about him.

Q. Okay. And do you know if Harvey was in a gang?
A. He's a Lows, but I can't think of what clique.
Q. And why would you have a picture of a Lows member in your phone?
A. Just so if I see him, I get him first. Before they, you know, it's always -- it's never, it's not too bad to be a homer. You know you have to be homer.
Q. And is that a precaution you were taking?
A. Yeah.
Q. And why wouldn't you want a Lows member to see you first?
A. Say what?
Q. Why would you not want a Lows member to see you first?
A. Cuz that's life or death. The more folk can be --you know, you can get shot just walking past somebody.
Q. If you don't know who they are?
A. Yeah.
Q. And is what you see in GG63 a fair and accurate depiction of Harvey?
A. Yeah.
Q. And do you know what happened to Harvey?
A. He died.
Q. I'm going to show you what's been admitted as Exhibit A57. Can you tell me who you see there?
A. That's Wild.

Q. Wild. How well do you know him?
A. I know him well.
Q. Is he in a gang?
A. FreeShotz.
Q. And that's the same clique that you are in?
A. Yeah.
Q. Do you know his real name?
A. Ronnell Lockhart.
Q. And do you know what he was involved with in the Highs?
A. Not really. Do everything. Selling weed mostly.
Q. I'm going to show you what's been admitted as Exhibit Y22. And we're going to pull up this individual.

Do you know who that is in the red and black looks like a vest?
A. That's Lil' Twin.
Q. And that's who you identified as Christopher Finch before?
A. Yeah.
Q. And what clique is he with?
A. FreeShotz.
Q. And what's this mean, and are you familiar with the Jankysko Frm Booway?
A. Yeah.
Q. What's Booway mean?
A. Booway, so basically it's replacing the "broad" from

Broadway with Boo name.
Q. Okay. And are you familiar with whose account that is?
A. Yeah.
Q. Who?
A. That's Lil' Twin.
Q. And he's a FreeShotz member, but he has Booway in his name?
A. Yeah.
Q. All right. And what do you see here?
A. That's the Y.
Q. Do you see that type of symbol on Facebook a lot?
A. Yeah.
Q. And do you know what this means here? 23092425?
A. Yeah, that's, that's all, all they got to do with YNT and the Y.
Q. What's the 25 portion stand for?
A. The Y.
Q. I'm going to show you Exhibit Y23. Are you familiar with this individual?
A. Yeah, that's Diondre.
Q. And have you ever seen him around?
A. Yeah.
Q. Where at?
A. Broadway.
Q. And I'm going to show you what's been admitted as

Exhibit UU9. Are you familiar with this individual?
A. That's Tricky.
Q. That's who you identified as Trevaun Robinson?
A. Yeah.
Q. We're going to pull up what's been admitted as Exhibit A104, page 2.
Are you familiar with this individual on the right?
A. Yeah, that's Reggie.
Q. And is Reggie in a gang?
A. Yeah, YNT.
Q. Okay. And do you know Reggie's real name?
A. Malcolm Samuels.
Q. And where's Malcolm Samuels at there?
A. Taco Bell.
Q. And is that the Taco Bell by Broadway and Lyndale?
A. Yeah.
Q. And did Highs members ever sell drugs at that location?
A. Yeah.
MR. LYNCH: Permission to show Exhibit A119?
THE COURT: You may do so.
BY MR. LYNCH:
Q. Are you familiar with who you see in Exhibit A119?
A. That's Boonie.
Q. Boonie?

A. Yeah.
Q. Is that like B-O-O-N-I-E?
A. Yeah.
Q. And do you know Boonie?
A. Yeah.
Q. Is that a fair and accurate depiction of Boonie?
A. Yeah.

MR. LYNCH: The government moves to admit Exhibit A119.

THE COURT: Any objection?

A119 is admitted.

BY MR. LYNCH:
Q. And Boonie, do you know his real name?
A. Nah.
Q. Do you know if he's in a gang?
A. FreeShotz.
Q. Only a few more questions here.

We're going to go to what's been admitted as Exhibit A92, page 25.

Can you tell me who you see here?
A. Flock and Joker.
Q. And what's Flock wearing?
A. The black Bulls shirt.
Q. And what's Joker wearing?
A. He got the white shirt on.

Q. And you identified Flock as William Banks?
A. Yeah.
Q. And Joker is Josiah Taylor?
A. Yeah.
Q. And where are they in this photograph?
A. I don't know.
Q. And we're going to go to what's been admitted as Exhibit A94 to page 30 -- actually 35.
No. We'll go to 30, actually.
Can you tell me who the individual on the right in the Lakers jersey is?
A. That's Tricky.
Q. And that's who you identified as Trevaun Robinson?
A. Yeah.
Q. And who's that in the red with the money?
A. That's Gator.
Q. And is that who you were looting with and when the two individuals were shot and killed?
A. Yeah.
Q. And then behind them who's that?
A. That's Lil' Lord.
Q. And you identified him as Gregory Hamilton?
A. Yeah.
Q. And then behind Trevaun Robinson dropping the L, who is that?

A. That's Mush.
Q. And Mush is who you are close with?
A. Yeah.
Q. And what's it say at the top of the post?
A. Gangland.
Q. We're going to go to page 35. Can you tell me what you see there?
A. Somebody flashing some money.
Q. And we'll go to page 36. Are you familiar with what you see there?
A. Blues.
Q. And lastly 38. Can you tell me what you see there?
A. That's Killa with an L, the same kind of sweater Lil' G had.
Q. With No Low on it? Okay.
And the last Exhibit, we're going to go to Exhibit A96 to page 44.
All right. Can you tell me who you see on the right in the yellow hooded sweatshirt there?
A. That's Wet.
Q. And that's who you identified as Tyreese Giles?
A. Yeah.
Q. And who's in the middle there?
A. That's Chase.
Q. And you testified Chase is a YNT member of the Highs?

A. Yeah.
Q. And then who's to the left?
A. That's Mush.
Q. And that's Dashaun Morris?
A. Yeah.
Q. Now, and on page 44 -- or 44, where are they at in that picture?
A. The AutoZone parking lot.
Q. And on page 46. What's the location of this picture?
A. Merwin's.
Q. And who do you see on the left with the backwards blue hat?
A. That's Munna.
Q. Jaylen Salter?
A. Yeah.
Q. And who is that wearing the orange Nike shirt?
A. That's Wet.
Q. And you identified him as Tyreese Giles?
A. Yeah.
Q. And then who's that next to Tyreese Giles.
A. That's Lil' Twin.
Q. And what are they doing in this photograph?
A. Flashing money.
Q. And the last photo --
Nothing further. Thank you.

THE COURT: Thank you.

At this time we're going to take our lunch break, and we'll come back at -- wait a minute. Just one moment. We'll come back at 1:20.

Thank you, everyone.

All rise for the jury.

12:10 p.m.

**IN OPEN COURT**

**(JURY NOT PRESENT)**

THE COURT: And I'll have Mr. Knight on the stand when the jury comes back at 1:20. Yes.

All right. Thank you, everybody. We're in recess.

(Recess taken at 12:11 p.m. till 1:24 p.m.)

1:24 p.m.

**IN OPEN COURT**

**(JURY PRESENT)**

THE COURT: You may all be seated.

And then, Mr. Rivers.

Mr. Wold first. Cross-examination of Mr. Knight.

CROSS-EXAMINATION

BY MR. WOLD:

Q. Good afternoon, Mr. Knight. How you doing?

A. I'm good.

Q. Good. My name is Peter Wold, and Josiah Taylor's my

client. Okay?
A. Yeah.
Q. And you know I talked to your lawyer, Marie Pacyga, to see if she could ask you if I could visit with you before today?
A. Yeah.
Q. And you didn't think you wanted to do that?
A. Nope.
Q. That's all right. And you know through this time all the times you've met with the government lawyers and other police officers, there's been reports of those interviews, right?
A. Yep.
Q. Have you seen those yourself?
A. No.
Q. Okay. And I was able to review those. There you also testified last month in a different trial against other members of the north side, right?
A. Yep.
Q. Okay. And I got to review all of that testimony and even watch a little bit of it, so I know something about the background.
Okay?
A. Yeah.
Q. And I've reviewed your plea agreement and heard your

sentencing -- or not your sentencing, but your plea in front of Judge Brasel.

Okay?

A. Yeah.

Q. So I have all those things, and I'm going to ask you questions about those. If you need any help refreshing your recollection or anything, just let me know, and I can probably show you that information.

Okay?

A. Mm-hmm.

Q. So I'm going to have to ask you a bunch of questions. You understand that, true?

A. Yeah.

Q. I'm not trying to embarrass you or disrespect you. I'm going to be respectful. Okay?

A. Yeah.

Q. Okay. Good. And I'll ask you questions, and the court reporter here can only take down one person talking at a time. So I'll wait till you finish your answer before I ask you another question, and if you will do the same thing, that would be helpful for her.

Fair enough?

A. Yep.

Q. Good. Good.

I just want to first talk about the last three

years so we can you understand how you ended up being a cooperating witness. Okay?
A. Mm-hmm.
Q. And as I understand it, back in April of 2022, you were arrested and were in custody I believe for some home burglaries you did down in Carver County and Dakota County; is that correct?
A. Yeah.
Q. Okay. And basically since that time you have been in custody, correct?
A. Yeah.
Q. And it was almost a year after that, a year after you're arrested on the Carver County and Dakota County cases, that you were indicted on this RICO case, right?
A. Yeah.
Q. And were you held in Carver County that whole year before you were indicted, do you remember?
A. Yeah.
Q. Yes?
A. I was.
Q. Okay. And after you were indicted, were you moved to Sherburne County Jail?
A. Yes.
Q. Okay. And then as I see it in, towards the end of September in 2024, just last year, you reached this

cooperation agreement; is that correct?
A. Yeah.
Q. And was it after that you were moved to Washington County?
A. Nah. I was moved to Washington County before that.
Q. Oh, you were?
A. Yeah.
Q. Okay. And do you remember approximately when you were removed to Washington County?
A. In August.
Q. In August?
A. Yeah.
Q. Last August? 2024?
A. No. It was 2023.
Q. So you've been there for 18 months and --
A. Yeah.
Q. Oh, okay. Okay. And, I mean, you talked briefly about growing up. And I guess, you know, this gang life is, is new to I think most people on the jury and a lot of people here.
So just for context about this case, I want to talk to you about that a little bit. Is that okay?
A. Yeah.
Q. So you grew up until you were five in Chicago. Do you remember much about that?

A. Yeah.
Q. Okay. And what was that like?
A. I was living with my granny. I don't live with my momma, so it was cool.
Q. Okay. And then you moved with your mom here in 2007 I think when you were about five years old, right?
A. Yeah.
Q. And your dad really, you didn't even know him at that time; is that fair?
A. Nah. Yeah, that's fair. You can say that.
Q. Yeah, yeah. I mean, he wasn't in your life at that time.
A. Nah.
Q. Yeah. And you recall going to school. You're on the north side, is that right, when you moved here straight away?
A. Yeah.
Q. Okay. And where was that on the north side?
A. I actually lived in the lows.
Q. You were down in the lows. Okay.
A. Yeah.
Q. Okay. And where at were you?
A. By Plymouth.
Q. Okay. And how long were you there?
A. Shit, a long time.

Q. Okay.
A. I been living on the north side since we came.
Q. Okay. But were you in the south of Broadway all that time? Is that where you were living?
A. Nah, we didn't been, we been all through the north side, so we've been the Highs, the Lows, the Tres.
Q. Okay. And I know you got in some trouble as a juvenile and went to the Red Wing youth facility; is that true?
A. Yeah.
Q. Okay. You were robbing and thieving; is that fair?
A. Yep.
Q. Okay. And when were you out of Red Wing, sir?
A. I want to say I got out of Red Wing I think 2018.
Q. 2018. Okay. And it was right after you got out of Red Wing you became associated with the FreeShotz, right?
A. Nah. That happened in like, that happened after I got out my other placement.
Q. Okay.
A. Because I went to another placement after Red Wing.
Q. Okay. Where did you go?
A. I was in Michigan.
Q. Okay.
A. It's called Lakeside.
Q. Okay. And was that for other trouble you got into?
A. Yeah.

Q. Okay. So how old were you when you got back to the north side? I thought you were about 16.
A. Yeah, 16, 17.
Q. Okay. And was it when you got back that you became associated with the FreeShotz?
A. Yeah.
Q. Okay. And these were friends of yours, right?
A. Yeah.
Q. Okay. Homies we call them, right?
A. Yep.
Q. Okay. And at that point, your dad still wasn't around. You didn't have much of a father figure or anyone to rely on but friends; is that true?
A. Yeah.
Q. Okay. And that's kind of why you got associated with the FreeShotz; is that accurate?
A. Yeah.
Q. Okay. So you were friends. You had fun together, right?
A. Mm-hmm.
Q. Okay. And that time, were you selling a little weed? Did you do a little of that?
A. Yeah.
Q. Okay. And then I think as you stated, things changed a little bit because this fentanyl and the blue pill thing

came around and seemed like there was a lot more money in that, right?
A. Yeah.
Q. So you were doing a little of that too. Fair enough?
A. Yeah.
Q. And unfortunately things got a little more dangerous after that, right?
A. Yeah.
Q. Okay. You -- after these pills came out, and again I don't want to embarrass you, but you actually became addicted to fentanyl.
A. Became addicted to Percs.
Q. Okay.
A. The real Percs.
Q. Oh, okay.
A. By the man.
Q. And I thought you had told the government that you were addicted to fentanyl, and I got the audio tape if we need it. But it was fentanyl, and you would buy, or you would have a lot more pills, so -- because you were embarrassed about being addicted.
Do you remember that?
A. Nah, I ain't tell them that.
Q. And you had a lot of pills. So they thought you were dealing them and not just using them. Do you remember

telling anybody that?
A. Nah.
Q. Okay. Well, we'll get to it. I think I have an audio tape of you talking about that. Maybe that will refresh your recollection.
Okay?
A. Okay.
Q. Okay. But after things became dangerous, you became a shooter, right?
A. Yeah.
Q. And do you remember how old you were when you first shot at somebody?
A. I was 16. 15, 16.
Q. Okay. Okay. And really, as compared to the rest of the friends and members on the north side, you were, became a big time shooter; fair to say?
A. Yeah.
Q. Okay. I mean, I think you've said you were involved in well over a hundred shootings?
A. Yeah.
Q. Okay. And you got shot at a lot yourself?
A. Yep.
Q. And you had plenty of guns yourself. I think you said you usually had about six guns of your own, right?
A. Yeah.

Q. Okay. And can you tell us about these guns? I've heard of Glocks. I've heard of 9 millimeter. Any other types of guns there were that you had?
A. What you mean, like a brand?
Q. Yeah. Any. You tell me. I'm not that familiar.
A. ARPs. You got all type of --
Q. AIB?
A. ARPs, it's sort of like a pistol, and you Glock 6, FNs, Rugers.
Q. Okay. And did you have experience with all of those types of guns?
A. Yeah.
Q. And I think, and can you tell us what a, what switches are?
A. A switch is a conversion kit that make a Glock fully automatic.
Q. Okay. And you had a couple of those I know, right?
A. Yeah.
Q. Okay. And you even had one I think with a drum magazine or something like that it's called?
A. Yeah.
Q. And that's just something on a handgun that holds --
A. 50 rounds.
Q. -- 50 rounds. And is it fair to say that shooting a gun like that that has 50 rounds going off one after another,

there's a lot of kickback on a gun like that?
A. Yeah.
Q. Okay. I mean, do you hold it with two hands when you are shooting that gun?
A. Yeah.
Q. Is that about the only way you can do it?
A. Nah. You can -- it depends on what kind of gun it is.
Q. Okay.
A. You can one hand them. You can get a four grip or a grip. It don't matter.
Q. Okay. Okay. But the kickback would be something on a gun with a switch?
A. Yeah.
Q. Is that fair?
A. Yep.
Q. Okay. And, I mean, you were shooting at people, right?
A. Yeah.
Q. And you know you killed a lot of people, right?
A. Nah, I ain't kill nobody. I shot people. I ain't killed nobody.
Q. Okay. You've killed nobody?
A. No. I actually I'm responsible for the two murders that happened during the robbery, but other than that, I don't kill nobody.
Q. You haven't been convicted of killing anybody, right?

A. Nope.
Q. Okay. So these hundreds of people you shot at, were you just a bad shot, or did you not hit them or what happened?
A. Shit, sometimes you don't get it. Sometimes you don't hit nobody. Sometimes you do.
Q. Okay. You, I mean, you enjoyed doing that, didn't you?
A. Yeah.
Q. And around the block, as you call it, that's Merwin Liquors and Winner Gas Station, you call that the block, right?
A. Yes.
Q. Around there, you became very respected as being a top gun shooter, right?
A. Yeah.
Q. Okay. And I think people were scared of you, right?
A. Yeah.
Q. And as you put it, I believe, and I read this in one of the reports, quote, referring to a shooter like you, "You don't fuck with them or they will shoot or kill you."
Right?
A. Exactly.
Q. Okay. And that's what people thought of you?
A. Yeah.
Q. They won't mess around with you?
A. Yeah.

Q. Okay. And in addition to that, you had a real violent temper, right?
A. Yeah.
Q. Okay. So being a temper, having a temper like that and being a shooter was a pretty dangerous thing for not only you, but anybody around you.
Fair enough?
A. Yes.
Q. Doesn't sound like you would be a good guy to hang around with out in an open space.
A. That ain't true.
Q. Okay.
A. I'm actually a good person.
Q. Okay. I just -- we've heard a lot of names here and a lot of names and a lot of nicknames and so forth. I just want to review a couple with you.
One is Prince Martin. We heard about him. He was a well liked person on the north side, right?
A. Yes.
Q. Okay. And you knew he was a close friend of Josiah?
A. Yes.
Q. Josiah I mean?
A. Yes.
Q. Okay. And he was a YNT?
A. Yes.

Q. And Tez, as we know Montez Williams, was a YNT, right?
A. Who is Williams?
Q. Huh? Montez?
A. Who is Williams?
Q. Montez, is it Montez Brown or --
A. Yeah.
Q. Montez Brown. Okay. He was a YNT?
A. Yeah.
Q. Okay. And you talked about a Tate. Is that Randy Tate?
A. Yes.
Q. He's a YNT also, correct?
A. Yes.
Q. And Matt Lord, YNT?
A. Yes.
Q. Okay. You know Avante Nix?
A. Yeah.
Q. Grew up with Avante, right?
A. Yes.
Q. Knew him. When you got here at five years old, did you meet him?
A. No, no. I met him in middle school.
Q. Okay. And got to be close friends with Avante Nix?
A. Yeah.
Q. Do you know a guy named Clinton Brown?
A. No.

Q. Not at all?
A. No.
Q. He's not a guy that you would recognize as hanging out on the north side at all, right?
A. No, I don't know him.
Q. Okay. You were there every day, true?
A. Yeah.
Q. So, I mean, I want to -- the burglaries down in Dakota and Carver County, those were actually a way you are making money back after you got out of Red Wing, right?
A. Yeah.
Q. And you'd go into people's houses at night while they were sleeping there, true?
A. Yep.
Q. Okay. And you would take every valuable thing that you could find that you could carry out of there, right?
A. No. I only took wallets and purses and the credit cards.
Q. Okay. Okay. And you did that several times or more, true?
A. Yeah.
Q. Okay. And you did that for yourself, right?
A. Yeah.
Q. No one in any gang of any type told you to do that, true?

A. Nope.
Q. Did it for yourself, and you kept the money for yourself, true?
A. Yeah.
Q. Okay. You needed it?
A. Yep.
Q. Okay. You also would, to support yourself, steal, go to construction sites and steal stuff there?
A. The credit cards.
Q. Credit cards from construction --
A. Yeah, the business cards.
Q. Oh, okay. Okay. And what would you do with the credit cards?
A. You got to swipe them. You go to Target, Walmart, you go swipe.
Q. They just take them from you? I mean, they wouldn't check your ID. They just --
A. No, no, no. You go to the self checkout.
Q. Oh, okay. Okay. I mean, there's been a lot of shootings where people died that you were at least around or a part of. Fair enough?
A. Yeah.
Q. Okay. You know a person named Brian Haskell. Do you remember that one?
A. Yeah. I shot him. He wasn't dead when I shot him.

Q. Oh, okay. And we heard about the Somali guys, right?
A. Yeah.
Q. A person named Bird. That was later. Remember that?
A. Yeah. He didn't die. He got shot.
Q. Okay. Then Shanontae Fisher, do you recall that?
A. Yeah.
Q. Yeah. There's a shooting at the Amstar Gas Station. Do you remember that? Do you remember that one?
A. Nah.
Q. Okay. I want to talk to you a little bit about how you became a cooperator. Okay?
A. Okay.
Q. Okay. You were in the Carver County Jail starting in April of 2022, right?
A. Yeah.
Q. And then you were there, and there was information about the federal government bringing these RICO charges. That started after 2023, right?
A. Yeah.
Q. And somehow it became clear that you might be charged in that case, right?
A. Yep.
Q. And before you were even charged, the court appointed a lawyer for you to have to help you before you were even charged, right?

A. Yeah.
Q. And that was a very good lawyer named Marie Pacyga, right?
A. Yes.
Q. And she's helped you a lot, hasn't she?
A. Yes.
Q. She's a good lawyer?
A. Yes.
Q. Okay. And she was with you in February of 2023 when a bunch of the federal agents and even prosecutors came out and met you at the Carver County Jail, right?
A. Yeah.
Q. And do you remember Andrew Schroeder was also there, right?
A. Yep.
Q. Okay. And he's a violent -- officer that deals with violence from the Minneapolis Police Department, a sergeant, right?
A. Yeah.
Q. Okay. So they came to you and visited you at the jail and told you about this indictment that was likely coming and you would likely be a part of it, correct?
A. Yeah.
Q. Okay. And they even had a PowerPoint presentation to show you about a lot of the things that they said you were a

part of that would be part of the case if they indicted you, right?
A. Yeah.
Q. And that included murders and shootings and stuff like that, right?
A. Yes.
Q. Okay. And they told you because you were involved with murder under this RICO case, you'd be looking at life in prison, no way to get out, life in prison, right?
A. Yeah.
Q. You were 21 years old at the time, right?
A. Nah. I was 20 when they came. When they first came, I think I was 20 or 19.
Q. Okay. Well, 20 or 21 when you are told that you were looking at never getting out of jail for the rest of your life. That had to be a little terrifying, didn't it?
A. Not really at the time.
Q. Didn't scare you at all?
A. Nah. Because they asked me during that same thing did I want to cooperate, and I told them no.
Q. Okay. They told you you could avoid that if you cooperated, and you said i ain't cooperating, right?
A. Yes.
Q. Okay. And again it was just a couple months later in April of 2023 you were indicted for this RICO case, right?

A. May 2nd I think it was.
Q. Okay. Okay. And after that indictment you went to court and pleaded not guilty, right?
A. Yes.
Q. With your lawyer. Marie was there with you, right?
A. Yes.
Q. Okay. And after that they gave, the government gave your lawyer what's called discovery, right?
A. Yes.
Q. And that's police reports and photos and interviews and video tapes and all sorts of stuff, right?
A. Yes.
Q. And did she share that with you?
A. Yes.
Q. And did you go through all of that stuff too or as much as she shared with you?
A. No. I went through all of it.
Q. Huh?
A. I went through all of it.
Q. You went through all of it?
A. Yes.
Q. And there was hundreds of thousands of pages, right?
A. Yeah.
Q. Yeah, yeah. And it not only told you in those hundreds of thousands of pages what they had against you, but they

told you what they had against all your codefendants too, right?
A. Yes.
Q. So you knew everything about what they're saying you did and everything about what they're saying your codefendants did, right?
A. Yes.
Q. Okay. And now you are sitting in the Sherburne County jail for a while, right?
A. No. I was in Washington County.
Q. Pardon me?
A. I'm -- you talking about right now?
Q. No, no, no. Yeah. Back then.
A. Yeah, yeah.
Q. After you were indicted. You were there. And there was 40 to 50 of the other people from the north side that were indicted with you, right?
A. I think the original indictment was like 20 some people. It didn't get to 40 something until the next indictment that was superseding.
Q. A few months later they indicted a bunch more, right?
A. Yeah.
Q. Okay. And there was a lot of people indicted, and you were all sitting in the same or a lot of you were sitting in the same jail in Sherburne County, right?

A. Yes.
Q. And there -- everybody's kind of talking about what they've been charged with and how they didn't do it or how they did do it and things like that, right?
A. Yes.
Q. Okay. So you talked to other people about their charges, and you talked to other people about what other people were charged with, right?
A. Yes.
Q. Okay. At some point Ms. Pacyga came to you and said based on the cards stacked against you as they were, you should at least consider cooperating with the government, right?
A. No.
Q. No? Okay. How did that come about? Did you just said you wanted to?
A. Yeah.
Q. Okay. You told her I want to cooperate.
A. Because they kept asking me. The prosecutors kept asking me.
Q. Well, how did they ask you? They came out to the jail and asked you, or they asked her to ask you?
A. They asked her, and she came to me and asked me did I want to cooperate. They didn't. It wasn't no forcing it on me, none of that.

Q. Oh, no, no, no, no. I know it was a voluntary decision you made to cooperate, right?
A. Yes.
Q. Okay. And but she explained how that whole corporation process would work if it was going to work, right?
A. Yes.
Q. And she said you will have to talk with them and tell them what you know, not just about yourself, but about other people because they will want you to cooperate against other people, right?
A. Yes.
Q. Okay. And she said, she told you, you know, obviously you got to be truthful, but being truthful isn't enough because you have to substantially assist their case. You must give them something they can use against other people, right?
A. Yes.
Q. Okay. So you knew you better give them information that will help convict your friends from the north side, right?
A. Yes.
Q. Okay. You said I will do that, right?
A. Yes.
Q. And then you started doing what are called proffers to audition to be a cooperator for the government; is that fair?

A. Yeah.
Q. Okay. Because just because you go in and talk to them doesn't mean they'll give you a cooperation agreement. You have to go in and until you give them something that will substantially assist them before you get to be a cooperator.
Fair enough?
A. Yeah.
Q. Okay. And in fact you went in I think the first time was June 28th, 2024, when I think they all came -- this is the time they came out to the Washington County Jail.
You were in the Washington County Jail at that time.
A. Yeah.
Q. To do the first interview of you to see if they thought you would be a cooperator, right?
A. Yeah.
Q. And after that interview, they hadn't accepted you yet, had they, as a cooperator?
A. I don't know. Shit, I thought you did. Once you get your first proffer you was in it.
Q. Yeah. Well, it wasn't until you went back in September, I believe it was September 18th of 2024, this time they picked you up and brought you down to the U.S. Attorney's Office on the 6th floor of this building, right?
A. Yeah.

Q. And Ms. Pacyga told you, you know, they're going to see if you can give them substantial assistance now and this is your chance to become a cooperator, right?
A. My understanding was the first proffer made you a cooperator automatic.
Q. All right.
A. There's no auditioning stage.
Q. Okay. Okay. But it wasn't until after that second interview in September that you got the cooperation agreement, and that was like six days later?
On September 24th, you got the letter that was showed to you this morning that made you a cooperator that said we're signing you on as a cooperator, right?
A. I could have sworn I signed one the first time they met us.
Q. Okay. Well, do you remember the cooperation agreement?
A. Yes, and it say 11/24.
Q. No. That was September 24th, 2024.
A. Oh.
Q. We can show that to you if you want to refresh your recollection with it. Take my word for it?
A. (Moves head up and down.)
Q. Okay. Okay. And at that time --
If I can have a moment, Your Honor?
THE COURT: You may.

(Counsel confers)

BY MR. WOLD:

Q. And I'm taking you until August of 2023. Now you're in the Washington County Jail at that time, I think, right?

A. Yeah.

Q. Okay. And by this time you've learned a little bit about cooperating, right?

A. Yeah.

Q. And in fact you know other people, other of your colleagues that were in custody in Sherburne, were talking about cooperating too, right? Did you know that?

A. Not at that time.

Q. Okay. Well, do you remember the letter you wrote to your dad on August 2nd, 2023?

A. Yes.

Q. You've seen that? Do you remember that?

A. Yes.

Q. And you told your dad about facing these federal charges and what was stressing you out, right?

A. Yeah.

Q. And let me ask you, and I can show this to you, but basically you wrote to him and told you, you know I'm fighting a fed case, right?

A. Yeah.

Q. And at that time you were still fighting it. You were

still, you hadn't?
A. I didn't agree to cooperate.
Q. You hadn't agreed to cooperate yet?
A. No.
Q. No. So you are still fighting the case, right? That's what you told your dad, right?
A. Yeah.
Q. And your dad had just kind of come back into your life or something after you got in jail, and --
A. Yeah. 2022. He end up figuring out where I was at.
Q. Okay. So you write to your dad and say I'm fighting a federal case. The thing that stresses me out the most is the shit a motherfucker can do to earn their freedom, right?
A. Yes, sir.
Q. And you said, "I don't know a lot of these," your word, "niggas on this case, but it ain't shit for a," quote, unquote, "motherfucker to make some shit up or blame a nigga. That's easy."
Right? That's what you said?
A. Yeah, that's exactly what I said.
Q. Okay. And because that's exactly what was going on and you knew it, right?
A. Yeah.
Q. Because people would go to the U.S. Attorney and make shit up about other people to try to get cooperation, right?

A. Yes.
Q. Okay. And that was happening around you, right?
A. Yeah.
Q. Okay. And it was easy for them to make shit up about other people and get cooperation agreements. True?
A. Yeah.
Q. Okay.

MR. WOLD: Your Honor, I have an exhibit I would like him to identify.

THE COURT: You may do so. Is it marked?

MR. WOLD: Yeah, it's marked as, I think it is DD we're using.

THE COURT: I think that's --

MR. WOLD: DD3. If I can approach.

I'm just going to come up and show this to you, Mr. Knight. If you will take a look at that and see if you recognize that, sir.

THE WITNESS: Yeah.

BY MR. WOLD:
Q. And what do you recognize it as?
A. That's my letter I sent to my pops.
Q. Okay. And that was August 2nd, 2023, I think, right?
A. Yeah.
Q. Okay. And that's your handwriting, and you sent it to your dad, right?

A. Yes.
Q. Thank you.
MR. WOLD: We'd offer DD3, and I would make this into a video exhibit at some point.
THE COURT: Any objection?
MR. LYNCH: No, Your Honor.
THE COURT: DD3 is admitted.
BY MR. WOLD:
Q. So that was in August of 2023 you were indicted. You think that you found out about it on the 2nd of May, right?
A. Yeah.
Q. And then at that time you were reviewing all of these reports and discovery about yourself and other people, right?
A. Yeah.
Q. And you were considering this opportunity to cooperate; is that fair?
A. Nah. At that point, no, I wasn't.
Q. Okay. Well, when did you decide that you should think about cooperating?
A. Shit, probably like when I probably, when I got to Washington County. So that's 20 --
Q. That was 2024, probably, right? We know you're there in June of 2024.

A. Yeah, I think that's, I think that is right.
Q. Okay. So then you said, told Marie Pacyga, let's see if we can work out a cooperation deal? Is that what you asked for?
A. At first we was preparing for trial. We was getting ready for trial.
Q. Okay.
A. But then as I looked at everything, I know, I know I'm guilty so what's the point of going to trial and getting all day.
Q. Yeah. Okay. So this was your chance to avoid being in prison the rest of your life, true?
A. Yeah.
Q. Okay. And that's what you're doing today and that's what you did last month when you testified in another trial against your colleagues from the north side, right?
A. Yes.
Q. Okay. And then you started meeting with these government people again, right?
A. Yes.
Q. And you had first met with them in February of 2023, right?
A. Yes.
Q. That's when they came out and showed you the PowerPoint.
A. Yes.

Q. Okay. And every time they met with you, they would tell you about the Highs as a gang and why they thought it was a gang, right?
A. No. They asked me about it. They didn't tell me why they think it was a gang. They asked me.
Q. They asked you. Okay. I have all these reports where they told you what the Highs were and how they were a gang.
Do you want to see them?
A. I mean, it's up to you, but --
Q. You, you remember when you were back in jail fighting this case, do you remember that?
A. Yes.
Q. Before you decided to cooperate?
A. Yes.
Q. Your colleagues and you were all saying this things about the Highs being a gang is BS. Remember talking like that?
A. Yes.
Q. And you said, just like they did, that's what they call our neighborhood. We're all just friends and the Highs isn't -- I mean, we're all in our own little gangs, right? That's what you talked about then; isn't that true?
A. Yes, we all are in our own sects.
Q. Okay. And that was a gang you were in. You were a -- I don't know how I can forget it. You were a FreeShotz,

right?
A. Yes.
Q. And that's what you bragged about being, right?
A. Yes.
Q. Okay. And like the other people there, you said this Highs being a real gang is just our neighborhood, right? That's what you said.
A. No.
Q. That's what you said with the rest of these guys. You didn't say that with them? You didn't say that then when you were fighting this case, sir?
A. No.
Q. Okay. They came again with a proffer in June 28th of 2024. That was your first proffer. Again, you talked with them about the Highs was a gang, and these little groups you're in were just called cliques, right?
A. Yes.
Q. Okay. And then again you went in September of 2024, and again what you talked about was how the Highs was a gang and these other little groups were just cliques. Do you remember that?
A. Yes.
Q. Talking about the same thing again, right?
A. Yes.
Q. Just like you did in June. Just like you did in

February a year and a half before, right?
A. Yes.
Q. Okay. Then you entered into a plea agreement. I'd like to take a look at that for you. And I'll tell you it's exhibit number --
(Counsel confer)
MR. LYNCH: B1.
MR. WOLD: D1a.
MR. LYNCH: B.
MR. WOLD: B1a. If we can get that on the screen, I'm going to show that to you, sir.
(Counsel confer)
BY MR. WOLD:
Q. So I want to review your plea agreement with you. That's B1a, right?
Do you remember this? We looked at it before you signed it on the back, right?
A. Yes.
Q. And if we could go to page 4 on that.
And, by the way, you didn't -- you signed this, but you didn't write this yourself, did you?
A. No.
Q. You know the government made this, put all the language in this that you had to sign to get this plea agreement, right?

A. Yes.

Q. Okay. And I mean, just for example, it goes on and it starts talking about how you're associated with the Highs, right?

A. Yes.

Q. That's what they wrote there, right?

A. Yes.

Q. If we can go to page 5.

And that's what you agreed to plead to, the murder, right?

A. Yes.

Q. And that's what under the RICO statute gets you life forever in jail, right?

A. Yes.

Q. Okay. And if going to paragraph 13, it talks about the structure.

You didn't write any of this stuff, did you?

A. No.

Q. It says the Highs had been in Minneapolis since approximately 2004. You were two years old at that time, right?

A. Yeah.

Q. You didn't know anything about the Highs when they came into existence, if they ever did, do you?

A. No.

Q. Okay. And then it goes down to this putting in work things that they asked you about this morning, right?
A. Yes.
Q. Putting in work. And what they wrote here is that they do it by introducing source of drugs or firearms and basically share that stuff with other people and that's how you get from every member of the High, right?
A. Yeah.
Q. Okay. And it says that, "High members may be expelled from the gang for failing to put in work."
A. Yes, that's what it say.
Q. That's what it says. That's not true, though, is it?
A. It is true.
Q. Oh, who do you know was ever expelled from the Highs for not, quote, "putting in work"?
A. Putting in work, basically it goes for anything. By not shooting a person that when you see them, if you, you can't come around no more. If you see a main face and you don't do nothing to them, you can't come around no more.

It's been plenty of people. They all get put off, all type of people.
Q. Okay. Well, I think before you said there's probably up to 5000, quote unquote, Highs members. Do you remember saying that?
A. There's a lot of people.

Q. Yep. And so if a Lows comes to the Winner Gas Station, does, is everybody required to shoot them?
A. Yes.
Q. Okay. Has 500 people ever shot at one guy?
A. Shit, no, not 500 people. Don't be even 500 people on the block.
Q. You did. You did?
A. Yeah.
Q. Yeah?
A. Of course.
Q. Yeah. Okay. So if you don't shoot, you are kicked out of the gang. Is that what you are saying?
A. They going to move you around basically they -- you're going to lose all respect that everybody have for you.
Q. Okay. Okay. Well, as far as the shooter goes, no one had more respect than you.
A. Nah, that's not true.
Q. Okay. We can go on to the next page, please.
It goes on to talk about all the same things they had been telling you and talking to you about the Highs in every one of the meetings you had before you signed this plea agreement, right, sir?
A. Yes.
Q. And none of that stuff did you write, true?
A. No.

Q. None of those, none of that, what it says in all of these pages are your words, are they?
A. No.
MR. WOLD: That's good. Thank you.
Thank you.
BY MR. WOLD:
Q. If I can, sir, I want to take you back to 2022, 2022, before you were indicted here, before you knew anything about RICO.
I assume back in 2022 you had never heard of RICO before, right?
A. Nah. I heard of it, but I ain't, I ain't think it going to happen to us.
Q. Okay. What had you heard about RICO in 2022?
A. In 2022? Now I'm saying I didn't heard it before, like the RICO was for The Mob, for The Mob and shit.
Q. Okay. Okay. But back in 2022, you were in the Carver County Jail, right?
A. Yes.
Q. And before we mentioned Sergeant Andrew Schroeder, he came out to meet with you at the Carver County Jail, right?
A. Yeah.
Q. That was at the time you were under arrest for breaking into people's homes while they were sleeping and taking billfolds and credit cards and purses and things like that,

right?
A. Yes.
Q. Okay. And you knew who Sergeant Andrew Schroeder was at that time, right?
A. Yes.
Q. And he was a gang expert from Minneapolis Police Department, right?
A. Yes.
Q. And he said he wanted to talk with you about gang life of yours, right?
A. Yeah.
Q. And you told him very proudly that you were a FreeShotz member, right?
A. Yeah. And we don't answer to nobody. I know exactly what you talking about.
Q. Yeah, yeah, yeah, yeah. And he said are the FreeShotz, are you little Ys, and I mean Y like the letter Y.
A. Yeah, I know.
Q. And he was asking, if I'm correct, he was asking if you guys were a little YNT, right?
A. Yeah. Like the little homies, and I told him no.
Q. Yeah. You told him no. And you told him YNTs were totally separate from the FreeShotz, right?
A. Yes.
Q. And you told him that the only thing in common was you

shared the same neighborhood, right?
A. Yes.
Q. And you told him that the FreeShotz, "Don't have shit to do with YNT, save for being in the same neighborhood," right?
A. Yes.
Q. And you told him, "We don't get supplies from them," meaning drugs, right?
A. Yes.
Q. "We don't get drugs from them," right?
A. Yes.
Q. "We don't get anything from them. We're totally separate."
A. Yes.
Q. That was true, wasn't it?
A. Yeah.
Q. Okay. You went on to say, and this is in the trial transcript from a month ago. You said under oath, referring to the FreeShotz, "We don't need shit from anyone."
Right?
A. Yes.
Q. Okay. FreeShotz were independent. They could take care of themselves, and they didn't need any help from any other clique anywhere, true?
A. Yes.

Q. Certainly didn't need protection from any YNT or anyone else on the north side, did you?
A. No.
Q. And frankly, you know, I've seen a lot about you, and frankly you're man enough to take responsibility for yourself from time to time, right?
A. Yeah.
Q. Okay. And I know, I know it's Quay Felton, right?
A. Yeah.
Q. And the other?
A. Jaylen Salter?
Q. Yeah. Those were two of your very, very best friends, weren't they?
A. Yeah.
Q. And your violent temper, your ease at shooting people, when you lost your best friends, it wasn't the Highs you were going to go after their killers for. You were doing that because of yourself, right?
A. Yes.
Q. The loss you had yourself, true?
A. Yes.
Q. Okay. That wasn't a High deal. That was a Jovan Right deal, wasn't it?
A. Knight.
Q. Knight. I'm sorry. I sorry. I apologize for that.

That was your deal, true?
A. Yeah.
Q. And I'll take you there if you want, but today you said this language of putting in work. I mean, frankly you said there's people out there that don't sell drugs and they don't shoot people.
You are just, you are a High if you are on the block, right, and those are your words?
A. Yeah. But you are not just going to, not just anybody can go out there. You're not just going to hang out there and be a random.
Q. Okay. Okay. But you also told them when they said, well isn't -- I mean, I can take you back to this, but isn't taking out work, that means shooting people and selling drugs. You said, "Selling drugs is personal. That's just making money. Selling drugs isn't work because you sell the drugs. The only people you share the money with is who you got the drugs from," right?
A. No. That's not true.
Q. You didn't say that? Do you want to --
A. You can go ahead and look it up for me.
Q. I, I'll get there, and I'll do that.
A. All right.
Q. You have also told these folks that the FreeShotz and the YNTs don't get along.

A. Yeah.
Q. Do you remember that?
A. Yeah, I actually do.
Q. Okay. And you said, and it's true, that the FreeShot members and the YNTs will rob and shoot each other, right?
A. Yeah.
Q. Okay. And you said these other groups that now you call cliques will fight over money and women, right?
A. That's what it is usually about.
Q. Okay. And selling drugs is about money?
A. Yeah.
Q. You, going back to your interview with the Minneapolis gang sergeant, told him you were a FreeShotz.
A. Yes.
Q. That you were not related to the YNTs at all?
A. No.
Q. That you went through that whole role about how the FreeShotz didn't need help from anyone. And that's true, right? At least when you were there three years ago, right?
A. Yeah.
Q. Okay. And in this conversation with him, this gang expert, when you are talking about your gang, you never used the word "clique," did you?
A. No.
Q. Okay. And in this meeting with this gang expert from

Minneapolis that knows all about the gangs, you never used the word "Highs" as a gang once, did you?
A. Nope.
Q. Started using it after you started talking with these folks a lot, didn't you?
A. No.
Q. You don't talk about the Highs with them?
A. Listen. I do talk about the Highs with them.
Q. Yeah, that's what I meant.
So there's no rules, as I understand it, in this club called the Highs, right?
A. No.
Q. No rules. So does every FreeShotz member have to be a High?
A. Yes.
Q. Do they, does every FreeShotz member know they have to be a High?
A. Yeah.
Q. And how do they know that?
A. Because that's what we are. We're the Highs. Listen, if you seen it on the Facebook post that they showed, we use the phrase "high end" because we're on the higher end of our map.
Q. Yeah, that's what I mean. You are on the higher end. It's that neighborhood, right? You are --

A. Yep.
Q. -- in the high neighborhood, right?
A. Yes.
Q. That's what it is, a neighborhood, true?
A. Yes, and that's our neighborhood.
Q. Yes, it is your neighborhood. But it's a neighborhood of the guy that works at Merwin's Liquors too, isn't it?
A. No. He's --
Q. It's the neighborhood of the guy that pumps gas at Winner Gas Station?
A. He's a civilian.
Q. It's the person that lives on the corner three blocks up?
A. They're civilian. You all naming people who don't gang bang who are not in a clique, so it don't really matter to them. That's their neighborhood. They grew up there or they live there. They're not active gang member.
Q. But they live in the Highs neighborhood, sir.
A. Nobody going to say if you are a civilian, you're not going to say I live in the Highs or I'm from the Highs, no.
Q. Okay. Really?
A. No, you are not going to say that.
Q. How do you know them?
A. Because --
Q. What civilian do you know, sir --

A. A lot of civilian.
Q. -- who you hang out with that's not a gang member?
A. I know a lot of people who are not gang members. My whole life don't revolve around being a gang member.
Q. Does it?
A. No. Sometimes I'm a normal person. Shit.
Q. So once -- so unless you are expelled, and I assume you're done being a gang member for the rest of your life now, right?
A. Listen, I'm going to be who I am before this, after this and when I die. Listen, I'm going to change the way I move. Nothing about what I'm doing right now is changing my respect level in how everybody view me, but it's not going to change me as a person. I am who I am.
Q. Good, good. Well, that's good. I'm proud of you for saying that. Okay?
But I'm just asking. If you said every FreeShotz member is a High, is there any way for them to say I really like being with my friends that are FreeShotz, but I don't want to be a High? Could they say that.
A. No, because if you get caught by a member of the Lows, you're not just going to other say, oh, I'm FreeShotz. They're still going to shoot you.
Q. I'm not asking that.
A. No. I'm just saying. You, if I went to say oh, I'm

just FreeShotz, I'm not the Highs, it's not going to change nothing.
Q. So once you are -- once you are a High, you are a High forever, is that it?
A. Yeah.
Q. Can't get out?
A. Shit, unless you do what I'm doing.
Q. Okay.
A. It's over with. It's a wrap.
Q. Okay. So once a High, always a High.
A. Yeah.
Q. Okay. Is there any other rules about it, any other High rules? That's one you're telling us. You're stuck forever, right? Any other rules?
A. I'm saying it's basic gang life, man.
Q. Okay. Okay. And I've seen your prior testimony. You basically have said whoever hangs out on the block and gets to hang out on the block is a High, correct?
A. Yes.
Q. Is that right?
A. Yes.
Q. Okay. Can you shoot another High member and still be a High?
A. Yeah. You just going to start, you just going to start beef with that clique.

Q. Okay. Are there, are there any of the FreeShotz that get together with other members of other little gangs and talk about rules or things like that?
A. Nah, not rules. We hang out all the same, you know.
Q. Okay. Do you, I want to talk about Avante Nix. Okay?
Do you see him? He's up in Washington County too.
A. Yeah.
Q. Do you see him?
A. We in different units right now. I used to see him, though. He was in the same unit.
Q. Okay. You see him. You talk to him?
A. Not right now. We in different units right now.
Q. Okay. Do you know he's a cooperator?
A. Yes.
Q. Okay. Have you talked to him about that?
A. Yeah.
Q. Okay. You trust him?
A. I mean, yeah.
Q. Does he have your back, do you think?
A. Yeah.
Q. Do you think the government, do you remember the government telling you before you got your cooperation agreement you shouldn't be seeking out information from about other defendants or --
A. Yeah.

Q. -- things like that?
A. Yeah.
Q. They knew you had been doing that, right?
A. Huh?
Q. They knew you had been doing that, right?
A. Nah, that's not -- I'm not seeking no information. I know what I know.
Q. Well, they knew you were. Just like you told us, you'd been talking to other people in the jail about the crimes against them and what their defenses were. Do you remember that?
A. That's not fishing for information. What you saying, I was fishing for information. First off, we're talking about our case.
Q. Okay.
A. And that's common we talk about what we charged with and what we did and what we didn't do.
Q. Okay. Did you know Avante Nix had been cooperating against members of the Highs?
A. Nah, I don't -- no. I learned that, I learned that probably --
Q. What?
A. -- last year. No, I didn't know that at first.
Q. Okay. Did you know he turned you in?
A. Nah, I ain't know that.

Q. Didn't know he snitched you out when you're, there was a warrant out for you? You got picked up in November of 2020. Remember getting that? Remember that happening? At the gas station? Got arrested? Do you remember that?
A. That's when I had the bills?
Q. Yeah.
A. Nah, I ain't know that shit, you know.
Q. Do you know that Nix was the one that tipped them off and told them where you were? Got 500 bucks for that. Did you know that?
A. Damn. Nah, I ain't know that, Lord.
Q. Okay. The guy, you still trust the guy?
A. Shit.
Q. Trust him? Would you trust him as a witness against you?
A. Shit, not no more, shit, it's over with. Bitty.
Q. You -- I'm, I'm, I appreciate it. I don't have many questions left for you, but you weren't ever that close with Josiah Taylor; is that fair?
A. Nah, nah, nah.
Q. You didn't go sliding with him?
A. No, no, no.
Q. You never went shooting with him?
A. Nah.
Q. You never went, he never went on robberies with you too?

A. Nah.
Q. And in fact you told the government you had no personal information about him being involved in any shootings, right?
A. Say that again?
Q. I said, you never had any personal information that you knew yourself about him being involved in any shootings?
A. Nah. Just shit I heard.
Q. Yeah. Okay. Okay.
Thank you for taking the time to answer my questions, sir. I appreciate it. Okay.
A. Yeah.
THE COURT: Thank you, counsel.
Mr. Engh, cross-examination.

CROSS-EXAMINATION

BY MR. ENGH:
Q. Mr. Knight, my name is Paul Engh, and I represent Trevaun Robinson.
A. Yes.
Q. We've not met before, right?
A. Yeah, I mean --
Q. I got some questions for you.
You understand how this works. I get to ask you the questions, and you can answer, right?
A. Yeah.

Q. You are prepared for this?
A. Yes.
Q. Let me start with the neighborhood, and I'm not going to repeat what Mr. Wold talked to you about, but I want to ask you some questions about it if I could.
Fair?
A. Yeah.
Q. You moved up here from Chicago and went to the north side and have been there ever since, right?
A. Yeah.
Q. And this is where you feel quite at home.
A. Yeah.
Q. You were comfortable there.
A. Yeah.
Q. You thought it was a familiar place after a while.
A. Yeah.
Q. Went to the schools.
A. Yeah.
Q. Hung out at the parks.
A. Yeah.
Q. Went all the way through 9th grade.
A. Yeah.
Q. And then started hanging around with the wrong people and started to play the crime game.
A. Yeah, that was probably about it. You right.

Q. And one of the things that you, one of the words that you used during your direct testimony is that you were in the neighborhood cooling. Do you remember that word "cooling"?
A. Yeah.
Q. What do you mean by "cooling"?
A. Cooling, shit, hanging out, you know.
Q. And cooling is, you hung out at certain places in the neighborhood to be cool, isn't that correct, or cooling, I should say?
A. Nah, it don't, it don't make you cool. You just hanging out. That's what you do.
Q. I appreciate that. One of the places that you hung out of course was the Winner Gas Station, right?
A. Yes.
Q. Merwin's; is that correct?
A. Yes.
Q. Where people accepted you?
A. Yes.
Q. And in fact it became your family; isn't that correct?
A. Yes.
Q. I mean, you didn't have a dad, as I understand it?
A. Yeah.
Q. Do you have any brothers or sisters?
A. Yeah, I got three brothers.

Q. Okay. But you didn't have a father raising you.
A. No.
Q. And in fact a lot of these friends of yours who were hanging out in the neighborhood didn't have fathers either; isn't that correct?
A. Yes.
Q. And they were all a part of the black community, right?
A. Yeah.
Q. And you felt, and I don't want you to put words in your mouth, but you felt kind of marginalized there except for your family.
A. Say that again.
Q. Well, let me help you with, let me help --
A. That was a big word.
Q. Yeah. Thank you. I'll try a different word.
But you found comfort within this group of people that you were hanging out with and cooling, right?
A. Yeah, yeah.
Q. And you felt, as I say, accepted, right?
A. Yes.
Q. And you stayed within this community, right?
A. Yes.
Q. You didn't try to go elsewhere, right?
A. Nope.
Q. You had no desire to move out.

A. Nope.
Q. And you stayed in the neighborhood that was above Broadway; isn't that right?
A. Yes.
Q. And the reason you were attending these funerals you were talking about is to, among other things, celebrate your friendships. Remember your friends who had been lost, right?
A. Yeah.
Q. Okay. And you did that as an individual because you loved these people, right?
A. Yeah.
Q. You made --
A. Let me stop you right there.
Q. Yeah. Go ahead.
A. So of course I did that as an individual, but it's been times I been to funerals where I didn't know the person, but they was the Highs. So it was just paying respect.
Q. So it varied, right?
A. Yeah.
Q. I mean, you could make your own decision to go to these funerals, right?
A. Yep, yep.
Q. And make your own decision at the funerals to do a sign if you wanted to or not a sign if you wanted to, right?

A. Yeah.
Q. I mean you were your own guy, right?
A. Yep.
Q. Okay. And when you were putting things on your Facebook, that was your decision, right?
A. Yes.
Q. It was your attempt to be social with your family; isn't that correct?
A. Yes.
Q. The family of your community, right?
A. Yeah.
Q. And along the way, you started selling dope, right?
A. Yeah.
Q. Okay. And you indicated to Mr. Wold that you were selling Percocet?
A. Yeah, blues, weed.
Q. Blues and weed? And the blues were Percocet or fentanyl?
A. Nah. It was fentanyl.
Q. You were selling fentanyl?
A. Yeah.
Q. And along the way did you start taking fentanyl? You start sampling fentanyl?
A. Yeah, something like that.
Q. You start smoking it?

A. Nah, I ain't smoke no Percs, man.
Q. How about fentanyl?
A. Man, you snort.
Q. You snort it?
A. Yeah.
Q. How do you snort it? You grind up the pills?
A. Yeah.
Q. I mean I want -- the jury doesn't know what you are doing snorting, but what you do is, you grind up the pills?
A. You bite them up, you know, put in a dollar, and you bite them off, you know, and then you snort.
Q. You know the phrase you used, you bite them off?
A. You bite them, so it's bite them to crush them up, to crush the pills up because us can't do it with your hand just grinding them up.
You bite it in the dollar. Then it's going to turn into dust, and then what you do is, you roll up another dollar, and then you sniff it.
Q. And how many pills do you grind up at once?
A. Just one. You going to die you trying, you think you do.
Q. And how many pills would you take in a day sometimes?
A. Shit, two, three of them.
Q. Okay. All right. And you were becoming addicted to fentanyl while you were selling it, weren't you? Fair

enough?

Yes?

A. Yes.

Q. And one of the reasons you had the fentanyl with you is that you wanted to use it yourself, right?

A. Yeah, and make money off it.

Q. Sure. And one of the things that you did on the street was, you carried a number of pills with you, right?

A. Yes.

Q. And the reason you did that for among other reasons is that you didn't want any of your friends to know you were becoming addicted to this, right?

A. You right.

Q. Because if you were addicted to it, you were vulnerable?

A. You was a fiend.

Q. A fiend?

A. In other words, yeah.

Q. And the fiend means what?

A. A hype. You know, like a crackhead. Man, you know, you addicted to it. That's what they call a fiend, who you sell it to.

Q. So what you did was, you were becoming addicted to it yourself.

A. Yeah.

Q. Fair enough? Didn't like that, but that was what was

happening to you.
A. Yeah.
Q. And before that you were addicted to marijuana, I assume.
A. Yep, yep.
Q. And were you addicted to the fentanyl and marijuana at the same time?
A. Yeah.
Q. And what you did was carry a number of pills with you so that you will give the appearance to your customers and friends that you were a dealer, rather than someone who was using the same pills to feed an addiction, right?
A. Yeah.
Q. So what, what you would do is take a number of pills and flash those pills. And then at the same time use them for your own addiction; isn't that correct?
A. I don't know about flash. I sell them. I ain't just flashing no pills up.
Q. But you wanted to give the appearance that you had these pills to mask an addiction to --
A. Yeah. You don't have to, you don't have to flash the pills for somebody to know that you selling them. You are there see fiends coming up to you all day.
Q. Okay. But did you have, what you were trying to do, and I don't want to belabor this, but I want to make sure I

understand it with you. What you were trying to do was showing a lot of pills while you were addicted at the same time; isn't that right?
A. Yep.
Q. To hide your addiction?
A. Yep.
Q. Okay. And you told Detective Schroeder that too, didn't you?
A. Yes.
Q. Okay. You remember that?
A. Yes.
Q. I don't have to play that for you. That's in your memory of saying it, right?
A. Yeah.
Q. Okay. Now, you were also dealing on the street, right?
A. Yes.
Q. And this, this was out in the open, right?
A. Yes.
Q. The police knew about it?
A. Yes.
Q. They just drove by?
A. Yes.
Q. They didn't stop you?
A. Nope.
Q. It was obvious what you were doing?

A. Yes.
Q. And there was no police presence to stop it.
A. No.
Q. Even though they knew about it.
A. Yeah.
Q. So you would see from time to time cars go by Winners Gas Station or Merwin's Liquor?
A. Yeah.
Q. The cops would just drive by?
A. Yeah. Sometimes they park in their shit, some of us still selling out there.
Q. Even when they park the cars?
A. Yeah.
Q. And they never got out of the car.
A. No. They go to the store. They be sitting behind the counter. They don't care.
Q. They just not interdicting you at all?
A. Yeah.
Q. All right. Now we talked about the various gangs that were above Broadway and some people who died. I want to ask you some other people who may have been murdered up there to ask you what you know about those.
Okay?
A. Mm-hmm.
Q. If you do, you do. Let me know, and if you don't, let

me know. Fair enough?
A. Yeah.
Q. Do you recall Christopher Clark killed another member who was a YNT? Do you remember Christopher Clark?
A. No.
Q. You know whether he killed someone named Black in 2011, or were you too young?
A. No. I too young. I wouldn't know the name.
Q. You are familiar, though, that with gang killings above Broadway between gangs themselves, are you not?
A. Yes.
Q. Okay. So up there if someone is offended or has a reason and lives in the neighborhood, murders can happen, right?
A. Mm-hmm. Yeah.
Q. How about, how about a guy named Mandela Jackson who killed Jordan Hughes in 2012. Is that before you?
A. Yeah, before me.
Q. There's a Taliban gang up there; isn't that correct?
A. Yes.
Q. You are familiar with the Taliban in a dispute with the YNTs. Does that ring a bell with you?
A. That was before my time, man.
Q. How about a guy named Kenneth Johnson? He's a YNT. Have you heard of him?

A. Nope.
Q. Ever heard of somebody named Anthony Titus who got killed in 2016?
A. Nope.
Q. How about a Terrence Kramer, a YNT, that got killed by another YNT in 2012? That ring a bell for you?
A. No.
Q. How about a Cortez Williams who killed someone named Wesley in 2017? That must have been about been your age. Do you remember that one?
A. Yeah, I remember that.
Q. He was, Cortez Williams was a FreeShotz?
A. Yeah.
Q. And Kevin Wesley was a YNT?
A. Yeah. But listen.
Q. Right?
A. Haeveon when -- I don't know Haeveon, so I'll let --
Q. But these were gangs on the north side above Broadway who had murders amongst each other, right?
A. Yeah.
Q. For whatever reason, right?
A. Yeah.
Q. And those killings had nothing to do with, quote, unquote, being a member of, member of the Highs, correct?
A. Nope.

Q. How about the time Deandrae Washington killed Samantha Taylor? You remember that one, don't you?
A. Yeah.
Q. Samantha Taylor was an LL. What's an LL?
A. Double L?
Q. Yeah, what is it?
A. Lowry and Lyndale.
Q. And Deandrae Washington is a BD; is that correct?
A. Yeah.
Q. And that had nothing to do with, quote unquote, a Highs gang. It was just between a BD and an LL; isn't that correct?
A. Yep.
Q. And no one told Deandrae Washington from anything beyond a BD gang that he should kill Samantha Taylor.
A. No.
Q. How about Michael Ferguson killing Kyreon Watkins? You remember that one, don't you?
A. Yep, yep.
Q. That was 2019?
A. Yeah.
Q. And Ferguson was an EMB, is that right, or do you remember what he was?
A. I think he AD.
Q. And why don't you tell me what that is.

A. AD is another, that's like some -- AD likes Tre Tre shit.
Q. Help me with that. I couldn't understand you. Just say it slower.
A. AD is like some, the Tres. It's another clique within the Highs.
Q. All right. So Ferguson was an AD?
A. Yeah.
Q. And above Broadway. He kills Kyreon Watkins, who is a YNT for all you know, right?
A. Yes.
Q. And that had nothing to do with, quote unquote, the Highs end gang that you've described, right?
A. No.
Q. I mean, all these killings that you are discussing are caused by individuals who decide to kill somebody, right?
A. They're caused by individuals who have their problems with that individual.
Q. Right. And then they make a decision --
A. To kill them.
Q. -- to kill them?
A. Yes.
Q. And then they shoot them, and it's over, right?
A. Yes.
Q. And that's kind of the way of life up there; isn't that

right?
A. Yes.
Q. Now with respect to Mr. Robinson himself, you saw him in the neighborhood?
A. Yeah.
Q. He hung out at Broadway, Lyndale, right?
A. Yeah.
Q. Okay. You never sold him anything.
A. Nah.
Q. He never sold you anything.
A. Nah.
Q. You never saw him, you never saw him shoot anybody.
A. Nah.
Q. And when you say he has a reputation for certain things, you just heard that from the street, right?
A. Yeah.
Q. Without witnessing anything, right?
A. No. It's respect level.
Q. It's all hearsay, right? This video that we saw, you recall seeing that earlier this morning that was shot in front of Augie's?
A. Yeah. The video, yeah.
Q. Yeah. Was there ever a mention of the Highs gang, Highs in that video that you heard?
A. No.

Q. And we saw a picture of a funeral, Y22.

Could you put up Y22, please?

Were you at Y22, this picture, a gathering at a cemetery in Crystal?

A. Yeah, I was there.

Q. Okay. You see yourself in it, by chance? If you don't, you don't.

A. I'm -- you can't see me. I'm behind the person in the yellow shirt.

Q. Okay. And you went there on your own, right?

A. Yeah.

Q. Okay. Because you want to remember the dead, right?

A. Yeah.

Q. And you had a right to go.

A. Yep.

Q. No one stopped you.

A. Nope.

Q. And when your friend Mr. Salter passed away, that was a big hit for you.

A. Yeah.

Q. You loved the guy?

A. Yeah.

Q. And you wanted to kill the killer?

A. Yeah.

Q. On your own?

A. Yeah.
Q. No one told you to do that.
A. No.
Q. You were just going to do that because he was a friend of yours.
A. Yeah.
Q. In fact, it's fair to say that really no one controlled you.
A. That's correct.
Q. You are kind of your own guy.
A. Yeah.
Q. Pulled the trigger when you wanted to.
A. Yep.
Q. Whenever you wanted to.
A. Yes.
Q. Felt no remorse about it.
A. No.
Q. You enjoyed shooting people.
A. Yes.
Q. Okay.
MR. ENGH: No further questions.
THE COURT: We'll take a break at this time and come back at 3:15.
All rise for the jury.
2:53 p.m.

**IN OPEN COURT**

**(JURY NOT PRESENT)**

THE COURT: This is off the record.

(Recess taken at 2:53 p.m. till 3:18 p.m.)

3:18 p.m.

**IN OPEN COURT**

**(JURY PRESENT)**

THE COURT: You may all be seated.

Mr. Rivers, cross-examination.

MR. RIVERS: Thank you.

CROSS-EXAMINATION

BY MR. RIVERS:

Q. Mr. Knight, my name is Bruce Rivers. I represent Mr. Giles.

A. Mm-hmm.

Q. And I have a few questions for you as well, but I'll try not to cover all the ground that the other gentlemen have covered.

Okay?

A. Okay.

Q. You went to Red Wing for what? Why did you go to Red Wing?

A. A robbery.

Q. And how old were you when you committed that robbery?

A. I don't even know.

Q. Were you 12 years old?
A. Damn, I was 12. I don't know.
Q. When did you get out of Red Wing? 2018?
A. Yeah, I got out 2018.
Q. And how old were you when you got out? Were you 16?
A. Yep.
Q. And then you went to Michigan?
A. Yeah.
Q. For what?
A. I want to say this was the same thing.
Q. And --
A. Like a violation or something like that.
Q. Why did you go to Michigan?
A. Because I didn't -- I guess they got tired of me in Minnesota. They ain't have nowhere else for me. I been to all the placements.
Q. So you didn't go to Michigan for a Michigan crime?
A. Nah, nah, nah. Minnesota sent me.
Q. When did you get out of Michigan?
A. I got out in 2020. I want to say 2020.
Q. When you turned 18?
A. Yep.
Q. So just --
A. Just before my 18th birthday.
Q. And then you came back to Minnesota, right?

A. Yep.
Q. So if you got out in 2020 and then you got picked up here and stayed in custody since 2022; is that right?
A. Yeah.
Q. So you really only had a couple years out, right?
A. Yep.
Q. So basically outside of 2020 to 2022, you've been in custody since 2018, right?
A. Nah I. Got out when I -- I was out when I was in Red Wing. When I got out of Red Wing, I was out. And then I end up getting locked back up in '19.
Q. What was your violation for?
A. I can't remember. Feel like a long time ago.
Q. All right. Well, you remember answering a lot of questions from the prosecutor, very quickly, about Facebook posts?
A. Yeah.
Q. You never saw those when they were put up, right?
A. What you mean?
Q. Well, you never saw them at the time they were posted, right?
A. Mine's or everybody else's?
Q. No. Everybody else's.
A. I did. I was friends with them on Facebook.
Q. Okay. So if something was in 2018 or before, you

wouldn't have seen that, right?
A. Nah.
Q. And if it was when you were in custody here, you wouldn't have seen that, right?
A. No.
Q. Okay. One of the things you testified on direct was about putting in the work, right?
A. Yes.
Q. And you testified also on direct that putting in the work wasn't for the Highs. It was for the cliques, right?
A. Yes.
Q. And now one of the other things you said, as you were growing up, you lived all over the north side, right?
A. Yeah.
Q. You lived in the lows?
A. Yep.
Q. You lived in the highs?
A. Yeah.
Q. And you lived in the tres?
A. Yep.
Q. Where are the tres?
A. You said what? Or where?
Q. Where are the tres?
A. The 30s.
Q. What does that mean, the 30s?

A. The 30s. So from 30th to 39th.
Q. 30th Street, right?
A. Yeah.
Q. So it's defined by a geographic location, correct?
A. Yes.
Q. Same with the highs, right?
A. The highs is the whole -- yeah. Basically yeah.
Q. Does the highs encompass the tres?
A. Yes.
Q. Now, do you remember, you just saw a picture of that, of at that funeral. Do you remember that?
A. Which funeral?
Q. Where you are kind of hiding behind somebody?
A. Yeah.
Q. And --
A. That's not a funeral. That wasn't a funeral.
Q. What was that?
A. That was the day he died. So we was all out there at the cemetery.
Q. And when you look at that, there's some people holding up a kind of a circle with their fingers up. What is that?
A. That's the Bs because we was at Boosie. That's his grave site.
Q. All right. And so -- but that's not for YNTs, right?
A. No.

Q. And it's not, it's not for FreeShotz, right?
A. No.
Q. And then you saw some other people holding up four fingers. Do you remember that?
A. No, I ain't see nobody holding up no four fingers.
Q. And you saw some people holding up two fingers?
A. No.
Q. All right. But you would agree that people are holding up different things in that?
A. Yeah. Everybody was throwing up gang signs.
Q. Yeah, but their own gang signs, right?
A. Yeah.
Q. And then like some of them are doing this, which is the YNT, correct (indicating)?
A. Yeah.
Q. Now the 25, that's for what?
A. YNT.
Q. And that's the 25th letter in the alphabet, right?
A. Yes.
Q. For Y, correct?
A. Yes.
Q. And but there's no 8 that anybody sees, correct?
A. No. You said no what?
Q. Number 8.
A. No.

Q. And nobody has a tattoo of an H or anything like that on their body, right?
A. No.
Q. And nobody holds up an H for the Highs, correct?
A. No.
Q. Now, you knew who Mr. Giles was, correct?
A. Yes.
Q. But you didn't know that he lived at 77th and Penn Avenue in Richfield, right?
A. No.
Q. You didn't know his mother, right?
A. No.
Q. Didn't know his grandma.
A. No.
Q. Didn't know who he lived with.
A. No.
Q. And never slid up with him?
A. What you mean "slid up with him," like slip?
Q. You didn't ride with him in a car.
A. I been around him plenty of times.
Q. Well, you didn't know him like that, though, right? You never saw him commit a murder, right?
A. Nah, nah, nah.
Q. And you never saw him sell drugs, right?
A. No.

Q. And now you remember the video that we watched?
A. Which video, the music video?
Q. Yeah, the rap video.
A. Yeah, yeah, yeah.
Q. You saw somebody in there with an EMB logo on their shirt. Do you remember that?
A. Yeah.
Q. It doesn't say H EMB, right?
A. No.
Q. And EMB is Emerson Murder Boys, right?
A. Yes.
Q. Not High Emerson Murder Boys, but Emerson Murder Boys.
A. Yeah.
Q. And I believe when Mr. Engh was talking to you, you talked about I think about ten different murders in, at least ten, in between members of different gangs within the Highs area.
Do you remember that?
A. Yes.
Q. And fair to say that those murders were not committed for the benefit of the Highs?
A. Nah. It was personal, personal problems.
Q. And which is the same way for selling drugs, right? Like when you sell drugs, it's for your own benefit to put money in your pocket, right?

A. Yeah.
Q. You don't kick it up to anybody.
A. No.
Q. And it's not to benefit anybody else in the Highs but yourself, correct?
A. Nah. I mean yeah.
Q. And I believe you talked about an interview you did with Sergeant Schroeder, right?
A. Yes.
Q. And that I think you said something along the lines that FreeShotz don't answer to nobody or something like that, right?
A. Yes.
Q. And that's the same for all the different gangs or cliques within that area, right?
A. Yes.
Q. And so they are all independently run, you know. They all do their own thing without really any common purpose for the Highs, right?
A. Yeah.

MR. RIVERS: Nothing further, Your Honor.

THE COURT: Mr. Adkins.

CROSS-EXAMINATION

BY MR. ADKINS:
Q. Good afternoon, Mr. Knight. I have the privilege to

work with Gregory Brown.
You did take an oath here; is that correct?
A. Yes.
Q. You remember that specifically. The judge made you raise your hand and talk about telling the truth, correct?
A. Yes.
Q. Okay. And you've also promised these folks over the many meetings you've had, the truth is the key; is that correct?
A. Yes.
Q. In order to get the benefit of a substantial cooperation agreement, you have to tell some truth; fair to say?
A. Yeah.
Q. But you are also going to have to fill in some gaps; is that correct? You got to let them know what happened if they don't know, right?
Is that fair to say?
A. Yeah.
Q. You admitted to a number of crimes today; is that correct?
A. Yes.
Q. You did make a decision, though, with your lawyer's encouragement, and we talked about that. You spoke about that with both the government and with Mr. Wold.
You decided that you didn't want to do all the

time that was coming; is that fair to say?
A. Yes.
Q. You wanted to get yourself a discount; is that right?
A. Yes.
Q. But the discount does not come from your lawyer making a motion. It comes from the government; is that right?
A. Yes.
Q. They have to approve what you say and do, and you have to do something very important for them; is that correct?
A. Yeah.
Q. You need to help these people become convicted so you can go home; is that right?
A. Yep.
Q. Okay. Without those convictions, you get no discount; is that right?
A. I don't know.
Q. And you're facing life; is that correct? You told us that.
A. Yes.
Q. Thinking about cooperating initially worried you a great deal; is that right?
A. What you mean by that?
Q. You were dragging your feet. You didn't want to cooperate; is that correct?
A. Yeah.

Q. You were in the life, and you didn't want to give it up; is that correct?
A. Yeah.
Q. But eventually with your lawyer's encouragement you changed your mind; is that right?
A. My lawyers didn't encourage me to do nothing.
Q. Oh, is that right? So it was your decision after Schroeder came to see you that you were now going to change everything you had ever been; is that right?
A. No, it didn't happen. I didn't decide to do that until probably '24, 2024.
Q. Okay. What was it that, what was it that pushed you that way? What was it that helped you get to that place?
A. You mean like what made me cooperate?
Q. Mm-hmm.
A. Is that I had a life. I'm 22.
Q. Okay.
A. Who wants to spend the rest of their life in jail.
Q. Do these other people have lives?
A. Yeah, they do.
Q. Okay. You initially said that you were worried about coming here to testify; is that correct?
A. Yeah.
Q. It's risky to cooperate; is that correct?
A. Yeah.

Q. People don't care much for a snitch; is that fair to say?
A. Yeah.
Q. It gets you a tag in custody; is that right?
A. Yeah.
Q. So you have to be kept safe; is that right?
A. Yeah.
Q. Okay. But you said something interesting. When you got here it's not so hard; is that correct?
A. What you mean?
Q. That once you started testifying, this wasn't so difficult anymore.
A. It wasn't.
Q. Okay. All right. So it's gotten easier; is that correct?
A. Yeah, because --
Q. Telling stories, pretending, getting on the stand, getting these people what they need has become simpler for you; is that correct?
A. Nah, that ain't true.
Q. Okay. But you told -- Mr. Engh asked you, and this is the gentleman right behind me. You've talked about your testimony with Avante Nix; is that correct?
A. I didn't talk to him about my testimony.
Q. What did you discuss with him, sir?

A. I discussed that I, I told him that I'm going to be cooperating.
Q. Okay. You didn't get into details with him.
A. No.
Q. Okay. But you both plan on discounts to your time; is that correct?
A. I didn't know. I didn't fairly know he was going to be cooperating. Shit, I found out this year.
Q. You found out here today that he sold you out for $500; is that correct?
A. Yeah, you know, surprise me, you know, shit.
Q. Did it surprise you to learn that he had received over $50,000 from the time he worked with the police?
A. Stop lying.
Q. He testified to it, sir?
A. Did he? That's a lot of money.
Q. You now know he's been cooperating since he was 15 years old in 2019. You know now that.
MR. LYNCH: Objection. Relevance.
THE COURT: Sustained.
BY MR. ADKINS:
Q. You understand that Mr. Nix has been cooperating for a good long time; is that father to say?
A. Shit, you told me. Now I know.
Q. Okay. But he was slinging drugs for most of the last

four years, correct?
A. Yeah.
Q. You saw him doing that.
A. Yep.
Q. Now you know he was doing that with police assistance and support. You understand that.
A. Yeah.
Q. Okay. Given his age and how you are about the same age as Mr. Nix?
A. Yeah, we the same sage.
Q. And so in 2020, 2021 you couldn't hang out at 4th Street; fair to say?
You were too young to go to the bar; is that right?
A. Hell no. I was in there faithfully.
Q. Okay. So they let you in the bar before you were 21?
A. Yeah.
Q. Okay. But mostly that's where the adults would hang. The older members of the neighborhood would be at 4th Street; is that fair to say?
A. Yeah.
Q. And you would typically be when you say on the black, you mean Merwin, you mean Winner, you mean AutoZone; is that right?
A. Yeah, and the 4th.

Q. Okay. Fair play. And that's just behind Winner; is that fair to say?
A. That's not behind Winner. That's by Wendy's and Taco Bell.
Q. The 4th Street Saloon is by Wendy's and Taco Bell?
A. Yeah.
Q. Okay. Thank you. I appreciate that.
Now you fought very hard to say the word "Highs" as much as you could; is that correct?
A. No.
Q. You weren't coached to say Highs when you testified?
A. No.
Q. You didn't have conversations with the agents that would indicate that the defendants would likely be telling you there's no such thing as the Highs; isn't that correct?
A. I already knew that.
Q. Okay. You knew that from?
A. Because that was going to be my defense.
Q. Okay. Fair play.
When you watched that video, there was a drill video that we watched that was not from the Lows; is that correct?
A. Yes.
Q. And that video had across the bottom, the caption was trying to capture what was said; is that correct?

A. Yes.
Q. In that video you never heard and you never read the word "Highs"; is that correct?
A. No.
Q. You told Mr. Wold that; is that right?
A. Yes.
Q. Okay. So the video never discussed Highs, didn't talk about the neighborhood, fair?
A. Nope.
Q. Okay. Now we've confirmed that the substantial assistance, the 5K1, you've had that explained to you; is that correct?
A. Yeah.
Q. You learned other terms during this process, terms like second superseding indictment; is that correct?
A. Yeah.
Q. You dropped that in when you were testifying; is that correct?
A. Yes.
Q. Okay. So you've been learning. You've been getting more sophisticated about how cases are handled over the course of your cooperation; is that right?
A. No. Actually the superseding and all that came from the paper that say a superseding indictment.
Q. Fair play. You read that yourself, correct?

A. Yes.
Q. Okay. But so like I said, you've been learning a great deal about this case over time; is that correct?
A. Yeah.
Q. You've had multiple meetings with the agents and with government lawyers; is that correct?
A. Yes.
Q. Okay. Now I was a little surprised because I've seen those reports that you helped create. You never once call Lil' G or Gregory Brown an all star in any of those reports over years.
Today you indicated that he's an all star; is that correct?
A. Nah. Brother, man, you got to look back at the, at the -- got to look back at what you was looking at.
Q. Son, I've read every word you were supposed to have said, and it never said in there he was an all star, but today you got that information; is that correct? You came up with that today.
A. I don't think so.
Q. Okay. Regarding Mr. Banks, for example, until trial prep, you didn't mention him at all in your statements; is that correct?
A. No, I didn't.
Q. Okay. But in trial prep for this hearing today, you

mentioned him; is that correct?
A. Because they asked me who he is, and I know who he is.
Q. Fair play. It came from a question, rather than from your memory; is that fair to say?
A. Yeah.
Q. Okay.
MR. ADKINS: Your Honor, I have no further questions.
Thank you.
THE COURT: Ms. Turner.

CROSS-EXAMINATION

BY MS. TURNER:
Q. Good afternoon, Mr. Knight.
A. Good afternoon.
Q. I'm Catherine Turner. I represent Mr. Banks.
I just have a couple of questions for you. I know that my colleagues have asked you a lot today.
A. Mm-hmm.
Q. And I read your reports and stuff too. You've never been involved in any kind of shooting with Mr. Banks, correct?
A. No.
Q. And he's not a guy that you hang out with, right?
A. No.
Q. You've never robbed anybody with Mr. Banks?

A. No.
Q. You've never sold any drugs with Mr. Banks?
A. No.
Q. He's just, you may have seen him out cooling in the parking lot, right?
A. Yeah.
MS. TURNER: I have nothing further.
THE COURT: Mr. Lynch, redirect?
MR. LYNCH: Yes, Your Honor.

REDIRECT EXAMINATION

BY MR. LYNCH:
Q. Mr. Knight, you testified on cross that you never personally saw Trevaun Robinson or Josiah Taylor commit a shooting; is that correct?
A. Yes.
Q. If you were lying, you could have made up something and said you did see them commit a shooting, right?
A. Yes.
Q. And you testified that you're telling the truth?
A. Yes.
Q. And you testified that YNT is a clique of the Highs?
A. Yes.
Q. And are you telling the truth about that?
A. Yes.
Q. Can you describe the relationship between the different

cliques of the Highs?

MR. ENGH: Excuse me. Asked and answered on direct.

THE COURT: Overruled.

You may answer.

THE WITNESS: My bad. What you say?

BY MR. LYNCH:

Q. Can you describe the relationship of the different cliques of the Highs?

A. To be honest, like a love/hate relationship, you know. It's, man, it's so many cliques within us, you know. People can have personal problems with, you know, like say you all like, he might not like me, but his homies do, you know.

Q. Does anything unite the Highs, the different cliques of the Highs?

A. You said do anything unite?

Q. Yeah.

A. Like say one of us die.

Q. Yeah.

A. If one of us die, all of us are going to be -- just like Boo die. Everybody went to the memorial. If you are the Highs, you went to the memorial no matter what clique you was. You are paying respects.

Q. Are all the cliques selling drugs at Broadway?

A. Yeah.

Q. If you are not associated with the cliques of the Highs, can you sell at Broadway?
A. No.
Q. Why not?
A. Because you're most likely to get -- you're just a random. So that means you are not, it's not your block. You don't know nobody. What you doing you more likely to get robbed.
Q. And when you said that FreeShotz doesn't mess with YNT, did you mean they were from separate cliques?
A. Yeah.
Q. Can you explain that?
A. So that means like when he asked me are we, like their little guys we're not their little guys. We're different cliques. We don't answer to them. We don't big homie them. Ain't no big homies, none of that. Ain't no structure like we're the underlings, none of that.
Q. Okay. And we showed photographs of you and other FreeShotz members making the YNT hand sign?
A. Yes.
Q. And you went to the memorial for Prince Martin?
A. Yes.
Q. And what clique of the Highs was Prince Martin from?
A. He was YNT.
Q. I'm going to pull up what's been admitted as

Exhibit Y22.

And on the top right you previously testified that Jankysko Frm Booway belongs to Christopher Finch?

A. Yeah.

Q. And what clique of the Highs is Christopher Finch from?

A. He FreeShotz.

Q. And Booway, is that a reference to a particular member of the Highs?

A. Yes, Prince Martin.

Q. And you testified about the 2-5. What's the significance of the 2-5?

A. 25th letter of the alphabet, the Y.

Q. And this is a post by Christopher Finch?

A. Yes.

Q. And he's posting the 25?

A. Yes.

Q. And you said you're actually in this photograph, but you're behind this individual in the yellow?

A. Yeah. I know because the shape of my head.

Q. And you heard in the Not From the Lows video that there's references to the YNT hand sign, the EMB hand sign and the FreeShotz clique; is that correct?

A. Yes.

Q. And what do all of those groups have in common?

A. We all be on Broadway, and we're all the Highs.

Q. And you testified on cross about Highs members having beefs. Were those usually over personal issues?
A. Yeah.
Q. What kind of issues?
A. Shit, money, girls. That's the main two.
Q. And is a beef that a Highs member has with a, the Lows, is that different than a personal beef?
A. Yeah.
Q. Can you explain that?
A. Because a personal beef, you are just, you got, you got problems with that person from that clique. Now as in with the Lows, it's the whole Lows. It's just not no specific group that you are into it with.
You into it with the whole Lows, which is just like us, a bunch of subsets.
Q. And you testified that Tyreese Giles is a FreeShotz member of the Highs?
A. Yes.
Q. And you are a FreeShotz member of the Highs?
A. Yes, yes.
Q. Can you describe your relationship with Tyreese Giles.
A. We don't like, we ain't, we don't -- like we basically don't like each other.
Q. So it's possible to not like people from your clique even?

A. Yeah.
Q. And have you ever had a beef with a family member?
A. Yeah.
Q. Are you still family?
A. Yeah.
Q. And do you believe the Highs are a gang even if their members have personal beefs?
A. Yeah.
Q. I'm going to pull up what's been admitted as Exhibit A91 and go to page 11.
I'm going to pull out this individual on the right. Who is that?
A. That's Fats.
Q. Fats. And what's his real name?
A. Avante Nix.
Q. And is that who you were talking about during cross-examination?
A. Yeah.
Q. And do you know if he's in a gang?
A. He's Sayless.
Q. And is Sayless a clique of the Highs?
A. Yes.
Q. And you heard on cross-examination information about Mr. Nix cooperating about you. How would he have information to cooperate about you?

A. Because we was friends.

Q. Okay. And where would you hang out with Mr. Nix?

A. On Broadway.

Q. And you testified on cross-examination that Mr. Nix was slinging drugs, correct?

A. Yeah.

Q. What kind of drugs was he slinging?

A. Fentanyl.

Q. And who was he working with to sling fentanyl?

A. Lil' G.

Q. And is that who you identified as Gregory Brown?

A. Yeah.

Q. And how do you know that?

A. Shit he told me.

MR. ADKINS: Objection. Hearsay.

MR. LYNCH: I can lay a foundation.

THE COURT: Sustained.

The answer will be stricken.

BY MR. LYNCH:

Q. When you spoke with Mr. Nix about Gregory Brown, was he in a gang?

A. Yeah.

Q. What gang was he in?

A. Which one you talking about, Nix or Brown?

Q. Mr. Nix.

MR. RIVERS: Objection. Asked and answered.

THE WITNESS: Sayless.

THE COURT: Hang on.

The objection is overruled. The testimony will stand. Next question.

BY MR. LYNCH:

Q. So at the time he told you about his relationship with Mr. Brown, he was Sayless?

A. Yes.

Q. And what did he tell you about Mr. Brown?

MR. ADKINS: Objection. Hearsay. Calls for --

MR. LYNCH: Coconspirator statement, Your Honor.

THE COURT: Overruled. You may answer that question.

THE WITNESS: Shit, he said he was getting pills from Lil' G.

BY MR. LYNCH:

Q. And what kind of pills?

A. Fentanyl, blues.

Q. And you were asked about an individual named Clinton Brown on cross?

A. Yeah. I don't know him.

Q. Do you know someone or have you heard of someone nicknamed CJ?

A. Yeah.

Q. And you testified on cross about burglaries and also selling drugs and that you would keep the money; is that correct?
A. Yeah.
Q. And what would you do with the money?
A. Shit, I splurged, buy guns, whatever, clothes.
Q. Would you ever use those guns to commit shootings against the Lows?
A. Yes.
Q. Would you ever lend those guns to other Highs members?
A. Yeah.
Q. So you talked about, do members of the different cliques of the Highs protect their territory from the Lows?
A. Yeah.
Q. Okay. So location does matter?
A. Yes.
Q. And do you know if members of the Lows generally protect their territory from the Highs?
A. Yes.
Q. And can you explain that?
A. So like say if, if we go down there, we more, we more likely to get shot than we would on Broadway, you know, because there's someplace we not supposed to be. That's not our territory.
That's just like if they was to come on Broadway,

it's the same thing.

Q. And you testified on cross-examination about different rules. Are there general understandings -- and you also testified about the gang life.

Are there general understandings about what to do as a Highs member if you are disrespected?

A. Yes.

Q. And what's that?

A. Shoot.

Q. And are Highs members allowed to cooperate with law enforcement?

A. No.

Q. So during your life on the north side of Minneapolis, did you ever live by Lows members?

A. Yeah.

Q. Did you ever go to school with Lows members?

A. Yeah.

Q. So when you were with the FreeShotz clique of the Highs, would you pay tribute to deceased Lows members?

A. No.

Q. Even though you went to school with them?

A. Nah.

Q. How would you react when a Lows member was killed?

A. I will troll them. I laugh about it.

Q. Even though you went to school with them?

A. Yeah.
Q. When you were using fentanyl pills, would you use over ten fentanyl pills in a day?
A. I don't know, like three. Three or four.
Q. And why would you only use three or four?
A. Because I wasn't in. I wasn't that hyped up.
Q. And when you were using fentanyl pills, were you also selling fentanyl pills?
A. Yes.
Q. And you were arrested in November of 2021; is that correct?
A. Yes.
Q. And you had 87 fentanyl pills?
A. Yes.
Q. And where were you arrested?
A. At AutoZone.
Q. And prior to being arrested at AutoZone, were you conducting hand-to-hand drug transactions at the Winner Gas Station?
A. Yeah.
Q. And at that time were you still using fentanyl pills?
A. Yeah.
Q. But you were selling fentanyl pills also?
A. Yep.
Q. You talked about the B hand sign for Boosie. You also

testified about a photograph where you were with Gregory Hamilton, and both of you were making a B sign for Boosie; is that correct?
A. Yes.
Q. And Gregory Hamilton, is he in a gang?
A. YNT.
Q. And Boosie, what's his real name?
A. Jarmarius Shief.
Q. And you testified he's a FreeShotz member of the Highs?
A. Yes, yes.
Q. But Gregory Hamilton was making the B for him?
A. Yes.
Q. And we showed you a photograph of Randy Tate wearing a tactical vest that said LL 50?
A. Yes.
Q. And Randy Tate, what clique is he in?
A. He is YNT.
Q. And 50, is that a nickname for Boosie?
A. Yes.
Q. And would you say as a Highs member one of your purposes is to slide?
A. Yes.
Q. Can you explain that?
A. So basically, you know, like it's just something that, it's a general understanding. It's us versus the Lows, you

know. It's a war. Motherfuckers can die for this. So it's your -- you basically, shit, you have to slide. Ain't no, ain't no just getting by with it.

Q. And then you testified and were shown a bunch of photographs where you and other Highs members are showing off cash, and you said that's promoting the block?

A. Yes.

Q. Is the purpose of the Highs to make money?

A. What you mean "a purpose of the Highs"?

Q. For Highs members to make money at Broadway and Lyndale?

A. Yeah.

Q. And can you explain that?

A. So basically, shit, what else there do. It's an open drug, it's like an open drug market over there.

Q. And you also testified that there were more guns on the street in 2022 than in 2018 because Highs members were making more money selling fentanyl pills?

MR. RIVERS: Objection. Leading.

THE COURT: Overruled. It's prior testimony.

THE WITNESS: Yeah.

BY MR. LYNCH:

Q. Okay. And when Highs were making more money from fentanyl pills, you testified there were more guns on the street. Were there more guns shared at that point?

A. I mean, it was guns being shared, but damn near

everybody had their own gun because everybody was making money, but it was guns being shared.
Q. And were there more shootings against the Lows in 2018 or 2022?
A. 2022.
Q. And why is that?
A. Because it's more, we got more access to guns.
MR. LYNCH: Nothing further. Thank you.
THE COURT: Is there any recross?
MR. WOLD: Yeah.
THE COURT: Mr. Wold.

RECROSS-EXAMINATION

BY MR. WOLD:
Q. Told the truth about Josiah Taylor today, correct?
A. Yes.
Q. And you just told the prosecutor if you had said Josiah Taylor told you he shot Harvey Williams, that would be a lie, right? You can't lie and say Josiah Taylor told you he shot Harvey Williams, right?
A. Yeah. I can't do that.
Q. You can't do that. But that's exactly what you did. You talked to these people in June last June and last September. You said Josiah Taylor told you in person that he shot Harvey Williams. Isn't that what you told them?
A. I don't remember that. My lawyer even asked me --

Q. That would have been a lie if you told them that, wouldn't it?
A. I don't remember telling them that.
Q. Okay. Do you want to see your statements that you gave them then?
A. It's up to you.
Q. Well --
Can I refresh his recollection, Your Honor?
Strike that. Strike that.
THE COURT: You may.
MR. WOLD: Strike it. That's fine. That's fine.

RECROSS-EXAMINATION

BY MR. ENGH:
Q. Mr. Knight, you were just asked questions about the neighborhood and the above Broadway, below Broadway. Do you recall the Camden Bar at 43rd and Camden? Do you know where that is? Remember the Camden bar?
A. Yeah.
Q. That's at 43rd and Camden?
A. Yep, I remember that.
Q. You've been there?
A. Nah, I ain't been in there.
Q. Well, you haven't been there because that's a Lows hangout, right, for members of the gangs below Broadway? Do you know that?

A. Man, anybody goes there.
Q. So what you are saying is that someone from below Broadway can go to the Camden Bar at 43rd and Camden?
A. Yeah, because it's not frequented by us. That's not --
Q. And there --
A. You get caught up there. You get caught up there.
Q. And there haven't been any shootings at 43rd and Camden that you know about?
A. No.
Q. Then there was a funeral of someone named Shannon. Do you remember that?
A. Who?
Q. Shannon?
A. Nah.
Q. Anthony Shannon?
A. No.
Q. Did you go to a funeral in the neighborhood below the Broadway and try to shoot someone at a funeral for a guy named Shannon? Does this ring a bell for you?
A. Are you talking about when I shot through at the repass?
Q. Well, why don't you tell me about that. Maybe I got the wrong names.
A. That's the only post funeral route -- that that's what I'm thinking.
Q. And where was that funeral?

A. In the Lows.
Q. Pardon me?
A. In the Lows.
Q. So you went down there for the funeral.
A. Yeah.
Q. And you shot somebody.
A. Yeah.
Q. And you were told, you were told by people there not to.
A. Yes.
Q. But you did it anyway.
A. Yes.
Q. On your own.
A. Yes.
Q. Okay. And when you were arrested with 87 pills, we talked earlier that you had those pills, while at the same time disguising your addiction, correct?
A. Yes.
Q. Okay. And that helped you disguise it?
A. Yeah.

THE COURT: Anyone else?

Mr. Lynch, anything?

MR. LYNCH: No, Your Honor.

THE COURT: All right. We'll take a brief break, and then we'll hear from the government's next witness. So we'll take a five-minute break.

All rise for the jury.

3:52 p.m.

**IN OPEN COURT**

**(JURY NOT PRESENT)**

THE COURT: All right. Mr. Knight, you may step down. Thank you, sir.

You may bring them back in.

(End of requested excerpt)

* * *

I, Renee A. Rogge, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Certified by: /s/Renee A. Rogge
Renee A. Rogge, RMR-CRR