# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 23-cr-160 (NEB/JFD) |
| v. | |
| TYREESE GILES (6), | Date: June 5, 2025 |
| JOSIAH TAYLOR (7), | Courthouse: Minneapolis |
| TREVAUN ROBINSON (10), | Courtroom: 13W |
| WILLIAM BANKS (19), | Court Reporter: Renee Rogge |
| GREGORY BROWN (26), | Time Commenced: 3:18 p.m. |
| | Time Concluded: 3:35 p.m. |
| Defendants. | Time in Court: 17 minutes |

Verdict before Patrick J. Schiltz, United States District Chief Judge, in Courtroom 13W, Minneapolis, Minnesota.

**APPEARANCES:**
  Plaintiff: Thomas Calhoun-Lopez, Carla Baumel, and Alyssa Levey-Weinstein, Assistant U.S. Attorneys

  Defendants: Bruce Rivers (6) for Tyreese Giles, CJA Appointed Attorney
  John Fee for Peter Wold for Josiah Taylor (7), CJA Appointed Attorney
  Paul Engh for Trevaun Robinson (10), CJA Appointed Attorney
  Catherine Turner for William Banks (19), CJA Appointed Attorney
  Daniel Adkins for Gregory Brown (26), Retained Attorney

**PROCEEDINGS:**
- ☒ Jury Trial - (Trial Day 16)
- ☒ Jury deliberations began at: 9:00 a.m.
- ☒ Verdict reached verdict at: 2:18 p.m.
- ☒ Verdicts:
    A. Tyreese Giles (6): Guilty on Count 1
    B. Josiah Taylor (7): Not Guilty on Count 1, Guilty on Count 3 and Guilty on Count 7
    C. Trevaun Robinson (10): Guilty on Count 1, Not Guilty on Count 3 and Not Guilty on Count 6
    D. William Banks (19): Guilty on Counts 1 and 3
    E. Gregory Brown (26): Guilty on Count 1 and Not Guilty on Count 3
- ☒ Jurors polled.
- ☒ Defendant Trevaun Robinson moved for the release of defendant pending sentencing. This motion will be addressed by Judge Brasel.
- ☒ Defendants are remanded to the custody of the USM.
- ☒ Jury Trial complete.

Date: June 5, 2025

s/KW
Signature of Courtroom Deputy to Judge Nancy E. Brasel