UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

UNITED STATES OF AMERICA

v.

GREGORY BROWN

**DEFENDANT GREGORY BROWN'S EXHIBIT LIST**

| PRESIDING JUDGE | GOVERNMENT'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|---|
| The Honorable Nancy E. Brasel | Alyssa Levey-Weinstein, Trial Attorney<br>Brian W. Lynch, Trial Attorney<br>Thomas Calhoun-Lopez, AUSA<br>Carla Baumel, AUSA | Bruce Rivers, Esq.<br>Peter Wold, Esq.<br>Paul Engh, Esq.<br>Catherine Turner, Esq.<br>Daniel Adkins, Esq. |
| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
| May 12, 2025 | Renee Rogge | Kristine Wegner |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | | | |
| DD7 | 5/29 | 5/29 | Photo |
| DD8 | 5/29 | 5/29 | Photo |
| DD9 | 5/29 | 5/29 | Photo |
| DD10 | 5/29 | 5/29 | Photo |
| DD11 | 5/29 | 5/29 | Photo |
| DD6 | 5/29 | 5/29 | Photo |
| DD7 | 5/29 | 5/29 | Photo |
| DD8 | 5/29 | 5/29 | Photo |
| DD9 | 5/29 | 5/29 | Photo |
| DD10 | 5/29 | 5/29 | Photo |
| DD11 | 5/29 | 5/29 | Photo |
| DD12 | 5/29 | 5/29 | Photo |
| DD13 | 5/29 | 5/29 | Photo |
| DD14 | 5/29 | 5/29 | Photo |
| DD15 | 5/29 | 5/29 | Photo |
| DD16 | 5/29 | 5/29 | Photo |
| DD17 | 5/29 | 5/29 | Photo |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DD18 | 5/29 | 5/29 | Photo |
| DD19 | 5/29 | 5/29 | Photo |
| DD20 | 5/29 | 5/29 | Photo |
| DD21 | 5/29 | 5/29 | Photo |