UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

UNITED STATES OF AMERICA

v.

6. TYREESE GILES,
7. JOSIAH TAYLOR,
10. TREVAUN ROBINSON,
19. WILLIAM BANKS, and
26. GREGORY BROWN

**GOVERNMENT'S EXHIBIT LIST**

| PRESIDING JUDGE | GOVERNMENT'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|---|
| The Honorable Nancy E. Brasel | Alyssa Levey-Weinstein, Trial Attorney<br>Brian W. Lynch, Trial Attorney<br>Thomas Calhoun-Lopez, AUSA<br>Carla Baumel, AUSA | Bruce Rivers, Esq.<br>Peter Wold, Esq.<br>Paul Engh, Esq.<br>Catherine Turner, Esq.<br>Daniel Adkins, Esq. |
| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
| May 12, 2025 | Renee Rogge | Kristine Wegner |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| **A.** | | | |
| A-1 | 5/14 | X | Map - West Broadway Avenue and North Lyndale Avenue Corridor |
| A-4A | 5/22 | X | Photos (4) - Jovan Knight Cellphone |
| A-6 | 5/13 | X | Facebook Return - Gregory Hamilton |
| A-13 | 5/13 | X | Facebook Return - Keon Pruitt |
| A-17 | 5/13 | X | Facebook Return - Calvin Wright |
| A-18 | 5/13 | X | Facebook Return - Christopher Finch |
| A-23 | 5/13 | X | Facebook Return - Matthew Robinson |
| A-27 | 5/14 | X | Trevoneia Felton– ID Book/Public FaceBook |
| A-35 | 5/14 | X | Christopher Finch– ID Book/Public FaceBook |
| A-37 | 5/22 | X | Melvin Williams– ID Book/Public FaceBook |
| A-39 | 5/21 | X | Jarett Robinson– ID Book/Public FaceBook |
| A-40 | 5/21 | X | Jaylen Salter– ID Book/Public FaceBook |
| A-43 | 5/14 | X | Prince Martin - ID Book/Public FaceBook |
| A-56 | 5/14 | X | Calvin Wright - Photo |
| A-57 | 5/14 | X | Ronnell Lockhart - Photo |
| A-58 | 5/14 | X | Deandre Poe - Photo |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A-59 | 5/14 | X | Montez Brown - Photo |
| A-62 | 5/14 | X | Clinton Brown - Photo |
| A-69A | 5/14 | X | Summary Exhibit – Flight Records |
| A-90 | 5/21 | X | Jovan Knight - Exhibit |
| A-91 | 5/14 | X | Avante Nix – Exhibit |
| A-92 | 5/13 | X | Facebook Return - Josiah Taylor |
| A-93 | 5/13 | X | Facebook Return - Damone Rhodes |
| A-94 | 5/13 | X | Facebook Return - Trevaun Robinson |
| A-94A | 5/21 | X | Facebook Return – Video – Trevaun Robinson |
| A-94B | 5/21 | X | Facebook Return - Pages 3921-3922 for Video - Trevaun Robinson |
| A-95 | 5/13 | X | Facebook Return - Gregory Brown |
| A-95A | 5/13 | X | Facebook Return - Photo - Gregory Brown |
| A-95B | 5/13 | X | Facebook Return - Photo - Gregory Brown |
| A-95C | 5/13 | X | Facebook Return - Photo - Gregory Brown |
| A-95D | 5/13 | X | Facebook Return - Photo - Gregory Brown |
| A-95E | 5/13 | X | Facebook Return - Photo - Gregory Brown |
| A-95F | 5/13 | X | Facebook Return - Photo - Gregory Brown |
| A-95G | 5/13 | X | Facebook Return - Photo - Gregory Brown |
| A-95H | 5/13 | X | Facebook Return - Photo - Gregory Brown |
| A-95I | 5/13 | X | Facebook Return - Video 1 - Gregory Brown |
| A-95J | 5/13 | X | Facebook Return - Page 5422 for Video 1 - Gregory Brown |
| A-95K | 5/13 | X | Facebook Return - Video 2 - Gregory Brown |
| A-95L | 5/13 | X | Facebook Return - Page 7930 for Video 2 - Gregory Brown |
| A-95M | 5/13 | X | Facebook Return - Video 3 - Gregory Brown |
| A-95N | 5/13 | X | Facebook Return - Page 6045 for Video 3 - Gregory Brown |
| A-95O | 5/13 | X | Facebook Return - Video 4 - Gregory Brown |
| A-95P | 5/13 | X | Facebook Return - Page 6040 for Video 4 - Gregory Brown |
| A-95Q | 5/13 | X | Facebook Return - Video 5 - Gregory Brown |
| A-95R | 5/13 | X | Facebook Return - Pages 6039-6040 for Video 5 - Gregory Brown |
| A-95S | 5/13 | X | Facebook Return - Video 6 - Gregory Brown |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A-95T | 5/13 | X | Facebook Return - Page 6028 for Video 6 - Gregory Brown |
| A-95U | 5/13 | X | Facebook Return - Video 7 - Gregory Brown |
| A-95V | 5/13 | X | Facebook Return - Page 6026 for Video 7 - Gregory Brown |
| A-95W | 5/13 | X | Facebook Return - Video 8 - Gregory Brown |
| A-95X | 5/13 | X | Facebook Return - Page 6032 for Video 8 - Gregory Brown |
| A-95Y | 5/13 | X | Facebook Return - Video 9 - Gregory Brown |
| A-95Z | 5/13 | X | Facebook Return - Page 6010 for Video 9 - Gregory Brown |
| A-95AA | 5/13 | X | Facebook Return - Video 10 - Gregory Brown |
| A-95AB | 5/13 | X | Facebook Return - Page 6011 for Video 10 - Gregory Brown |
| A-95AC | 5/13 | X | Facebook Return - Video 11 - Gregory Brown |
| A-95AD | 5/13 | X | Facebook Return - Page 5999 for Video 11 - Gregory Brown |
| A-95AE | 5/13 | X | Facebook Return - Video 12 - Gregory Brown |
| A-95AF | 5/13 | X | Facebook Return - Page 6023 for Video 12 - Gregory Brown |
| A-95AG | 5/13 | X | Facebook Return - Video 13 - Gregory Brown |
| A-95AH | 5/13 | X | Facebook Return - Page 6027 for Video 13 - Gregory Brown |
| A-95AI | 5/13 | X | Facebook Return - Video 14 - Gregory Brown |
| A-95AJ | 5/13 | X | Facebook Return - Page 6028 for Video 14 - Gregory Brown |
| A-95AK | 5/13 | X | Facebook Return - Video 15 - Gregory Brown |
| A-95AL | 5/13 | X | Facebook Return - Page 21436 for Video 15 - Gregory Brown |
| A-95AM | 5/13 | X | Facebook Return - Video 16 - Gregory Brown |
| A-95AN | 5/13 | X | Facebook Return - Page 6017 for Video 16 - Gregory Brown |
| A-95AO | 5/13 | X | Facebook Return - Video 17 - Gregory Brown |
| A-95AP | 5/13 | X | Facebook Return - Page 6011 for Video 17 - Gregory Brown |
| A-96 | 5/13 | X | Facebook Return - Tyreese Giles |
| A-98 | 5/13 | X | Facebook Return - Randy Tate |
| A-100 | 5/13 | X | Facebook Return - Dashaun Morris |
| A-102 | 5/13 | X | Facebook Return - Clinton Brown |
| A-103 | 5/13 | X | Facebook Return - Douglas Mobley |
| A-104 | 5/13 | X | Facebook Return - Malcom Samuels |
| A-108 | 5/13 | X | Facebook Return - Montez Brown |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A-109 | 5/13 | X | Facebook Return - Montez Brown |
| A-111 | 5/14 | X | Facebook Return – Cortez Blakemore |
| A-113 | 5/14 | X | Avante Nix - Photo |
| A-117 | 5/27 | X | Malcolm Samuels - Photo |
| A-119 | 5/22 | X | Maron Bailey - Photo |
| A-128 | 5/14 | X | Google Returns—standonit443@gmail.com (Gregory Brown) |
| A-129 | 5/21 | X | Luther Brookdale Chrysler Jeep Dodge Transaction Records- Gregory Brown |
| A-131 | 5/21 | X | Equifax Records - Gregory Brown 3112 Emerson |
| A-132 | 5/20 | X | Al-Bosaad Records - Gregory Brown 3112 Emerson |
| A-133 | 5/21 | X | Mondelez Employment Records - Gregory Brown |
| A-134 | 5/14 | X | Capri Jewelers - Records |
| A-172 | 5/23 | X | Cash App Summary |
| A-179 | 5/21 | X | Unfi - Employment Records - Gregory Brown |
| A-179A | 5/21 | X | Unfi - Employment Wage Records - Gregory Brown |
| A-182A | 5/21 | X | Ex Parte Certified Tax Record - 2019 Form 1040 - Gregory Brown |
| A-182B | 5/21 | X | Ex Parte Certified Tax Record - 2020 Form 1040 - Gregory Brown |
| A-182C | 5/21 | X | Ex Parte Certified Tax Record - 2022 Form 1040 - Gregory Brown |
| A-182D | 5/21 | X | Ex Parte Certified Tax Record – Certification Lack of Record Tax Years 2021, 2023 - Gregory Brown |
| A-182E | 5/21 | X | Ex Parte Certified Tax Record - Odd Frenchie/s Est. 2022/12 - Certification of Lack of Record Tax Years 2019-2023 |
| A-182F | 5/21 | X | Ex Parte Certified Tax Record - Odd Logistics LLC Est. 2023/04 - Certification of Lack of Records Tax Years 2019-2023 |
| A-182G | 5/21 | X | Ex Parte Certified Tax Record - ZaZa Pawz Est. 2021/11 - Certification of Lack of Record Form 941 Tax Years |
| A-182H | 5/21 | X | Ex Parte Certified Tax Record - ZaZa Pawz Est. 2021/11 - Certification of Lack of Record Form 940 Tax Years 2021-2023 |
| A-182I | 5/21 | X | Ex Parte Certified Tax Record - ZaZa Pawz Est. 2021/11 - Certification of Lack of Record Form 1065 Tax Years 2021-2023 |
| A-190 | 5/14 | X | Cellular Device Extraction - Damone Rhoades |
| A-196 | 5/14 | X | Cellular Device Extraction - Avante Nix |
| A-201 | 5/15 | X | Cellular Device - William Banks |
| A-202 | 5/14 | X | Cellular Device Extraction - William Banks |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A-205 | 5/14 | X | Cellular Device Extraction - Gregory Brown |
| A-207 | 5/13 | X | Josiah Taylor – J-Pay Message - 8.3.2022 - Booway Necklace |
| A-210 | 5/13 | X | J-Pay from Trevaun Robinson to Wayland Jones "Long live boo and FA TS crazy" 1.11.2022 |
| A-212 | 5/14 | X | Gregory Brown Recorded Call on 7.1.23 to 952-256-0676 |
| A-213 | 5/14 | X | Gregory Brown Recorded Call on 7.1.23 to 952-256-0676 |
| A-214 | 5/13 | X | Trevaun Robinson MN Dep't of Corrections Offender Photo Report |
| A-215 | 5/14 | X | J-Pay Records - Image from L. Lampkins to A. Evans 8.14.2021 |
| A-217 | 5/14 | X | J-Pay Records - Video - 08.14.2021 |
| A-220 | 5/21 | X | Secretary of State – Certified Records - Odd Frenchies LLC and ZaZa Pawz Frenchies LLC |
| A-222 | 5/27 | X | Clinton Brown call to Gregory Brown on 7.31.2022 |
| A-223 | 5/14 | X | J-Pay Message – Gregory Brown -10.17.2022 |
| A-223A | 5/14 | X | J-Pay Messages and Photos - Gregory Brown |
| A-224 | 5/21 | X | US Bank ZaZa Pawz LLC Cash Deposit Summary |
| A-225 | 5/13 | X | Christopher Finch Public FaceBook |
| A-226 | 5/21 | X | Gregory Brown Texas Residence Photographs |
| A-228 | 5/23 | X | Photos – Ames Avenue Address |
| A-229 | 5/27 | X | Clinton Brown Fentanyl and Firearm Seizure |
| A-230 | 5/21 | X | Brent Buchan – Tattoo Report |
| **B.** | | | |
| B-1A | 5/22 | X | Plea Agreement - Jovan Knight - 23-cr-160, Dkt No. 1559 |
| B-1B | 5/22 | X | Cooperation Agreement - Jovan Knight |
| B-2A | 5/14 | X | Plea Agreement - Avante Nix - 23-cr-160, Dkt No. 1265 |
| B-2B | 5/14 | X | Cooperation Agreement - Avante Nix |
| **C.** | | | |
| C-2A | 5/14 | X | Screenshots (9) – Winner Gas Surveillance, CAM 2, 8.7.2021, 20:01:56-20:02:43 |
| C-3A | 5/14 | X | Screenshots (9) – Winner Gas Surveillance, Outside Pump, 8.7.2021, 20:00:03-20:02:25 |
| C-4A | 5/21 | X | Screenshots (19) – Winner Gas Surveillance, Outside Front Door, 8.7.2021, 20:07:35-20:10:07 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| C-8A | 5/22 | X | Screenshots (7) - Winner Gas Surveillance, Outside Front, 8.8.2021, 14:00:48 - 15:49:00 |
| C-12 | 5/22 | X | Screenshots (46) - Winner Gas Surveillance, Cam 8, 8.8.2021, 14:00:03 - 16:45:28 |
| C-13 | 5/27 | X | Screenshots (30) – Winner Gas Surveillance – Outside Tobacco, Outside Pump, Outside Front, CAM 8, Outside Front Door |
| C-14A | 5/27 | X | Screenshots (4) – Salvation Army Surveillance, East Parking, 8.8.2021, 18:09:51-18:13:06 |
| C-16 | 5/27 | X | Screenshots (11) – Salvation Army Surveillance, 8.8.2021, 18:05:13 – 18:13:12 |
| **E.** | | | |
| E-1 | 5/27 | X | Map (5) - Glenwood Avenue and Morgan Avenue North (Skyline Market) |
| E-2 | 5/27 | X | Skyline Market Surveillance – CAM 09, 8.8.2021, 19:47:15-19:48:10 |
| E-2A | 5/27 | X | Screenshots (8) – Skyline Market Surveillance – CAM 09, 8.8.2021, 19:47:15-19:48:10 |
| E-3 | 5/27 | X | Skyline Market Surveillance – CAM 04, 8.8.2021, 19:47:32-19:48:01 |
| E-3A | 5/27 | X | Screenshots (3) – Skyline Market Surveillance – CAM 04, 8.8.2021, 19:47:32-19:48:01 |
| E-4 | 5/27 | X | Skyline Market Surveillance – CAM 01, 8.8.2021, 19:47:45-19:48:13 |
| E-4A | 5/27 | X | Screenshots (6) – Skyline Market Surveillance – CAM 01, 8.8.2021, 19:47:46-19:48:13 |
| E-5 | 5/27 | X | Skyline Market Surveillance – CAM 07, 8.8.2021, 19:47:50-19:48:14 |
| E-5A | 5/27 | X | Screenshots (6) – Skyline Market Surveillance – CAM 07 and CAM 08, 8.8.2021, 19:47:50-19:48:17 |
| E-5B | 5/27 | X | Skyline Market Surveillance – CAM 8, 8.8.2021, 19:48:11-19:48:16 |
| E-6 | 5/27 | X | Skyline Market Surveillance – CAM 04, 8.8.2021, 19:48:13-19:48:20 |
| E-6A | 5/27 | X | Screenshots (5) – Skyline Market Surveillance – CAM 04, 8.8.2021, 19:48:13-19:48:20 |
| E-7 | 5/27 | X | Skyline Market Surveillance – CAM 09, 8.8.2021, 19:48:11-19:48:32 |
| E-7A | 5/27 | X | Screenshots (9) – Skyline Market Surveillance – CAM 09, 8.8.2021, 19:48:11-19:48:32 |
| E-8B | 5/27 | X | 1825 Glenwood Avenue – Camera 02 Front Walkway, 8.8.2021, 07:47:46 PM – 07:49:00 PM |
| E-11 | 5/27 | X | 1900 Glenwood Avenue Surveillance - CH 6, 8.8.2021, at 19:49:00 to 19:49:24 |
| E-11A | 5/27 | X | Screenshots (9) – 1900 Glenwood Avenue Surveillance, CH 6, 8.8.2021, at 19:49:00 to 19:49:24 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| E-14 | 5/21 | X | Body Worn Camera - Minneapolis Police Officer Dirk Spee, 8.8.2021, 19:56:26-19:57:30 |
| E-14A | 5/21 | X | Screenshots (6) - Body Worn Camera - Minneapolis Police Officer Dirk Spee, 8.8.2021, 19:56:26-20:02:06 |
| E-49 | 5/14 | X | Driver's License Photo of Darryl Wells |
| **K.** | | | |
| K-1A | 5/14 | X | Screenshot (12) - Body Worn Camera, Apple Valley Police Officer Dylan Ordorf, 4.26.2022, approx. 9:55 a.m. |
| K-3 | 5/14 | X | DEA Exhibit 2 - 2024.3 grams of Fentanyl |
| **L.** | | | |
| L-1 | 5/21 | X | Minneapolis Saint Paul Airport Surveillance Video - Sun Country Jet Bridge, 9.19.2021 |
| L-1A | 5/21 | X | Screenshots (4) - Minneapolis Saint Paul Airport Surveillance Video, Sun Country Jet Bridge, 9.19.2021 |
| L-2 | 5/21 | X | Minneapolis Saint Paul Airport Surveillance Video - Sun Country Gate Area, 9.19.2021 |
| L-2A | 5/21 | X | Screenshots (3) - Minneapolis Saint Paul Airport Surveillance Video, Sun Country Gate Area, 9.19.2021 |
| L-4 | 5/21 | X | Photo (1) - Recovered Fentanyl Pills |
| L-5 | 5/21 | X | Fentanyl Pills Seized from Ronnell Lockhart on 9/19/2022- MP221815-1 |
| **M.** | | | |
| M-2A | 5/21 | X | Photos (5) - Scene Photos of Firearm Found in BMW (Backpack) |
| M-3A | 5/21 | X | Photo (1) - Scene Photos of Pills Found in Mercedes |
| M-4A | 5/21 | X | Photos (3) - Body Worn Camera of Minneapolis Police Department Officer Justin Young, 4.4.2023, 15:37:16-15:38:34; Scene Photos of Firearm Found in Mercedes (Driver's Seat) |
| M-5 | 5/21 | X | Photos (2) - Photos of Firearms, Pills, and Cash Seized |
| M-8 | 5/21 | X | 8700 Fentanyl Pills from Mercedes (921 grams) |
| **N.** | | | |
| N-1 | 5/21 | X | YouTube Music Video - "Not From the Lows" by "Knowledge" |
| N-1A | 5/14 | X | Screenshots (12) - YouTube Music Video "Not From the Lows" by "Knowledge" |
| N-4 | 5/14 | X | YouTube Music Video - Knowledge x Harbody - I'm so Minneapolis |
| N-5 | 5/14 | X | Screenshots - I'm so Minneapolis |
| N-6 | 5/14 | X | YouTube Music Video - Knowledge - Traumatized Pt. II |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| N-8 | 5/14 | X | YouTube Music Video - Knowledge - Money Mission |
| **P.** | | | |
| P-1 | 5/13 | X | Map of area between Pennwood Market and Hennepin County Medical Center |
| P-5 | 5/13 | X | Pennwood Market Surveillance Video - CAM 11, 9.9.2021, 7:55:58-7:56:30 |
| P-5A | 5/13 | X | Screenshots (20) - Pennwood Market Surveillance Video, CAM 11, 9.9.2021, 7:55:59-8:04:59 |
| P-5B | 5/13 | X | Pennwood Market Surveillance Video - CAM 11, 9.9.2021, 7:59:22-8:00:45 |
| P-5C | 5/13 | X | Pennwood Market Surveillance Video - CAM 11, 9.9.2021, 8:02:00-8:03:00 |
| P-6 | 5/13 | X | Pennwood Market Surveillance Video - CAM 12, 9.9.2021, 8:02:28-8:04:54 |
| P-6A | 5/13 | X | Screenshots (7) - Pennwood Market Surveillance Video, CAM 12, 9.9.2021, 8:02:28-8:04:54 |
| P-7 | 5/13 | X | Milestone Surveillance Video, 9.9.2021, 7:56:45 - 8:04:57 |
| P-7A | 5/13 | X | Screenshots (11) - Milestone Surveillance Video, 9.9.2021, 7:56:45 - 8:04:57 |
| P-8 | 5/13 | X | Hennepin County Medical Center Surveillance, 9.9.2021, 8:08:46 - 8:10:42 |
| P-8A | 5/13 | X | Screenshots (25) - Hennepin County Medical Center Surveillance, 9.9.2021, 8:08:45 - 8:14:00 |
| P-8B | 5/13 | X | Hennepin County Medical Center Surveillance, 9.9.2021, 8:12:34 - 8:14:01 |
| P-8C | 5/13 | X | Hennepin County Medical Center Surveillance, 9.9.2021, 8:09:22 - 8:11:19 |
| P-8D | 5/13 | X | Hennepin County Medical Center Surveillance, 9.9.2021, 8:13:55 - 8:14:02 |
| P-10 | 5/28 | X | Dr. Jackson Autopsy Summary |
| P-11 | 5/13 | X | Body Worn Camera - Minneapolis Police Officer Michael Grahn, 9.9.2021, 06:29:37-06:29:59 |
| P-13 | 5/13 | X | Screenshot (1) - Body Worn Camera - Minneapolis Police Officer Michael Grahn, 9.9.2021, 06:32:45 |
| P-14 | 5/13 | X | Body Worn Camera - Minneapolis Police Officer Dirk Spee, 9.9.2021, 08:09:44-08:10:21 |
| P-15 | 5/13 | X | Body Worn Camera - Minneapolis Police Officer Dirk Spee, 9.9.2021, 08:12:12-08:12:19 |
| P-23 | 5/13 | X | Photos (122) - Scene Photos of DCCs and bullet fragments |
| P-25 | 5/13 | X | Photos (25) - Clothing |
| P-28 | 5/13 | X | Tyreese Giles Medical Records - Hennepin Healthcare - September 2021 |
| P-29A | 5/13 | X | Tyreese Giles - black shoes - MP178046-1 |
| P-29B | 5/13 | X | Tyreese Giles - Pants and Belt - MP178046-2 and MP178046-3 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| P-29C | 5/13 | X | Tyreese Giles - Sweatshirt - MP178046-4 |
| P-30A | 5/13 | X | Bullets and Fragments from Honda CRV - MP180111-107-110 |
| P-30B | 5/13 | X | DCCs, fragments, etc. from Pennwood Market - MP178066-1-5, 7, 8 |
| P-30C | 5/13 | X | DCCs, fragments, etc. from Pennwood Market - MP178066-38-46 |
| P-30D | 5/13 | X | DCCs, fragments, etc. from Pennwood Market - MP178066-47-56 |
| P-30E | 5/13 | X | DCCs, fragments, etc. from Pennwood Market - MP178066-27-35 |
| P-30F | 5/13 | X | DCCs, fragments, etc. from Pennwood Market - MP178066-18-26 |
| P-30G | 5/13 | X | DCCs, fragments, etc. from Pennwood Market - MP178066-9-17 |
| P-30H | 5/13 | X | DCCs, fragments, etc. from Pennwood Market – MP178073-66-70 |
| P-32 | 5/13 | X | Body Worn Camera - Minneapolis Police Officer Dominic LaNasa, 9.9.2021, 20:23:18 -20:23:52 |
| P-33 | 5/13 | X | Body Worn Camera - Minneapolis Police Officer Dominic LaNasa, 9.9.2021, 20:31:18-20:33:01 |
| P-34 | 5/13 | X | Body Worn Camera - Minneapolis Police Officer Dominic LaNasa, 9.9.2021, 20:42:25-20:43:29 |
| P-35 | 5/13 | X | Body Worn Camera - Minneapolis Police Officer Dominic LaNasa, 9.9.2021, 20:51:45-20:52:03 |
| P-36 | 5/13 | X | Body Worn Camera - Minneapolis Police Officer Dominic LaNasa, 9.9.2021, 21:00:46-21:01:31 |
| P-37 | 5/13 | X | Screenshots (4) - Body Worn Camera - Minneapolis Police Officer Dominic LaNasa, 9.9.2021 |
| P-38 | 5/13 | X | Berry's Shirt from Hospital - MP178045-2 |
| P-43 | 5/13 | X | Map Showing Clientele Barbershop Location |
| **U.** | | | |
| U-1 | 5/27 | X | Photographs (9) - Firearms |
| U-2 | 5/27 | X | Photographs (4) - Marijuana |
| U-7 | 5/27 | X | Body Worn Camera - Minneapolis Police Officer Justin Stetson, 6.7.2018 at 9:28:00 PM – 9:29:42 PM |
| **V.** | | | |
| V-3 | 5/20 | X | Body Worn Camera -Minneapolis Police Officer Alexandra Dubay - 3.4.2019 at 1:40:31-1:41:55 |
| V-7 | 5/20 | X | Screenshot - Body Worn Camera - MPD Sgt. Andrew Schroeder - 03.04.2019 at 19:40:10 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| V-8 | 5/20 | X | Screenshot - Body Worn Camera - MPD Sgt. Andrew Schroeder - 03.04.2019 at 19:40:25 |
| V-9 | 5/20 | X | Screenshot - Body Worn Camera - MPD Sgt. Andrew Schroeder - 03.04.2019 at 19:43:22 |
| V-10 | 5/20 | X | Interview of William Banks - 3.4.2019 |
| V-12 | 5/20 | X | 1 Pink Colored Oxycodone 10 mg Pill (MP58961-1) |
| V-13 | 5/20 | X | 2 White Colored Oxycodone 5 MG Pills (MP58961-2) |
| V-14 | 5/20 | X | 27 White Colored Oxycodone 5 MG Pills (MP58961-3) |
| V-15 | 5/20 | X | 35.73 Grams Marijuana (MP58961-4) |
| V-16 | 5/20 | X | 14.23 Grams Marijuana (MP58961-5) |
| **W.** | | | |
| W-1 | 5/21 | X | Photographs (22) - Traffic Stop and Recovery of the Firearm |
| **X.** | | | |
| X-1 | 5/21 | X | Photographs (2) - Photos of Firearm |
| X-2 | 5/21 | X | Body Worn Camera - Minneapolis Police Officer Alexandra Duong, 6.21.2019, 12:13:35-12:14:15 |
| **Y.** | | | |
| Y-3 | 5/20 | X | Mayo Clinic Surveillance Video, 7.7.2019, 1:27:01 AM - 1:29:17 AM |
| Y-4 | 5/20 | X | Screenshots (9) - Mayo Clinic Surveillance Video, 7.7.2019, 1:27:01 AM - 1:29:17 AM |
| Y-5 | 5/20 | X | Audio - 911 Call, 7.7.2021 |
| Y-7 | 5/20 | X | Screenshot (1) - Body Worn Camera, Minneapolis Police Officer Michael Wegner, 7.7.2019, 06:37:36 AM - 06:38:33 AM |
| Y-11 | 5/20 | X | Screenshots (6) - Body Worn Camera, Minneapolis Police Detective Sara Metcalf, 7.12.2019, 01:47:14 p.m. - 01:49:53 p.m. |
| Y-12 | 5/20 | X | Photos (23) - Scene |
| Y-17A | 5/21 | X | Screenshot (1) - Body Worn Camera - Minneapolis Police Officer Justin Young, 8.1.2019, 02:07:57 - 02:09:54 |
| Y-21 | 5/20 | X | Photos (9) - Search of Diondre Whitfield-Smart's Phone |
| Y-22 | 5/20 | X | Screenshot (1) - Christopher Finch Public FaceBook Post |
| Y-23 | 5/20 | X | Screenshot (1) - Malcolm Samuel's Facebook Photo of Whitfield-Smart |
| Y-28 | 5/20 | X | Victim's Broken Glasses - MP85366-1 |
| **Z.** | | | |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| Z-1 | 5/27 | X | Photographs (2) of Seized Pills on 08.21.2019 |
| Z-2 | 5/27 | X | Body Worn Camera - Minneapolis Police Officer Alex Nonnenbacher - 08.15.2019 at 11:31:35-11:32:31 |
| Z-4 | 5/27 | X | Screenshot – Body Worn Camera, Minneapolis Police Officer Alex Nonnenbacher - 08.21.2019 at 11:32:15 |
| Z-6 | 5/27 | X | Body Worn Camera - Minneapolis Police Officer Logan Johanssen - 08.15.2019 at 11:34:27-11:34:58 |
| Z-8 | 5/27 | X | Screenshot – Body Worn Camera, Minneapolis Police Officer Logan Johanssen - 08.15.2019 at 11:34:35 |
| Z-9 | 5/27 | X | Screenshot – Body Worn Camera, Minneapolis Police Officer Logan Johanssen - 08.15.2019 at 11:34:51 |
| Z-10 | 5/27 | X | Screenshot – Body Worn Camera, Minneapolis Police Officer Logan Johanssen - 08.15.2019 at 11:38:55 |
| Z-11 | 5/27 | X | (2) Bags of Marijuana - MP84120-1 |
| Z-12 | 5/27 | X | Baggie Containing Red and Blue Methamphetamine Pills - MP84120-2, 3 |
| **AA.** | | | |
| AA-1 | 5/21 | X | Screenshot (1) - Body Worn Camera - Minneapolis Police Sergeant Michael Osbeck, 8.27.2019, 01:02:23-01:03:08 |
| AA-3 | 5/21 | X | Screenshots (3) - Body Worn Camera - Minneapolis Police Sergeant Michael Osbeck, 8.27.2019, 01:02:55-01:04:35 |
| AA-4 | 5/21 | X | 55.11 Grams of Marijuana - MP86072-1 |
| AA-5 | 5/21 | X | 14 Grams of Marijuana - MP86072-3 |
| AA-7 | 5/21 | X | Digital Scale - MP86072-5 |
| **BB.** | | | |
| BB-1 | 5/15 | X | Photos (14) - Search Warrant Photos |
| BB-4 | 5/15 | X | Body Worn Camera - Minneapolis Police Officer Conan Hickey, 2.28.2020, 08:59:09-08:59:26 |
| BB-9A | 5/22 | X | Body Worn Camera - Minneapolis Police Officer Brandon Knuth, 2.28.2020, 22:34:56-22:35:54 |
| BB-9B | 5/22 | X | Body Worn Camera - Minneapolis Police Officer Brandon Knuth, 2.28.2020, 22:36:13-22:38:11 |
| BB-10 | 5/15 | X | Black Digital Scale - MP111333-1 |
| BB-11 | 5/15 | X | Silver Gun Magazine with 1 Round - MP111333-4 |
| BB-12 | 5/15 | X | 111.49 Grams of Marijuana - MP111333-5 |
| BB-13 | 5/15 | X | Bag that contained Marijuana – MP111341-1 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| **CC.** | | | |
| CC-3 | 5/20 | X | Body Worn Camera - Minneapolis Police Officer Jonathon Pobuda, 1.22.2021, 12:13:41-12:14:17 |
| CC-4 | 5/20 | X | Body Worn Camera - Minneapolis Police Officer Jonathon Pobuda, 1.22.2021, 12:17:55-12:18:29 |
| CC-6 | 5/20 | X | (29) M30 Pills - MP152715-1 |
| CC-7 | 5/20 | X | Packaging for M30 Pills - MP152715-2 |
| **EE.** | | | |
| EE-2 | 5/15 | X | Photographs (3) - Firearm (Vehicle) |
| EE-3 | 5/15 | X | Body Worn Camera – Minneapolis Police Officer Conan Hickey - 08.10.2020 at 02:56:21-02:56:50 |
| EE-4 | 5/15 | X | Screenshot (1) - Body Worn Camera - Minneapolis Police Officer Conan Hickey-08.10.2020 at 02:56:37 |
| EE-5 | 5/15 | X | Body Worn Camera - Minneapolis Police Officer Conan Hickey - 08.10.2020 at 02:58:59-02:59:32 |
| EE-6 | 5/15 | X | Screenshot (1) - Body Worn Camera - Minneapolis Police Officer Conan Hickey-08.10.2020 at 02:59:16 |
| EE-7 | 5/15 | X | Body Worn Camera - Minneapolis Police Officer Efrem Hamilton - 08.10.2020 at 02:57:29-02:57:57 |
| EE-8 | 5/15 | X | Body Worn Camera - Minneapolis Police Officer Efrem Hamilton - 08.10.2020 at 02:58:10-02:59:22 |
| EE-9 | 5/15 | X | Screenshot (1) - Body Worn Camera - Minneapolis Police Officer Efrem Hamilton - 08.10.2020 at 02:59:15 |
| EE-10 | 5/15 | X | FN 9mm Semi-Automatic Pistol S/N CV017926 - MP174336-7 |
| EE-11 | 5/15 | X | Black FN Firearm Magazine and Ammunition - MP174336-1, 2 |
| EE-13 | 5/15 | X | (95) Fentanyl Pills - MP174336-4 |
| **GG.** | | | |
| GG-1 | 5/27 | X | Scene Maps |
| GG-2 | 5/27 | X | Scene Sketch - 519 49th Ave. N. |
| GG-3 | 5/28 | X | Scene Photographs (38) - Lincoln Navigator MN 2DN376 |
| GG-4 | 5/27 | X | Scene Photographs (168) - Chevy Monte Carlo MN ESF740 |
| GG-5 | 5/27 | X | Scene Photographs (382) - 519 49th Ave. N. - 9.14.21 |
| GG-9 | 5/27 | X | ShotSpotter - 519 49th Ave. N. - 9.14.21 at 19:58:41 |
| GG-10 | 5/27 | X | ShotSpotter - 519 49th Ave. N. - 9.14.21 at 19:58:41 - Audio |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| GG-11 | 5/27 | X | Bill of Sale, Rockstar Automotive, 2011 Ford Edge |
| GG-14 | 5/28 | X | Autopsy Summary - Harvey Williams |
| GG-18 | 5/28 | X | Federal Bureau of Investigation – CAST Report |
| GG-19 | 5/27 | X | 911 Call No. 1 09.14.21 |
| GG-21 | 5/27 | X | Surveillance Video - Olson W of Dock Grass - 09.14.21 at 07:49:50-07:56:19 |
| GG-22 | 5/27 | X | Screenshots (21) - Surveillance Olson W of Dock Grass - 09.14.21 at 07:49:50-07:56:19 |
| GG-23 | 5/27 | X | Surveillance Video - Olson W Parking Lot_Dumpster_09.14.21 at 07:09:13-07:09:33 |
| GG-24 | 5/27 | X | Surveillance Video - Olson W Parking Lot_Dumpster_09.14.21 at 07:11:28-07:12:07 |
| GG-25 | 5/27 | X | Surveillance Video - Olson W Parking Lot_Dumpster_09.14.21 at 07:50:52-07:51:39 |
| GG-26 | 5/27 | X | Screenshots (9) Surveillance Olson W of Dock Grass - 09.14.21 |
| GG-27 | 5/27 | X | Surveillance Video - Olson W Parking Lot_Dock_09.14.21 at 07:16:28-07:17:15 |
| GG-28 | 5/27 | X | Surveillance Video - Olson W Parking Lot_Dock_09.14.21 at 07:17:39-07:19:03 |
| GG-29 | 5/27 | X | Surveillance Video - Olson W Parking Lot_Dock_09.14.21 at 07:21:15-07:21:59 |
| GG-30 | 5/27 | X | Surveillance Video - Olson W Parking Lot_Doc_09.14.21 at 07:50:52-07:51:26 |
| GG-31 | 5/27 | X | Screenshots (11) Surveillance - Olson W Parking Lot Dock - 09.14.21 |
| GG-32 | 5/28 | X | 500 49th Ave. N._09.14.21 at 08:08:39-08:09:02 |
| GG-33 | 5/28 | X | Screenshots (7) - 500 49th Ave. N._09.14.21 |
| GG-34 | 5/28 | X | Humboldt Nest Footage 10.04.21 at 08:29:19-08:30:16 |
| GG-35 | 5/28 | X | Screenshots (4) - Humboldt Nest Footage 10.03.21 |
| GG-36 | 5/28 | X | MNDOT Surveillance Video - 09.14.21_7:58:43-7:59:42 |
| GG-37 | 5/28 | X | MNDOT Surveillance Video - 09.14.21_8:03:03-08:03:29 |
| GG-38 | 5/28 | X | Screenshots (8) MNDOT Surveillance 09.14.21 |
| GG-40 | 5/27 | X | Body Worn Camera - Minneapolis Police Investigator Heyer Rockstar Photo Line Up_10.07.21 (Salman Osman Musani) |
| GG-41 | 5/27 | X | Body Worn Camera - Minneapolis Police Officer Tyler Nothnagel 09.14.21 at 20:15:52-20:17:27 |
| GG-43 | 5/27 | X | Body Worn Camera - Minneapolis Police Officer Tyler Nothnagel 09.14.21 at 20:23:22-20:24:59 |
| GG-44 | 5/27 | X | Body Worn Camera - Minneapolis Police Officer Tyler Nothnagel 09.14.21 at 20:40:36-20:41:54 |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| GG-45 | 5/27 | X | Body Worn Camera - Minneapolis Police Officer Matt Ryan 09.14.21 at 20:10:42-20:11:56 |
| GG-46 | 5/27 | X | Body Worn Camera - Minneapolis Police Officer Matt Ryan 09.14.21 at 20:12:50-20:14:14 |
| GG-47 | 5/27 | X | Stillshots (3) Body Worn Camera - Minneapolis Police Officer Matt Ryan 09.14.21 at 20:14:56-20:15:26 |
| GG-48 | 5/27 | X | Body Worn Camera - Hennepin County Sheriff's Deputy Matthew Hagen 09.14.21 at 20:05:12-20:06:07 |
| GG-49 | 5/27 | X | Body Worn Camera - Hennepin County Sheriff's Deputy Matthew Hagen 09.14.21 at 20:07:49-20:08:45 |
| GG-50 | 5/27 | X | Body Worn Camera - Hennepin County Sheriff's Deputy Matthew Hagen 09.14.21 at 20:09:13-20:10:03 |
| GG-51 | 5/27 | X | Body Worn Camera - Hennepin County Sheriff's Deputy Matthew Hagen 09.14.21 at 20:12:44-20:13:25 |
| GG-52 | 5/27 | X | Body Worn Camera - Hennepin County Sheriff's Deputy Matthew Hagen 09.14.21 at 20:13:53-20:14:15 |
| GG-53 | 5/27 | X | Screenshots (5) Body Worn Camera - Hennepin County Sheriff's Deputy Matthew Hagen 09.14.21 |
| GG-56 | 5/13 | X | Recorded Call from Deboris Jones to Clinton Brown - 08.11.2021 - 612-407-3246 |
| GG-57 | 5/14 | X | Recorded Call from Kemen Taylor to Josiah Taylor - 9.16.2021 - 612-459-0168 |
| GG-58 | 5/14 | X | Recorded Call from Kemen Taylor to Josiah Taylor - 9.16.2021 - 612-459-0168 |
| GG-59 | 5/14 | X | Recorded Call from Demerior Davis to Josiah Taylor - 9.21.2021 - 612-459-0168 |
| GG-60 | 5/14 | X | Recorded Call from Clinton Brown to Josiah Taylor - 12.31.2021 - 612-459-0168 |
| GG-61 | 5/14 | X | Recorded Call from Clinton Brown to Josiah Taylor - 12.31.2021 - 612-459-0168 |
| GG-62AA | 5/27 | X | Recovered DCCs from Scene - .40 caliber - MP178649-1-8 |
| GG-62AB | 5/27 | X | Recovered DCCs from Scene - .40 caliber - MP178649-9-16 |
| GG-62AC | 5/27 | X | Recovered DCCs from Scene - .40 caliber - MP178649-17-24 |
| GG-62AD | 5/27 | X | Recovered fired bullet jacket fragments from Scene - MP178649-25-38 |
| GG-63 | 5/14 | X | Photo (1) - Civilian Photo Harvey Williams |
| GG-69 | 5/27 | X | Rockstar Lincoln Navigator Documents |
| GG-70 | 5/28 | X | Stipulation Relating to Josiah Taylor and Meko Holbrook Cell Phones |
| **HH.** | | | |
| HH-1 | 5/20 | X | (4) Photographs - Dodge Charger |
| HH-2 | 5/20 | X | (3) Photographs - U.S. Currency |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| HH-3 | 5/20 | X | (16) Photographs - Fentanyl Pills |
| HH-4 | 5/20 | X | Screenshots (3) - Body Worn Camera - Minneapolis Police Officer Adam Moen, 9.21.2021, 12:55:53-01:20:19 |
| HH-13 | 5/20 | X | (183) M Box Pills - MP179576-5 |
| HH-14 | 5/20 | X | (178) M Box Pills (from back seat console) - MP179576 |
| HH-15 | 5/20 | X | (897) M Box Pills (from Rhodes' fanny pack) - MP179576 |
| **II.** | | | |
| II-1 | 5/21 | X | Marty’s Auto – Lincoln MKZ Vehicle Purchase Contract |
| **OO.** | | | |
| OO-1 | 5/22 | X | Photographs (13) - Firearm from Scene / Station |
| OO-2 | 5/22 | X | Photographs (5) - Recovered Oxycodone Pills |
| OO-3 | 5/22 | X | Photo (1) - Matthew Robinson |
| OO-4 | 5/22 | X | Photo (1) - Josiah Taylor |
| OO-5 | 5/22 | X | Photographs (14) - White Dodge Caravan |
| OO-6 | 5/22 | X | Body Worn Camera - Minneapolis Police Officer Jacob Spies, 06.10.2022, 16:21:31 - 16:21:53 |
| OO-7 | 5/22 | X | Screenshot (1) - Minneapolis Police Officer Jacob Spies, 06.10.2022, 16:21:40 |
| OO-8 | 5/22 | X | Body Worn Camera - Minneapolis Police Lieutenant Adam Lepinski, 06.10.2022, 16:08:20 – 16:10:42 |
| OO-9 | 5/22 | X | Body Worn Camera - Minneapolis Police Lieutenant Adam Lepinski, 06.10.2022, 16:12:35 – 16:13:40 |
| OO-10 | 5/22 | X | Body Worn Camera - Minneapolis Police Lieutenant Adam Lepinski, 06.10.2022, 16:19:05 - 16:21:52 |
| OO-11 | 5/22 | X | Body Worn Camera - Minneapolis Police Lieutenant Adam Lepinski, 06.10.2022, 16:22:33 – 16:24:26 |
| OO-14 | 5/22 | X | Screenshots (6) - Minneapolis Police Lieutenant Adam Lepinski, 06.10.2022, 16:21:39 - 16:27:42 |
| OO-15 | 5/22 | X | Glock Semi-Automatic 10 millimeter pistol (SN: BWTC420) - MP207790-1 |
| OO-16 | 5/22 | X | Magazine from Glock - MP207790-2 |
| OO-20 | 5/22 | X | 6.4 grams of suspected fentanyl pills from van - MP207789-7 |
| OO-21 | 5/23 | X | Quantity of unknown pills from Josiah Taylor's rectum - MP207791-1 |
| OO-24 | 5/23 | X | Fingerprint ID for Josiah Taylor |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| **QQ.** | | | |
| QQ-2 | 5/23 | X | Photographs (1) - Boost Mobile |
| QQ-3 | 5/23 | X | Photographs (53) - Surveillance of William Banks Hand-to-Hand Drug Sales |
| QQ-6 | 5/23 | X | Photographs (21) - Stop and Search of GMC Acadia |
| QQ-7 | 5/23 | X | Photographs (11) - Drugs recovered from GMC and Banks |
| QQ-10 | 5/23 | X | Screenshot (1) - Hennepin County Sheriff's Office Detective Reed Hendrickson, 1.17.2023, 16:56:44 |
| QQ-12A | 5/27 | X | Body Worn Camera Minneapolis Police Officer Jason Matthews, 1.17.2023, 16:54:07 - 16:55:19 |
| QQ-12B | 5/27 | X | Screenshots (3) - Minneapolis Police Officer Jason Matthews, 1.17.2023, 16:54:07 - 16:55:19 |
| QQ-13 | 5/23 | X | Fentanyl Pills Recovered from GMC Acadia |
| QQ-15 | 5/23 | X | Fentanyl pills Recovered from William Banks |
| QQ-16 | 5/23 | X | Body Worn Camera - Hennepin County Sheriff's Deputy Nicholas Courtright, 1.17.2023, 16:55:46-16:56:08 |
| **RR.** | | | |
| RR-1 | 5/15 | X | USPS - Postal Kiosk Transaction Summary |
| RR-3 | 5/20 | X | Photographs (3) - Safe and Cash Recovered |
| RR-4 | 5/20 | X | Photographs (15) - Fentanyl Powder |
| RR-5 | 5/20 | X | Fentanyl Pills Recovered |
| RR-6 | 5/20 | X | Fentanyl Powder Recovered |
| **SS.** | | | |
| SS-2 | 5/20 | X | Photos (21) - Pills recovered from blue suitcase |
| SS-3 | 5/20 | X | Body Worn Camera - Minneapolis-Saint Paul Airport Police Detective Nicholas Iacovelli, 4.14.2023, 22:05:14 – 22:07:53 |
| SS-7 | 5/20 | X | Minneapolis-Saint Paul Airport Surveillance Footage, 4.14.2023 |
| SS-9 | 5/20 | X | Minneapolis-Saint Paul Airport Surveillance Footage, 4.14.2023 |
| SS-10A | 5/20 | X | .267 Grams Yellow Alprazolam Pills (from Airport PD) |
| SS-10B | 5/20 | X | .247 Grams Blue Alprazolam Pills (from Airport PD) |
| SS-10C | 5/20 | X | Baggie of .130 Grams Blue Oxycodone Hydrochloride Pills (from Airport PD) |
| SS-10D | 5/20 | X | Baggie of Blue Oxycodone Hydrochloride Pills (from Airport PD) |
| SS-10E | 5/20 | X | Baggie of Blue Oxycodone Hydrochloride Pills (from Airport PD) |

| Exh. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| **UU.** | | | |
| UU-2 | 5/21 | X | Victim A.M.'s Medical Records |
| UU-4 | 5/21 | X | Body Worn Camera - Minneapolis Police Officer Horatio Lee, 4.2.2022, 21:37:49-21:38:39 |
| UU-7 | 5/21 | X | Milestone Surveillance Video, Lyndale Ave & Broadway SW, 4.2.2022, 21:28:30-21:29:46 |
| UU-8 | 5/21 | X | Winner Gas Surveillance Video, Camera 4, 4.2.2022, 20:17:59-20:18:30 |
| UU-9 | 5/21 | X | Screenshot (1) - Winner Gas Surveillance Video, Camera 4, 4.2.2022, 20:18:25 |
| UU-10 | 5/21 | X | Winner Gas Surveillance Video, Camera 3, 4.2.2022, 20:16:52-20:17:05 |
| UU-11 | 5/14 | X | Winner Gas Surveillance Video, Outside Camera, 4.2.2022, 20:15:54-20:16:54 |
| UU-12 | 5/21 | X | Winner Gas Surveillance Video, Outside Camera, 4.2.2022, 20:21:27-20:23:01 |
| UU-13 | 5/21 | X | Metro Mobility Surveillance Video |
| UU-14 | 5/21 | X | Sanctuary Church Surveillance Video |
| UU-15 | 5/21 | X | Photos (7) –Scene – Ford Taurus |