# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-160 (21) (NEB/JFD) |
| Plaintiff, | |
| v. | ORDER |
| WILLIAM JOHNSON, | |
| Defendant. | |

This matter comes before the Court on Defendant's pro se FOIA request. (ECF No. 2072.) Defendant Johnson is represented by attorneys Manvir Awtal and Daniel Huddleston. (ECF No. 1716.) Because Defendant is represented by counsel, all requests and motions should be presented to the Court by counsel. The Court denies this request and orders defendant to reach out to his counsel to assist in document requests.

Dated: June 22, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge