UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| United States of America, | ) | File No. 23-cr-160 (NEB/JFD) |
| Plaintiff, | ) | |
| v. | ) | |
| Tyreese Giles(6), Josiah Taylor(7), Trevaun Robinson(10), William Banks(19), Gregory Brown(26), | ) | Courtroom 13W Minneapolis, Minnesota Wednesday, May 14, 2025 9:03 a.m. |
| Defendants. | ) | |

---

BEFORE THE HONORABLE NANCY E. BRASEL
UNITED STATES DISTRICT COURT DISTRICT JUDGE

**VOLUME III - JURY TRIAL PROCEEDINGS**
**EXCERPT OF AVANTE NIX TESTIMONY**

Court Reporter: RENEE A. ROGGE, RMR-CRR
United States District Courthouse
300 South Fourth Street, Box 1005
Minneapolis, Minnesota 55415

* * *

Proceedings recorded by mechanical stenography; Transcript produced by computer.

* * *

APPEARANCES:

For the Plaintiff: UNITED STATES ATTORNEY'S OFFICE
BY: THOMAS CALHOUN-LOPEZ
CARLA BAUMEL
300 South Fourth Street, #600
Minneapolis, Minnesota 55415

DEPARTMENT OF JUSTICE
ORGANIZED CRIME AND GANG SECTION
BY: BRIAN W. LYNCH
ALYSSA LEVEY-WEINSTEIN
1301 New York Avenue NW, #700
Washington, D.C. 20530

For the Defendant Tyreese Giles(6): RIVERS LAW FIRM, P.A.
BY: BRUCE RIVERS
701 Fourth Avenue South, #300
Minneapolis, Minnesota 55415

For the Defendant Josiah Taylor(7): WOLD LAW
BY: PETER B. WOLD
JOHN FEE
331 Second Avenue South, #705
Minneapolis, Minnesota 55401

For the Defendant Trevaun Robinson(10): PAUL ENGH, ATTORNEY AT LAW
BY: PAUL C. ENGH
150 South Fifth Street, #2860
Minneapolis, Minnesota 55402

For the Defendant William Banks(19): CATHERINE TURNER, ATTORNEY AT LAW
BY: CATHERINE L. TURNER
331 Second Avenue South, #705
Minneapolis, Minnesota 55401

For the Defendant Gregory Brown(26): NORTH STAR LAW GROUP PLLC
BY: DANIEL S. ADKINS
1295 Bandana Boulevard North, #335
St. Paul, Minnesota 55108

* * *

# I N D E X


| | PAGE |
|---|---|
| **AVANTE NIX** | |
| Direct Examination by Mr. Lynch | 5 |
| Cross-Examination by Mr. Wold | 104 |

| GOVERNMENT'S EXHIBITS | REC'D |
|---|---|
| A1 | 18 |
| A27 | 100 |
| A35 | 94 |
| A43 | 97 |
| A62 | 83 |
| A196 | 73 |
| B2a | 6 |
| B2b | 8 |
| C2a | 99 |
| C3a | 98 |
| N1a | 32 |
| N4 | 44 |
| N5 | 47 |
| N6 | 91 |
| N8 | 38 |
| GG63 | 102 |

| DEFENDANTS' EXHIBITS | REC'D |
|---|---|
| DD1 | 127 |


* * *

1:01 p.m.

**IN OPEN COURT**

**(JURY PRESENT)**

THE COURT: You may all be seated.

And the government may call its next witness.

MR. LYNCH: The government calls Avante Nix.

THE COURT: Thank you.

Mr. Nix, sir, would you raise your right hand for me.

AVANTE NIX,

called on behalf of the government, was duly sworn, was examined and testified as follows:

THE WITNESS: Yes, ma'am.

THE COURT: Thank you.

And then I'll have you state and spell both your first and last name for the record.

THE WITNESS: Avante Nix, A-V-A-N-T-E. Last name N-I-X.

THE COURT: All right. Thank you.

When you testify, I'm going to ask you to speak slowly into the microphone, because the court reporter is taking down everything that you say.

Mr. Lynch, you may inquire.

MR. LYNCH: Thank you, Your Honor.

DIRECT EXAMINATION

BY MR. LYNCH:

Q. Mr. Nix, how old are you currently?

A. I'm 22.

Q. And from your outfit, are you incarcerated?

A. Yes.

Q. And where are you incarcerated?

A. Washington County.

Q. And how long have you been incarcerated?

A. 17, 18 months.

Q. And is it true that you're currently incarcerated due to RICO conspiracy charges?

A. Yes.

Q. And is it also true that the RICO conspiracy involves your role as a Highs member, as well as numerous acts involving drug trafficking?

A. Yes.

Q. And as of today, Mr. Nix, have you pled guilty to those charges?

A. Yes.

MR. LYNCH: Your Honor, permission to show Mr. Nix Exhibit B2a.

THE COURT: You may.

BY MR. LYNCH:
Q. Mr. Nix, I'm showing you Exhibit B2a. Are you familiar with what you see?
A. Yes.
Q. Would you identify what you see?
A. My plea agreement.
Q. Is that your plea agreement to RICO conspiracy charges?
A. Yes.
Q. And is what you see in Exhibit B2a, is that a fair and accurate depiction of your plea agreement?
A. Yes.
MR. LYNCH: Your Honor, the government moves to admit Exhibit B2a.
MR. ENGH: Objection noted.
THE COURT: The objection is noted. The objection is overruled, and B2a is admitted.
BY MR. LYNCH:
Q. All right. Mr. Nix, at the top of exhibit, page 1 of Exhibit B2a, I'm going to expand that section. Can you tell me what you see there?
A. My name.
Q. And it says a/k/a Fat Folks. Who is that?
A. That's me.
Q. And on the right does it say Plea Agreement?
A. Yes.

Q. And is this your RICO conspiracy case?
A. Yes.
Q. And on the bottom of page 1, I'm going to expand the section. Can you see above -- here. And can you tell me what you see here?
A. Basically saying I understand what I was saying, signing.
Q. Okay. Is this your guilty plea?
A. Yes.
Q. And what, can you read what you pled guilty to?
A. Conspiracy to engage in Racketeering Influenced Corrupt Organization.
Q. Okay. And is that, do you know that as RICO conspiracy?
A. Yes.
Q. And we're going to go to the last page of the plea agreement. And on the bottom, can you tell me what you see?
A. My signature and my lawyer's signature.
Q. And is there a date associated your signature?
A. Yeah. 18/24, I mean 8/9/24.
Q. So August 9, 2024?
A. Yeah.
Q. And is that when you pled guilty to the RICO conspiracy charges?
A. Yeah.
MR. LYNCH: Permission to show Mr. Nix

Exhibit B2b?

THE COURT: You may do so.

BY MR. LYNCH:

Q. Mr. Nix, I'm showing you Exhibit B2b. Are you familiar with what you are looking at?

A. Yes.

Q. Is this your cooperation agreement with the government?

A. Yes.

Q. And is this a fair and accurate depiction of your cooperation agreement?

A. Yes.

MR. LYNCH: Your Honor, the government moves to admit Exhibit B2b.

THE COURT: Other than as noted, any objections?

MR. WOLD: No objection.

THE COURT: That was Mr. Wold, and B2b is admitted.

BY MR. LYNCH:

Q. And I'm going to expand this section right here. Mr. Nix, can you tell me what you see there?

A. I see Mr. Nix cooperate fully and truthfully.

Q. And under your corporation agreement, are you required to provide substantial assistance to the government?

A. Yes.

Q. And is it your understanding that if you provide

truthful, substantial assistance that at the time of your sentencing, the government can motion the court for a downward variance of your sentence?
A. Yes.
Q. And what are you hoping to get out of testifying today?
A. A time short on my sentence.
Q. And about a month or two ago did you speak with a Minneapolis homicide detective?
A. Yes.
Q. And did you tell them you think you are going home?
A. Yes.
Q. And what did you mean by that?
A. I just told them what I hoped.
Q. And has anyone from the government or prosecution told you that you are going home?
A. No.
Q. Has anyone from the government or prosecution made any promises about a potential sentence?
A. No.
Q. But that's your hope that you are going home?
A. Yeah.
Q. And is it your understanding under your plea agreement you are required to provide truthful information and testimony?
A. Yes.

Q. And what could happen if you fail to provide truthful testimony?
A. I won't get a time cut.
Q. And who's the person who ultimately is going to decide your sentence?
A. The judge.
Q. And who is your judge in this case?
A. Nancy Brasel.
Q. All right. Mr. Nix, can you tell me a little about yourself? How old are you?
A. I'm 22.
Q. Okay. And where did you grow up?
A. North Minneapolis.
Q. And who did you grow up with?
A. Like who was in my house?
Q. Yeah. Were you with your mom, your dad?
A. Yeah, I was with my mom.
Q. Okay. Was your dad around?
A. Not really.
Q. And did you go to high school?
A. Yes.
Q. And where did you go to high school?
A. West Educational Center.
Q. What's the last year that you completed in high school?
A. I don't remember. I don't remember the last year that I

went to high school. When I was in Red Wing around 2020, I was going to school.
Q. And Red Wing, is that a juvenile detention facility?
A. Yes.
Q. And have you lived your entire life in North Minneapolis?
A. Yes.
Q. Are you a member of a gang?
A. Yes.
Q. What gang?
A. Sayless gang.
Q. Sayless?
A. Yeah.
Q. And does Sayless associate with a bigger gang?
A. Yeah, the Highs.
Q. And are you familiar with the term "clique"?
A. Yeah.
Q. And what is that?
A. Just like a small gang.
Q. Okay. And Sayless, would that be considered a clique?
A. Yeah.
Q. And they are a clique of who?
A. Huh?
Q. Sayless is a clique of the Highs?
A. Yeah.

Q. And were there other Sayless members?
A. Yes.
Q. And where did Sayless members generally hang out?
A. Broadway.
Q. And what's Broadway?
A. What you mean?
Q. Like when you say "Broadway," what do you mean by that?
A. West Broadway.
Q. West Broadway Avenue?
A. Yeah.
Q. Okay. Is that in North Minneapolis?
A. Yeah.
Q. And did you ever hang out there?
A. Yes.
Q. And what's the typical age of a Sayless member?
A. 18, 22.
Q. And from being a clique, a member of a clique of the Highs, are you familiar if the Highs have other cliques?
A. Yes.
Q. And where do the members of those other cliques hang out?
A. Broadway.
Q. And are you familiar with the other cliques?
A. Yes.
Q. What are the other cliques of the Highs?

A. YNT, FreeShotz, EMB.
Q. And do you know what EMB stands for?
A. Emerson Murder Boys.
Q. What about YNT?
A. Young N' Thuggin.
Q. And are Sayless members generally older or younger than other members from the cliques of the Highs?
A. Kind of younger.
Q. And did you know individuals from the other cliques of the Highs?
A. Yes.
Q. Would you hang out with them?
A. Yes.
Q. Did you ever commit crimes with individuals from other cliques of the Highs?
A. Yes.
Q. And we'll get into this a little more later, but in your plea agreement you admitted to engaging in drug trafficking. Did you ever work with individuals from other cliques or sects of the Highs --
A. Yeah.
Q. -- to distribute drugs in Minneapolis?
A. Yes.
Q. Prior to your arrest in 2023, were you a confidential informant for Minneapolis Police Sergeant Andrew Schroeder?

A. Yes.
Q. Approximately how long were you a confidential informant?
A. Like five or six years.
Q. And what type of information would you provide Sergeant Schroeder?
A. Just about guns.
Q. And would you provide information about specific individuals?
A. Yes.
Q. And the individuals you provided information about, were they associated with any gangs?
A. The Highs.
Q. And did you have information on these individuals based on your membership in the Highs?
A. Yes.
Q. And did you provide information to Sergeant Schroeder about members from numerous cliques of the Highs?
A. Yes.
Q. And what type of information would you provide about them?
A. Just guns.
Q. And how would you know if someone had a gun?
A. I see it or they would tell me.
Q. And where would you see it if someone had a gun usually?

A. On their person.
Q. Okay. But where would the person be when you saw them?
A. On Broadway.
Q. And are you aware if the information you provided Sergeant Schroeder often led to the recovery of firearms and arrests?
A. Yes.
Q. And were you paid for providing information to Sergeant Schroeder?
A. Yes.
Q. And in order to be paid, did the information you provided have to be verified and truthful?
A. Yes.
MR. WOLD: Objection. Foundation. Hearsay.
THE COURT: Overruled.
BY MR. LYNCH:
Q. In order to be paid, did the information you provided have to be verified and truthful?
A. Yes.
Q. And why did you start acting as a confidential informant for Sergeant Schroeder?
A. I got caught with a stolen car, and I got caught with some drugs.
Q. And --
MR. WOLD: Could I hear that again?

BY MR. LYNCH:
Q. Mr. Nix, you said you started working with Sergeant Schroeder because you got caught in a stolen car with drugs?
A. I got caught in a stolen car and later on got caught with drugs.
Q. Okay. And you got paid sometimes. Sometimes were you working off arrests?
A. Yes.
Q. Can you explain that?
A. If I get caught with something or something, he let me go, and I get him guns.
Q. And do the Highs mainly operate out of North Minneapolis?
A. Yes.
Q. I'm going to show you what's been admitted as Exhibit A91. We're going to go to page 1.
Can you tell me what you see on page 1 of Exhibit A91?
A. A map of Minneapolis.
Q. Okay. And what does that map show?
A. The Highs and the Lows.
Q. Okay. And what's the dividing line between the Highs and the Lows?
A. Broadway.
Q. Okay. And is that, is what I'm showing right along

here, is that Broadway?
A. Yes.
Q. Okay. And it's the red line there that separates the Highs and the Lows?
A. Yes.
Q. And you said Highs members would hang out on Broadway. Would they hang out at any specific places on Broadway?
A. A couple places.
Q. Okay. What places?
A. Winner Gas Station, Merwin's, Boost Mobile, Subway, Wendy's, Taco Bell, Cubs.
Q. All right. I'm going to --
Permission to pull up Exhibit A1?
THE COURT: You may do so.
BY MR. LYNCH:
Q. Mr. Nix, I'm showing you Exhibit A1. Are you familiar with what you see here?
A. Yes.
Q. Can you identify what you see?
A. Broadway.
Q. Okay. So when you say "Broadway," are you referring to the intersection at West Broadway Avenue and Lyndale Avenue North?
A. Yes.
Q. And based on hanging out there, there's different

businesses in that area?
A. Yes.
Q. And is this a fair and accurate depiction of the Broadway area?
A. Yes.
MR. LYNCH: The government moves to admit Exhibit A1.
THE COURT: Any objection?
MR. WOLD: No objection.
THE COURT: A1 is admitted.
BY MR. LYNCH:
Q. I'm going to pull up, expand right here. You mentioned the Winner Gas Station. Would you hang out there?
A. Yes.
Q. And what's the Winner Gas Station often referred to as?
A. Murder Station.
Q. And do you know why it's called that?
A. Because people died there.
Q. And then across the street from the Winner Gas Station, can you tell me what you see?
A. Merwin's.
Q. And have you ever hung out there?
A. Yeah.
Q. And then right here, there's a Walgreens and a parking lot and a Boost Mobile. Have you ever hung out there?

A. Yeah.
Q. And when did you start going to Broadway and Lyndale?
A. I don't really remember exact year. I probably like 15, 16.
Q. Okay. So like six or seven years ago?
A. Yeah.
Q. And what were you doing when you first started going to Broadway and Lyndale?
A. Just chilling and selling weed.
Q. Okay. So when you first went there, you were selling marijuana?
A. Yeah.
Q. And when you first started going there, were other people selling drug up there?
A. Yes.
Q. And were the individuals up there selling drugs associated with any gang?
A. The Highs.
Q. We're going to go back to what's been admitted as Exhibit A91 to page 2. Can you tell me what you see here?
A. The Murder Station.
Q. And you testified that you hung out at The Murder Station or Winner Gas Station. Would you see other Highs members up there?
A. Yes.

Q. Would you see members from numerous cliques of the Highs?
A. Yes.
Q. We're going to go to page 3. Can you tell me what you see?
A. Merwin's.
Q. And you testified you hung out there. Would you see other Highs members up there?
A. Yes.
Q. Were there Highs members from numerous cliques?
A. Yes.
Q. Page 4 right here. Can you tell me what that is?
A. Walgreens.
Q. And is that Walgreens before you got locked up, was it still open?
A. Yeah.
Q. Okay. And there's a parking lot next to the Walgreens. Is that the parking lot that Boost Mobile is in?
A. Yes.
Q. And have you ever hung out there?
A. Yes.
Q. And have you seen other Highs members up there?
A. Yes.
Q. And then page 5. Can you tell me what you see there?
A. Boost Mobile and Subway.

Q. And have you ever hung out there?
A. Yes.
Q. And what were you doing when you were there?
A. Selling weed, just chilling, selling whatever I had.
Q. And was there a reason you started going to Boost Mobile?
A. Because I -- Merwin's and the gas was getting too hot.
Q. What's that mean that it was getting too hot?
A. Like police always coming around.
Q. Do you know why police were always coming around?
A. Because we was out there.
Q. And what were you doing out there?
A. Selling drugs.
Q. So you said when you were at these different locations you would see different members from different cliques of the Highs. Would you associate with these individuals?
A. Yes.
Q. Can you explain that?
A. We play, chill, sell stuff together.
Q. And how would you know what clique someone belonged to?
A. That would be what they repping, like that would be what they throwing up, what they --
Q. All right. You said repping and throwing up. Can you explain what that means?
A. Repping is just like what they always claiming.

Q. And when you were out, you were a Sayless member of the Highs. Would you claim Sayless?
A. Yeah.
Q. And would that be considered repping?
A. Yeah.
Q. All right. Let's go back to page 2 of Exhibit A91, the Winner Gas Station. Can you take me through a typical day up at the Winner Gas Station when you were out?
A. I just be up there around, selling weed or whatever I had.
Q. And you said selling weed. Was there ever a point where you started selling different drugs at the Winner Gas Station?
A. Yeah.
Q. And what was that?
A. Fentanyl pills.
Q. Okay. A what do those pills look like?
A. It was blue with M-Box on it. M and a box.
Q. Okay. And we'll come back to that too. And you said other individuals were selling drugs. How would you know what other individuals were doing up there?
A. I see them or I just know.
Q. And would you ever tell other individuals what you were selling?
A. Yeah.

Q. Would other individuals ever tell you what they were selling?
A. Yeah.
Q. All right. You went to prison from 2019 to 2021 at Red Wing; is that correct?
A. Yes.
Q. And was that for a robbery?
A. Yeah.
Q. And did you commit that robbery with another Sayless member?
A. Yeah.
Q. Prior to going to prison in 2019, how often were you going up to Broadway?
A. Almost every day.
Q. And prior to going to prison in 2019, what drug were you mainly selling on Broadway?
A. Weed.
Q. And do you know what drug other Highs members were mainly selling at that point?
A. Mostly weed.
Q. When you got out of Red Wing in 2021, what drug did you start to sell?
A. I tried to sell weed, but nobody got no weed, so I started selling fentanyl pills.
Q. Was there more money in February pills?

A. Yeah.
Q. And when you started selling fentanyl pills, what were other members of the Highs up at Broadway, what were they mainly selling?
A. Weed and fentanyl pills.
Q. And can anyone who wants to sell drugs at Winner Gas and other locations on Broadway?
A. No, not really.
Q. And what do you mean by that?
A. I -- don't nobody know -- you just can't come up there and sell.
Q. And what would happen if someone who wasn't connected to the Highs tried to go up to Broadway and sell?
A. Somebody move them around.
Q. What's that mean?
A. Somebody tell them to leave.
Q. And have you ever seen this happen?
A. Yes.
Q. Can you explain?
A. I -- one time somebody tried to come up there and sell weed, and we told them they had to leave.
Q. And why did you tell them they had to leave?
A. Because that's not where they from.
Q. And what would happen if a Lows member went up to Broadway?

A. Probably be a shoot-out or something.
Q. And the Lows, is that the Highs' rival gang?
A. Yeah.
Q. And do you know, are the Lows also compromised of different cliques?
A. Yeah.
Q. And when you refer to them, do you refer to them by the specific clique or to the Lows as a whole?
A. It really depends on who we talking about.
Q. Okay. But do you refer to them as the Lows often?
A. Yeah.
Q. And when you were up at Broadway, did you ever possess firearms?
A. Yeah.
Q. And you've already talked about being locked up from 2019 to 2021. Were there more firearms on the street before you got locked up or after you came out in 2021?
A. After.
Q. And do you know why there were more guns at that time?
A. People were making more money.
Q. And why were people making more money?
A. Because the fentanyl pills was around. There was more people around.
Q. And what you mean there were more people around?
A. There was more stains around.

Q. Can you explain what a stain is?
A. Somebody buying drugs from you.
Q. Is that like a drug user?
A. Yeah.
Q. And from your membership in the Highs, are you familiar with different phrases that a Highs member would use?
A. Yes.
Q. Would you use any of those phrases?
A. Yes.
Q. Have you heard of the phrase "putting in work"?
A. Yeah.
Q. And what does "putting in work" mean?
A. Just basically like you sliding, like you, you shooting the ops and stuff like that.
Q. Is there any other way to put in work?
A. You can say you putting in work by selling drugs.
Q. And is making more money, would that be considered putting in work?
A. Basically, yeah.
Q. And you said a term there, "sliding." What's that mean?
A. You going to look for the ops.
Q. Okay. And who are the ops?
A. The Lows.
Q. And if you were going to look for the ops, where would you go look?

A. The Lows.
Q. And is that their territory?
A. Yeah.
Q. And do the Lows similar to the Highs have different places they hang out?
A. Yes.
Q. So if you were going to slide, you would go to one of those places?
A. Yeah.
Q. And can you build a reputation within the Highs by putting in work?
A. Yeah.
Q. Can you explain that?
A. You just be more respected.
Q. And while you were out, did you build a reputation within the Highs?
A. Yes.
Q. A reputation for what?
A. Selling drugs.
Q. And are there Highs members with different roles?
A. Yes.
Q. What are some of those different roles for the Highs?
A. Some people be sliding. Some people be selling drugs, stuff like that.
Q. Okay. So some people were more like shooters and some

people were selling drugs?
A. Yeah.
MR. WOLD: Objection. Leading.
MR. ENGH: Excuse me. Objection. Leading.
THE COURT: Sustained as to leading.
MR. LYNCH: I'll follow up on that.
THE COURT: I'll strike the answer and the question.
You can rephrase.
BY MR. LYNCH:
Q. You testified that some people slide and some people make money. What do you mean by some people slide?
A. Some people like go look for the ops, shoot at the ops, and some people just knows for making money.
Q. Are there people who do both?
A. Yeah.
Q. And are there more respected members of the Highs?
A. Yeah.
Q. And how do you become respected?
A. You just sliding, making money or doing it for the hood.
Q. And you were known for making money. How were you making money at the time?
A. Selling fentanyl pills.
Q. And when you made money in the gang, would you help fellow gang members out?

A. Yes.
Q. And how would you do that?
A. I buy them guns, put money on their books, bail them out if I had to, stuff like that.
Q. And did you ever help a Sayless member of the Highs out in this manner?
A. Yes.
Q. What about a YNT member?
A. Yes.
Q. A FreeShotz member?
A. Yes.
Q. When you were out, who were the more respected members of the Highs?
A. Like who?
Q. Yes.
A. Like Tez, Lil' G, Hardbody. It's a lot of respected members.
Q. Okay. You said Tez, Lil' G and Hardbody?
A. Yeah, they were some of them.
Q. And what were they respected for?
A. Making money and always being around the hood.
Q. And you mentioned Lil' G as a respected member of the Highs. Have you ever met him?
A. Yeah.
Q. Do you know what he looks like?

A. Yeah.
Q. Do you know his real name?
A. Gregory Brown.
Q. You said his nickname is Lil' G. Does he have any other nicknames?
A. Knowledge.
Q. And do you see Gregory Brown in court today?
A. Yeah.
Q. Can you please point to him and describe what he's wearing?
A. He wearing a suit with a red tie.
Q. Can you describe him in more detail?
A. What you mean?
Q. He's wearing a suit with a red tie?
A. And he got on glasses.
Q. Okay.
MR. LYNCH: Your Honor, let the record reflect the witness has identified the defendant Gregory Brown.
THE COURT: The record will so reflect.
BY MR. LYNCH:
Q. And do you know if Gregory Brown was in a gang?
A. Yeah.
Q. What gang was he in?
A. EMB.
Q. And EMB, do they associate with a bigger gang?

A. The Highs.

MR. LYNCH: Permission to show Exhibit N1a.

THE COURT: You may do so.

BY MR. LYNCH:

Q. I'm showing you Exhibit N1a. Are you familiar with what you see?

A. Yes.

Q. Have you ever seen this before?

A. Yes.

Q. And what is this?

A. Lil' G video Not From the Lows.

Q. And have you watched the video?

A. Yeah.

Q. And where did you watch it?

A. On YouTube.

Q. And you said it's Lil' G's video. Is that Gregory Brown?

A. Yeah.

Q. And what's his rap handle or name?

A. Knowledge.

Q. I'm going to show you a few pages of Exhibit N1a. And are these still shots, are they fair and accurate depictions of Gregory Brown's Not From the Lows music video?

A. Yeah.

MR. LYNCH: The government moves to admit

Exhibit N1a.

THE COURT: Any objection?

MR. ADKINS: No, ma'am.

THE COURT: N1a is admitted.

BY MR. LYNCH:

Q. All right. I'm going to show you page 1 here. Can you describe what you see?

A. Still the same picture.

Q. Okay. Can you describe who you see in the picture?

A. Lil' G.

Q. Okay. And I'll expand this. Is that Lil' G?

A. Yeah.

Q. And that's the defendant Gregory Brown?

A. Yeah.

Q. And what's he wearing there?

A. A sweater that say Low End with it Xed out.

Q. And what's on his left shoulder?

A. EMB.

Q. And do you know what that's a reference to?

A. Yeah.

Q. What's that?

A. Emerson Murder Boys.

Q. And then on his right shoulder, there's 4BG. Do you know what that means?

A. No.

Q. All right. We're going to go to page 4 of Exhibit N1a. You referenced an individual named Tez. Do you see him in this picture?
A. Yeah.
Q. I'm going to pull up what's been admitted as Exhibit A59. Are you familiar with who is shown here in Exhibit A59?
A. Yes.
Q. And who is that?
A. Tez.
Q. And how well did you know Tez?
A. I knew him a decent amount.
Q. Okay. And do you know his real name?
A. Montez Brown.
Q. And his nickname Tez, you testified his nickname was Tez?
A. Yeah.
Q. And have you ever hung out with Montez Brown?
A. Yeah.
Q. And do you know if he's a member of any gang?
A. YNT.
Q. Okay. And does YNT associate with a larger gang?
A. The Highs.
Q. And when you were out, what was Montez Brown's reputation?

A. He was getting money.
Q. Excuse me?
MR. WOLD: Excuse me. Could I hear that again.
THE WITNESS: I said he was getting money.
BY MR. LYNCH:
Q. And from knowing Montez Brown and from being in the gang, do you know how he was getting money?
A. He was selling fentanyl pills.
Q. And how do you know he was selling fentanyl pills?
A. I bought from him before.
Q. Okay. When you first came out in 2021, did you ever buy from him at that point?
A. Yeah.
Q. And can you take us through that, explain that?
A. I just buy a couple hundred pills from him.
Q. Okay. And where would you buy the pills from him?
A. I met him somewhere.
Q. Okay. And where would you sell the pills?
A. Broadway.
Q. And who would you sell to?
A. Stains.
MR. RIVERS: I didn't hear that last answer.
THE WITNESS: Stains.
BY MR. LYNCH:
Q. And you said pills. What kind of pills?

A.  Fentanyl pills.
Q.  And in 2021 when you first got out, how much were you paying per pill?
A.  $5.
Q.  And how much would you turn around and sell it to customers at Broadway?
A.  Ten.
Q.  And what was Gregory Brown's reputation when you were out?
A.  He was a rapper, and he was selling pills.
Q.  What kind of pills?
A.  Fentanyl pills.
Q.  And how do you know that he was selling pills?
A.  I bought from him too.
Q.  And you testified that Gregory Brown is EMB?
A.  Yeah.
Q.  And you testified that Montez Brown is YNT?
A.  Yeah.
Q.  So you bought from individuals from two different cliques of the Highs?
A.  Yeah.
Q.  I'm going to show you exhibit what's been admitted as Exhibit A56.  Can you tell me who you see there?
A.  Picture of Killa.
Q.  Killa.  And how well do you know him?

A. I know him a little bit.
Q. Do you know his real name?
A. I think Calvin Wright.
Q. And have you ever met him?
A. Yeah.
Q. And do you know if he was a member of any gang?
A. EMB.
Q. He's EMB. Okay. And you testified that EMB associates with the Highs?
A. Yeah.
Q. And what was Calvin Wright's reputation when you were out?
A. He was sliding, and he was getting money.
Q. Okay. And sliding, can you explain what that means again?
A. Just going to look for the ops, stuff like that.
Q. And he was getting money. How was he getting money?
A. He was selling pills too.
Q. And what type of pills?
A. Fentanyl pills.
Q. And other than the Not From the Lows video that we just showed still shots from, have you watched other rap videos made by Gregory Brown?
A. Yeah.
Q. And where would you watch these videos?

A. YouTube.

MR. LYNCH: Permission to pull up Exhibit N8.

THE COURT: You may do so.

BY MR. LYNCH:

Q. I'm showing you Exhibit N8. Are you familiar with what you see here?

A. Yes.

Q. Have you ever seen this video?

A. Yes.

Q. And who made this video?

A. Lil' G did.

Q. Okay. And I'll scroll here a little, but is this a fair and accurate depiction of another one of Lil' G's videos?

A. Yeah.

Q. And what's the video called?

A. Money Mission.

MR. LYNCH: The government moves to admit Exhibit N8.

THE COURT: Any objection?

MR. ADKINS: As to the playing of the video, yes, Your Honor, but as to the images, no.

THE COURT: Is N8 screenshots, or is it the entire video?

MR. LYNCH: It's the entire video, Your Honor.

MR. ADKINS: Renew my objection.

THE COURT: Overruled. N8 is admitted.

MR. LYNCH: All right. For the record we're going to play N8 right now.

(Video recording played)

BY MR. LYNCH:

Q. And we're going to go back to the start, and we'll just pause it there.

Mr. Nix, so at the start of this video, you see a hashtag and then 25 Knowledge. Had you ever seen Highs members use 25 or 25?

A. Yeah.

Q. And do you know what that means?

A. It just YNT.

Q. Okay. You testified that Gregory Brown's an EMB member?

A. Yeah.

Q. Do members of all the cliques of the Highs reference 25?

A. Yeah.

Q. And on the lyrics in this song, there was 20 racks, all blues, that's what I do.

Do you know what 20 racks means?

A. 20,000 miles.

Q. And what's all blues mean?

A. He was saying all blue face, like all hundred dollar bills.

Q. And are fentanyl pills ever referred to as blues?

A. Yeah.
Q. And when you were out did you have social media?
A. Yeah.
Q. Did you have a Facebook account?
A. Yeah.
Q. Are you familiar with how Facebook works?
A. Yeah.
Q. And when you were out, were you familiar with a male named Tricky Tre?
A. Yeah.
Q. And how well do you know him?
A. I know him a decent amount.
Q. Have you ever hung out with him?
A. Just on the block.
Q. What's that mean, "on the block"?
A. Just on Broadway.
Q. And do you know his real name?
A. No.
Q. Okay. Do you see him here in court?
A. Yeah.
Q. Can you please point to him and describe what he's wearing?
A. Wearing a white shirt with a gold tie.

MR. LYNCH: Your Honor, the witness identified the defendant Trevaun Robinson.

THE COURT: The record will reflect.

BY MR. LYNCH:

Q. And from seeing him on the block and knowing him, do you know if Mr. Robinson was in a gang?

A. YNT.

Q. And you testified before, YNTs associated with the Highs?

A. Yeah.

Q. I'm going to pull up what's been admitted as Exhibit A94, page 29.

And can you tell me who you see here?

A. Tricky.

Q. And you testified he's a YNT member of the Highs?

A. Yeah.

Q. And who's this individual here? We'll go over to the left side. His mask is down there.

A. JoJo.

Q. And do you know JoJo?

A. Yeah.

Q. What's his real name?

A. Jovan Knight.

Q. And is he with a gang?

A. Yeah, he FreeShotz.

Q. And does FreeShotz associate with another gang?

A. Yeah, the Highs.

Q. And then right here, who's that?
A. Killa.
Q. Killa. And you said that's, you identified him in a previous picture, and you testified he's EMB?
A. Yeah.
Q. And are you familiar with a male nicknamed Reese or Wet?
A. Yeah.
Q. And how well do you know him?
A. Know him a decent amount.
Q. Have you ever hung out with him?
A. Yeah.
Q. And where would you hang out with him?
A. I see him on Broadway some.
Q. Okay. And do you know his real name?
A. Tyreese Giles I think.
Q. And if you saw him, would you be able to recognize him?
A. Yeah.
Q. Do you see him here in court?
A. Yeah.
Q. Could you please point to him and describe what he's wearing?
A. Wearing a gray suit with a purple, purple tie.
MR. LYNCH: Your Honor, the witness identified the defendant Tyreese Giles.
THE WITNESS: The record will so reflect.

BY MR. LYNCH:
Q. And do you know if Mr. Giles was in a gang?
A. Yeah, FreeShotz.
Q. And you testified that FreeShotz associates with the Highs?
A. Yeah.
Q. Are you familiar with a male nicknamed Joker or Thingtwo?
A. Yeah.
Q. And how well do you know him?
A. I know him.
Q. And how do you know him?
A. He be around.
Q. And what's that mean?
A. I know him from my dad.
Q. Okay. And can you explain that?
A. He was friends with my dad.
Q. And when you were on the block, did you ever see Joker?
A. Yeah.
Q. And are you familiar with what he looks like?
A. Yeah.
Q. Do you see him here in court?
A. Yeah.
Q. Can you please point to him and describe what he's wearing?

A. Wearing a brown sweater.

MR. LYNCH: Your Honor, the witness identified the defendant Josiah Taylor.

THE COURT: The record will so reflect.

BY MR. LYNCH:

Q. And, Mr. Nix, when you were out do you know if Mr. Taylor was in a gang?

A. Yeah.

Q. And what gang was that?

A. YNT.

Q. Have you ever seen a music video called So Minneapolis?

A. Yeah.

Q. And where have you seen this?

A. YouTube.

Q. And do you know who made the video?

A. Hardbody, Lil' G.

Q. And you mentioned Hardbody before. Who is that?

A. He somebody from the Highs.

Q. Do you know what clique he is in?

A. I don't know what click he belong to.

Q. Do you know what he looks like?

A. Yeah.

Q. Was he living in Minneapolis when you were out, Hardbody.

A. For a minute. He moved out of town, I believe.

MR. LYNCH: Permission to pull up Exhibit N4.
THE COURT: You may do so.
BY MR. LYNCH:
Q. All right. I'm going to, I'm going to just show a few different still shots in this video. This is an actual video.
Are you familiar with what you see here?
A. Yeah.
Q. And have you seen this video before?
A. Yeah.
Q. And where have you watched it before?
A. YouTube.
Q. And is this a fair and accurate depiction of the So Minneapolis music video?
A. Yeah.
MR. LYNCH: Your Honor, the government moves to admit Exhibit N4.
THE COURT: Any objection?
MR. ADKINS: Your Honor, renew our objection to the video. No objection to the screen shots.
THE COURT: Thank you. N4 is admitted. I am overruling the objection.
MR. LYNCH: We're going to play this.
(Video recording played)

BY MR. LYNCH:
Q. So, Mr. Nix, in that song, Gregory Brown rapped about catching N lacking. I'm talking gun in hand. Can't wait to catch that N to make that status up on Instagram?
What's that mean?
A. Basically saying can't wait to see one of the ops so you can kill them and make a post about it.
Q. And who are the ops?
A. The Lows.
Q. To make a status on Instagram, do you know what that means?
A. Just make a status on Instagram.
Q. And do you know why he would want to make a status about that on Instagram?
A. To troll ops.
Q. And you just said trolling. Can you explain what that is?
A. Making fun of somebody.
Q. Okay. And we'll talk about that in a little here. Are you familiar -- do the Highs have any hand signs?
A. Yeah.
Q. What's the main hand sign that's used by the Highs?
A. YNT.
Q. And can you make that hand sign?
A. Like this (indicating).

Q. Can you show that to the jury?
And have you ever made that hand sign before?
A. Yeah.
Q. Is that hand sign used by members of all the cliques of the Highs?
A. Yeah.
Q. Okay. And I said -- well, let's talk about trolling now actually. Can you explain what trolling is?
A. Just like making fun of the ops, like trolling them.
Q. Like how would you specifically do that?
A. Say fuck their dead homies, stuff like that.
Q. Where would you say fuck their dead homies?
A. To them on Facebook or Instagram.
Q. Okay. Was trolling common on social media?
A. Yeah.
Q. And did you ever engage in trolling?
A. Yeah.
Q. And the Lows, do they have any members who engage in trolling?
A. Yeah.
Q. And do the Lows have a hand sign that you know of?
A. Yeah.
Q. What's their main hand sign?
A. This (indicating).
Q. Can you make that for the jury?

And for the record, Mr. Nix made an L with his hand.

And can -- is there any way that the Highs could troll the Highs hand sign?

A. Just drop it.

Q. Can you explain what you mean or show for the jury?

A. Like this (indicating).

Q. So can you hold that up?

A. Huh?

Q. Can you hold it up? So you are making an L with your hand and pointing it down?

A. Yeah.

Q. And is that a sign of disrespect?

A. Yeah.

Q. And can you explain that?

A. It's like fuck the Lows.

MR. LYNCH: Your Honor, permission to admit Exhibit N5. These are still shots from the So Minneapolis music video in N4.

THE COURT: Any objection?

MR. ADKINS: No.

THE COURT: N5 is admitted.

BY MR. LYNCH:

Q. Okay. Mr. Nix, I'm showing you page 1 of Exhibit N5. I'm going to expand an individual right here with a purple

hooded sweatshirt. Do you recognize who that is?
A. Yeah.
Q. Who is that?
A. Dre B.
Q. And do you know Dre B?
A. Yeah.
Q. How do you know him?
A. I know him from the block.
Q. And do you know if he was in a gang?
A. YNT.
Q. We're going to go to page 2. Can you tell me who that is?
A. Hardbody.
Q. Okay. And do you, how well do you know Hardbody?
A. I ain't know him like that for real.
Q. And what do you see on page 3?
A. Murder Station.
Q. And have you seen other rap videos made by Highs members?
A. Yeah.
Q. Is that normal to have the Winner Gas Station in the videos?
A. Yeah.
Q. And why is that?
A. Because that's the block.

Q. Okay. And can you explain on that, expand on that?
A. Just where we hang out at.
Q. Okay. So why would you want to put that in a music video?
A. So they can know that's the block.
Q. So who can know it's the block?
A. Everybody. Everybody that's watching the video.
Q. Okay. And do you know why Highs members would want to know that that's the block or want people to know that?
A. Not really.
Q. And what do you see on page 4?
A. West Broadway.
Q. And page 5. Expanding this individual. Can you tell me who that is?
A. Matt.
Q. And how well do you know Matt?
A. Know him a decent amount.
Q. And where would you see him?
A. Broadway.
Q. You know his real name?
A. No.
Q. Do you know if he's in a gang?
A. YNT.
Q. And we're on page 6. Can you tell me, are you familiar with that location on page 6?

A. Yeah.
Q. And what is that?
A. 4th Street.
Q. And what's the 4th Street?
A. It's a bar.
Q. Okay. And is the 4th Street by Broadway and Lyndale?
A. Yeah.
Q. And would Highs members hang out at the 4th Street?
A. Yeah.
Q. Page 7 here in the back wearing red, can you tell me who that is?
A. Joker.
Q. Joker. And is that the individual you identified as the defendant Josiah Taylor?
A. Yeah.
Q. And then page 8 right here. I'm going to expand two individuals. Can you tell me who you see?
A. Lil' G and Joker.
Q. And Lil' G, is that the individual you identified as the defendant Gregory Brown?
A. Yeah.
Q. Page 9. You identified this individual as Dre B. Can you tell me what he's doing there?
A. He throwing the YNT.
Q. And page 10. Can you tell me what Gregory Brown is

doing here?
A. Dropping the Lows.
Q. And was that normal in music videos made by Highs members to drop the Low sign?
A. Yeah.
Q. Page 11. Can you tell me what we see Gregory Brown doing?
A. Throwing the YNT I believe.
Q. And in other rap videos you saw, was it common to see the YNT hand sign?
A. Yeah.
Q. And then lastly on page 14 here, can you tell me who you see?
A. Lil' G and Joker.
Q. Okay. And what's -- and you said that Joker is Josiah Taylor. What's Josiah Taylor doing with his hand?
A. Dropping the Lows.
Q. And is that a sign of disrespect to the Lows?
A. Yeah.
Q. And do the Lows do anything to disrespect the Highs' hand sign?
A. Yeah, they drop the Y.
Q. So they point the YNT hand sign down?
A. Yeah.
Q. And would you use Facebook and social media to show off

that you are making money?
A. Yeah.
Q. And how would you do this?
A. Take picture of money.
Q. And why would you do that?
A. Show you are making money, we were making money.
Q. And who is "we were making money"?
A. Everybody. Everybody from the Highs do it.
Q. And why do you do that? Why do you do that when you would post videos or photos?
A. Why I do it? To let people know I was making money.
Q. And would you do this to promote the Highs?
A. Yeah.
Q. And would you ever disrespect the Lows for not making money?
A. Yeah.
Q. Can you explain that?
A. Calling them a bum, telling ain't making no money, stuff like that.
Q. And going back to Gregory Brown's Money Mission lyrics, he said fuck the ops, then M's broke?
Is that a way of making fun of the Lows?
A. Yeah.
Q. All right. I'm going to show you exhibit, what's been admitted as Exhibit A91. We're going to go to page 6.

Can you tell me what you see here?
A. Picture of me and Bibby.
Q. All right. I'm going to expand this person right here. Who is that?
A. That's me.
Q. Okay. And what you are doing there?
A. Holding money.
Q. And you said Bibby. Who is Bibby?
A. One of the guys.
Q. And how well do you know Bibby?
A. I know him.
Q. And do you know his real name?
A. Robert Lesure.
Q. And do you know if he was in a gang?
A. Sayless gang.
Q. And that's the same clique you are in?
A. Yeah.
Q. And you discussed that the Lows were the Highs' rival gang. Were you familiar with Lows members?
A. Yeah.
Q. Did you ever interact with Lows members on social media?
A. Yeah.
Q. Okay. Did you ever get trolled by the Lows specifically?
A. Huh?

Q. Have you ever personally been trolled by the Lows?
A. Yeah.
Q. And you testified that you'd make fun of the Lows for not making money. Why would you do that?
A. Just to do it. Just to say they broke.
Q. And we're going to go to page 7, actually, of Exhibit A91.
Can you tell me who you see there?
A. An M30 box pill.
Q. Are these the type of pills that you were selling?
A. Yeah.
Q. And when you were out before you were, you know, incarcerated in the last year and a half, were you considered a higher end supplier of fentanyl pills?
A. Yeah.
Q. And you testified in 2021 when you first got out of Red Wing that you started selling marijuana but then switched to fentanyl pills?
A. Yeah.
Q. Who's the first person that you bought fentanyl pills from?
A. One of the guys named Deon.
Q. Okay. And then who did you go to after that?
A. Tez.
Q. And did you have a supplier after Tez?

A. Yeah, Lil' G.
Q. And before you testified that Tez is Montez Brown?
A. Yeah.
Q. So you switched from Montez Brown to Gregory Brown?
A. Yeah.
Q. Do you know if they're related?
A. No.
Q. What's that?
A. No.
Q. No, they are not related?
A. I don't think so.
Q. Okay. And what made you switch to Gregory Brown?
A. Because Tez was trying to put extra money on them.
Q. Can you explain what that means?
A. He was trying to overcharge.
Q. And how was he overcharging you?
A. He want more than I was willing to pay for them.
Q. Okay. And do you remember when you switched over to starting to buy fentanyl pills to Gregory Brown?
A. No.
Q. And do you know what fronting means?
A. Yeah.
Q. Can you explain what fronting means?
A. Giving someone something and bringing the money back later when it's gone.

Q. Okay. You said giving someone something. What did you say?
A. Giving someone something and then they bring the money back when it's gone.
Q. Okay. And how's that work with fentanyl pills?
A. You give them the pills. They go sell them, and then they bring the money back.
Q. And were you able to do that with Montez Brown?
A. Yeah, he fronted me before.
Q. Okay. And with when you started buying from Gregory Brown, did he ever front you pills?
A. Yeah.
Q. And would you pay him back?
A. Yeah.
Q. And do you believe that you gained respect of Gregory Brown by paying him back?
A. Yeah.
Q. Are there some people on Broadway who weren't good about paying back their supplier?
A. Yeah.
Q. And do you know why Gregory Brown started initially fronting you pills?
A. I believe I asked him.
Q. And how many pills when you first started getting, the first few times he fronted you, how many pills was he

typically giving you?
A. Like a thousand.
Q. Okay. And how much would you turn around and sell those for?
A. $10.
Q. Okay. And how much would you have to pay him back?
A. $5 a pill.
Q. Okay. And at that time when you were working with Gregory Brown, where were you selling the pills?
A. Broadway.
Q. And can you just take us through. How long would it take to sell a thousand pills up on Broadway?
A. Like two, three days.
Q. Okay. And how many pills when you first started selling were stains or users typically buying at a time?
A. All different type of amounts.
Q. Okay. I'm going to show you what's been admitted as Exhibit A95s. Can you tell me who you see here on the left in the polo sport shirt with a hat?
A. Me.
Q. Okay. And then on the right with a bag on his chest in the black shirt, who's that?
A. Lil' G.
Q. Okay. And when was that taken?
A. Huh?

Q. When was that taken?
A. I think 2022, June 22nd.
Q. Okay. And can you explain what Gregory Brown is doing with his left hand?
A. Throwing the YNT.
Q. And Gregory Brown is an EMB member of the Highs?
A. Yeah.
Q. And, Mr. Nix, you're aware that we pulled your flight records?
A. Yeah.
Q. I'm going to show you what's been admitted as Exhibit A69 -- A69a and we're going to go to page 3.
Prior to trial, did you have an opportunity to look at A69a that shows the flights that you took from Minneapolis to Phoenix?
A. Yeah.
Q. I'm going to pull up items 3 and 4 here.
All right. I'm showing you items 3 and 4. This shows a round trip flight from Minneapolis to Phoenix, Arizona, on November 29th, 2021, to December 1st of 2021. Do you remember this flight?
A. Yeah.
Q. And who did you take this flight with?
A. Lil' G and Bibby.
Q. Okay. And that's the defendant Gregory Brown?

A. Yeah.
Q. And Bibby is the individual that you were showing cash with?
A. Yeah.
Q. And there's an email standonit443@gmail.com that was used to book this ticket. Whose email is that?
A. Lil' G.
Q. Did Gregory Brown book this ticket?
A. Yeah.
Q. Did he pay for this ticket?
A. Yeah, but I paid him back.
Q. Okay. And where did you get the money to pay him back?
A. From selling fentanyl pills.
Q. Okay. And was that the first time you flew from Minneapolis to Phoenix?
A. Yeah.
Q. And, you know, what -- we're going to go back to A69a.
And it looks like from a review of your records, you took at least ten round trip flights from that November 2021 date until December of 2022 from Minneapolis to Phoenix; is that correct?
A. Yeah.
Q. And what were you doing when you would go down there?
A. Getting fentanyl pills.
Q. And prior to making this trip with Gregory Brown and

Robert Lesure, were you already getting fentanyl pills from Gregory Brown?
A. Yeah.
Q. Was he fronting you fentanyl pills yet?
A. Yeah.
Q. And had you built his trust yet?
A. Yeah.
Q. All right. You're 22 now. So that would have made you 18 or 19 in 2021?
A. Yeah.
Q. Okay. All right. Let's talk about the November 2021 trip with Gregory Brown and Robert Lesure. Why were you going down there?
A. To get fentanyl pills.
Q. And who were you going to get fentanyl pills from.
A. The supplier.
Q. And how did you know about the supplier?
A. Because of Lil' G.
Q. Okay. Is there anything, any slang that you typically would call a supplier?
A. Plug.
Q. And why did Robert Lesure go with you guys?
A. Lil' G asked him to. He really didn't have nothing to do with pills.
Q. Why did you want him to go with you?

A. Because I didn't know Lil' G like that yet, so I just --
Q. All right. So you take the flight with Gregory Brown and Robert Lesure to Arizona. Take me through what happened once you got to Arizona.
A. We went dirt bike riding, went to the club, stuff like that. Then we just got the pills, shipped them back.
Q. Okay. And who did you get the pills from?
A. One of the middlemen.
Q. And can you describe him what he looked like?
A. Dark skin, beard.
Q. And did you learn anything about shipping pills during that first trip?
A. Yeah, I learned to ship them back.
Q. Okay. Who taught you that?
A. Lil' G did.
Q. Okay. So let's go from, you get the pills from the middleman on that trip. What do you do next with the pills?
A. Package them and ship them back.
Q. Okay. Well, how -- so where would you get the packaging?
A. Walmart.
Q. Okay. And what would you get specifically from Walmart?
A. Vacuum sealer.
Q. Okay. And so you go to Walmart. You get a vacuum sealer. Do you get bags?

A. Yeah.
Q. All right. What do you do next?
A. Usually vacuum seal them.
Q. What, did you do that in the parking lot, go to a hotel room?
A. No. In the hotel room.
Q. And did you know how to vacuum seal bags before that?
A. No.
Q. Did you learn on that trip?
A. Yeah.
Q. And who taught you?
A. Lil' G did.
Q. Okay. And that first trip, how many pills did you get from the middleman?
A. I think like 50,000.
Q. And how many pills when you went down there on your, you know, over ten trips, how many pills would you typically get?
A. The common number was 50,000.
Q. Okay. And you would vacuum seal. Would you vacuum seal all 50,000?
A. We split them up in two.
Q. Okay. So would it be 25,000 each?
A. Yeah.
Q. Okay. You split them in two. What would you do next?

A. Ship them to a different address.
Q. How would you package them after you vacuum sealed it?
A. I'll wrap them up in like the hotel towels and just put them in a box.
Q. And where would you get the box?
A. USPS place.
Q. Okay. And so you would wrap it in towels, get a USPS box. And how would you ship it back then?
A. You use kiosk machine and just send them back.
Q. A kiosk machine. Can you explain that?
A. It just like you doing it yourself using the machine.
Q. Okay. So you didn't need the assistance of any postal employees or anything?
A. No.
Q. And how would you know where to ship it back to?
A. I had addresses.
Q. Where would you get the addresses?
A. I probably use family members' addresses, something like that.
Q. Would you ever get addresses from anyone else?
A. Yeah. I get address from Lil' G if I didn't have two addresses.
Q. Okay. So you use a USPS kiosk. You ship them back. What area were you typically shipping these pills back to?
A. Minneapolis/St. Paul.

Q. So and the kiosk, were those located in Arizona?
A. Yeah.
Q. Okay. So you ship them back to Minneapolis. What would happen next?
A. I sell them.
Q. Okay. Well, how would you get the pills after you shipped them back?
A. I go pick them up.
Q. Okay. So would you fly back to Minneapolis?
A. Yeah.
Q. And then you'd pick them up, and would you pick up all 50,000?
A. Most of the time.
Q. And were you selling all 50,000?
A. Later down the road, yeah.
Q. And that first trip, too, how did you pay for the 50,000 pills?
A. Lil' G paid for them.
Q. Okay. All right. So you get the 50,000 pills. When you get back to Minneapolis how would you sell them?
A. I sell them to stains, to the guys.
Q. What's the guys' name?
A. Huh?
Q. What's the guys' name?
A. I sell them to other people from the Highs.

Q. Are there different distributors in the Highs?
A. Yeah.
Q. Okay. And when you were getting that many pills, how many would you -- what was that normal number to sell to a Highs distributor?
A. Probably might be like a thousand, 2,000.
Q. And 50,000 pills, how long would it take you to sell all those?
A. Like two, two weeks.
Q. Okay. And you testified before when you were initially selling fentanyl pills in 2021 it might take you a few days to sell a few thousand. Were you selling larger quantities at this point?
A. Yeah.
Q. Okay. All right. So that first Arizona trip you said you went dirt biking?
A. Yeah.
Q. And have you seen a video that showed you on a dirt bike?
A. Yeah.
Q. And can you just explain that?
A. I was just sitting on a dirt bike. We couldn't get the dirt bike started.
Q. And who were you with when you were dirt biking?
A. Lil' G and Bibby.

Q. And are they in the video?
A. Yeah.
Q. All right. I'm going to show you exhibit, what's been admitted as Exhibit A95q. Can you tell me what we see here?
A. The video we was talking about.
Q. Okay. I'm going to play the video?
(Video recording played)
Q. Whose voice is that?
A. Lil' G.
Q. Okay.
(Video recording played)
Q. Okay. And Lil' G, the defendant Gregory Brown, he said that's Fat Folks, and that's Bibby slow as hell. Who is he referring to?
A. Me and Bibby.
Q. And do you know during that first trip how much was Gregory Brown paying per pill for 50,000 pills?
A. I think around $0.50.
Q. And when you made later trips, would go with Gregory Brown?
A. I went with him one more time after that I believe.
Q. Okay. And did you ever go by yourself?
A. Yeah.
Q. Okay. And did you ever meet the plug?
A. Yeah.

Q. Okay. And you testified you would typically get 50,000 pills. When you would go by yourself, how much would you pay per pill?
A. Around $0.50.
Q. And when you were going by yourself, where would you get the money to pay for the pills?
A. From reselling them, but I get it from Lil' G.
Q. And how would you get the money from Gregory Brown?
A. He would give it to me.
Q. What about when he was in -- did Gregory Brown when you first started working with him in 2021, in that time frame, where was he living?
A. Huh?
Q. Where was Gregory Brown living in 2021?
A. He living in Minnesota.
Q. Okay. At some point in 2022, did he move?
A. Yeah.
Q. Where did he move to?
A. Houston.
Q. Okay. And when he moved to Houston, were you still working with him to sell fentanyl pills?
A. Yeah.
Q. How would you get money from him when he was down in Houston?
A. I probably already have it from, from selling pills, but

I went down there and got the money one time.
Q. Okay. And how would you pay him back after you sold the pills?
A. He have his girl come get the money or something like that or he come back.
Q. You said he would have his girl get the money. Can you explain that?
A. He just have a girl get the money or he be back in Minnesota.
Q. Okay. When Gregory Brown was living down in Houston, was he still coming up to Minnesota sometimes?
A. Yeah.
Q. And you said his girl would get the money. Do you know her name?
A. Nubia.
Q. Okay. And so even when you went by yourself, were you still working with Gregory Brown?
A. Yeah.
Q. And on those times when you went by yourself, did you package and ship back the fentanyl pills in a manner similar to how you just described?
A. Yeah.
Q. All right. I'm going to show you Exhibit A69a and we're going to go to page 3.
And this has been admitted.

All right. I'm expanding items 29 and 30, and this looks like a round trip flight that you took from October 26th of 2022 to October 28th of 2022. Do you recall that flight?

A. Yeah.

Q. And in the comments it says that Nix complained about TSA searching his bag that had a bunch of cash. Can you explain that?

A. They found some money in my bag.

Q. How much money was in your bag?

A. I don't remember how much it was. I think around like 25,000 or something like that.

Q. Okay. And TSA didn't seize the money?

A. No.

MR. LYNCH: Permission to pull up Exhibit A -- or -- we'll go to actually A91 is already in evidence.

I'm going to pull up Exhibit A91.

BY MR. LYNCH:

Q. And I'm showing you page 10 of Exhibit A91. So the last exhibit showed that you were, you took a round trip flight from Minneapolis to Phoenix from October 26th of 2022 until October 28th of 2022.

Can you tell me what you see here?

A. A receipt.

Q. And where's that receipt from?

A. Arizona.
Q. Okay. And have you ever seen this receipt before?
A. Yeah.
Q. Do you know where we got it from?
A. Yeah, you all got it my phone.
Q. I'm going to pull up this part. Do you see the United States Postal Service and then Glendale, Arizona?
A. Yeah.
Q. And is that where you sent -- well, what did you send with this receipt, first of all?
A. Fentanyl pills.
Q. Okay. And the Glendale, Arizona, address, is that where you sent the fentanyl pills from?
A. Yeah.
Q. And did you send it from a USPS kiosk?
A. Yeah.
Q. Right here we have a date. Can you tell me what you see there?
A. It's 10/28/2022.
Q. And it looks like it was getting mailed to Hopkins, Minnesota. Do you know what address that was?
A. No. I don't remember.
Q. Did you know most of the addresses that you were sending the pills to?
A. Most of them. Not all of them.

Q. Okay. If you didn't know an address, would you at least have it so when you got to Minnesota you could get the pills?
A. Yeah.
Q. All right. We're going back to what's been admitted as Exhibit A69a. Go to items 25 -- or 24 and 25. We're on page 3 of Exhibit A69a.
And items 24 and 25, does that show a trip that you took from Minneapolis to Houston, Texas?
A. Yeah.
Q. On September 13th of 2022?
A. Yeah.
Q. And why did you go to Houston?
A. I was going to pick up some money from Lil' G.
Q. And is this when he was living in Houston?
A. Yeah.
Q. All right. And we're going to pull up items 22 through 25 now.
And Item 22, that's a September or was supposed to be a September 13th of 2022 flight from Houston to Atlanta, and then Item 23 would be from Atlanta to Phoenix, Arizona, and this is on September 13th of 2022.
Do you recall this?
A. Yeah.
Q. And eventually you went from Minneapolis to Houston and

from Houston to Arizona?
A. Yeah.
Q. Did you discuss this trip with Gregory Brown?
A. Yeah.
Q. And did you have Gregory Brown's phone number?
A. Yeah.
Q. And did you ever text with him?
A. Yeah.
MR. LYNCH: Permission to show Exhibit A195.
THE COURT: You may do so.
BY MR. LYNCH:
Q. Excuse me. It's Exhibit A196.
Mr. Nix, prior to trial did you have the opportunity to review different messages that were contained in your phone?
A. Yeah.
Q. And are those messages contained in Exhibit A196 that I'm showing you?
A. Yeah.
Q. And were those messages fair and accurate depictions of your messages that were derived from your phone?
A. Yeah.
MR. LYNCH: The government moves to admit Exhibit A196.
THE COURT: Any objection?

MR. ADKINS: No, ma'am.

THE COURT: A196 is admitted.

BY MR. LYNCH:

Q. All right. We're on page 11 of A196.

So right here there's participants in a text message conversation. Are you familiar with the number ending in 2847?

A. Yeah.

Q. Whose number that?

A. That's my old number.

Q. And underneath that it says Owner?

A. Yeah.

Q. And that's your phone?

A. Yeah.

Q. And then underneath that there's a number ending in 7241 that's saved as Big Brother?

A. Yeah.

Q. Are you familiar with that number and the number it's saved as?

A. Yeah.

Q. And who is that?

A. Lil' G.

Q. We're going to page 27 of Exhibit A196. And I'm going to expand the first message.

And from your review of your text messages, is it

correct that the messages that you sent are in green and that the messages that Gregory Brown sent are in blue?
A. Yeah.
Q. And you can see at the top there's From, and it's a number ending 2847, and it says Owner. That's your number?
A. Yeah.
Q. And then below that it says To, and there's the number ending in 7241, and it's saved as Big Brother?
A. Yeah.
Q. And that's Gregory Brown's number?
A. Yeah.
Q. Okay. And here he texted or you texted, This one cool gang. It says, I'll be there tomorrow at 2. The ones that leave today high as hell.
What were you talking about there?
A. My flight.
Q. And you sent an attachment in this message?
A. Yeah.
Q. And the next page, page 28, has the attachment. Can you tell me what you see there?
A. A picture of a ticket.
Q. And a ticket where?
A. To Houston.
Q. And why were you sending Gregory Brown a picture of a ticket from Minneapolis to Houston?

A. So he can know when I be there.

Q. And we're on page 29 now. I'm expanding the message to the top left. So this is in blue from Gregory Brown, and he asks you, What time your flight. Was that normal for him to follow up with you about flights?

A. Yeah.

Q. And then that same day September 13th you sent him another attachment; is that correct?

A. Yeah.

Q. We're going to page 30. This shows the attachment that you sent to him. Can you describe what you see there?

A. Tickets.

Q. And you screenshot that and sent that. Why did you send that to Gregory Brown?

A. So he can know when I get there.

Q. And we saw your flight records and Exhibit A69a. So you flew from, you rescheduled a flight from Minneapolis to Houston and then from Houston to Phoenix; is that correct?

A. Yeah.

Q. And page 31 on the top right here, this is a message you sent to Gregory Brown. And you message him, I tweaked. Did one with a stop before Arizona.

Can you explain what that means?

A. I booked a ticket with a stop before going to Arizona.

Q. And we're going to expand right here. And Gregory Brown

that same day responded to you, Try to reschedule nonstop. Was he talking about a nonstop from Minneapolis to Houston then Phoenix?
A. He was talking about nonstop to Arizona.
Q. Okay. But you went to Houston beforehand?
A. Yeah.
Q. And initially when you booked a flight, there was a lag in Atlanta before you got to Houston?
A. Yeah. I was Atlanta, Atlanta before I got to Arizona.
Q. Okay. We're going to go back to Exhibit A69a, page 3.
All right. And we're going to go to items 25 and 26 again. So from September 13th of 2022 until September 15th of 2022, you flew from Houston to Phoenix, and then you were there for two days in Phoenix?
A. Yeah.
Q. I'm going to pull up Exhibit A196. And while you were, while you were in Phoenix on September 15th of 2022, Gregory Brown, Gregory Brown messaged you 1736 Ames Place, St. Paul, Minnesota 55106, Suite 1. Do you know why he did that?
A. That was the address I was sending the package to.
Q. So you discussed, when you traveled to Arizona, you would separate shipments of fentanyl pills in two different packages. Why would you do that?
A. Just in case one get caught, you got other one to lean back on.

Q. We're going to go to Exhibit A69a, items 31 and 32. So from November 16th or November 14th of 2022 until November 16th of 2022, you took a round trip flight from Minneapolis to Phoenix?
A. Yeah.
Q. And we're going back to A196, to page 40. And can you tell me what you see on page 40?
A. A receipt.
Q. And is that a receipt for fentanyl pills?
A. Yeah.
Q. And this one was sent from Phoenix, Arizona?
A. Yeah.
Q. And the date is November 15th of 2022?
A. Yeah.
Q. And that's when you were in Arizona?
A. Yeah.
Q. And you sent it back to the Minneapolis area?
A. Yeah.
Q. Okay. And the numbers ending here for -- there's a tracking number. Would you track these packages?
A. Yeah.
Q. And why would you do that?
A. To know when they going land.
Q. And the tracking number here on page 40 ends in 937624; is that correct?

A. Yeah.
Q. And this was going to Minneapolis? Right here?
A. Yeah.
Q. Okay. And then page 41, a receipt from the same date, November 15th, of 2022. And this one is sent from Phoenix, Arizona, also; is that correct?
A. Yeah.
Q. And it was being delivered to an address in St. Paul, Minnesota?
A. Yeah.
Q. And then it has a different tracking number.
So is that what you mean by the two separate packages you would send by the kiosk?
THE COURT: I'm going to take a break at this time. We'll come back at 2:45.
All rise for the jury.
2:27 p.m.

**IN OPEN COURT**

**(JURY NOT PRESENT)**

THE COURT: All right, everybody. 2:45. Thank you.
(Recess taken at 2:28 p.m. till 2:51 p.m.)
2:51 p.m.

**IN OPEN COURT**

**(JURY PRESENT)**

THE COURT: You may all be seated.

Mr. Lynch, you may continue your inquiry.

MR. LYNCH: Thank you, Your Honor.

BY MR. LYNCH:

Q. We're going to pull up what's been admitted as Exhibit A196. We're going to go to page 22.

All right. Avante, you testified before that the messages sent in blue were from Gregory Brown and that the messages sent in green were from you; is that correct?

A. Yeah.

Q. Here's a message from Gregory Brown on September 7th of 2022. He texted you, You moving sloppy, Lil' Bro. It might be the partying and liquor.

Do you remember that?

A. Yeah.

Q. And what was that about?

A. He was just saying I was moving sloppy.

Q. Okay. And you were moving sloppy with what?

A. Moving sloppy in general.

Q. Okay. And were you working with Gregory Brown at this time?

A. Yeah.

Q. And were you moving sloppy in your work with him?

A. Yeah.

Q. And other than fentanyl pills, did you have any other

work with Gregory Brown?
A. No.
Q. And we're on page 23 of Exhibit A196.
This is a message on September 8th of 2022 from Gregory Brown to you. He texted, You can drop them keys off to my bitch at her shop, though.
Do you know what that means?
A. He was just saying drop the keys off.
Q. And then, and what did you take by "his bitch." What do you mean by that?
A. He was just saying his girl.
Q. Who's his girl?
A. Nubia.
Q. All right. We're on page 23 of Exhibit A196. Gregory Brown texted you that same day, September 8th of 2022, I'll be around this weekend. We can link then.
And what does that mean that he'll be around this weekend? Does that mean in Minneapolis?
A. Yeah.
Q. So when Gregory Brown was in Houston, were you mainly in the Minneapolis area?
A. Yeah.
Q. And what was your role in his operation when you were in Minneapolis?
A. Selling pills for him.

Q. And did Gregory Brown ever let you use any of his vehicles?
A. No -- yeah. Yeah, once.
Q. Okay. And what kind of vehicle was that?
A. A Mercedes Benz.
Q. And were you ever stopped at the Winner Gas Station in a Lincoln, MKZ?
A. Yeah.
Q. And whose vehicle were you in when you were stopped?
A. That was mine's. So it was just in his name.
Q. So that was your car? It was in his name. Can you explain that?
A. So we went to the dealership, and I didn't have a license to get it, so he put it in his name.
Q. And was that the only car he ever put in his name for you?
A. Yeah.
Q. And in later 2022, did you a falling out with Gregory Brown?
A. Yeah.
Q. Why?
A. Over money.
Q. Can you explain?
A. He felt like I ran off on him.
Q. Okay. And why? What would make him feel that way?

A. I stopped answering his calls and everything, and I still had pills.
Q. You still had pills. Did you owe him money? Did you owe him money when you had your falling out?
A. Yeah.
Q. And can you explain that?
A. I just owed him money from pills.
Q. And do you know if he was upset about that?
A. Yeah, he was upset.
Q. How do you know he was upset?
A. He was just expressing his self.
Q. Okay. Was he expressing himself to you?
A. Yeah.
Q. And how would you talk to him?
A. Through messages.
Q. Okay.
A. And then he made a song, so I knew he was mad.
Q. And after this falling out in late 2022, did you ever get fentanyl pills from or on behalf of Gregory Brown?
A. No. No.
Q. After this point, did you start working for yourself?
A. Yeah.
Q. And before your falling out, you testified you were a distributor for Gregory Brown in Minneapolis?
A. Yeah.

Q. Did Gregory Brown work with anyone else to distribute fentanyl pills?
A. Afterwards.
Q. After the falling out with you?
A. Yeah.
Q. And after he had a falling out with you, who did Gregory Brown work with?
A. Squizzy and CJ.
MR. LYNCH: Permission to pull up Exhibit A62?
THE COURT: You may do so.
BY MR. LYNCH:
Q. Are you familiar with who you see in Exhibit A62?
A. Yeah, CJ.
Q. And how well do you know him?
A. I know him.
Q. Do you know his real name?
A. I don't know his real name.
Q. And is this a fair and accurate depiction of the individual you know as CJ?
A. Yeah.
MR. LYNCH: The government moves to admit Exhibit A62.
THE COURT: Any objection? A62 is admitted.
BY MR. LYNCH:
Q. And did you ever front or sell fentanyl pills to CJ?

A. Yeah, before.
Q. Before what?
A. I say, yeah, before.
Q. Okay. Was this while you were working with Gregory Brown?
A. I think so. I don't remember.
Q. Okay. And did you ever get fentanyl pills from CJ?
A. Yeah.
Q. And do you know if CJ is in a gang?
A. Yeah, he YNT.
Q. So and you testified before YNT is associated with the Highs?
A. Yeah.
MR. RIVERS: Objection. Asked and answered.
THE COURT: Overruled.
BY MR. LYNCH:
Q. All right. I'm going to pull up what's been admitted as Exhibit A102, and we're going to go to page 7.
All right. I'm pulling up, zooming in on this image. Can you tell me who you see there?
A. Lil' G and CJ.
Q. Okay. And can you describe what Gregory Brown's wearing in this photograph?
A. A white shirt with blue jeans.
Q. And what's CJ wearing?

A. Some blue jeans with a blue shirt.
Q. And what's CJ doing with his hands?
A. Doing the YNT.
Q. So when you previously testified and you threw up YNT with one hand. Is there a way to do it with two hands?
A. Yeah.
Q. Can you show that to the jury?
A. Like this (indicating).
Q. So you're connecting your pinky fingers and holding up your two index fingers; is that correct?
A. Yeah.
Q. And we're going to go to page 8 of Exhibit A102. Well, actually let's go back to page 7.
Do you know where Gregory Brown and CJ are at in that picture?
A. The 4th Street.
Q. And is that a common place for Highs members to hang out?
A. Yeah.
Q. We're at page 8 on Exhibit A102. And in the middle there's an individual wearing black and making a YNT hand sign with his right hand. Who is that?
A. Lil' G.
Q. Okay. And next to him there's an individual with a tan polo shirt. Who's that?

A. Which one?
Q. So, well, let's talk about the guy with the Burberry polo shirt first.
A. CJ.
Q. And then there's a plain tan-ish/white-ish shirt. There's an individual wearing that next to Gregory Brown. Who is that?
A. Squizzy.
Q. And Squizzy, you said that's one of the other individuals who worked with Gregory Brown?
A. Yeah.
Q. I'm showing you what's been admitted as Exhibit A58. Are you familiar with who you see here?
A. Yeah.
Q. And who is that?
A. Squizzy.
Q. We're going to go to page 11 of what's been admitted as Exhibit A91.
Can you tell me who you see here?
A. Me and Squizzy.
Q. And you're wearing the black shirt?
A. Yeah.
Q. And what are you doing with your left hand?
A. Dropping the Lows.
Q. And why are you doing that?

A. Being disrespectful.
Q. And Squizzy is next to you. Do you know his real name?
A. I think Deandrae Poe.
Q. All right. And do you know if he's in a gang?
A. EMB.
Q. And what's Deandrae Poe doing with his hands?
A. Dropping Scarface.
Q. What's Scarface?
A. The Lows.
Q. Okay. And you said the Lows. What do you mean by "the Lows"?
A. Just a clique in the Lows.
Q. All right. I'm going to show you what's been admitted as Exhibit A95. We're going to go to page 24 first.
And can you tell me who you see there?
A. Lil' G and Squizzy.
Q. And then page 25, 25 of Exhibit A95, I'm going to zoom in on specific individuals and ask if you know who they are.
Who's that?
A. Killa.
Q. Killa. And that's the individual you previously identified as Calvin Wright?
A. Yeah.
Q. And in the middle here?
A. Lil' G.

Q. And behind him with the hat?
A. Squizzy.
Q. And then there's an individual here throwing up a YNT with both hands. Who is that?
A. Me.
Q. Okay. And you're a Sayless member of the Highs?
A. Yeah.
Q. And you're throwing up YNT there?
A. Yeah.
Q. We're going to go to what's been marked as Exhibit or what's been admitted as Exhibit A102 to page 3. And can you tell me who you see here?
A. Squizzy.
Q. And what's he doing with his right hand?
A. Throwing the YNT.
Q. And he's an EMB member of the Highs?
A. Yeah.
Q. And then who's that?
A. CJ.
Q. And what's CJ doing with his left hand?
A. Dropping the Lows.
Q. And you testified he's a YNT member of the Highs?
A. Yeah.
Q. All right. We're going to go to what's been admitted as Exhibit A95 to page 29.

All right. We're on page 29 of Exhibit A95. So right here there's a Facebook account name Fats Long Live Taymoe. Whose account is that?
A. Mine's.
Q. And then there's also an account name Odd Frenchies. Whose account is that?
A. Lil' G's.
Q. So the defendant Gregory Brown?
A. Yeah.
Q. And in this first message -- and you testified before that you had a falling out later in 2022?
A. Yeah.
Q. And this first message from September 6th of 2022, Gregory Brown sent you a Facebook direct message that said, "Love you Lil' Bro"?
A. Yeah.
Q. And you replied the next day, September 7th of 2022, you said, "I love you more, Big Bro. For real. You the only 'N' who looked out for me and my bad. You keep taking losses, Bro. I would've been stop hanging with 'Ns,' Bro, on my daughter. Bro, I really appreciate this you do for me, Bro, for real, but I can't keep letting you take losses cuz I keep fuckin up."
Did you write that?
A. Yeah.

Q. And what did you mean by that?
A. I just kept fucking up money.
Q. Money related to what?
A. Huh?
Q. You were messing up money related to what?
A. From the fentanyl pills.
Q. And you mentioned before that Gregory Brown made a song about you?
A. Yeah.
Q. Have you ever seen the music video associated with that song?
A. Yeah.
Q. And where did you see it?
A. YouTube.
Q. And is the video called Traumatized Part II?
A. Yeah.
MR. LYNCH: Permission to show Exhibit N6.
THE COURT: To the witness and counsel, yes.
MR. LYNCH: Thank you, Your Honor.
BY MR. LYNCH:
Q. And prior to trial, have you seen the Traumatized Part II music video?
A. Yeah.
Q. And is the video a fair and accurate depiction, is Exhibit N6, is that a fair and accurate depiction of the

music video?
A. It just blank.
Q. Here, we'll --
MR. ADKINS: Your Honor, renew my objection to the admission of the video.
MR. RIVERS: What exhibit number?
MR. LYNCH: N6.
THE COURT: All right. I'll rule on that objection once it's been offered.
MR. ADKINS: Thank you.
BY MR. LYNCH:
Q. I'm going to show you paused clips of Exhibit N6. Are you familiar with what you see here?
A. Yeah.
Q. And is what you see in Exhibit N6, is that a fair and accurate depiction of the Traumatized Part II music video?
A. Yeah.
Q. And you're referenced in that music video?
A. Yeah.
MR. LYNCH: The government moves to admit Exhibit N6.
THE COURT: Noting the objection.
MR. RIVERS: Giles would object as well.
THE COURT: Thank you.
I'll overrule it and admit.

BY MR. LYNCH:
Q. All right. We're going to play Exhibit N6.
(Video recording played)
Q. All right. In this video, Gregory Brown rapped, I kept the back door closed, but Fat Folks had the keys.
Do you know what that's a reference to?
A. He basically just saying I snaked him.
Q. And what's that mean, that you snaked him?
A. He trying to say like I ran off with a pack of some.
Q. And he also said that Sayless say too much. Is that a reference to the clique that you are in?
A. Yeah.
Q. And he said, Gave them N's drakes. They gave me hate.
Do you know what that means?
A. Basically saying he gave us a drake and we gave him hate.
Q. What's a drake?
A. A gun.
Q. And did Gregory Brown ever give you a drake?
A. Yeah.
Q. And can you explain that?
A. Just gave it to me.
Q. And when was that?
A. I don't remember.
Q. Was it when you were working with him?

A. Yeah.
Q. And at one point he said, The nerve of these Ns. Send me a dove and then fix they lips and really ask me to link with the plug.
What's a dove?
A. $20.
Q. And what's it mean to ask to link with the plug?
A. To meet the connect.
Q. To meet the connect for what?
A. Blues, whatever.
Q. And did you meet the plug with Gregory Brown?
A. Yeah.
Q. And have you ever interacted with the Facebook account Jankysko V Booway?
A. Yeah.
Q. Whose account is that?
A. Lil' Twin's.
MR. LYNCH: All right. Permission to show Mr. Nix Exhibit A35.
THE COURT: You may do so.
BY MR. LYNCH:
Q. Mr. Nix, are you familiar with who you see here on Exhibit A35?
A. Yeah.
Q. And who is that?

A. Lil' Twin.
Q. And do you know him?
A. Yeah.
Q. Do you know his real name?
A. I think Christopher Finch.
Q. Is this a fair and accurate depiction of Christopher Finch?
A. Yeah.
MR. LYNCH: The government moves to admit Exhibit A35.
THE COURT: Any objection? A35 is admitted.
BY MR. LYNCH:
Q. And how do you know Christopher Finch?
A. From the block.
Q. Okay. And do you know if he was in a gang?
A. FreeShotz.
Q. And you testified FreeShotz is associated with the Highs?
A. Yeah.
MR. RIVERS: Objection. Asked and answered.
THE COURT: Overruled. The answer will stand.
BY MR. LYNCH:
Q. All right. I'm going to pull up what's been admitted as Exhibit A95 and go to page 36. Okay. And are you familiar with this Facebook account Jankysko V Booway?

A. Yeah.
Q. And you testified that's Lil' Twin?
A. Yeah.
Q. And the Odd Frenchies Facebook account?
A. Yeah.
Q. And who is that?
A. Lil' G.
Q. All right. We're going to pull up -- so on August 15th of 2021, Lil' Twin or Christopher Finch messaged Gregory Brown, Gang, if you are not trying to give me the pills right now, let me know. No, bro. I got stains. I wasn't gone for no reason.
Do you know what that means?
A. Yeah.
Q. And what is it?
A. Basically just saying if he ain't ready to give him the pills or not to let him know.
Q. And in August of 2021 was Gregory Brown selling fentanyl pills?
A. Yeah.
Q. And on the bottom Gregory Brown responded, I'm on my way, gang. I was asleep.
Is that correct?
A. Yeah.
Q. Were you ever shot?

A. No.
Q. Or shot at while you were at Broadway and Lyndale?
A. Yeah.
Q. And at the time who did you think shot at you?
A. The Lows.
Q. And why did you think that?
A. They the main person that come through shooting.
Q. And after a Highs member was shot, how were members expected to respond?
A. They slide.
Q. And where would they slide?
A. The Lows.

MR. LYNCH: Permission to show Exhibit A43.

THE COURT: You may do so.

BY MR. LYNCH:

Q. Mr. Nix, I'm showing you Exhibit A43. Are you familiar with who you see there?
A. Yeah.
Q. And who is that?
A. Boo.
Q. Boo. And do you know Boo's real name?
A. Prince Martin.
Q. What's that?
A. Prince Martin.
Q. Okay. And have you ever met Prince Martin?

A. Yeah.
Q. And is Exhibit A43 a fair and accurate depiction of Prince Martin?
A. Yeah.
MR. LYNCH: The government moves to admit Exhibit A43.
THE COURT: Any objection? A43 is admitted.
BY MR. LYNCH:
Q. And was Prince Martin in a gang?
A. He was YNT.
MR. LYNCH: Permission to show Exhibit C3a?
THE COURT: You may do so.
BY MR. LYNCH:
Q. Showing page 2 of Exhibit C3a, are you familiar with this individual right here?
A. Yeah.
Q. Okay. And who is that?
A. Me.
Q. And where are you there?
A. I'm at The Murder.
Q. And the date and time is August 7th of 2021?
A. Yeah.
Q. Is that a fair and accurate depiction of The Murder or Winner Gas Station on August 7th of 2021?
A. Yeah.

MR. LYNCH: The government moves to admit Exhibit C3a.

THE COURT: Any objection? C3a is admitted.

BY MR. LYNCH:

Q. All right. I'm going to zoom in on you again. And what are you wearing here?

A. A blue hat with a ski mask and a light blue shirt.

Q. And what were you doing at the Winner Gas Station that night?

A. I was just chilling, probably selling weed, pills or something.

Q. And what happened to Prince Martin that night?

A. He died.

Q. And do you know where he died?

A. What you mean?

Q. Where did he die?

A. At The Murder.

Q. Okay. And were you there when he died?

A. Yeah.

Q. And at the time, who did you think killed Prince Martin?

A. The Lows.

Q. All right. On page 3 here, is that you again?

A. Yeah.

Q. We're going to go to Exhibit C2a. And on page 3 of Exhibit C2a, can you tell me who you see there?

A. Me.
Q. Okay. And is this from the Winner Gas Station?
A. Yeah.
Q. On August 7th of 2021?
A. Yeah.
Q. And is it a fair and accurate depiction?
A. Yeah.
MR. LYNCH: The government moves to admit Exhibit C2a.
THE COURT: Any objection? C2a is admitted.
BY MR. LYNCH:
Q. And who's that with you in black?
A. Bibby.
Q. And that's who you made the first trip to Arizona with, with Gregory Brown?
A. Yeah.
Q. And what's Bibby doing here?
A. Banging on some weed.
Q. And can you take me through what happened when Prince Martin was killed?
A. They just came through and got to shooting.
Q. All right. Where did the shots come from?
A. It came from like West Broadway.
Q. And did you see Prince Martin after he was killed?
A. No.

Q. Only a few more questions here.

MR. LYNCH: Permission to show Exhibit A27.

THE COURT: You may do so.

(Counsel confer)

MR. LYNCH: Your Honor, can you see what we have pulled up as Exhibit A27?

THE COURT: I can.

MR. LYNCH: Okay.

BY MR. LYNCH:

Q. Mr. Nix, can you tell me what you see in Exhibit A27?

A. Tre.

Q. Tre. And do you know his real name?

A. Trevoneia Felton.

Q. And how well do you know him?

A. I know him.

Q. And is this a fair and accurate depiction of Trevoneia Felton?

A. Yeah.

MR. LYNCH: The government moves to admit A27.

THE COURT: Any objection?

MR. WOLD: No objection.

THE COURT: A27 is admitted.

MR. LYNCH: And was Mr. Felton in a gang?

THE WITNESS: No.

MR. LYNCH: We're going to pull up Exhibit GG63.

This has not been admitted yet, Your Honor.

BY MR. LYNCH:

Q. All right. I'm showing you Exhibit GG63. Are you familiar with who you are looking at?

A. Yeah.

Q. And who is that?

A. Harvey.

Q. And do you know Harvey's full name?

A. No.

Q. Have you ever see Harvey before?

A. No.

Q. Do you know of Harvey?

A. Yeah.

Q. Do you know if he was in a gang?

A. He was the Lows.

Q. And is this a fair and accurate depiction of Harvey Williams?

A. Yeah.

MR. LYNCH: The government moves to admit Exhibit GG63.

MR. WOLD: Objection. He said he didn't recognize it, didn't know who he was.

MR. LYNCH: I'll follow up, Your Honor.

THE COURT: Please follow up.

BY MR. LYNCH:
Q. Mr. Nix, how do you recognize Harvey Williams?
A. I just know him from being in the Lows.
Q. And have you ever seen him on social media?
A. Yeah.
Q. And do you know Lows members from social media?
A. Yeah.
Q. And is what you see in Exhibit GG63, is that a fair and accurate depiction of Harvey Williams?
A. Yeah.
MR. LYNCH: Okay. The government would move to admit Exhibit GG63.
THE COURT: Any objection? GG?
MR. WOLD: It's the same objection.
THE COURT: All right. The objection is overruled, and GG63 is admitted.
BY MR. LYNCH:
Q. And you testified before that you know individuals who are in the Lows?
A. Yeah.
Q. Okay. And do you know what happened to Harvey?
A. He got killed.
Q. And do you know who killed Harvey?
MR. WOLD: Objection. Foundation.
THE COURT: Can you lay foundation?

BY MR. LYNCH:
Q. Have you ever spoken with Josiah Taylor about Harvey Williams?
A. Yeah.
Q. Okay. And did he ever discuss the murder or did he ever discuss the murder of Harvey Williams?
A. Yeah.
Q. And can you explain that?
A. Just say he was at a game, Harvey was talking to Matt. Josiah put off and went to go get his gun. Then he came back, followed him and pulled on the side him and shot him.
Q. And you testified that you've known Josiah Taylor for a while?
A. Yeah.
Q. And how do you know him?
A. He was friends of my dad.
MR. LYNCH: Nothing further. Thank you.
THE COURT: We'll begin with Mr. Wold.
MR. WOLD: Thank you.
MR. LYNCH: Your Honor, do you mind if we have one moment just to talk to you?
THE COURT: You may.
MR. WOLD: Do you want this back?
MR. CALHOUN-LOPEZ: We're good.
MR. WOLD: Oh.

Ready.

THE COURT: Mr. Wold, cross-examination.

MR. WOLD: Thank you.

CROSS-EXAMINATION

BY MR. WOLD:

Q. Good afternoon, Mr. Nix.

A. Good afternoon.

Q. Mr. Nix, my name is Peter Wold. We have not met before. True?

A. Yeah.

Q. You know your lawyer Karen Mohrlant?

A. Yeah.

Q. Yet you know I asked Ms. Mohrlant if she would check with you to see if I could have the opportunity to talk with you before today?

A. Yeah.

Q. And you didn't want me to have that opportunity, right?

A. No, I didn't see no reason for us to talk.

Q. No reason for us to talk?

A. Yeah.

Q. Okay. You know we need to talk now; is that fair enough?

A. Yes.

Q. Great. Okay. And you have had many interviews and sit-downs with many of these folks sitting here for the

U.S. Government, correct?
A. Yeah.
Q. Six, eight times or more?
A. Around that many times.
Q. Okay. And you know they wrote reports about all of those meetings?
A. Yeah.
Q. And were you able to take a look at those reports, sir?
A. Yeah.
Q. Of what you told them then?
A. Yeah.
Q. Okay. You testified before a grand jury, correct?
A. Yeah.
Q. And there was a transcript of that. You know I got to read that, true?
A. Yeah.
Q. And you signed a plea agreement we introduced here. We've had the opportunity to review that, correct?
A. Yeah.
Q. And you've signed a cooperation agreement with the government. Do you remember that? We saw a little of that earlier. I got to review that. Okay?
A. Yeah.
Q. And you also signed what's called a confidential informant agreement with your, with Sergeant Schroeder back

in about 2020.

Do you remember that?

A. Yeah.

Q. Do you remember that agreement?

A. Yeah.

Q. Okay. So I haven't been able to talk to you, but I've had the opportunity to review those things and the things you've said before; fair enough?

A. Yeah.

Q. I'd like to talk to you first about Sayless. That's the group you belong to, right?

A. Yeah.

Q. Okay. And I've followed you back from the early days with Sergeant Schroeder. And during that time you talked about Sayless and a group called, was it Laylaw?

A. Huh?

Q. The Laylaw group? Do you remember Laylaw?

A. I don't know what you talking --

Q. Was that a group that came before Sayless, do you remember?

A. From Lyja Land.

Q. Okay. Say that again?

A. Lyja Land.

Q. Okay. And that was a group you were in before Sayless started, is that right, Sayless started?

A. Yeah.
Q. And so how old were you when you were in that group, that first group?
A. I was 15.
Q. Okay. And reading all of the -- you had meetings, many meetings and get-togethers with Sergeant Schroeder from basically 2015 on; isn't that true, sir?
A. Yeah.
Q. And I got to read about all of those meetings too. It was curious in those meetings, sir. Never once did you mention the word "Highs." Do you remember that? Never talked about the Highs at all with Sergeant Schroeder.
Do you remember that?
A. There was no need to talk about it. He know and I know.
Q. Do you remember you never talked about the Highs with Sergeant Schroeder?
A. I met him a lot of times.
Q. Say that again?
A. I met him a lot of times. I don't remember.
Q. I know you met him a long time ago, and you met him, and you saw him from 2015 forward. I know you had even a conversation with him less than a month ago.
A. Why would I have a conversation with him about the Highs if he know the Highs and I know the Highs?
Q. Okay. Well, you talked about pay -- or Sayless with

him. You talked about Sayless with Sergeant Schroeder, right?
A. Yeah, that's what I was.
Q. Okay. But until you, in 2023, met with the federal government, you never said a word about the Highs to any cop, did you, sir?
A. It didn't matter.
Q. I'm asking you a question. You just, you can say it doesn't matter, but you have to say yes or no if I ask you a question.
Okay? Fair enough?
A. Yeah.
Q. You never until you sat down with these folks ever mentioned the Highs as any type of a gang, did you, sir?
A. I don't think so.
Q. When -- and you actually --
A. Kind of make it like the Highs not a thing, is very much a thing.
Q. Excuse me. You can answer when I ask you a question. Fair enough? Is that fair enough?
A. So you could talk and I can't talk?
Q. Yeah. Let me ask you a question, and you can answer the question. Fair enough?
Well, that's the way it has to be. Okay?
Let me ask you this: You started the Sayless

gang. You were the originator of that gang; is that true?
A. Yes.
Q. Okay. And when was that, sir?
A. Around 2018, '19.
Q. Okay. And when you started that gang, and I'm not, I'm not trying to be confrontational with you. This was a group of your friends that were in this group with you that you called Sayless, correct?
A. Some of them I didn't even know them yet when I started Sayless.
Q. Okay. Well you started it, and as I read it, you called the people that were in this group your homies.
A. Yeah, a lot of people my homies.
Q. Well, and tell us what a homie is.
A. Like a friend.
Q. Yeah, yeah. And that was this group. You were a group, at least a lot of the people were a group of friends, right?
A. Yeah.
Q. And neighbors?
A. Yeah.
Q. You lived in the same place?
A. No. Most of the homie -- most of my homies from Sayless is from Crystal.
Q. Okay. But you hung out together, and you had fun together as back at that time, '19, back when you were

15 years old, that was, you were having fun together, weren't you?
A. Yeah.
Q. And that's why you hung out with these people, somebody you knew, right?
A. Yeah.
Q. You didn't have a dad, right?
A. No.
Q. That hung out with you?
A. No.
Q. You, you were kind of looking for a big brother figure, as I read it, throughout the last many years, true?
A. I don't know where you read that at.
Q. Well, I read that as you were looking for someone, a father figure for years. Don't you remember telling these folks that?
A. Yeah.
Q. Okay. Well, that was true, I assume, when you told them that. I'm not -- that's not a bad thing, right?
A. Yeah.
Q. And that's what this group of homies and friends was when you started Sayless, or, yeah, Sayless, true?
A. Yeah.
Q. Okay. Nothing wrong with that. Why, why did you name it, sir, why did you name your group Sayless?

A. I made the group with somebody else, and that's what he wanted to name it.
Q. Okay. And do you know why you named it Sayless?
A. We already talk too much.
Q. Okay. Was it because you didn't want to talk to cops and authorities?
A. Yeah.
Q. Okay. So that's why it was Sayless?
A. Yeah.
Q. Keep your mouth shut when the cops are around?
A. Yeah.
Q. Okay. And as I read, and this isn't bad, but you said lots of people claimed to be Payless {sic} members that aren't actually members. Do you remember saying that?
A. Yeah.
Q. Okay. And tell us what you mean by that. Why would a lot of people say they were Sayless members, but really not be members?
A. Because we was kind of known a little bit.
Q. Say that again?
A. I said because we was kind of known a little bit. A lot of people was saying they was Sayless, but they really wasn't.
Q. Okay. So you were getting to be a popular group, and people just wanted to be associated with you; is that fair?

A. Yeah.
Q. Okay. And you wouldn't let them be members, or why weren't they actually members if they wanted to be?
A. Most of the people we didn't know them.
Q. Okay.
A. Or they weren't a part of our friend group.
Q. Okay. So, so if they weren't part of your friend group, then those are the people that wanted to be members, but weren't actually members. Is that --
A. Yeah.
Q. Is that a good way to say it?
A. Yeah.
Q. Okay. So these homies, it was a good group of friends, starting out anyway, right?
A. Yeah.
Q. And I think one thing you've said a few times about your group, the Sayless group, is you didn't, you didn't shoot people, right?
A. Yeah.
Q. And is that true?
A. Yeah.
Q. Did that continue to be true?
A. Yeah.
Q. You wouldn't shoot people; is that right?
A. Yeah.

Q. Okay. Okay. So this was, this was a good group of friends that were there to support each other and have fun together and grow up together. Is that a good description of Sayless?
A. Yeah.
Q. Okay. And you had gained respect in Sayless just because you had started that group; is that right?
A. Yeah.
Q. Okay. Now, another word I've followed you through and this is, this is a question too. It seemed like today you said Sayless is like a clique, right?
A. Yeah, we is a clique.
Q. Okay. And before -- I read your reports through the years, but before 2023 you never used the word "clique." You would call your group a gang. Remember that?
A. They mostly the same thing.
Q. Yeah, yeah, I know, but when did you learn the word "clique" is what I am asking you.
A. I knew the word "clique."
What are you talking about?
Q. I'm asking you. When did you first use the word "clique" to describe --
A. I don't know. I don't know.
Q. Okay. You don't know?
A. I don't know when I first used the word "clique."

Q. Okay. 2023 sound about right?
A. No. I knew about a clique before then.
Q. Yeah. I'm asking when you first called Sayless a clique. Was that about --
A. We been a clique.
Q. Okay. The court report can only take down one of us at a time when we're talking. So I'll stop. I'll let you finish talking, and then you wait until I finish talking?
Is that fair?
A. Yeah.
Q. Okay. Good.
So how did your group Sayless decide to be a member of the Highs, as you describe that organization?
A. Before Sayless started, we -- it was people in Sayless that was the Highs.
Q. So before your clique started, you were all Highs already?
A. Basically.
Q. Well, I mean, how do you know whether you are a High or not?
A. I was a Highs already. I was Lyja Land.
THE COURT: Do you know how that spell that term? I don't.
THE WITNESS: L-Y-J-A-H-A -- L-Y-J-A.
THE COURT: L-Y-J-A?

THE WITNESS: Yeah, L-Y-J-A.
THE COURT: Thank you.
BY MR. WOLD:
Q. L-Y-J-H?
A. L-Y-J-A.
Q. What's that mean?
A. Lyja. Lyja Land.
Q. Okay. So how did that group decide to be a High?
A. They was, they decide to be the Highs off of me.
Q. Say that again?
A. We was the Highs because I was a Highs already.
Q. How did that group decide to be a High?
A. I'm telling.
Q. Did you just decide to be a High?
A. No. It was already decided when I made the group. I was already the Highs.
Q. Okay. Well, who made that decision?
A. Me.
Q. Okay. You made the decision to be a High?
A. Yeah.
Q. Okay. So why did you form Sayless if you were already a High?
A. Because I wanted to, we wanted to make something new.
Q. Okay. So, I mean Highs, as you've described it, kill Lows if they cross the border, right?

A. Yeah.
Q. But Sayless doesn't kill people if they cross the border.
A. I mean, we slide, but we, I said -- in my statement I said we never shot anybody. We never killed anybody.
Q. Okay.
A. I didn't say we wouldn't try to.
Q. Okay. So can anyone that wants to be, be a High?
A. No.
Q. Why not?
A. Because you just can't say you the Highs and you're not the Highs.
Q. Okay. Could I be a High?
A. No.
Q. Why not?
A. Because you not the Highs. I don't --
Q. I mean, are you born a High?
A. I wasn't born the Highs.
Q. Could you decide you don't want to be a High?
A. Not if you too deep in it already.
Q. Once a High, always a High?
A. Basically.
Q. Okay. Is every young black man up in your neighborhood, are they all born to be Highs?
A. How was they all born to be Highs if it's the Lows too.

Q. I don't know. I'm asking you.
A. You asking some dumb ass questions, like you just trying to find a way to tear down my testimony when you can't do that.

(Outburst in courtroom)

THE COURT: Hey, hey, hey.
THE WITNESS: How wasn't it?
THE COURT: Stop.
I don't want outbursts in the court. Got it? Everybody got it?
All right.

BY MR. WOLD:
Q. I don't know. I don't know what a High is. And I'm trying to find out. And you're here.
A. I'm telling you, and you ain't listening.
Q. Okay.
A. You telling me to say something else, and I'm not going to say something else.
Q. Okay. In your own words for everybody here in the courtroom, describe what the High group is, what they do and who's a member. Okay? Your own words. I won't say a thing.
A. The Highs is a clique. That's basically like everybody else, and there is many other cliques in the Highs, so the Highs is basically just them cliques all in one.

BY MR. WOLD:
Q. And can you be a -- do you know who the members of the Highs are?
A. Yeah.
Q. How do you know who is a Highs member and who's not a High member?
A. Because we all be around each other.
Q. So everybody around your, the block, as you call it, that's Broadway and Lyndale? Is that what we call the block?
A. Yeah.
Q. Okay. Everybody around the block is automatically a High; is that correct?
A. Basically.
Q. Okay. So is a guy that works at Winner --
A. Fucking --
Q. Excuse me?
A. You are pissing me off.
Q. I apologize.
A. You know damn well -- I'm done with this one. I ain't answering no more questions.
Q. You are done?
A. Yeah.
MR. WOLD: Your Honor, I ask that the testimony of this witness be stricken from the record.

THE COURT: Sir, you are here to answer questions.

THE WITNESS: He asking dumb ass questions.

THE COURT: You are here to answer them whether you think they are dumb or not. So I'm going to instruct you to answer.

We have about 15 more minutes, and then I'm going to give everybody a break for the evening. Can you hang in there for that long?

THE WITNESS: Yeah.

THE COURT: All right.

Mr. Wold.

MR. WOLD: Thank you.

BY MR. WOLD:

Q. Could one of your homies in Sayless say I don't want to be a High, or are they required to be a High?

A. They not going to be the Lows because we don't fuck with the Lows. We the Highs.

Q. Can they be neither one if they want?

A. I guess so.

Q. Okay. So just by looking at someone in your neighborhood, you can't tell if they're a High member or not; is that fair?

A. Yeah.

Q. Okay. Are there, does the High group have any rules?

A. Not really.

Q. No rules at all that you know of.
A. The guys -- one of the guys die, you slide. If you make money, you support the gang, stuff like that.
Q. Okay. So what if you make money and don't give any to the gang, the Highs? Are you then not a member?
A. No. You still be a member, but it just nothing be fucking with you like that.
Q. Say that again?
A. You still be a member, but people won't rock with you like that.
Q. Okay. So if -- how many members of the Highs make money? Do you have any idea?
A. A lot.
Q. A hundred?
A. I don't know how many. It's a lot, though.
Q. Okay. So who is it they give the money to in the High organization after they make the money?
A. They don't give the money to nobody. If they making money, they making money.
Q. They keep it for themselves?
A. I mean, if they working with somebody. I was working with somebody, so I give the money to him.
Q. Okay. That was between the two of you?
A. Yeah.
Q. That didn't have anything to do with whether you are a

High or not. You kept the money for yourselves, right?
A. Yeah.
Q. Okay. Okay. Do you, does the Highs group require you to be loyal to the Highs?
A. Yeah.
Q. Okay. And what if you are not loyal to the Highs?
A. Well, not going to fuck with you no more.
Q. Are you kicked out of the Highs if you are not loyal?
A. I wouldn't say you get kicked out because you could still be, you could still be the Highs, but most of them fuck with you like that.
Q. Okay. Let me just for a few minutes ask you about some other people and see if you know them. Okay?
A. All right.
Q. Namarco Young, do you know Namarco Young?
A. Yeah.
Q. And who is Namarco?
A. He's one of the guys. Fatty.
Q. Say that again?
A. I say he one of the guys.
Q. He's one of the guys?
A. Yeah.
Q. Is he a High?
A. Yeah.
Q. Okay. William Suttles?

A. I don't know him.
Q. Don't know that name. How about Juwan Carroll?
A. Don't know that name.
Q. You don't know that name at all?
A. No.
Q. Okay. Someone named Abba?
A. Who?
Q. A-B-B-A, Abba?
A. I don't know that name neither.
Q. Okay. You know Keon Pruitt?
A. Yeah.
Q. KenKen that he goes by?
A. Yeah.
Q. Okay. And Jovan Knight?
A. Yeah.
Q. You talked about him. Is that JoJo?
A. Yeah.
Q. Okay. And how do you know Jovan?
A. I grew up with him.
Q. Okay. And Keon, I think in one of your reports with these folks, you said he was a good friend of yours. You hung with him, right?
A. Yeah. Back in the day we really used to hang together.
Q. Okay. Mark Mosely?
A. Who?

Q. Mark Mosely?
A. I don't know who that is.
Q. Might have a nickname. The real name doesn't --
A. I don't really know people by their real name.
Q. Okay. How about Herbert Collins?
A. I don't know nobody by that name.
Q. Okay. And Bibby. You know Bibby?
A. Bibby?
Q. Yeah. Bibby is a friend of yours?
A. Yeah.
Q. Good friend?
A. Yeah.
Q. Okay. How about the Ward brothers? Do you know any of them?
A. Yeah.
Q. Okay. And who are they?
A. They, they 4-5th.
Q. They're 4-5th?
A. They 4-5th.
Q. What's that?
A. Like 4-5th.
Q. Okay. Is that another clique?
A. Yeah.
Q. Okay. And are they Highs?
A. Basically, yeah.

Q. Basically?
A. Yeah. They don't really hang out on our block or nothing, but they, they associate with the Highs.
Q. Okay. How about Melvin Williams?
A. I don't know.
Q. Someone named Lavell Piggie. Do you know that name?
A. No.
Q. Do you know Montez Brown?
A. Yeah.
Q. And do you know someone named Cut Throat?
A. Yeah.
Q. And who is Cut Throat?
A. He, he one of the guys too.
Q. One of the guys?
A. Yeah.
Q. He's a shooter?
A. Yeah.
Q. He's a killer?
A. That's what they say.
Q. Okay. I want to talk with you for a couple minutes about Sergeant Schroeder.
A. All right.
Q. Okay. Sergeant Schroeder arrested you in 2015 in a stolen vehicle, right?
A. Yeah.

Q. And he let you work off those charges by being a snitch, right?
A. Yeah.
Q. Okay. And in doing so, you turned in fellow High members to him, right?
A. Yeah.
Q. Okay. And is that okay with the Highs?
A. No.
Q. Can you still be a High member if you are turning in other High members?
A. Not really.
Q. But you kept doing it and doing it?
A. Nobody know I was doing it.
Q. Nobody knew you were doing it. So that's okay?
A. I'm not saying that.
Q. Okay. So Sergeant Schroeder let you do this so you could work off that stolen car charge, right?
A. Yeah.
Q. And other bad things you did he let you work off, true?
A. Yeah.
Q. Okay. And at the same time you were doing that, you were selling weed, right?
A. Yeah.
Q. Okay. And that was all right with Sergeant Schroeder as long as you kept playing ball with him; is that right?

A. He didn't really know what I was doing on my personal time.
Q. Didn't really know what you were doing on your personal time. Okay.
So what would your friends, your homies in the Sayless group, think if they knew what you were doing as the founder of their group, sir?
A. They would be mad.
Q. Say that again?
A. They would be mad.
Q. Okay. Didn't bother you?
A. Huh?
Q. You kept doing it. It didn't bother you.
A. I guess not.
Q. Okay.
MR. WOLD: If -- could we show Mr. Nix and the parties Exhibit DD1, please. We'll try. I'm going to try.
THE COURT: Okay.
BY MR. WOLD:
Q. Sir, this is a two-page exhibit. It says Defendants Exhibit DD1, and I will give you time to read the first page, and then we'll move it up to the second page to see if you recognize this.
Okay?
A. Yeah.

Q. Tell me when you finish the first page.
A. I'm done.
Q. Okay. And would you read that as close as you could.
A. I know what it is.
Q. Okay. Have you read it?
A. Yeah.
Q. Do you remember that?
A. Yeah.
Q. You signed it?
A. Yeah.
Q. Is that your signature on the bottom of both pages?
A. Yeah.

MR. WOLD: And, Your Honor, we offer Defendants DD1.

THE COURT: Any objection?

MR. LYNCH: No, Your Honor.

THE COURT: DD1 is admitted.

BY MR. WOLD:

Q. Okay. And --

THE COURT: Go back to the first page, please.

MR. WOLD: And can we publish this, Your Honor?

THE COURT: Yes, you may publish it.

BY MR. WOLD:

Q. Okay. And this is a, the first part says Minneapolis Police Department, that's MPD, Informant Sign-Up Sheet.

Do you recognize that, sir?
A. Yeah.
Q. And it's, someplace in the middle, it says signature, and that's your signature Avante Nix, correct?
A. Yeah.
Q. And it's, the officer's name is Andrew Schroeder. That's Sergeant Schroeder, correct?
A. Yeah.
Q. And then there's other information there that talks about information about you and background information, right?
A. Yeah.
Q. And if we can go to the next page, please.
And this is an agreement you came to with Sergeant Schroeder because now you're going to become a paid informant; is that correct, sir?
A. Yeah.
Q. And prior to that you did work for him to pay off offenses you had so they wouldn't show on your record, right?
A. Yeah.
Q. And during that time, he would slip you a little money anyway. Do you remember?
A. Yeah.
Q. Okay. But now you are going to get paid for providing

information, correct?
A. Yeah.
Q. Okay. And if you would, could you just read Number 3 for us on this promise you made?
A. "I fully understand that I am not to participate in any investigations or any criminal activities, unless the investigation is being directly supervised by an officer of the MPD."
Q. Okay. And read Number 5 for us.
A. "I agree not to break any laws or commit any crimes while working for the Minneapolis Police Department."
Q. And Number 6?
A. "I will not carry any weapons or firearm."
Q. Okay. Number 7?
A. "I will not handle or use any drugs unless specifically authorized to do so by an officer working for the Minneapolis Police Department."
Q. Okay. And those are all promises you made in this cooperation agreement with Sergeant Schroeder, true?
A. Yeah.
Q. And they were all lies, weren't they, at least the four I had you read?
A. Yeah.
Q. You told him you wouldn't commit any crimes. You wouldn't have a gun. You wouldn't touch any drugs, but you

were doing all those things at the time and kept doing them, true?
A. Yeah.
Q. Okay. Did he know? He knew you were continuing to sell drugs. He hung out up there and watched, didn't he, sir?
A. Yeah.
Q. So it was okay with him if you sold drugs while you were working for him?
A. No. He kept telling me to stop.
Q. Kept telling you to stop, but he kept paying you, right?
A. Yeah.
Q. Okay. And you kept selling drugs, right?
A. Yeah.
Q. Minneapolis Police Department knew you were up there getting paid and selling drugs to the neighborhood in Highs territory in your book, right?
A. Yeah.
Q. Okay. You were actually selling fentanyl at that time, right?
A. Not when I signed this paper.
Q. Okay. Do you remember you got paid, started to get paid by Sergeant Schroeder in November of 1920 {sic}?
A. I don't remember the dates, but that could be right.
Q. Okay. And he continued to pay you. Last deal you did for him I think was December 15th in 2023. Do you remember

that?
A. I --
Q. Do you remember in 2023 when you did a controlled drug buy --
A. Yeah, yeah.
Q. -- for Montez Brown?
A. Yeah.
Q. Montez Brown was a Highs member, right?
A. Yeah.
Q. And on behalf of the Minneapolis Police Department, you went and bought drugs from him undercover so they could bust Montez Brown, right?
A. Yeah.
Q. That was a Highs, one of your fellow Highs gang members, right?
A. Yeah.
Q. And you not only snitched him out, but you made him commit a crime caused by you, right?
A. Yeah.
Q. Okay. Did he know you did that?
A. No.
Q. Montez didn't know that, did he?
A. No.
THE COURT: Mr. Wold, I'll have you come to a stopping point when you are ready.

MR. WOLD: If that's -- this is good.

THE COURT: We're going to stop for the day. I've got another hearing.

MR. WOLD: Okay. Fair. Thank you.

THE COURT: All right. Before we do that, your phones should all be in pouches unless you received authorization from the court.

When your phone is in the pouch, it needs to be all the way off. You can't have it on and in the pouch.

It's an order of the court that all phones have to be off when they are in the courtroom. There's an order hanging outside the courtroom.

I need everybody to follow it or you are going to be asked -- I'll ask you to be removed. Got it? Everybody got it? All right.

We're going to pick it up here at 9:00 tomorrow morning. I'll let the jury out.

So all rise for the jury.

Thanks, everybody, and have a good night.

4:02 p.m.

**IN OPEN COURT**

**(JURY NOT PRESENT)**

THE COURT: All right. Thank you.

We'll have Mr. Nix on the stand at 9:00 tomorrow morning.

(End of requested excerpt)

* * *

I, Renee A. Rogge, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Certified by: /s/Renee A. Rogge
Renee A. Rogge, RMR-CRR