# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JARRETT ROBINSON (9),<br>CHRISTOPHER LEE WASHINGTON (31),<br>ERNEST KETTER (32),<br>RONNELL LOCKHART (40),<br><br>    Defendants. | **COURT MINUTES**<br>Case Number: 23-cr-160 (NEB/JFD)<br><br>Date:             June 27, 2025<br>Courthouse:       Minneapolis<br>Courtroom:        13W<br>Court Reporter:   Renee Rogge<br>Time Commenced:   3:08 p.m.<br>Time Concluded:   3:38 p.m.<br>Time in Court:    30 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

APPEARANCES:
  Plaintiff:    Thomas Calhoun-Lopez, Carla Baumel, and Brian Lynch, Assistant U.S. Attorneys

  Defendants:   Lousene Hoppe for Jarrett Robinson (9), CJA Appointed Attorney
                Glenn Bruder for Christopher Lee Washington (31), CJA Appointed Attorney
                Jill Brisbois for Ernest Ketter (32), CJA Appointed Attorney
                Matthew Mankey for Ronnell Lockhart (40), CJA Appointed Attorney

PROCEEDINGS:
- ☒ Jury Trial - (Trial Day 13)
- ☒ Jury deliberations began at: 9:00 a.m.
- ☒ Verdict Reached at 2:31 p.m.
- ☒ Verdicts:
    A. Jarrett Robinson (9): Not Guilty on Count 1
    B. Christopher Robinson (31): Guilty on Counts 1 and 3
    C. Ernest Ketter (32): Not Guilty on Count 1, Guilty on Count 3
    D. Ronnell Lockhart (40): Guilty on Counts 1 and 3
- ☒ Jurors polled.
- ☒ Defendants are remanded to the custody of the USM.
- ☒ Jury trial complete.

Date: June 27, 2025                                                                            s/KW
                                                          Signature of Courtroom Deputy to Judge Nancy E. Brasel