AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

V.

JARRETT ROBINSON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   23-CR-160 (9) (NEB/JFD)

 

The Defendant was found not guilty to Count 1 of the Third Superseding Indictment.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Nancy E. Brasel
Signature of Judge

Judge Nancy E. Brasel, U.S. District Court Judge
Name and Title of Judge

June 27, 2025
Date