UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal 23-160(04)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEON PRUITT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DEFENDANT KEON PRUITT'S MOTION FOR RETURN OF PROPERTY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDUR 41 |

* * *

Defendant was found guilty of the charges in the Indictment. Immediately following the verdict, when he was remanded to custody, the United States Marshal's Service seized his hard drive from him containing among other things his discovery from the Government.

Under signed counsel has made repeated requests (at least six) to lead prosecutor Assistant United States Attorney (AUSA) Thomas Calhoun Lopez, for the return of Defendant's hard drive, which counsel purchased for defendant. These requests were left on Calhoun Lopez's voice mail. Not one of the calls has been returned. Calhoun Lopez's fawning obsequious public persona of cooperation in the courtroom is belied by his cunning deviousness in dealing with counsel in private.

Accordingly, counsel enlists the order of the court pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure to gain the return of Defendant's hard drive that is actually the property of undersigned counsel. Counsel further moves for suppression pursuant to Rule 41(h) of any evidence derived directly or derivatively from the hard drive.

CONCLUSION

The Court must return Defendant's hard drive to the undersigned owner and suppress any evidence derived from it.

Dated: 28 June 2025

JOHN C. BRINK, LAWYER

s/John C. Brink
John C. Brink
A.R. #11587
3730 Edmund Boulevard
Minneapolis, Minnesota 55406
Cellular: 612-382-6789
Email: johncharlesbrink@gmail.com

ATTORNEY FOR DEFENDANT