# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# MOTION HEARING AND SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 23-cr-160 (35) (NEB/JFD) |
| | Date: June 30, 2025 |
| ARRON DAVIS, | Courthouse: Minneapolis |
| | Courtroom: 13W |
| Defendant. | Court Reporter: Renee Rogge |
| | Time Commenced: 10:10 a.m. |
| | Time Concluded: 11:00 a.m. |
| | Time in Court: 50 minutes |

Before Nancy E. Brasel, United States District Judge

APPEARANCES:

    For Plaintiff:    Thomas Calhoun-Lopez, Assistant U.S. Attorney
    For Defendant:    Thomas Shiah, CJA Appointed Attorney

☒ **Defendant's pro se motions to withdraw his guilty plea (ECF Nos 1690 and 2026) are denied. Reasons stated on the record.**
☒ **Sentencing.**
☒ **Objections to the PSR reviewed and ruled on the record.**
☒ **Motion for downward departure by Defendant was moved and argued on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 1s | X | 140 months. This sentence should be served concurrently with the Anoka County case at Docket No: 02-CR-21-5494. | 5 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Count 3 is dismissed on motion by the Government.
☒ ECF filings at 1690-1691, 2035, 2040-2041 and 2086 shall remain sealed or restricted for 10 years until 6/30/35.
☒ Defendant is remanded to the custody of the USM.

Date: June 30, 2025                                                                       s/Kristine Wegner
                                                                                        Courtroom Deputy to Judge Nancy E. Brasel