UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| United States of America, | ) | File No. 23-cr-160 (NEB/JFD) |
| Plaintiff, | ) | |
| v. | ) | |
| Tyreese Giles(6), | ) | Courtroom 13W |
| Josiah Taylor(7), | ) | Minneapolis, Minnesota |
| Trevaun Robinson(10), | ) | Thursday, May 29, 2025 |
| William Banks(19), | ) | 9:15 a.m. |
| Gregory Brown(26), | ) | |
| Defendants. | ) | |

---

BEFORE THE HONORABLE NANCY E. BRASEL
UNITED STATES DISTRICT COURT DISTRICT JUDGE

**VOLUME XI - JURY TRIAL PROCEEDINGS**
**EXCERPT OF CLOSING ARGUMENTS**

Court Reporter: RENEE A. ROGGE, RMR-CRR
United States District Courthouse
300 South Fourth Street, Box 1005
Minneapolis, Minnesota 55415

* * *

Proceedings recorded by mechanical stenography; Transcript produced by computer.

* * *

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | UNITED STATES ATTORNEY'S OFFICE<br>BY: THOMAS CALHOUN-LOPEZ<br>CARLA BAUMEL<br>300 South Fourth Street, #600<br>Minneapolis, Minnesota 55415 |
| | DEPARTMENT OF JUSTICE<br>ORGANIZED CRIME AND GANG SECTION<br>BY: BRIAN W. LYNCH<br>ALYSSA LEVEY-WEINSTEIN<br>1301 New York Avenue NW, #700<br>Washington, D.C. 20530 |
| For the Defendant Tyreese Giles(6): | RIVERS LAW FIRM, P.A.<br>BY: BRUCE RIVERS<br>701 Fourth Avenue South, #300<br>Minneapolis, Minnesota 55415 |
| For the Defendant Josiah Taylor(7): | WOLD LAW<br>BY: PETER B. WOLD<br>JOHN FEE<br>331 Second Avenue South, #705<br>Minneapolis, Minnesota 55401 |
| For the Defendant Trevaun Robinson(10): | PAUL ENGH, ATTORNEY AT LAW<br>BY: PAUL C. ENGH<br>150 South Fifth Street, #2860<br>Minneapolis, Minnesota 55402 |
| For the Defendant William Banks(19): | CATHERINE TURNER, ATTORNEY AT LAW<br>BY: CATHERINE L. TURNER<br>331 Second Avenue South, #705<br>Minneapolis, Minnesota 55401 |
| For the Defendant Gregory Brown(26): | NORTH STAR LAW GROUP PLLC<br>BY: DANIEL S. ADKINS<br>1295 Bandana Boulevard North, #335<br>St. Paul, Minnesota 55108 |

* * *

# INDEX


| | PAGE |
| --- | --- |
| Government's closing remarks | 2232 |
| Defendant Giles' closing remarks | 2282 |
| Defendant Taylor's closing remarks | 2301 |
| Defendant Robinson's closing remarks | 2326 |
| Defendant Banks' closing remarks | 2361 |


* * *

**11:06 A.M.**

**IN OPEN COURT**

**(JURY PRESENT)**

(Beginning of requested excerpt)

* * *

THE COURT: Thank you.

Now that we have closed the presentation of evidence to you, the time has come for closing argument. And so I'll turn to the government for its closing argument.

Mr. Lynch.

MR. LYNCH: Thank you, Your Honor.

Violence, money, power. For years the Highs have terrorized the community of North Minneapolis and beyond. The Highs are in a violent war with their rival gang, the Lows. The Highs operate open air drug markets in their territory. Money that's made from those drugs are used to support and fund the war between the Highs and the Lows.

The defendants Tyreese Giles, Josiah Taylor, Gregory Brown, William Banks and Trevaun Robinson, are members of the Highs. They're active participants in the Highs. They're shooters. They're drug dealers in the Highs. All five defendants are charged in Count 1 RICO conspiracy.

This case involves four counts. In Count 1 you have RICO conspiracy. Count 3, is conspiracy to distribute

controlled substances. And Counts 6 and 7 are possession of a firearm in furtherance of a drug trafficking offense.

We're going to talk about RICO conspiracy first. You are going to have instructions from the court that list the different elements and that explain terms and the elements. RICO conspiracy consists of five elements.

The first element is the existence of an enterprise. The evidence established beyond a reasonable doubt that the Highs are an association in fact enterprise. The Highs have common purposes, and the Highs have relationships among associates that function as a continuing unit.

Common purposes of the Highs include enriching its members through drug trafficking, promoting the gang and the activities of the gang often on social media or in rap videos posted on YouTube.

And importantly sliding. Highs members attacking and retaliating against their rival gang, the Lows. Highs members go into Lows territory to Lows hangouts and shooting Lows members or suspected Lows members with the intent to kill.

Now in the instructions you are going to see what's not required for an enterprise, a name, initiation procedures, formal positions, members paying dues. However, the Highs enterprise has significant structure that binds

its members together.

The evidence showed that Highs members and the Highs consist of several cliques. Members of those different cliques associate together, they sell drugs together, they commit shootings together.

The different cliques of the Highs are Young N' Thuggin or YNT, FreeShotz, also known as Bodygang, Sayless, the Emerson Murder Boys or EMB and Black Mob.

You heard testimony on August 7th of 2021, Prince Martin, who is a respected YNT member of the Highs, was shot and killed at the Winner Gas Station. The following day, a memorial was held for Prince Martin at the Winner Gas Station. Surveillance footage from that memorial shows members from all of the cliques of the Highs associating together.

On the left in red you have Jovan Knight, who you heard testimony from, a FreeShotz member of the Highs.

Next to him in the blue or turquoise sweatshirt is Gregory Hamilton, a YNT member of the Highs who from that memorial would commit a retaliatory murder in response to Prince Martin being killed.

And then on the right in the white shirt you have Deandrae Poe or Squizzy, an EMB member of the Highs who worked with the defendant Gregory Brown to distribute fentanyl pills.

At the memorial there was gang insignia throughout. You see the 2-5 balloons, 2-5 standing for YNT, Y being the 25th letter of the alphabet.

The defendants Josiah Taylor and Trevaun Robinson were at the memorial. And on the right circled in red is the defendant Gregory Brown, a few days later at Prince Martin's funeral.

Josiah Taylor and Trevaun Robinson are YNT members of the Highs. Gregory Brown is an EMB member of the Highs.

Social media records showed members of different cliques of the Highs associating together. On the left towards the bottom you have Randy Tate, a YNT member of the Highs, and above him making the EMB hand sign is Calvin Wright or Killa, a respected EMB member of the Highs.

On the right circled in red is the defendant Trevaun Robinson, a YNT member of the Highs. Behind him in black is Dashaun Morris or Mush, a FreeShotz member of the Highs.

And then to the left in the red shirt showing off money is Jarrett Robinson or Gator, a FreeShotz member of the Highs and the brother of Trevaun Robinson. So the two brothers are in separate cliques of the Highs.

The Not From the Lows music video made by Gregory Brown shows members of the different cliques of the Highs associating together.

Here you have the defendant Gregory Brown in the No Low End hooded sweatshirt with EMB on his left shoulder. Gregory Brown is an EMB member of the Highs. Gregory Brown made this video.

Also in the video circled in yellow is Montez Brown or Tez Blood, a respected YNT member of the Highs who is a fentanyl supplier. On the right circled in red is Keon Pruitt or KenKen, a YNT member of the Highs who would also commit a murder in response to Prince Martin's death.

On the left circled in red is Prince Martin, the YNT member of the Highs who was shot and killed at the Winner Gas Station: Above him circled in yellow is Deandrae Barnes or Dre B, a YNT member of the Highs. And then behind Gregory Brown circled in green is Deandrae Poe or Squizzy, an EMB member of the Highs.

The defendant Trevaun Robinson, a YNT member of the Highs, was in the Not From the Lows music video. And the lyrics of Not From the Lows show how the different cliques come together as the Highs.

"We slide through the Lows. We know where you at," a reference to one of the purposes of the Highs, sliding.

We throwing up Es, or the EMB hand sign. We throwing up Ys, or the YNT hand sign. We giving out FreeShotz because we Not From the Lows, a reference to the

FreeShotz clique of the Highs. So in this one song you have a reference to EMB, YNT, and FreeShotz because they all come together as the Highs.

Gregory Brown also made the So Minneapolis music video. He's in the middle. He's an EMB member of the Highs. Next to him in the red is the defendant Josiah Taylor, a YNT member of the Highs.

And the evidence showed that members of the different cliques of the Highs not only associated together, but they sold drugs together. They committed shootings together.

The evidence showed that Highs members congregated in their territory and they controlled the drug trade there. You heard significant testimony about the area around Broadway and Lyndale. This is the Highs territory. The Highs operated open air drug markets at different businesses in their territory: The Winner Gas Station, Merwin Liquors, the parking lot by Walgreens and Boost Mobile and parking lots at different fast food stores in the area.

Here you have Jovan Knight, who you heard testimony from, showing off money in front of the Winner Gas Station, promoting the block or the gang as he testified.

The evidence showed that Highs members promote their territory, often referring to Broadway.

On the right you have YNT member of the Highs

Randy Tate. In this post he posted for Boosie, which is a tribute to Jarmarius Shief, who is nicknamed Boosie or 50 Shotz. He was a FreeShotz member of the Highs who was shot and killed by the Lows.

Randy Tate paid tribute to Boo, who is Prince Martin, the YNT member of the Highs who was shot and killed.

He posted Broadway and a gang. So in this post Randy Tate pays tribute to members of the Highs from two different cliques, promotes Broadway, and puts a gang. It's because they all come together as the Highs.

The evidence showed that Highs members proved their loyalty to the gang by putting in work. You heard significant testimony about putting in work. That can consist of making money selling drugs. And often it consisted of committing shootings against Lows members.

And putting in work is a way to gain respect and position in the Highs.

The evidence showed that there's more respected members of the Highs who often were fentanyl suppliers.

You heard about three of these individuals.

The defendant Gregory Brown on the left, an EMB member of the Highs; Montez Brown, a YNT member of the Highs; and on the right Calvin Wright or Killa, an EMB member of the Highs. These were three respected members of the Highs who were large scale fentanyl suppliers.

The evidence showed that Highs members used hand signs to signify a particular clique, to pay tribute to a deceased member, and often to disrespect their rival gang, the Lows.

Here's Jovan Knight making the YNT hand sign. You heard testimony that this is the universal hand sign for the Highs. Members of all of the cliques of the Highs make the YNT hand sign.

The defendants in this case are from three different cliques of the Highs. Here's photographs of every defendant in this case making the YNT hand sign.

You heard testimony about the Highs' rival gang, the Lows. The Lows' hand sign consists of making an L with your hand. Highs members disrespect or troll the Lows by pointing the L down. It's called dropping the L, disrespecting the Lows.

Here's Jovan Knight at a funeral for Jaylen Salter dropping the L, disrespecting the Lows.

On the left you have Josiah Taylor. Gregory Brown is next to him. William Banks is next to him. And Trevaun Robinson is next to him. All four dropping the L disrespecting the Lows.

And the evidence showed that Highs members paid tribute on social media to deceased or incarcerated members.

On the right you have Matt Lord, Matthew Robinson,

a YNT member of the Highs. He was at the school right before Harvey Williams got shot and killed. He sold Percocet pills with Josiah Taylor.

The day after Prince Martin was shot and killed, Matthew Robinson posted, "You was my big bro. You slid for me. Front line. It's only right I return the favor," a reference to the purpose of the Highs, sliding against the Lows. And this was posted the day after Prince Martin was killed.

And then Matthew Robinson posted "#King Boo," a tribute to Prince Martin nicknamed Boo.

On the right, you have FreeShotz member of the Highs Dashaun Morris. Next to him is Jovan Knight. Both are making the YNT hand sign. The day after Prince Martin was killed, Dashaun Morris posted, "Long live Boo," a reference to Prince Martin; "High Ys," a reference to YNT, and, "Die LZZZ," or die Lows.

And you heard testimony that the Lows are set up in a similar manner to the Highs, different cliques that associate together and commit crimes together. When Highs members are calling out the Lows or going to shoot the Lows, they're not looking for a specific clique. They're looking for the Lows as a whole. And the Highs are set up in the same way.

And the evidence showed that Highs members wore

gang-related clothing.

On the left you have Gregory Brown wearing the No Low End hooded sweatshirt. Next to him is Jovan Knight wearing a tactical vest that says Long Live Quay Money, a reference and tribute to Quayshun Felton, who is a FreeShotz member of the Highs who was shot and killed by the Lows.

Next to Jovan Knight is Douglas Mobley, an EMB member of the Highs, wearing a sweatshirt that says Broadway, promoting the block.

And then on the right making the YNT hand sign, you have Randy Tate, a YNT member of the Highs, wearing a vest that says LL 50 or Long Live 50, which is a nickname for Jarmarius Shief, the FreeShotz member of the Highs who was killed by the Lows.

The evidence established beyond a reasonable doubt the existence of the Highs enterprise. The Highs have common purposes. They have relationships among associates that function as a continuing unit, and the Highs have significant structure that binds the enterprise together, signs, symbols, phrases, clothing, territory, and most importantly a common enemy, the Lows.

The evidence established beyond a reasonable doubt the existence of the Highs enterprise.

The second element of RICO conspiracy is the enterprise was engaged in or had some effect on interstate

commerce. A minimal effect is sufficient.

It's not necessary to prove that individual racketeering acts affected interstate commerce. Rather, it's the activities of the enterprise as a whole that must have an effect on interstate commerce, a minimal effect.

Product or drugs crossing state lines has that effect. And there is significant evidence and testimony in this case that Highs members were getting their drugs from out of state, the drugs were shipped to the Minneapolis area, crossing state lines in the process.

The evidence established beyond a reasonable doubt that the activities of the Highs affected interstate commerce.

The third element for RICO conspiracy is that the defendants associated with the enterprise.

Associated with the enterprise, it's when a defendant knowingly aids or furthers the activities of an enterprise. Association is not required the entire time the enterprise was in existence.

It's not required to prove that the defendants had full knowledge of all the activities of the enterprise. It's not required to show that defendants knew all the members of the enterprise.

Rather, association consists of a loose relationship as partner, fellow worker, colleague, friend,

companion or ally.

The evidence in this case proved that Tyreese Giles associated with the enterprise. Tyreese Giles is a FreeShotz member of the Highs.

On the left Tyreese Giles is making the YNT hand sign. In the middle, Giles is with Chase Robertson, a YNT member of the Highs. Both are showing off money, promoting the block.

And on the right you have Tyreese Giles with Calvin Wright or Killa, an EMB member of the Highs. They're at the 4th Street Saloon there, which is a Highs hangout. The evidence shows that Tyreese Giles and Calvin Wright worked together to distribute fentanyl pills.

And Tyreese Giles made several tributes to deceased or incarcerated Highs members. In the middle he posted LL 50, which is a tribute to Jarmarius Shief, Long Live 50.

And then next to that there's LL Munna, which is a tribute to Jaylen Salter or Munna, a FreeShotz member of the Highs who was killed at a barbershop in Highs territory.

Tyreese Giles would committee a murder in response to Jaylen Salter's death.

And then at the bottom in September of 2022, Tyreese Giles posted Free 23, which is a tribute to Jovan Knight. One of his nicknames is 23, and he was incarcerated

at the time.

The evidence showed that Josiah Taylor associated with the Highs. Josiah Taylor is a YNT member of the Highs. In this photograph Josiah Taylor's wearing a chain that says 2-5 and Booway, 2-5 standing for YNT and Booway combining Prince Martin's nickname Boo with Broadway into Booway.

Highs members from all of the cliques posted 2-5 and Booway often on social media.

Josiah Taylor was in the So Minneapolis music video with Gregory Brown. In these photographs Josiah Taylor's making the YNT hand sign. On the left he's at the Winner Gas Station with Matthew Robinson or Matt Lord. Both are making the YNT hand sign.

In these photographs Josiah Taylor's dropping the L, disrespecting the Lows.

The evidence showed that Gregory Brown associated with the Highs. Gregory Brown is an EMB member of the Highs. In these photographs Gregory Brown is making the YNT hand sign, and there's several other photographs like this that are in evidence. In these three photographs Gregory Brown is dropping the L and disrespecting the Lows.

In the middle he's with Prince Martin, and on the right he's with Calvin Wright or Killa, an EMB member of the Highs.

Gregory Brown now raps under the handle or name of

25 Knowledge. 25 stands for YNT. Gregory Brown is an EMB member of the Highs.

Gregory Brown's Snapchat name on the right is Booway25, the same information that's on the chain that Josiah Taylor had.

The evidence showed that William Banks associated with the Highs. On the left William Banks is showing off a large quantity of cash, promoting the block. On the right he's in the parking lot in front of Boost Mobile. Banks is circled in red.

Next to him in white is YNT member of the Highs Randy Tate. And next to Tate is the defendant Josiah Taylor, a YNT member of the Highs.

In these three photographs William Banks is making the YNT hand sign. On the left he's at the 4th Street Saloon. In the middle he's next to Prince Martin. And in this photograph William Banks circled in red and Prince Martin circled in yellow are both dropping the L and disrespecting the Lows.

The evidence showed that Trevaun Robinson associated with the Highs. Trevaun Robinson is a YNT member of the Highs. He has a 2-5 tattoo standing for YNT on his neck.

Trevaun Robinson posted the image on the left, Booway25, the same information as is contained in Gregory

Brown's Snapchat name and the necklace that Josiah Taylor had.

On the right you have Trevaun Robinson, a YNT member of the Highs, with a cutout tribute for Jarmarius Shief or Boosie, who is a FreeShotz member of the Highs who was killed by the Lows.

In these three photographs, Trevaun Robinson is making the YNT hand sign. In the middle he's sitting on top of a vehicle at the Winner Gas Station. On the left Trevaun Robinson is with Prince Martin and dropping the L. And then on the ride he's with the defendant Gregory Brown, an EMB member of the Highs.

The evidence established beyond a reasonable doubt that all five defendants associated with the Highs enterprise. All five defendants are members and active participants in the Highs enterprise.

The fourth element of RICO conspiracy is two or more persons reached an agreement or came to an understanding to conduct or participate in the affairs of the enterprise directly or indirectly through a pattern of racketeering activity.

Conduct or participate in the affairs of the enterprise. It's not just upper management. It can be a lower rung participant.

A pattern of racketeering activity requires three

things. So you said RICO conspiracy you have to show that the enterprise, members of the enterprise, committed at least two racketeering acts which could be murder, shootings, attempted murder, robbery, drug trafficking.

And it can be a mix of those different racketeering acts.

The racketeering acts, secondly, have to be related to the enterprise. So let's briefly talk about shootings.

Similar results: Lows members or individuals in Lows territory are shot. Similar participants: Members of the Highs. Similar methods of commission: Sliding, going to Lows territory by a Highs member to Lows hangouts and committing shootings.

Drug trafficking, let's talk about that. Methods of commission: Highs members obtain drugs from out of state. They ship the drugs back to the Minneapolis area where they're resold at Broadway and Lyndale.

And third there has to be continuity. The Highs are a long-term association that exists for criminal purposes. You've heard testimony that the Highs have been around since at least 2010, committing acts of drug trafficking and acts of violence.

Within the RICO conspiracy in the instructions you are going to have, you are going to have the elements for

conspiracy to distribute controlled substances, because it's a racketeering act. We're not going to go through those now.

The Highs MO as it pertained to fentanyl pills, Highs members traveled to Arizona. They obtained fentanyl pills. They shipped the pills back to the Minneapolis area. The pills were sold to Highs distributors, and then they were sold directly to customers or as they called them stains at Broadway and Lyndale.

Montez Brown was a YNT member of the Highs and a fentanyl trafficker. Montez Brown made over ten flights from Minneapolis to Phoenix. In April of 2023, Montez Brown was arrested with over a kilogram of fentanyl pills, a large quantity of cash and two firearms, including a firearm that had an automatic switch attached to it.

Montez Brown provided fentanyl pills to both individuals you heard testify, Jovan Knight and Avante Nix. This seizure of fentanyl pills, Montez Brown trips to Arizona, those are racketeering acts against the Highs.

The photograph on the left, you have Montez Brown, Calvin Wright, and the defendant Gregory Brown. And on the right, you have Montez Brown and the defendant Gregory Brown.

Ronnell Lockhart was a FreeShotz member of the Highs and a drug trafficker for the Highs. He made over ten

trips from Minneapolis to Phoenix. In September of 2022 Ronnell Lockhart was arrested with over two kilograms of fentanyl pills at the Minneapolis/St. Paul Airport as he was coming back from Phoenix. This is a racketeering act that is related to the enterprise.

On the left you have Ronnell Lockhart with the defendant Tyreese Giles, and on the right you also have Ronnell Lockhart and Tyreese Giles.

And you heard testimony that money from drugs leads Highs members to purchase more firearms, which leads to more violence between the Highs and the Lows. So the drug trafficking element of the Highs is connected to the violent element of the Highs.

You have instructions in the RICO conspiracy for first degree murder under Minnesota law because this is also a racketeering act.

There's five elements for this offense.

First, the death of the victim must be proven.

Second, a debt or coconspirator caused the death of the victim.

Third, the defendant or coconspirator acted with the intent to kill the victim.

Fourth, the defendant acted with premeditation.

And fifth, the murder took place in the state of Minnesota.

Attempted first degree murder is just first degree murder that was unsuccessful but that a defendant or coconspirator took substantial steps towards the commission of the offense.

You have instructions for aiding in the commission of a crime. Aiding in the commission of a crime can include aiding, advising, hiring, counseling, conspiring with, or procuring another person to commit a crime.

On August 7th of 2021, Prince Martin was shot and killed at the Winner Gas Station. The Winner Gas Station is in Highs territory right on the border with Lows territory.

Prince Martin was connected to all the defendants in this case. Prince Martin was a well respected and well liked Highs member.

The next day after his death there was a memorial at the Winner Gas Station. Josiah Taylor and Trevaun Robinson attended the memorial. Gregory Brown would later attend the funeral.

Also at the memorial the day after Prince Martin was killed on the left in the white shirt with the black mask is Keon Pruitt or KenKen, a YNT member of the Highs.

Next to him in the turquoise hooded sweatshirt is Gregory Hamilton, a YNT member of the Highs. Next to him is Dantrell Johnson, a Black Mob member of the Highs; and next him is William Johnson in all black, a Black Mob member of

the Highs.

These four individuals, as well as two juveniles, after Prince Martin's memorial did what Highs members are expected to do. They furthered the purposes of the Highs. They slid into Lows territory, and they went to a Lows hangout, the Skyline Market.

And the four individuals we just showed and the two juveniles murdered the first person they saw. Unfortunately for them, Darryl Wells had no connection to the Highs or Lows. He just happened to be going into the Skyline Market to get a drink, when he was hunted in the Skyline Market by Dantrell Johnson and Gregory Hamilton, Highs members from two different cliques.

They fired at Darryl Wells in the store. Gregory Hamilton and Dantrell Johnson continued to fire at Darryl Wells outside the store. Eventually Darryl Wells ran away, and he collapsed in an alley. A vehicle driven by Keon Pruitt pulled up, two juveniles got out of the vehicle and fired additional rounds at Darryl Wells to make sure he was dead.

This is a racketeering act that's related to the enterprise committed by coconspirators, and it furthers the purpose of the Highs.

So in the fourth element, we showed that the Highs have been, as an enterprise, have a pattern of racketeering

activity.

The fifth element consists of the defendant voluntarily and intentionally joining in the agreement or understanding either at the time it was first reached or at some later time while it was still in existence, and at the time the defendant joined in the agreement or understanding, he specifically intended to otherwise participate in the affairs of the enterprise.

So agreement. An express or formal agreement is not required. A defendant does not need to know all the members of the conspiracy. He doesn't have to know all the details of the conspiracy. An agreement can be inferred.

In this case you can infer the defendants' agreement to participate in the Highs enterprise because all of the defendants personally committed racketeering acts that are related to the enterprise.

The evidence showed that Tyreese Giles personally committed racketeering acts related to the enterprise: Murder and drug trafficking.

In August of 2019 Tyreese Giles was stopped, and he possessed over 50 grams of marijuana and 45 pills containing methamphetamine. Tyreese Giles was a drug dealer within the Highs network.

In April of 2022, Tyreese Giles and Calvin Wright stayed as a residence together in Apple Valley, Minnesota.

They received a package containing 2.1 kilograms of fentanyl pills.

Shortly after the package from Arizona was delivered, Calvin Wright was stopped in possession of the 2.1 kilograms of fentanyl pills. Calvin Wright also had over $20,000 in cash.

Tyreese Giles, who was at the residence when the pills were delivered, had over $6,000 in cash. You heard testimony from Agent Flanagan that that quantity of cash is indicative of drug trafficking.

On September 9th of 2021 Jaylen Salter, a FreeShotz member of the Highs, was shot and killed at a barbershop in Highs territory. The defendant Tyreese Giles was close with Jaylen Salter. Giles is circled in green here making the YNT hand sign.

Next to him circled in yellow making the YNT hand sign is Jovan Knight. And then circled in red you have Jaylen Salter.

Immediately after Jaylen Salter was shot and killed, Tyreese Giles went to social media, and he posted, "What the fuck, bro." And he posted a tribute to Jaylen Salter.

Within hours of Jaylen Salter being killed, Tyreese Giles did what Highs members are expected to do. He slid into Lows territory. He went to a Lows hangout, and he

shot the first person he saw.

Darien Berry was standing in the parking lot of the Pennwood Market with his back turned to Tyreese Giles when he was shot.

You can see that Darien Berry is holding the right side of his chest with his left hand. He sustained a gunshot wound to the back.

Berry ran behind a vehicle. He briefly reemerged, and it's at this point that Tyreese Giles wearing all black and a black mask went in for the kill and fired additional rounds at Darien Berry to make sure he was dead.

Giles began to run away. As he ran away, the individual circled in yellow, James Reliford, shot at Giles. He struck Giles. Giles got up and he continued running.

James Reliford took Darien Berry. He put him in his van, and he drove him to the Hennepin County Medical Center. This is surveillance from the Hennepin County Medical Center showing Darien Berry coming into the hospital at 8:09 p.m. He would die at the hospital.

Four minutes later, Tyreese Giles came into the hospital with a gunshot wound. Giles would survive his injuries.

Law enforcement collected Tyreese Giles' clothes, including the black sweatshirt, black shoes, and most importantly the black pants with the white patch on the

back, the same pants that Giles had on at the Pennwood Market.

Giles continued to post tributes to Jaylen Salter and talk about sliding after Darien Berry was killed.

You heard testimony from the forensic pathologist that the cause of Darien Berry's death was a gunshot and the manner was homicide.

So in your RICO conspiracy instructions, you have instructions for first degree murder when you find Tyreese Giles guilty of RICO conspiracy. Next you are going to have a special verdict form that pertains to Tyreese Giles's role in the murder of Darien Berry.

The evidence showed beyond a reasonable doubt that Tyreese Giles caused the death of Darien Berry, that he did so intentionally and he did so with premeditation. The whole concept of sliding is premeditation.

Highs members go into Lows territory to commit a murder. And Giles was dressed in all black with a black mask to conceal his identity. That also goes to premeditation. The evidence established beyond a reasonable doubt that Tyreese Giles is guilty of first degree murder.

The evidence showed that Trevaun Robinson agreed to participate in the enterprise by personally committing racketeering acts, attempted murder and drug trafficking.

In June of 2018 Trevaun Robinson was stopped in a

vehicle with another individual, Shanami General-Thomas, in Highs territory. They had two firearms in the vehicle. They had over 70 grams of marijuana in the vehicle, a distribution amount.

In August of 2021 Trevaun Robinson was in a vehicle in the parking lot of the 4th Street Saloon. Highs members often associated at the 4th Street Saloon and sold drugs there.

Giles was in the front passenger seat of the vehicle, his girlfriend Hannah Whitfield was in the driver's seat. Giles possessed 95 fentanyl pills on his person, a distribution amount -- or excuse me. Trevaun Robinson, not Giles.

Trevaun Robinson also possessed a firearm inside of the vehicle.

In July of 2019 Trevaun Robinson was involved in a shooting. Circled in yellow is Diondre Whitfield-Smart. He had a firearm on his person during the shooting. Trevaun Robinson is circled in red.

Throughout this incident Trevaun Robinson pointed to a group who was off camera. Throughout the incident Trevaun Robinson pushed Diondre Whitfield-Smart towards that group. Diondre Whitfield-Smart fired towards the group almost striking a female in the process.

Also with Trevaun Robinson and Diondre

Whitfield-Smart was Christopher Finch, a FreeShotz member of the Highs. Trevaun Robinson is a YNT member of the Highs.

After Diondre Whitfield-Smart fired, Smart, Trevaun Robinson and Christopher Finch ran away from the scene together.

Mara Gomez was in the backseat of a vehicle at an intersection in downtown Minneapolis when a bullet fired by Deandrae Whitfield-Smart shattered the rear passenger window. Glass from that window went into Mara Gomez's eye. This is a photograph of Mara Gomez's condition after this incident.

The evidence in this case established beyond a reasonable doubt that Trevaun Robinson aided and abetted Deandrae Whitfield-Smart. He encouraged him. He pushed him forward, and they ran away from the scene together.

Trevaun Robinson was involved in another shooting in April of 2022 at Merwin Liquors, which is a Highs hangout. Prior to the shooting Trevaun Robinson, wearing the red sweatshirt, was at the Winner Gas Station. He arrived in a dark colored Kia SUV with his girlfriend Hannah Whitfield. They went in the Kia SUV from the Winner Gas Station to Merwin Liquors, which is across the street.

They parked the Kia SUV. As the vehicle was parked, a blue sedan occupied by Abib Mohamed began to slowly creep towards the Kia SUV. It made slight contact

with the Kia SUV. And Trevaun Robinson responded not by getting out and asking for insurance information or calling the police, he got out with a firearm.

He initially tried to get into the driver's side of the blue sedan and then the passenger side. When that didn't work, he fired multiple rounds into the blue sedan, striking Abib Mohamed several times. We have video of that shooting.

You are going to see Trevaun Robinson. You can see the top of his hood on the driver's side of the blue sedan in the middle. He's going to start on the driver's side and then go to the passenger side and fire the shots.

(Video recording played)

MR. LYNCH: So Robinson is on the passenger side right now and about to fire. After firing the shots, Hannah Whitfield got into the passenger seat of the Kia SUV, and Trevaun Robinson got into the driver's seat, and they drove away from the scene.

Law enforcement responded to Merwin Liquors and treated Abib Mohamed for multiple gunshot wounds.

The evidence established beyond a reasonable doubt that Trevaun Robinson agreed to participate in the Highs by personally committing racketeering acts.

The evidence showed that William Banks agreed to participate in the Highs by personally committing

racketeering acts related to the enterprise, multiple acts of drug trafficking.

In February of 2020 William Banks was arrested with over 100 grams of marijuana. Banks was interviewed, and he admitted that he sells marijuana.

In March of 2019 Banks was in the parking lot of Wendy's near Broadway and Lyndale with Prince Martin. Law enforcement searched the car, and they recovered Percocet pills and over 50 grams of marijuana, a distribution amount. Banks was again interviewed, and he admitted that he was selling marijuana.

In August of 2019 Banks was at one of the main hangouts for the Highs, Merwin Liquors. He was in a vehicle and again selling marijuana. He had over 50 grams of marijuana during this incident.

And in January of 2023 Banks was at one of the Highs' open air drug markets in front of the Boost Mobile. He was in a black GMC Acadia. Law enforcement observed multiple, that Banks conducted multiple hand-to-hand drug transactions from the vehicle. Each hand-to-hand transaction is a racketeering act.

On the left you can see the exchange of money, and on the right you can see the customer with blue pills in his left hand.

Also in the Boost Mobile parking lot on the left

is Malcolm Samuels, a YNT member of the Highs, and on the right is Maron Bailey, a FreeShotz member of the Highs. Bailey is talking with Banks, who is in his GMC Acadia below.

Law enforcement pulled up to Banks. He had over $3,000. Law enforcement recovered 160 fentanyl pills, a distribution amount, in his vehicle and another 97 fentanyl pills on him as he was processed in the Hennepin County Jail.

Banks's trajectory selling drugs in the Highs is consistent with the Highs as a whole. He started selling marijuana and Percocets in 2018, 2019. By 2020 -- 2023 he was selling fentanyl pills. He was selling whatever he could get his hands on in the Highs.

And William Banks' phone contains numerous messages where he talks about selling drugs at different hangouts in Highs territory.

On the bottom you can see that William Banks says, "Hittin my stain at Wendy's," we're meeting up with a drug customer.

In this message Banks is asked, "How many can I get for $80?"

Banks said, "I'll do 16," so 16 fentanyl pills for $80.

And you heard testimony from Agent Flanagan that

$5.00 a pill would be consistent with selling fentanyl pills in this quantity.

The evidence showed that Josiah Taylor agreed to participate in the Highs enterprise by personally committing racketeering acts: Murder and drug trafficking.

In June of 2022 following a high-speed chase and a crash with law enforcement, Taylor was arrested with Matthew Robinson, or Matt Lord, in a white van. In the middle you can see Taylor and Matthew Robinson.

And on the right circled in red is Matthew Robinson making the EMB hand sign next to the defendant Gregory Brown, who is making the YNT hand sign. Matthew Robinson placed several calls to Josiah Taylor before the Harvey Williams murder also.

During this stop law enforcement recovered over six grams of Percocet pills from the vehicle that Josiah Taylor was in. Next to the Percocet pills law enforcement recovered a firearm. Josiah Taylor's fingerprint was on the firearm, and Matthew Robinson's DNA was on the firearm.

You heard testimony from Jovan Knight and Avante Nix that Highs members shared firearms. The forensic evidence on this gun is consistent with that testimony.

In April of 2023, Josiah Taylor was stopped coming back from Las Vegas at the Minneapolis/St. Paul Airport, and he was in possession of over 100 grams of Percocet pills, a

distribution amount of Percocet pills.

Josiah Taylor sold Percocet pills as part of the Highs, and he sold with other members, such as Matthew Robinson and Randy date, a YNT member of the Highs.

We talked about in August of 2021 Prince Martin was shot and killed at the Winner Gas Station. A month after that, September 9th of 2021, Jaylen Salter was shot and killed at a barbershop in Highs territory.

These two murders were the catalyst for a violent back and forth month and fall in 2021.

In response to these two murders, Josiah Taylor did what Highs members are expected to do. Five days after Jaylen Salter was shot and killed, Josiah Taylor murdered Harvey Williams, who was a Lows member.

Harvey Williams made the mistake of coming to Highs territory to the Olson Middle School. That's Harvey Williams pulling up in a red Monte Carlo. He's in the beige jumpsuit.

Five minutes after Harvey Williams pulled up, Josiah Taylor pulled up in a black Lincoln Navigator. Five minutes after that, 7:21 p.m., Josiah Taylor drove the black Lincoln Navigator out of the parking lot. At no point during this first trip did Taylor drop off a child, pick up a child or watch practice.

30 minutes later at 7:50 p.m. Josiah Taylor came

back to the parking lot in the black Lincoln Navigator. When he came back to the parking lot, Josiah Taylor creeped past Harvey Williams with the passenger side of the Navigator facing Harvey Williams. He then did a U-turn and creeped past Harvey Williams again with the driver's side facing Williams.

Josiah Taylor drove the Navigator out of the parking lot again. And during the second trip Josiah Taylor picked up no child. He dropped off no child. He didn't get out to watch practice.

Eventually at 7:54 p.m. Josiah Taylor came back to the parking lot in the black Lincoln Navigator and parked near the entrance. About a minute after that, Harvey Williams got into his red Monte Carlo and drove out of the parking lot, taking a right to leave the parking lot. He was followed by Josiah Taylor in the black Lincoln Navigator.

From the Olson Middle School the Monte Carlo, the Navigator, traveled eastbound on 51st Avenue North and then went southbound on Humboldt Avenue. We have surveillance footage, and we played it at trial from 4908 Humboldt Avenue.

The footage shows the Monte Carlo driven by Harvey Williams going southbound on Humboldt Avenue and followed by the black Lincoln Navigator that Josiah Taylor was in. Both

vehicles took a left onto 49th Avenue North and went eastbound.

And it's as the vehicles traveled eastbound that the black Lincoln Navigator passed up the Monte Carlo, and multiple rounds of automatic gunfire were fired from the Navigator at the Monte Carlo, ultimately killing Harvey Williams.

We have ShotSpotter audio, and we played it at trial of that automatic gunfire.

(Audio recording played)

MR. LYNCH: After the murder, law enforcement processed the scene, and they located 26 .40 caliber casings to the west or left of 500 49th Avenue North, the icon you can see there on the right.

We have surveillance from 500 49th Avenue North. From right to left, what you are going to see is first the Lincoln Navigator driving eastbound on 49th Avenue North, and the Navigator is going to run the stop sign at 49th Avenue North and Lyndale Avenue North.

A few seconds after the Navigator goes by, the Monte Carlo out of control drives by, through the intersection and goes to the top left off an embankment, ultimately crashing on Interstate 94.

We're going to play this video.

(Video recording played)

MR. LYNCH: Here's the Navigator coming from right to left running the stop sign. And here's the Monte Carlo.

(Video recording played)

MR. LYNCH: At trial we played surveillance footage from MnDOT or a tracker camera. On the bottom left you see 49th Avenue North. You are going to see the Lincoln Navigator drive eastbound on 49th Avenue North right after it ran the stop sign at 49th and Lyndale.

And towards the bottom right you are going to see the headlights for the Monte Carlo with Harvey Williams in it before it crashes onto Interstate 94.

(Video recording played)

MR. LYNCH: Here's the Navigator coming towards the bottom left, and a few seconds later you are going to see the headlights in the bottom right before the crash.

(Video recording played)

MR. LYNCH: Civilians and law enforcement responded to the Monte Carlo, and Harvey Williams was pronounced dead at the scene.

Law enforcement processed the Monte Carlo. There was a grouping of casings on the front driver's windshield and the front driver's door. The casings and the amount of bullets fired are indicative of the intent of the shooter and are premeditation.

Law enforcement followed up on the black Lincoln

Navigator from Olson Middle School, and it came back to Rockstar Auto, a car dealership in St. Paul. That same day that Harvey Williams was killed, September 14th of 2021, Josiah Taylor purchased a 2011 Ford Edge at Rockstar Auto.

The vehicle had mechanical issues. He was given a loaner vehicle, the black Lincoln Navigator in question. Josiah Taylor returned the vehicle the following day, September 15th, 2021, the day after Harvey Williams was killed.

Cell phone location data for both of Josiah Taylor's phones put him at the Olson Middle School around 7:20 p.m. and 7:50 p.m., when the Lincoln Navigator was visible in the surveillance footage.

You heard from the forensic pathologist the cause of Harvey Williams' death was multiple gunshot wounds, and the manner of his death was homicide.

When you find Josiah Taylor guilty of RICO conspiracy, next you go to a special verdict form that deals with his role in the murder of Harvey Williams.

The evidence showed that Josiah Taylor in the black Lincoln Navigator stalked Harvey Williams. He waited for Harvey Williams at the Olson Middle School. He followed Harvey Williams, and he fired multiple rounds at Harvey Williams, ultimately killing him.

The evidence established that Josiah Taylor caused

the death of Harvey Williams, he did so intentionally, and he did so with premeditation. Josiah Taylor is guilty of first degree murder.

The evidence showed that Gregory Brown agreed to participate in the Highs enterprise by personally committing racketeering acts, numerous acts of drug trafficking.

In January of 2021, Gregory Brown was arrested with 29 fentanyl pills. You heard from Agent Flanagan that the packaging of these pills would indicate drug trafficking.

After this, Gregory Brown gained in stature and position in the Highs enterprise. He became a kingpin with respect to fentanyl pills. He had other Highs members take his risks, such as at the time 19-year-old Sayless member of the Highs Avante Nix. He also worked with Deandrae Poe, an EMB member of the Highs, Squizzy, and on the right you have Clinton Brown, CJ, a YNT member of the Highs.

In a one-year period of time, Gregory Brown made 15 trips from Minneapolis to Phoenix. You heard testimony from Avante Nix that they would get 50,000 fentanyl pills when they went down there. Each one of those trips is a racketeering act.

From November of 2021 until November of 2022, Gregory Brown worked with Avante Nix to distribute fentanyl pills.

On the left you have Gregory Brown and Avante Nix, and on the right you have Calvin Wright, Gregory Brown, Deandrae Poe and Avante Nix, who is circled in yellow and making the YNT hand sign. All four of those individuals are fentanyl distributors for the Highs.

From November of 2021 until November of 2022 when Nix worked with Gregory Brown, he made 13 flights from Minneapolis to Phoenix. The first flight that Nix made was with Gregory Brown and another Sayless member of the Highs, Robert Lesure or Bibby.

Gregory Brown booked that first flight. The email here came back to Gregory Brown. You heard testimony from Avante Nix that Brown booked the first flight.

During the first trip to Arizona Gregory Brown paid for luxury hotels. They went ATVing.

In this video from Gregory Brown's Facebook, you can hear Gregory Brown talking, and he refers to an individual as Fat Folks, which is Avante Nix's nickname, and another individual as Bibby, which is Robert Lesure's nickname.

(Video recording played)

MR. LYNCH: And during that first trip it wasn't only fun and games. Gregory Brown taught Avante Nix the tools of the trade, to get 50,000 fentanyl pills, to separate the fentanyl pills into two separate packages, how

to ship the fentanyl pills back to the Minneapolis area, where to ship the pills.

During that first trip Gregory Brown introduced Avante Nix to the middleman or the supplier or plug. During subsequent trips, Avante Nix would meet the plug for fentanyl pills.

Once the pills got back to the Minneapolis area, Gregory Brown had Nix, or other people working for him, get the pills. They then distributed the pills to Highs members who would sell the pills at Broadway and Lyndale.

Text messages between Gregory Brown and Avante Nix show Gregory Brown's interests in Nix's flight patterns. On September 13th of 2022, Brown asked Nix what time is your flight. Nix sent Brown an attachment that showed a flight to Houston and then from Houston to Phoenix.

Gregory Brown was staying on and off in Houston. Avante Nix went to Houston to get money from Brown before going to Arizona.

Avante Nix told Gregory Brown I tweaked. Did one with a stop before Arizona. Brown told him to try to reschedule a nonstop.

Avante Nix was in Arizona from September 13th to September 15th of 2022. Gregory Brown messaged Avante Nix while he was in Arizona, 1736 Ames Place in St. Paul.

That same month Gregory Brown purchased a vehicle

in the Minneapolis area. And he listed the 1736 Ames Place as his address.

Beginning in the fall of 2022, the relationship between Gregory Brown and Avante Nix began to deteriorate. In September of 2022 Gregory Brown messaged Nix, "You moving sloppy. It might be all the partying and liquor."

In a Facebook message, Avante Nix apologized to Gregory Brown. He said he kept fucking up, and he said he can't keep letting Gregory Brown take losses.

Gregory Brown told him he does more good than bad, and he told him to give the keys for the Benz to his girl before the LSS or losses go out. The only business that Avante Nix had with Gregory Brown was fentanyl trafficking, and they are discussing losses.

Eventually they had a complete falling out over money. And Gregory Brown rapped about Avante Nix in Traumatized Part II.

After Gregory Brown had the falling out with Avante Nix, he began working with Deandrae Poe, an EMB member of the Highs. In these photographs you have Gregory Brown and Deandrae Poe.

Starting in November of 2022, so immediately after the falling out between Nix and Gregory Brown, Deandrae Poe started traveling from Minneapolis to Phoenix on a regular basis. From November of 2022 until June of 2023, Deandrae

Poe made seven roundtrip flights from Minneapolis to Phoenix.

And he followed the same MO that Avante Nix was taught by Gregory Brown, separating the fentanyl pills into two separate packages, sending them from different post office locations in Arizona to different locations in the Minneapolis area. And on three occasions in 2023, Deandrae Poe sent packages to an address at 3112 Emerson Avenue North.

This is a surveillance photo of Poe sending a package to the Emerson address. Police records for that address show that Nubia Taylor was leasing the premises. In the lease paperwork Gregory Brown's ID is scanned. On the left you have Gregory Brown making the YNT hand sign. His girlfriend at the time was Nubia Taylor.

And Gregory Brown was linked to the Emerson address through his Equifax records. In March of 2023 as he worked with Gregory Brown, Deandrae Poe was arrested in Minneapolis with over $25,000 and a large quantity of fentanyl pills and powder.

Gregory Brown also worked with Clinton Brown or CJ, a YNT member of the Highs. In these photographs Gregory Brown is with Deandrae Poe and Clinton Brown. On the right you see Deandrae Poe making the YNT hand sign and Clinton Brown dropping the L.

In October of 2023 Clinton Brown was arrested with over 3,000 fentanyl pills and two firearms, including a firearm with an automatic switch. He was working for Gregory Brown.

We have a recorded call between Gregory Brown and Clinton Brown from July of 2022. We're going to play that call.

(Audio recording played)

MR. LYNCH: So in that call Gregory Brown berated Clinton Brown for talking about his business and moving sloppy.

Gregory Brown also worked with Damone Rhodes, who was a fentanyl supplier in the Highs. On September 21st of 2021, Damone Rhodes was arrested with over a thousand fentanyl pills and over $25,000.

Three days after he was arrested, Damone Rhodes reached out to Gregory Brown and talked about getting back to work. He said, "Yo, this Damone. I posted my 50K bond."

On the bottom Damone Rhodes said, "I'm going call you tomorrow. Imma need the same shit. I'm ready now. Can a motherfucker get back to work?"

In October of 2021 Damone Rhodes, using the Steve Drive Facebook account, messaged Gregory Brown, "I just ran through them joints. I need the same thing."

And then in November he said, "Where you at? I

need some."

Now Gregory Brown filed with the Secretary of State of Minnesota for two businesses involving dog breeding, Za Za Paws and Odd Frenchies.

Gregory Brown has never filed any tax returns related to those businesses. These are the signs for Gregory Brown's business in front of his house from November of 2023.

There is no evidence in this case that Gregory Brown made any money from these dogs, let alone the type of money that would justify his luxurious lifestyle.

Gregory Brown claimed to make no money in 2019, $6,000 in 2020. He filed no taxes in 2021 or 2023, and in 2022 he claimed to make a flat $85,000. He claimed that $40,000 flat was taken out.

You heard from Agent Schommer that this is indicative of a fraudulent tax return. Gregory Brown claimed to work for Mondelez Global LLC. That company had no records of Gregory Brown ever working there.

Gregory Brown's last verifiable employment was April of 2021 when he was fired from SuperValu for job abandonment. Despite that, from April of 2021 until November of 2022, Brown purchased four vehicles: A $50,000 vehicle, a $63,000 vehicle, an $85,000 vehicle and a $72,000 vehicle.

And it wasn't just luxury vehicles. He was showing off huge amounts of cash, $7,000 glasses, Rolexes. The evidence showed beyond a reasonable doubt that Gregory Brown made his money distributing fentanyl pills.

You heard testimony from Avante Nix that when they would go to Arizona, they would get 50,000 fentanyl pills. A conservative estimate based on the amount of trips by Gregory Brown, Avante Nix and Deandrae Poe means that Gregory Brown is responsible for distributing over 1,000,000 fentanyl pills in the Minneapolis area.

The evidence showed beyond a reasonable doubt that Gregory Brown agreed to participate in the Highs through multiple acts of drug trafficking.

The evidence showed beyond a reasonable doubt the existence of the Highs enterprise. The Highs have purposes. The Highs have members who function as a continuing unit. The Highs have structure that bind the gang.

Members of the Highs have a pattern of racketeering activity. The evidence showed that the defendants agreed to participate in the Highs enterprise by personally committing racketeering acts related to the enterprise. The evidence showed beyond a reasonable doubt that all five defendants are guilty of RICO conspiracy.

The defendants Josiah Taylor, Gregory Brown, William Banks and Trevaun Robinson are charged in Count 3

conspiracy to distribute controlled substances.

They're part of the Highs enterprise that sells drugs, that conspire to sell drugs. In the RICO conspiracy we went over several incidents that shows the defendants' activities and roles in distributing drugs as part of the Highs.

The evidence showed beyond a reasonable doubt that the defendants are guilty of conspiracy to distribute controlled substances.

You are going to have a special verdict form for the fentanyl and the RICO conspiracy and also the fentanyl related to Count 3. And that pertains to the defendants and their role in distributing more than 400 grams of fentanyl pills.

The quantity of drugs includes controlled substances fellow coconspirators distributed or agreed to distribute if you find that those distributions or agreements to distribute were a necessary or natural consequence of the agreement or understanding and were reasonably foreseeable by the defendant.

In this case alone we have more than five kilograms of seizures of fentanyl pills.

The defendants in this case are part of the agreement in the Highs to sell drugs. Association with the Highs is required to sell in Highs territory. Highs members

supply each other. When Highs members are selling, they rely on the protection of other members.

And they're selling at open air drug markets. So their agreement and the natural consequence of the agreement and the over 400 grams of fentanyl is reasonably foreseeable to the defendants as coconspirators in this agreement.

In Counts 6 and 7, the defendants Trevaun Robinson and Josiah Taylor are charged with possession of a firearm in furtherance of a drug trafficking crime. The elements for that, first the defendants committed the crime of conspiracy to distribute controlled substances; and second, the defendants knowingly possessed a firearm in furtherance of that crime.

On August 10th of 2021, Trevaun Robinson possessed a distribution amount of fentanyl pills. He was in the front passenger seat of a vehicle. A firearm was located next to the center console and driver's seat where his girlfriend was. Trevaun Robinson had that firearm within arm's reach.

The evidence showed, and you heard testimony from Agent Flanagan, that drug traffickers carry firearms to protect their person and product when they are selling.

The evidence showed that Trevaun Robinson possessed this firearm to protect himself and his drugs as he was dealing at the 4th Street Saloon.

For Count 7, Josiah Taylor possessed six grams of Percocet pills in his vehicle and three grams of Percocet pills on his person. A firearm was located next to the pills in the vehicle with his fingerprint on it. The evidence showed that Josiah Taylor possessed this firearm in furtherance of drug trafficking.

The evidence showed beyond a reasonable doubt that Trevaun Robinson and Josiah Taylor are guilty of Counts 6 and 7.

As I mentioned at the start, for years the Highs have terrorized the community in North Minneapolis. The Highs operated open air drug markets at several different businesses in their territory. People in the community had to get to these businesses, to get goods, services.

You have a gas station, a parking lot in front of a Boost Mobile, a Subway, Wendy's, a Walgreens. People in the community had to walk through drug traffickers and drug users to get to these locations.

And the Highs are in an active war with the Lows. Highs members are targets within their territory. So individuals in the community have to worry about getting shot going to these different locations.

And with any war, there's collateral damage, and that was evident throughout this case. It wasn't only Highs and Lows members getting shot. It was people in the

community, people at the wrong place at the wrong time.

The evidence showed that the defendants were members of this violent enterprise. The evidence showed that the defendants were active participants in this violent enterprise.

The evidence showed beyond a reasonable doubt that the defendants are guilty of RICO conspiracy in the associated counts.

Thank you.

THE COURT: Members of the jury, at this time we are going to take a lunch break, and we'll return at 1:30 for the defendants' closing arguments.

All rise for the jury.

12:21 p.m.

**IN OPEN COURT**

**(JURY NOT PRESENT)**

THE COURT: Counsel, I'd like you back at 1:20 so I can give you jury instructions and rule on any outstanding issues. 1:20. Thank you.

MR. WOLD: Excuse me. Will we have the verdict forms too?

THE COURT: You will have the verdict forms too.

MR. WOLD: Thank you. Are they the same as what we got before?

THE COURT: Slight changes. You can look at them

and we'll --

MR. WOLD: Yeah, I'll wait, yeah.

(Recess taken at 12:22 p.m. till 1:26 p.m.)

1:26 p.m.

**IN OPEN COURT**

**(JURY NOT PRESENT)**

THE COURT: You may all be seated.

I have provided final instructions for you. Those objections that have been made will stand if I haven't changed anything, and any objections made that I have not -- when I haven't changed an instruction means that the objection is overruled.

To point out what I have changed, I'll go through the substantive changes for the finals.

In Instruction Number 7, which is the drug abuser, and that's the language of the model, that does come from O'Malley 1505. The actual language of O'Malley uses the word "must." "The jury must determine whether the testimony of a drug abuser has been affected by drug use or the need for drugs."

There is, O'Malley indicates a multifactor test on whether to use this instruction. I'm not sure that test is met, but I am erring on the side of using it. And so I have put it in, but changed to conform to O'Malley.

The next one I want to call your attention to is

the enterprise defined, which is new Instruction Number 22 on page 26. Instead of using the phrase "hierarchical structure," I have used the phrase "hierarchy."

So in the third paragraph, "An association in fact enterprise need not have a hierarchy." That is the change I have made, and I have not made any others to that instruction.

As to the association and expression enterprise -- jury instruction, which is new Instruction Number 27 at page 41, I have added the word "threats," and I have also added the phrase "without more."

As to the multiple conspiracies instruction, which is now Instruction Number 32, page 49, there is a multiple conspiracies instruction in the Eighth Circuit pattern general conspiracy section. It is 5.06b.

And I don't think either party cited that instruction to the court, but I have adapted it and, thus, changed the multiple conspiracies instruction to follow the language roughly or the appropriate language of the model Instruction 5.06b.

And I'll note you particularly or point you particularly to Number 2 in the notes on use in that model instruction. This instruction is modelled after that.

I will also note the following for you, and that is that the notes on use instruction -- notes on use,

Number 2, references an instruction that this is based off of, and it was approved in *United States versus Adipietro*, 983 F.2d 1468, Eighth Circuit 1993; *United States versus Sawyers*, 963 F.2d 157, Eighth Circuit 1982; and *United States versus Figueroa*, 900 F.2d 1211, Eighth Circuit 1990.

The last change that I wanted to note for you is in the -- there were several places where Oxycodone was used. And we used inconsistently Oxycodone hydrochloride or Oxycodone. I've shortened it to Oxycodone everywhere that it appears in the instruction. And I've also included the distribution and possession instructions as requested.

Other than that, they should be the same as you saw earlier.

And then the special verdict form, I believe you have a redlined copy and also a clean copy. You just have a redlined copy, but we did email the clean copy to you. If you need to print that out for closings, you certainly may. We haven't changed anything except for I think very minor changes, including moving the defendant numbers, and you should see the changes there.

All right. Are there any objections to the special verdict form changes that we have made from the proposed joint?

MR. CALHOUN-LOPEZ: Not from the government, Your

Honor.

THE COURT: From any defendant?

MR. RIVERS: Not from Defendant Giles.

MR. WOLD: No, Your Honor.

MR. ENGH: No, Your Honor.

THE COURT: All right. So I'm not hearing any objections to those. Does anyone need a clean copy printed for closings? If not, I will have a clean copy for the jury after I read the instructions.

Anything further before we bring the jury in?

All right. We'll bring the jury in.

And, Mr. Rivers, we'll start with you, and we -- does it work?

MR. RIVERS: Yeah.

THE COURT: Okay.

1:33 p.m.

**IN OPEN COURT**

**(JURY PRESENT)**

THE COURT: You may all be seated.

And, Mr. Rivers, your closing argument.

MR. RIVERS: Thank you.

Your Honor. Counsel. Counsel. Members of the jury.

First, I want to thank you for your time and attention. Taking three weeks out of your life to sit as a

juror is a very somber and sacred thing. It's the one time in your government where you actually are a part of it. And I want to thank you in advance for your time and attention.

This will be the last chance I get to address you as a group. And when I get done and all the defense lawyers get done, Mr. Calhoun-Lopez here will stand up and try to rip apart everything we just talked about, and we're going to give you a different spin on what's going on here for the last few weeks.

A criminal case is a very unique thing in America. We -- it's the highest standard of proof that we require, but there's three basic principles that really cornerstone every single criminal case.

First is the burden of proof. And the burden of proof is and always will be with the government. Why is that? When you bring a case, you have the burden of proof. For example, if you had a car accident, it's your job to prove your case.

It's their case. It's their job to prove their case and not the defense's job to disprove it. Does that make sense? So it's their burden of proof.

And before we even get there, all the defendants are presumed innocent, innocent of all crimes unless and until the government meets their burden.

And it's that presumption of innocence that all

the evidence should be viewed through that prism.

So if you hear two sides of a story or two pieces of evidence, one consistent with guilt, another equally consistent with innocence, the burden hasn't been overcome. That presumption of innocence is a very sacred thing in our system.

Lastly, on the triangle of the cornerstones of our criminal justice system is the concept of reasonable doubt, proof beyond a reasonable doubt.

Now, it's not proof up to a reasonable doubt. It's proof beyond a reasonable doubt. And you are going to get an instruction from the judge exactly what that means. And it's the amount of care one would use in your most important affairs.

But how far beyond that is up to you guys. There's no instruction on how. There's no mathematical formula, but it is the highest standard that we have in any kind of case that comes into a courtroom like this.

Now, Mr. Giles is only charged in Count 1. And the government's case here is really built on a fiction. It's a fiction that's been repeated by snitches and half-truths. I mean, you heard it in the government's closing.

You know, they tried to put my client with another person. You saw some of the pictures that they put up in

conjunction with the Salter murder. Well, one picture was, you know, a couple years before.

So they're an impressive group. There's no question about it. You've got four U.S. attorneys, two case agents. You've got the DEA. You've got the FBI. You've got local law enforcement. You've got six years plus, seven years plus of investigation.

How many exhibits did we see? A lot. But you know what we didn't see? We never saw an H. We never saw the Number 8. We never saw anybody put up an H sign for the Highs. You know why? Because it's not an enterprise. The Highs is not a gang in and of itself. And it's not an enterprise, and I'll tell you why in a second here.

I want to talk to you a little bit about the elements of the RICO, and I'm not going to go into it in detail as much as the government did because they were accurate in showing you what it needs to be, but it has to be an enterprise.

Members have to be joined together for the purpose of engaging in a common course of conduct. It has to have a common purpose with personnel who function as a continuing unit.

Here here's the thing. It really won't be that difficult when you really come to think about it. If you come to the conclusion that this first element of the Highs

as a criminal enterprise hasn't been met, you need not go any further in your analysis of anything.

Now, some people are charged with some serious crimes, attempted murder, murder, drugs, but none of those mattered if the conspiracy under the racketeering doesn't exist.

The government must also prove that an association had a structure distinct from that necessary to conduct a pattern of racketeering activity.

What has the government shown you, honestly, when we really think about what they've done? They've shown you a bunch of guys on the north side who deal drugs and are violent. Have they shown you any real coordination whatsoever? They've shown you pictures of people together, throwing up signs. So what.

You are going to get an instruction that is going to tell you that's not evidence of racketeering activity. You know, you can't, without more, you cannot use those pictures -- like the video. I mean, I don't know what that tended to show, except for the fact that my client wasn't in it.

And if you look at all these other pictures that my client is in, I think there was maybe one where he throws up a Y. But most of the time he is not throwing up any signs or maybe he's throwing up the middle finger.

This table is really small, so I apologize.

They have to be associated with the enterprise, so it means that the government must prove beyond a reasonable doubt, there's that beyond a reasonable doubt again, right, that he joins with the other members of the enterprise and knowingly aids or furthers the activities of the enterprise, or he conducts business with or through the enterprise.

Why is that important? Well, what do we hear from just about any, including Agent Flanagan? He told you they don't share money. It's all about money. Ain't a damn thing funny. I ain't sharing that with you no matter what.

And what do we really have? We have a bunch of rag-tag guys, low-level drug dealers, who are on the street not sharing their stains or stealing their stains. They're not working together for a common purpose. Who believes that? Nobody does.

The government must prove beyond a reasonable doubt that the RICO enterprise was engaged in and its activities affected interstate commerce. You don't even need to get to that element if you don't believe there is an enterprise.

So if we look at the conduct or participate in the conduct of the affairs of the enterprise, what are the conduct of the affairs of the enterprise? There is no structure to the Highs. You know why there's no structure

to the Highs? Because it's not an organization. It's a place. It's where they're from. It's a place.

A person conducts or participants in the conduct of the affairs of the enterprise if that person uses his position in or association with the enterprise to participate in the operation or management of the enterprise itself.

Okay. Who's the manager of the Highs? With all the evidence that we've seen, who's the manager of the Highs?

You know, one of things I love about their presentation is how much they tell you they don't have to prove, but what they do have to prove is a structure. They do have to prove a common purpose. They do have to prove that, well, at least in Mr. Giles' case that he acted in furtherance of the enterprise.

And they have to prove a pattern of racketeering activity of at least two racketeering acts, right? We're going to get to that in a second, but let's talk about the five things that they attempted to show on Mr. Giles.

First of all, they tried to show that he committed a murder of Darien Berry. And how do they prove that he did that? Well, they didn't prove his location. There's no eyewitness. There's nobody to testify that he did that.

He had clothes that are marginally similar. How

many black hoodies do you think are on the north side, south side or any side?

And if you look at that video, you can't tell who that is, number one. Number two, the tag that's on the jeans on the person in the video is completely blurred. You can't -- and so they have not proved that beyond a reasonable doubt.

And he was alone at the hospital. He's not with anybody. You know, a conspiracy requires an agreement between two or more people and a step in furtherance of that, right? You can't conspire with yourself.

I mean, where was Mr. Giles when he was in northeast Minneapolis? He -- we've got a few different being contacts with law enforcement, right?

And the traffic stop in northeast Minneapolis, he was by himself. Did he have a gun? Oh, he's this dangerous shooter. Don't shooters always have a gun? No, he didn't have a gun. He had a bunch of pills.

And guess what. The pills weren't even the same kind of pills that we're talking about in this case. They weren't M30 pills.

The other one where he's actually -- and where he's actually in the neighborhood, he's stopped with a woman whose transferring a legally cased firearm from one trunk to the other. He was not in possession of that firearm. He

was not in possession of any drugs. He wasn't in possession of any cash.

Oh, by the way, this huge drug dealer called Tyreese Giles had $91 on him when he was in northeast Minneapolis. Do you remember that?

He was stopped in Apple Valley with cash. So what? He didn't have any guns. And they can't tie him to Calvin Wright and receiving any drugs at all.

But if you are a shooter, wouldn't you have a gun?

And then he was stopped in Robbinsdale. He didn't have a gun on him there either. He had a little bit of weed, and that's it. Those are the acts. Those are the acts that they consider Mr. Giles part of this Highs conspiracy.

And how do they, how do they try to prove this? How do they prove that he's a member, a member of this organization called the Highs, which is not an organize at all?

Do you remember how many times the government said, and you are a member of the Highs, right, and that's a member of the Highs, right, and that's a member of the Highs, right, and that's a member of the Highs, right, and that's a member of the Highs, right?

Well, if you hear it over and over enough, it's got to be true, right? They're an impressive lot. They are

absolutely -- I mean, look at them. They are impressive. They have impressive presentation, but that doesn't make it so.

The acts, when somebody is acting alone, they are not acting for the benefit of anybody else but themselves. So when Mr. Giles is in a car by himself, carrying some drugs, who's he acting on behalf of? The Highs? Does that make sense?

The government's case about the Highs, as I said at the beginning, is a fiction. And I'll probably repeat that just the way the government repeated their thing over and over and over again.

It was created by law enforcement for the ease -- like they charged this case out like this. It was created for ease of prosecution. They could have charged the YNTs as a conspiracy. They could have charged the FreeShotz, although I don't know how many members there are.

They could have charged the Sayless or the EMBs, but they didn't. They chose not to. They charged out a neighborhood because it was easier, and it makes better headlines. You can take 45 guys off the street.

But let's look at the term "the Highs." The term "the Highs," it's never mentioned by the people the government say are its members. They don't use the term.

We see the Ys for Young N' Thuggin. We see the 25

for the Y. We see a circle B for Boosie. But we don't see an 8 for H. That's why I made that point, because H is the eighth letter of the alphabet. We don't see anybody with an 8 on their neck.

We don't see any Highs tattoo. We see Emerson Murder Boys, but we don't see High Emerson Murder Boys. We don't see any signs for the Highs. We see the YNTs. We see the Ys.

And when you look at that one picture where they're in a park and they made a big deal out of it, you look at how many different signs there are in that group. It's not a uniform thing.

The government says the Y is for the Highs, but that's not true.

And if you look at the photos of Mr. Giles, they brought the only photo where he's throwing up the Y. Most of them he's not. Most of them he's going like this (indicating). Most of them he's just standing there.

And in this case everyone, every single person was out for themselves. Look at -- the conversation we had about Gregory Brown, you know, I mean he and Mr. Nix.

And Mr. Nix, are you kidding me? Mr. Nix, he was a snitch for how long? Do you think he was in with the Highs? Did he have an agreement with the Highs? He was paid over $50,000 by his account, over 50 grand.

And where did that money wind up? That money wound up on the street, I'm sure. That money went into drugs and guns and whatever.

You have to ask yourself, is the testimony of Mr. Nix the kind of word that you would use in your most important affairs? I don't think so.

He signed a cooperation agreement long before this case ever started, long before this case ever started, and he violated it over and over again.

He lied to Schroeder. I guarantee you he lied to his mother. I guarantee he lied to all the people that he was with because he was snitching on them. And he lied to you when he came into this courtroom. If he's out on that street doing whatever he has to do to make his nut, to make his living, to just be in front of whoever he is going to be in front of and lie to them, he's going to do the same to you.

And what can you do with somebody that lies? You can dismiss their entire testimony. You know, it takes -- I heard from a very wise person once. It takes one lie to destroy a marriage. It takes one lie to ruin a friendship. Consider that when you consider Mr. Nix' testimony.

But he didn't just get money. He got kickbacks, kickbacks in the form of deferred prosecution or nonprosecution.

Wrote a letter to his dad. "I'm coming home." He ain't coming home.

And then we heard from Mr. Knight. So the government's case on my client's involvement, the only people that put him there, really, are these two witnesses, Mr. Knight and Mr. Nix.

So let's kind of go to what Mr. Nix or Mr. Knight was saying.

So this was Mr. Wold's testimony or cross-examination, which I thought was brilliant.

Okay. So you write a letter to your dad. I'm fighting a federal -- "The thing that stresses me out is the shit a motherfucker can do to earn his freedom," right?

Yes, sir.

And you said, I don't know a lot of these -- these niggas on this case, I don't know a lot of these niggas on this case, but it ain't shit for a motherfucker to make some shit up or blame a nigga. That's easy.

That's what he said in his letter to his father, to his father that he thinks nobody's going to see. It ain't shit to make shit up about these, we'll call them, fellows.

That's exactly what I said.

Now, Mr. Wold also asked some questions about the first time he talked to Schroeder. And the first time he

talked to Schroeder, this is before he really knew how serious things were going to go down and before he really became a cooperator.

And I think this was the most honest thing he said. And Mr. Wold asked the question, and he said he wanted to talk with you about gang, gang life of yours, right?

Yeah.

And you told him very proudly that you were a FreeShotz member, right?

Yeah. And we don't answer to nobody. I know exactly what you are talking about.

So he knew exactly the place and the reports that Mr. Wold was reading from. And mind you, this is before anything.

And we don't answer to nobody. I know exactly what you are talking about.

Yeah, yeah, yeah. And he said are the FreeShotz, are you like the Ys, I mean like Y like the letter Y?

He goes, Yeah, I know.

And he was asking, if I'm correct, he was asking if you guys were a little YNT, right?

Yeah, like the little homies, and I told him no.

Yeah, you told him no. And you told him YNTs were totally separate from the FreeShotz, right?

Yes.

This is instructive because this talks about how separate things are, how they don't work as a common enterprise.

And you told him that the only thing in common that you share was the same neighborhood, right?

The Highs is a neighborhood.

And he says yes.

And you told him that the FreeShotz, you don't have to do shit with the YNT, save for being in the same neighborhood, right?

And he said yes.

And you told him, we don't get supplies from them. We don't get supplies.

And remind you. Where was he when he was giving this statement to Schroeder? Remember where he was? He was in the Carver County Jail for breaking into homes and stealing credit cards.

Who's he doing that for?

And we don't get drugs from them, right?

He said yes.

And we don't get anything from them. We're totally separate.

Yes.

That was true, wasn't it.

Yes.

And you went on to say that this is -- this is the trial transcript, because he testified in another trial, from a month ago. You said under oath, referring to the FreeShotz, We don't need shit from anyone, right?

Yes.

They would take care of themselves, and they didn't need any help from any other clique anywhere, true?

True.

So then he starts talking to Mr. Knight, and I'm going to go through this, and I want you to really just remember these words, because the government put this witness on, and this is why this is important.

And I know it's Quay Felton, right?

Yeah.

And the other one is Jaylen Salter?

Yeah.

And those are two of your very best friends, weren't they?

Yeah.

And you are a -- and you have a violent temper?

Let's see.

And you have a violent temper? Your ease at, your ease at shooting people when you lose your best friend, it wasn't the Highs you were going to go after their killer

for. You were doing that because of yourself, right?

Yes.

Let's see.

That wasn't a High deal. That was a Jovan deal, right? Wasn't it?

Yes.

And he mispronounces his name, but he said Knight.

Knight. I am sorry. Yeah.

So this was a Jovan deal. This is what he said. Did it for himself. Not for the organization.

And that's the way everybody conducted themselves.

So when pressed about Mr. Giles personally, Mr. Knight said this: Let's see. Where are we?

Well, you didn't know him like that though, right? You never saw him commit a murder, right?

Nah, nah, nah. In other words no.

And you never saw him sell drugs, right?

Right.

And I believe when Mr. Engh was talking to you, you talked about I think about ten different murders and at least ten -- in between members of different gangs within the Highs area. Do you remember that?

Yes.

And fair to say that those murders were committed for the benefit -- were not committed for the benefit of the

Highs.

No. It was personal, personal problems.

And which is the same way if you are selling drugs, right? Like when you sell drugs, it is for your own benefit to put money in our own pocket.

Yeah.

You don't kick -- you don't kick it up to anybody.

No.

And it's not to benefit anybody else in the Highs but yourself, correct?

Yeah.

That's what he said. That's what he said.

This whole common purpose thing, just because they do similar things doesn't mean that everybody is working together for a common purpose.

Was there anybody that testified that Mr. Giles was in agreement with anybody about anything? No.

Was there anybody that said they shared money or shared a purpose or that Mr. Giles did anything for the sake of the Highs or the organization or the enterprise? No. Because they are not like that. Mr. --

Every time Mr. Giles got caught doing whatever, pulled over by the police, he never had a firearm on him. He was usually alone. And only one time was he even in the area. And the one time he was in the area, he had no drugs

on him. He had no gun on him. Was let go. Never charged with a thing.

I hasten to even wonder why they included that as an overt act. He didn't possess a firearm. He didn't possess any guns. What's the crime? That's not racketeering activity being at some place.

And that's the other thing you have to know. Just being with a friend that you grew up with in this area doesn't make you a High, because there is no High.

And so there's an instruction about free association. Take a look at that. The gatherings weren't crimes in and of themselves.

You know, it's a heavy thing being on a jury. It's a heavy thing representing somebody you care about. It's a responsibility. They can fix what I do. They can't fix what you do. That's why our burden is so high. It's beyond a reasonable doubt. It's the highest standard, and you guys have a tough job.

You have a solemn oath, a very, very difficult thing ahead of you because there's a lot of evidence to sift through.

However, you need not go further than enterprise. These people did not act as a common unit. They are a brunch of rag-tag, young gangsters or gangster wannabes, and as much as, you know, it's just not charged out properly.

And that's not your fault. That's the government's fault.

So they can be made to answer for that another day. But there is no RICO here. There is no RICO here. The Highs is not an enterprise, period, hard stop, end of story. And if you come to that conclusion, Mr. Giles is not guilty.

Thank you.

THE COURT: Thank you, counsel.

MR. WOLD: Can we just have a couple minutes to get this hooked up?

THE COURT: Sure.

MR. WOLD: Josiah Taylor was a prescription drug dealer. That's a fact. Josiah Taylor sold prescription pills in northeast Minneapolis. He sold prescription Percocets. He conspired with absolutely no one to do so.

He didn't get his supplies of pills from any gang member on the north side or anywhere. He didn't share territory. He didn't sell on Broadway. He traveled alone to get his supply. When he came home, he wasn't met by some other gang member. He was met by his significant other and his children.

He didn't share his customers. He sold his pills by himself and kept the money for him and his family. And not once, not one time, did he sell fentanyl. Not once did he help anyone sell fentanyl. Not once. Never.

This case would have been resolved a long time ago if Josiah had been properly charged with possession and distribution of prescription meds in Hennepin County court, but that is light years away from what happened here.

Racketeering and murder. I have a bit to unpack here. Josiah Taylor gets a separate trial, as each of these gentlemen do. You must compartmentalize the evidence and charges against each.

There is no such thing in our justice system as guilt by association. We have the constitutional right to associate. Judge Brasel will even remind you in her instructions of our constitutional right of freedom to associate, of speech, and freedom to go to a funeral of a childhood friend without being labeled a criminal.

The context of your job as judges of the facts is to do so through the lenses of our constitutional principles of the presumption of innocence and proof beyond a reasonable doubt as peers of Josiah Taylor.

It seems like a long time ago, but when I first had ten minutes to talk to you in our jury selection process, I talked to you about the presumption of innocence and the vital importance it has in our justice system.

I asked each of you honestly if you could look at Josiah Taylor and presume he was innocent, and that carries with him through the point and only the point you can find

him guilty beyond a reasonable doubt of every element of an offense. And there's a reason for that. I think it is unnatural for us as citizens to presume innocence.

You know, I mentioned you see a 15-second spot on TV at night of someone in a jail outfit accused of a crime. You just, of course he must have done it. That's what we think, but that's not here. And there is a reason for it.

Think of the name of this case. The United States of America versus Josiah Taylor. The United States and its resources, the FBI, the BCA, the DEA, their forensic scientists, their phone experts, their drug experts, their highway camera systems, versus Josiah Taylor and his court appointed lawyer.

It's the epitome of an underdog. That's the need of the presumption of innocence. And I asked you at the beginning to apply it to Josiah Taylor and apply the presumption of innocence to him as you would someone you cared about and presumed was innocent as they, as they are with you.

If an accusation was made against a member -- or a mentor or a family member or someone you trusted and loved, you would say, no, it's not true. You would say, no, it's not true, and you would hold that belief, unless that evidence was overwhelming to prove that otherwise, and that's the presumption of innocence. And if you don't give

that to Josiah Taylor, you are ripping him off.

Proof beyond a reasonable doubt is the heavy burden the government must carry, and you've heard about that. I won't repeat it.

I will tell you now my argument will proceed in three parts. First, the murder of Harvey Williams. Next, the myth that the Highs is a RICO enterprise, and lastly, I will address the three charges against Josiah Taylor.

Harvey Williams. The murder accusation and investigation should be an embarrassment to any law enforcement agency and any prosecutor.

First degree murder, it does not get any more serious than that. I am confident that each of you would agree that no one should be charged with that heinous crime without a thorough investigation.

You heard from Sergeant Jensen about his theory of the case, and we will go through his testimony and everything he ignored. He jumped to a conclusion and filled it in backwards.

Initially Sergeant Jensen testified that he heard this from an anonymous source, that Matt Robinson and Harvey Williams had some beef, and they were at a football practice together. And Matt Robinson wanted him offed. That's what he heard. That was the anonymous tip.

Yet, he did absolutely nothing to check that out.

We know from Sergeant Jensen's testimony and from the evidence presented that both he and the Minneapolis Police Department failed to investigate Matt Robinson. They did not even talk to him.

They didn't check to see if he was even at that football practice. They didn't see if he had a kid at that practice. They didn't even check what kind of car he drives and didn't care. You saw it here. They entered, you know, what, three or four clips from a 20-minute video to prove this case to you?

I showed him where Matt Robinson was in his vehicle. And you saw Harvey, a supposed rival gang member to Matt Robinson, hanging out next to Matt's car for minutes and minutes and minutes talking with him. You have the video. We introduced the whole thing, so you have it. They're talking. He's at one point handed a box of donuts. He's given a donut.

Did you see any body language or anything in this relationship of any animosity of a rivalry, of a beef? There was none. It didn't matter. They didn't even look at it.

Next, how about this supposed U-turn that they chose, not you, the finders of fact here, that it was even important enough to show you this, how they contend a Lincoln Navigator did a U-turn two blocks down the road in

the dark and came back.

I introduced the full video to you. You can see that. We showed it to you. You saw the Lincoln Navigator take off out of the parking lot and continue straight. Watch the video carefully.

Ask yourself this: Why go two blocks if you are here to surveil this guy? Why go two blocks and make a U-turn and turn around and come back? Why not just turn and park in this hidden place in the parking lot apparently where Jensen thinks it happened.

And then his theory is, it's this Navigator flashing its lights. And what sense does that make? What message would that be signalling? And to whom?

Matt Robinson's car had just left minutes before with his son and Josiah's son. That's what Josiah came back to see, if his son was still there. You -- all these phone calls about -- well, we will get to that.

Harvey Williams left of his own accord. The Sergeant Jensen continued or contended that this vehicle pulled up out of sight and in his speculation just waited out of sight and then after Harvey Williams went by followed Harvey Williams. Can't see that. You can't see that. Speculation.

That's just his. For all we know, all you know, the Lincoln Navigator kept going down the road, or if it was

the Lincoln Navigator that came back, you can never see it parked out of sight in a parking lot and follow Harvey Williams.

All you know is, it took a left and kept going. That's a conclusion you jump to, if you don't want to investigate a case.

How does that make sense? You know, you could just walk down that street with the officers you have from the Minneapolis Police Department and see if there was anyone that had a camera on the houses going down there and see if that car made a U-turn or see if that Lincoln Navigator came back and parked in that hidden spot in the parking lot. Might that be helpful? Might that be a good investigation?

You, we know, after the Lincoln Navigator leaves that parking lot, it can never be identified again by video. No license plate. Never see a 24 in the windshield. Never see a silhouette of a heavyset, long-haired person in the vehicle. You are just asked to assume that that's a Lincoln Navigator.

You know, all due respect to Sergeant Jensen, all due respect, but in his report after the Navigator leaves the parking lot, Sergeant Jensen refers to the vehicle that he thinks is following the red Monte Carlo as a black SUV, but not when he's testifying yesterday. It's Navigator,

Navigator, Navigator, Navigator. We're past this. Just repeating the word doesn't make it any more true.

His U-turn is a guess. A simple scapegoat, an easy answer born from an easy target. I will show you -- and then they had the phone expert come on. I'm sure you waited at that point, and this is going to show the contact between Matt Robinson, who wanted to off this guy apparently, and Josiah Taylor.

And then we'll show the Navigator at the murder scene. That's what you might have anticipated. It never happened. What you saw were two calls, maybe, maybe that went through, brief calls, one at 7:43 and one at 7:48 between Matt Robinson and Josiah Taylor. That's it.

You will also see Meko Holbrook phone records, and her phone and Josiah were in constant communication throughout this whole process.

What -- and then that's on page 10. It's Exhibit GG18 of the government's exhibit that will show those, only those two calls. I mean, did you anticipate when you heard this story that, that Matt Robinson wanted to "off" Harvey Williams that there might have been a call after he got there and Harvey Williams was standing outside his car to say, Josiah, better get over here, I need your help.

Nothing. Not a call. Then, you know, it wasn't

until football practice was about to end and he's calling Josiah about his son, that's the first call.

Interesting, you will see in that same exhibit, and I'll direct you to page 12. Between 8:00 p.m. and 8:12 p.m., there are four calls to Matt Robinson. None of them from Josiah Taylor.

Do you think it might have been a good move by an investigator to check out those -- if you are not going to talk to Matt Robinson, maybe you could just run those numbers and see who's calling him right after a murder happened. Nope. Didn't need to do that.

You heard that Sergeant Jensen and all his resources and personnel of the Minneapolis Police Department couldn't bother to try to identify or question any of these guys standing next to Harvey out at the scene. Do you think that might have given some information?

They couldn't even bother checking this guy that the anonymous caller had said was there with Matt. He was identified as the anonymous tipster as a person called Midtown. We never heard that name before, and we never heard it again.

Do you think they might want to check who this guy is after the anonymous call? Didn't happen. The government skipped right past that.

That's the investigation in a nutshell, just pick

a target, jump to the conclusion, stick with it, no real investigation, no follow-up, easy, thorough, police work at its very finest. Call it a day. Call it a day.

He's just a black boy from the hood. That's enough. That's enough for him. And how about Harvey Williams? Do you think he deserves a little better investigation than that?

The reality is that the very last time the Navigator could be identified is when it enters and leaves the lot the second time. Watch the videos. Navigator leaves minutes after Matt's car has left with his son, which itself was a matter of minutes after the call between Matt and Josiah. The Navigator exits the lot and is out of sight. The U-turn is a fiction of convenience.

The vehicle that flashed its light and turns does look like a dark SUV. That's true. But you also saw all the dark SUVs in that parking lot. Given the nature and laxity of this investigation, it seems like a conclusion born of laziness, open and shut, no need to check out anything or anyone else, especially those, they are named by the anonymous tipster.

And keep in mind. Josiah Taylor was never mentioned by any anonymous tipster.

Next, you saw the Ring camera. You saw the Monte Carlo slow, which turned left at the intersection. Behind

it a ways was the dark SUV. Can't identify that as a Navigator. A third vehicle got between the Monte Carlo after progressing through the intersection. Then the dark SUV turns left.

Can you identify it as a Navigator? Convinced beyond a reasonable doubt that that's a Navigator? No way. Moreover, what is the very next car to follow through the intersection? Another dark SUV, an unidentifiable SUV.

Now on to 49th and out of sight and any camera -- and out of sight of any camera goes the Monte Carlo, then the sedan, then the first dark SUV and the second SUV. It's minutes before you see anything else to the next camera.

And you do see a dark SUV run the stop sign. It's a dark SUV. You saw the video of the intersection. It's a dark SUV.

Do you know the occupants of any car murdered Harvey Williams? In the five minutes before -- and we give you that tape too, or that video -- before the SUV and the Monte Carlo run the stop sign, you see no less than eight dark SUVs on the camera.

You also saw vehicles heading in the direction of the Monte Carlo from the west -- from the east just before the shooting. The sedan that was in between the Monte Carlo and the two SUVs seems to have turned off somewhere. Do you remember that one? I highly encourage you to review that.

At least one of the two dark SUVs is gone too. Seems to have turned off too. Where? When? Which one? Did another SUV turn in between? There's seven different streets between Humboldt and 94.

It was a dark SUV. We don't know where the Navigator is now. Is an oncoming westbound shooter possible? At least I asked that question. We don't know. It didn't seem as though Sergeant Jensen, when I brought that up, had thought about the possibility I posed to him. He said, yes, it's possible, now that he thinks about it. Would that scenario be consistent with the bullet pattern?

And conversely, could a single person driving a big SUV fairly quickly shoot a switch, Glock? It's shooting 30, 40 rounds out a window and down, and hit a car? Is that -- you buying that? That's just what he said this morning. Please, please.

You heard when I asked the first person about shooting a gun like that, certainly the kickback is incredible. I wouldn't personally know, but I can imagine a .40 caliber shooting 30 rounds in a matter of seconds, it's going to be incredible.

You would think holding with two hands is what they recommended, but driving and taking -- (indicating), are you kidding me? That's proof beyond a reasonable doubt. Let's get him. Let's get him. That's enough for him. Got

the black boy from the hood. That's enough, isn't it?

They didn't find any signs of shooting inside that vehicle, and you heard about it.

There was a guy, you saw him at 7:20, that got in the back of a Navigator. The tape had dropped off, but you saw him get in the back of the Navigator. Did you ever see anyone in that car again?

I imagine the next part of the story is there must have been someone, some unidentified person in the back of the car, that will be the second story. But they have to prove that beyond a reasonable doubt too, if that's going to be a new story.

You heard that no shell casings were recovered from the Navigator, no gun smoke, no residue, nothing like that.

And, you know, they're asking you to guess that Josiah Taylor is guilty of first degree murder. And this was -- you might remember forensic scientist Joshua VonHaugg? Do you remember him? A young guy, he was at the scene that very night.

They walked through, and he found the bullet casings and brought them in. He talked about, about that's what they put him up there to do.

But what they omitted telling you was he also checked fingerprints. He also checked fingerprints, known

fingerprints that they had, and they excluded Josiah Taylor.

Is that something that as a fact finder you would like to know? Do you think they should tell you that? They left it out. If I wouldn't have brought it up, you never would have known.

And let me just bring up one other point. The fifth witness in this trial was a woman named Renee Tremaine, I think. She was a forensic scientist from the very Minneapolis Police Department. I asked her one question on cross-examination: Can a shell casing be tested for DNA? Would a shell casing be able to demonstrate DNA? And she says, yes, it could.

So after Mr. VonHaugg answered my questions about the fingerprints that didn't match Josiah Taylor, I asked him about DNA on these shell casings. And he says, well -- I mean, this is the same, from the same office, I believe, as Ms. Tremaine. He says, well, we don't do that. That's what the BCA does.

So what did the BCA find? That's interesting. And I want to bring up why it's interesting, because you will remember Lieutenant Lepinski testified here, and he talked about the, I think it was June of 2022 when Josiah and his friend Matt Robinson were sitting in his vehicle at 21st and Washington.

And Lieutenant Lepinski came up, and that's where

they knew they'd find Josiah because that's where he sat and sold his prescription Percocet. And there he was. He took off. It wasn't a high-speed chase. He went about ten yards I think and got caught between the light pole and the building.

And in the back compartment they find this gun. And what the prosecution wanted to tell you was, this partial print on the extended magazine that was in that gun matched, they think, the left thumb of Josiah Taylor. That's what they wanted you to know. That's all they told you, right? Do you remember that?

If I wouldn't have asked Lieutenant Lepinski, there was DNA testing done on that gun, wasn't there? Yeah. And that DNA testing excluded Josiah Taylor, didn't it? Yeah, it did. And that DNA testing showed Matt Robinson's DNA was all over that gun? Yes, it did.

Do you think as fact finders that would be something you would expect the prosecution to tell you when they're trying to convict this black guy from the hood? Do you think?

So that's, that's what, that's what happened. And let me remind you of one thing, and maybe you haven't noticed this. That was the only gun associated in any way with Josiah Taylor, found in that vehicle of his in June. And we'll get there, but what happened. Remember in that

car, Matt Robinson comes out through the back. He comes out through the back of that car and then through the red car to get out.

Matt Robinson lifted that thing up there and put his gun in there, and that's how it was found. That was his gun. That was his DNA. That's the only gun that you've ever seen close to Josiah Taylor in this case. There is no photograph of Josiah Taylor holding a gun.

There has been not one witness that has said they've seen Josiah Taylor with a gun. But somehow in this murder that was so well investigated, Josiah Taylor somehow shows up with a machine gun Glock to carry out a murder.

So, you know, this homicide, this murder was turned over to this group when they started in 2023. And they indicted Josiah Taylor, and that's the first time he hears he's involved in a murder.

And as anyone should see, this is far from an investigation. This is far from a murder investigation. This is far from proof. So they need help. So what do they do, they begin auditioning snitches to find somebody that can help them with this case. That's what they did.

And sure enough Avante Nix learned that the government needed help with a murder case against Josiah, so he knows the drill. He auditions. And remember. Remember. He testifies here in front of you that, yeah, he knew Josiah

Taylor because he thinks he had a relationship with his father.

That's what he told you. That's not what he told the government when he's auditioning to be their snitch, to be their cooperator, to reduce his sentence. And as he told Andrew Schroeder, his handler, he expected he'd walk after this case, after his cooperation.

But he told them, he told them he could help them with Josiah Taylor because their families were close, their families hung out together. In fact, he called Josiah Taylor uncle. That's what he told them when he's auditioning for this job.

Interesting. You heard me ask him. Do you know Josiah's mother Ruth? No. Could you name any of his five kids? No. Do you know where he lives? No. But you got his foot in the door. They hired him as a cooperator. And they can believe whoever they want, but so can you. So can you.

So Avante Nix comes in and says, yeah, he just, Josiah just told me out of the blue that he killed Harvey Williams. The rest of the story he hadn't quite got it put together, really, because you remember. He said, yeah, he was driving a black Impala when he did this shooting and in fact he sold it to my friend Bubba, right? Do you remember him telling you that?

Well, did you hear from -- Josiah Taylor's never had a black Impala. You will never see a black Impala in any of these videos you watched about this murder, but that's what Avante Nix said. The government didn't bring that out when they had him on the stand that that's what he told them.

I mean, you -- all lawyers like to win their cases, but can we be honest about it?

You heard enough about Avante Nix. Obviously he doesn't care much for me, and that's fine. But that's what they added to this murder charge to prove beyond a reasonable doubt that Josiah Taylor is a first degree murderer.

If that's proof beyond a reasonable doubt, you know, God help us all. That's, that's all I can, that's all I can say.

I am, I am moving on. I'm going to talk now. It's -- I have notes here I'm using, because I can't miss anything here. This is, this is very, very important.

I'm going to talk about RICO now. Josiah grew up in North Minneapolis. He grew up on the North side. It's a unique part of this city. Poverty, poor schools, neglected infrastructure, but still a real community.

Young boys sought support and structure often when it wasn't available in their homes. They associated in

neighborhood groups. Some became known as gangs. Some became violent. Josiah's boyhood friends were associated with the YNTs, and he was, he became associated with them too. Young N' Thuggin. Just associated. They were his friends.

Randy Tate, Prince Martin, Matt Robinson. None of them were violent as Josiah hung out with them. It was their community. It was their neighborhood. They remained his friends. Those are the names of people you have seen and heard him sharing time with. They were friends, but they were all individuals, responsibile for their own lives.

Across the neighbors, there were many other cliques of friends. Some were quiet. Some were not. Some were violent. Some were not. Some shared their space and their friendships, and some didn't.

But there was never an affiliation, as the government claims, of a notorious criminal enterprise that's an umbrella overall of them.

In my opening statement, I said the Highs or high end was a term of convenience created by the Minneapolis Police Department. And there have been in this case over 30 Minneapolis police officers that have testified here, and including Hennepin County Sheriff's deputies.

And not one of them has disputed that characterization that I made at that time. In fact, you

heard Mr. Engh ask Lieutenant Lepinski that directly. He noted to Lieutenant Lepinski, quote: "I wrote down a sentence that you mentioned at the start of your testimony. You said, 'We called them the Highs.'"

And Lieutenant Lepinski says, "Yes, that's true. That's what we called that neighborhood. It's a term we use."

You may remember Investigator Erin Voss, who was the eighth witness here. She is a case agent with the rest of this group. She testified that the Highs was an umbrella over all the north side gangs. I asked her who invented this umbrella, who came up with this umbrella over all north side gangs.

I asked her who started this, who conjoined this, who can withdraw. And she seemed confounded by all of those questions.

So what does the government do to prove the existence of this super umbrella gang? They call two cooperators: Avante Nix, Jovan Knight. Interesting choices. Interesting choices.

They had several answers that were the same. First, both of them conceded prior to meeting with the government in 2022 or 2023, while auditioning to be cooperating witness, that they had never used the term "Highs" before as a group they belonged to. They were proud

members of Sayless and proud members of FreeShotz. They had bragged about the association with these gangs, but never once mentioned a mega gang called the Highs.

And then I asked, you might remember, obviously, I irritated young Mr. Nix by asking him about this association, but I asked him, how did you get in? And he just said, well, we're in because we're there.

I say, Can you get out? And they said, You can't really get out. Kind of like the Twilight Zone, it seems. It's interesting.

And don't forget Mr. Knight said that the FreeShotz and the YNTs don't really get along at all. They would rob and shoot each other. He told Sergeant Schroeder that FreeShotz don't have shit to do with the YNT, that they weren't homies, that they didn't get shit from them and don't really sound like working together.

That doesn't sound like working together. That doesn't sound like a group effort. That doesn't sound like an umbrella of friends that work together.

Let me make a point here. There are plenty of ex-gang members out there, ones that have been busted and did their time and then gone straight and reintegrated in society.

Did we hear from one of those that's not getting paid to testify? Did you hear from one of those that's not

working to get out of jail? Did you hear from one of those to say, yeah, the Highs is a real umbrella organization? No, not one. Not one.

You only heard from a couple of desperate young men that are bargaining for their substantial assistance. The Highs just is not an enterprise, and Josiah Taylor absolutely never worked for the Highs or anyone but himself.

Josiah sold prescription Percocet in northeast Minneapolis by himself for himself. Not one time did he buy pills from another person on the north side, whether they are in a gang or a clique. Not once did he share his small profits with anyone but his family.

Not once did you hear or see Mr. Taylor selling his Percocets in High territory. Avante Nix told you where he would find him selling his pills, 21st and Washington. 21st and Washington. You may remember him testifying to that.

I asked him is that where Josiah Taylor sold his pills, and he said, yes, that's where he did. And Mr. Lynch then asked him on redirect, yeah, but, but, but he sold them on Broadway too, right? Negative. Negative. They need to get him over in Highs territory to be a part of the group.

You see? You see? That's the point of the question. That was a bad answer for them that Josiah Taylor doesn't work the block, because he doesn't. He's not

working for any organization.

Let me just attempt, and maybe I'm going too long here, but this is so important to me to help this young man.

I grew up. I grew up -- this is an analogy. I grew up in a small torn in northern North Dakota. Bottineau is the name. It was my home, my neighborhood. I loved it my boyhood friends were all there, many still are. I still see them. They still are my friends. We were loyal to a point.

Our main rivals were five miles away in other town called Rugby, the Rugby Panthers. We were the Bottineau Braves. We had great disrespect for each other. And like many young folks, we displayed that disdain for each other. But there was nothing I did for the good or the bad that was in the name of my community.

Everything I did for better or worse was for my personal agenda, my personal responsibility, and the very same is true of Josiah Taylor. He associated with YNT, but his life was his own, his actions were his own responsibility.

I thank you. I want to just look, if I can, at the charges against Josiah Taylor, and I'm going to show you the verdict form as it relates to Josiah Taylor.

His Count 1 is this RICO conspiracy. And you see it there. The question you will face is, is Josiah Taylor

guilty or not guilty of racketeering, being a member of the Highs gang. The answer is, no, he's not a member of the Highs gang.

Josiah Taylor gave the same YNT group sign that he's a member of. That's all. Josiah Taylor never did anything for the Highs ever, ever. That's just a no.

And you go down, and I'm not even going to do it, because he's not a High and never was. He's not guilty of being involved in a racketeering enterprise. And you see the questions after that.

If you go after that, did he intentionally distribute fentanyl? Well, you know that never ever happened. There was never even a suggestion that Josiah Taylor sold fentanyl to anyone. And the same is true of the next question.

And then you get to (C), and that is, is he guilty of first degree murder, and that would be a tragic mistake, tragic mistake if you made that choice. That's Count 1. You just go past it.

Count 3 is the next charge he's faced with, and that's a conspiracy to distribute controlled substances, and I've talked about that. Josiah Taylor sold pills by himself. He conspired with no one. And you know they went through this, Mr. Lynch did, and the four people they're charged with conspiring sell fentanyl, that's not Josiah

Taylor.

Josiah Taylor never ever did. Josiah Taylor sold pills by himself. And if there was a crime charged like this, they can charge him in Hennepin County tomorrow with that offense, and we'll take care of it, because he did it. But he conspired with no one to distribute controlled substances.

You can just -- I mean, look at the rest of the questions. If you find him guilty, then look at these. Did he sell more than 400 grams of particular amount of fentanyl or, or less than 400 grams, more than 40?

Yeah. He just didn't do it. That's not Josiah Taylor.

And then here, here's Count 7 is the last charge, and that's the June, whenever it was, 2022 summer deal when he was caught, and his buddy Matt Robinson was in his car, and Matt had his gun that he stashed in the door before he got out.

That was Matt Robinson's gun. His DNA was on it. And there's no DNA of Josiah Taylor on that gun. He can't possibly be guilty of that last charge.

It's hard not to get emotionally involved in these cases when you work closely with a decent young man like Josiah Taylor. And he is just not -- he's not a perfect young man, not perfect in many respects, but he is not

guilty of the charges that were brought here.

And I very respectfully ask you to find him not guilty of these charges, because he's just not guilty.

Thank you.

THE COURT: Thank you, counsel. We'll take a 15-minute break, and we'll come back at 3:25.

All rise for the jury.

3:10 p.m.

**IN OPEN COURT**

**(JURY NOT PRESENT)**

THE COURT: We're in recess until 3:25.

(Recess taken at 3:10 p.m. till 3:30 p.m.)

3:30 p.m.

**IN OPEN COURT**

**(JURY PRESENT)**

THE COURT: Thank you. You may all be seated.

And Mr. Engh.

MR. ENGH: May it please the court. Counsel for the government. Counsel for the defense. Mr. Robinson.

Ladies and gentlemen of the jury, this is about a place that you will never be at. It's an, it's an intersection of life that undoubtedly feels strange to you. It's a place where horrible things have happened, and it is a place that is nonetheless familiar to Mr. Robinson.

The case is sort of a dialectic in a way because

how you evaluate happened at this place will dictate your verdict. There's a lens that you look at at this place without any help from the law; and just as a visceral response to it, it's a place of open air drug dealing and murder and car accidents and shootings, killing stations, liquor stores. And people are there.

And without a filter or a lens to look at it, you can kind of assume that it is also horrible, that anybody there is horrible. But that's not how the law works, though. The dialectic I am talking about is a lens you have to look at the case as dictated by the court, and it's a lens that is framed, as you will, by a presumption of innocence.

And if you look at the case from the presumption of innocence, and look at Mr. Robinson, for all his imperfections from that presumption alone, the view of that intersection and place changes quite a bit.

So if you presume him innocent, he's there. He's found with some drugs. If you view him as innocent, you say there's no scale. He's not a dealer. If you view him as guilty, you say there's no scale, therefore he's guilty. If you are like Agent Flanagan, if you say he has no money, he's guilty. If you view him as presumptive innocent person, he has no money. He's not a dealer.

If you presume him innocent because there are no

customers, that means he's not a dealer at all. If you presume him guilty because there's no customers, ala Agent Flanagan, he's guilty because no one is around at 4:00. There is no supplier. There are no sales. There is no delivery.

If you presume him innocent, you look at all the facts in the case. There is no Arizona. There's no proof that the dope that he had, the 95 pills, came from anybody in this case. There are no flights. He wasn't involved in the Wells murder. He's not involved in the Berry murder. He's not involved in the Williams murder. He's just there living his life.

And if you look at him as an individual in the context of a social network here and signs consistent with the First Amendment rights that he has, the image or the lens tells you that the case is much different for him. It really is.

Before I get too far, I want to put a structure to what I'll going to talk to you about too. I want you to know where I'm going to go here, so you can follow me along. And, you know, the name that comes to mind initially is John Ruskin. He was an English philosopher, and he was a rock star in England about 100 years ago.

There were a lot of PhDs theses written about him. He was considered the key philosopher in England. And he's

largely forgotten today, but he did come up with a sentence or a phrase that I'd like to share with you that gives us a way to frame our own case.

And the sentence was, the composition -- a composition is the arrangement of unequal things. It is up to the composer to decide what must stay and what must be, what must be cast aside in life's unfurling passage.

I will repeat that again. The composition is the arrangement of unequal things. It's up to the composer to decide what must stay and what must be discarded in life's unfurling passage.

So what is he saying? He's saying that the composer, the painter he's talking about back then, but the composer, the arrangement, the way of viewing things is to decide what is important and what is not. And that's what you've got to do too: What's important here and what's not.

In law, the composition that we arrange is formed by questions. When we enter law school, there's this case law method, and the cases are all started with the same way. The issue in this case is whether we're not such and such, and the facts are discussed, and the court then decides the issue in the context of the facts.

So the issues frame a legal case. If you've ever read or want to read a Supreme Court decision, which are interesting if it's the topic that is relevant to you, the

first paragraph is always, This case comes before the court on an issue that's unresolved. The question we must ask or answer is this as follows. And then they proceed for 90 pages, and then they answer the question.

So our task, my task for you is to frame the case with questions. And how you resolve those questions will be how you resolve the case.

So the first question is whether or not this is about a place or an enterprise. And does the criteria for enterprise basically describe the place we're dealing with. That's the first question.

The second question is whether this case is really about familiarity as a touchstone of acceptance and whether or not his conduct is premised on familiarity rather than criminality. That's the second question.

The third question in the case is what about those four instances that they've had here where he's been arrested. I want to talk about each one of those and tell you why that doesn't prove the RICO enterprise.

So there are three questions.

Then before we get to those, I want to touch briefly on the presumption of innocence as well, the burden of proof beyond a reasonable doubt, and go over what the language is in specific and also talk about your duties and obligations here as a jury. I'll end with an anecdote, and

we'll be ready to go.

It's every -- I've been married a long time. My wife loves these crime shows, and I always ask her why she's watching them. And she says, well, the actors are handsome and the actresses are beautiful and the story always ends well.

And, you know, I feel like it's an encapsulated whole, it kind of all works. And I said, that's not reality. And she says, well, I don't care. This is, this is something enjoyable for me. And so we got used to watching these crime shows for that purpose, because it all works out.

Well, you know, I remind her that the law is different, and she goes back to her crime shows, but the point is that we're not actors here. It's one thing to be in a show. It's quite another to stand before you, as I do right now, and argue for someone's life.

And so I want you to stay with me now. This is going to take about a half hour. So let's start with the presumption of innocence, proof beyond a reasonable doubt, function of the jury. I'll not repeat what my friends have said, and we'll go to the three questions. And I've got an anecdote to end.

Well, Mr. Rivers talked about it briefly, but when we were starting our country here in Philadelphia, the

question for the founding fathers was how to make sure that people are treated fairly in this country, because the standard or the reasons we exist is whether we treat people fairly in the United States. And so the struggle they had back then was how to do it.

And Independence Hall is smaller than this. The best part of Philadelphia is the Thomas Graff House where everything was written. And if you are a friend of -- a fan of the Monroe, Jefferson, all those people, you skip the Independence Hall, and you go sit at the desk where Jefferson wrote this stuff.

And it's about the size of your jury room right there. There's a window, and it's hot. If you are there in July, you sweat it out in Philadelphia.

It's quite enthralling really to be there, but the idea they came up with was that no matter who you are, what you've done, your economic class, your race, where you live, you get the presumption of innocence. It starts for you.

And it's important to think about what that means, though. Mr. Wold talked about someone that you know who might be in trouble.

The best story, though, I thought of a case in Kentucky. It's the Billy Taylor. He was a kind of a near-do-well in the rural Kentucky area. He was a burglary constant, breaking into houses. He'd been in court, in and

out for six felonies.

And one day entered one of his friend's house and took some money, and his defense was that he had consent to go in. And, of course, entering a house and taking something out is a burglary.

And the, he decided to go to trial on that defense. The judge knew who he was. And at the conclusion of the case, they had to present their testimony. They were discussing jury instructions, just as we've done.

So you are probably thinking what are we doing back there while you are waiting, and what we're doing is trying to get the language right for you so you can get the right context so we instruct you correctly. It takes some time when you see how complicated instructions are.

But in Kentucky, Billy Taylor, who had been through the system, noticed that the instructions had omitted the presumption of innocence. And he said, you know, I would like to have the presumption of innocence given. And the judge said, you know, Billy, I've seen you six times. This is just ridiculous.

But it's given, though. And he was convicted, of course. Went up to the Kentucky Supreme Court, and the ruling was, well, you didn't get the presumption, but it was harmless because you are guilty anyway.

And they petition the Supreme Court, and there was

a decision that came down, *Taylor versus Kentucky*. And the decision was, well, Billy Taylor, you get the presumption. You may be the guiltiest guy in the world; but if you don't have the presumption, you don't have a fair trial.

So what's the story mean for you, though? You will go back into the room probably tomorrow now. Select someone to lead you. And the first thing you should say to each other is, I will presume Trevaun innocent.

And you know once after your verdict comes back, no one is going to call you. And I can promise you that no one, I'm not going to call you. Whenever decision you make is your decision. We've met for thee weeks, and that's it.

No one is going to ever ask you if you presumed him innocent. The rules of the court, the deliberations are private anyway.

But unless you engage in that presumption, which is so important here for him, you haven't done justice. You haven't done this right.

And it's difficult because these individuals are so foreign to you. They live in a foreign place. It's difficult because of the violence of this case and the drugs that do that, but you've got to do it, and this is the first step in your deliberations.

The second step is the burden of proof. We're trying to figure out way back in the constitutional days how

to treat someone fairly, and they decided the burden of proof should be very high. They decided it should be beyond a reasonable doubt.

And the evolution of that proof or the language of the proof has changed over 250 years. What's so great about the trial here is that all this is very traditional. All the language is traditional. It's changed. The vernacular has changed.

In Minnesota it used to be proof beyond a reasonable doubt was proof to a moral certainty. They got rid of that because what was moral for someone might not be moral for someone else.

In the south, they often don't define it at all. They call it a tautology. Proof beyond a reasonable doubt must be proof beyond a reasonable doubt, and they let the jury try to figure it out.

But here we have a definition. I don't want to be pedantic and read to you, but I want to make sure I get the language right so I can explain it to you. The court I anticipate will give you this instruction. If I have read it incorrectly, obviously rely on the court.

But proof beyond a reasonable doubt is proof of such convincing, such a convincing character that a reasonable person after careful consideration would not hesitate to rely and act upon that proof in life's most

important decisions. If after careful consideration, you would not hesitate to rely on and act upon that proof in life's most important decisions.

So what you've got to do to apply that standard is figure out what the life's important decisions have been for you and then find out what evidence you needed to make those decisions.

So I would submit to you that the most important thing in your life is who you love, whether it's a partner, whether it's your children, whether it's a brother or sister. You don't have to be married for this, but it is the most important thing that you can do.

And what you have to decide here or remember as you kind of figure out what the standard is, is what evidence you needed beyond a reasonable doubt to love that person, and recall the courtship days where you would date somebody. It's a little different with all these cell phones now, but you are asked out and spend a lot of time with that person.

And if it wasn't working out, your emotional clicker would say cancel, but it is, you keep going. You progress. And you, you get to the point where you have no doubt. It's beyond reasonable doubt.

And when you get to that point, you utter these words, you say I want you. I want to be with you for the

rest of my days. And at that point you don't have a, you don't have any doubt.

It may not work out. A lot of marriages don't work out, but as an emotional reaction, every major decision in life is an emotional decision. We're not in the AI. We don't do calculus here. You don't go back and make numbers in the jury room.

This magnitude of the case, and this is a heavy, this is a heavy weighted case as you could possibly get, first degree murder. So you have to remember what kind of evidence did I need.

If you have hesitation, you have what is called cognitive dissonance. It was a favorite phrase in college. You have this eery, oozy thing that you can't go on. If you have cognitive dissonance about the case, if you have hesitation, then you have doubt.

Is there a reason to hesitate here, and there are abundant reasons, which I'm going to get to in a second, and those are all within those questions I'm going to tell you about and answer for you. But that's what proof beyond a reasonable doubt is.

You know, it recalls the old Samuel Beckett line, you know. I wait. I don't want to wait. I wait. I go on. I go on and on and on. It's that kind of French existentialism.

And eventually you go on if you resolve your doubts; and if you don't resolve your doubts, you wait. The whole play is about this. But he was talking about something that -- resolving doubt. That's what he was famous for.

So that's, that's how you look at that. What's the most important affair of my life, and it may not be someone you love. Maybe a surgery. Maybe something else, but you got to think about what's important, what's the most important, and how you decided it. And why you had hesitation and how you resolve the hesitation.

The last piece of this is the jury itself. The founding fathers we're ingenious. They decided that not only should people be summoned in to decide a case, but they should be allowed, if the evidence wasn't proven, to reject the government. They should be obligated to reject the government. They should be given no choice.

So the system is, if you presume innocence and you find the burden has not been overcome, that presumption has not been overcome by proof beyond a reasonable doubt, you have no choice. You must say no.

So this isn't about, what we're doing here is not about setting standards of conduct. It's not about what you would have done had you been raised in North Minneapolis. It's not about the fact that you may not have had anything

to do with fentanyl. It's not about the fact that you were addicted maybe by genetics or by lack of exposure.

It's not about setting context. It's not about convicting someone because you think it's going to do society some good. It's not about any of that. It's quite simple in a way. Presume innocence. If you have a doubt based upon reason, acquit.

You know, we all have to do things for the government. We all have to pay our traffic tickets, our license tabs, our taxes, which you already did last month or two months ago. But this is the one chance you have in your life to say no to the government. It's the one chance you have that you are obligated to do it.

You are at the cusp of life. You have -- as Nietzsche would say, as the cold increases, the responsibility increases, and you have to make an everlasting decision about it. Individually in making that decision, you have a right to say no to the government.

You have enormous power for maybe one of the first times in your life, enormous power over a human being, in somewhat as sacred an endeavor that we are all engaged in now.

All right. Let's go to the Ruskin questions. The first question is, is this about a place or is this about an enterprise.

Well, if you, if you listen to the testimony of Jovan Knight, it's certainly about a place. It's people go to the North side. He came from Chicago. Mr. Robinson was born there. They tend to stay there. Why do they do that? It's a black community. It's where they were raised, where they went to school and where they made their friends.

And according to Mr. Knight, he's going to go back whenever he gets out of prison, if he does, and he will because he's selling himself. But it is, it's the nature of a place, you see, and this intersection is a part of that place.

And the problem here in the case is the description of an enterprise is the same description of this place. The judge will give you some instructions on how to define enterprise.

I want to go through those right now with you and apply those to the place and ask you to decide whether this is really about a place or something else.

You're going to get like 50 pages of these, but the enterprise is defined in many ways. Again the judge is the arbitrator of law. If I miss a sentence, please rely on her.

But, excuse me, an enterprise need not have an hierarchy or a change of command. This place of Broadway and Lyndale in North Minneapolis, north of it, has no

hierarchy, does it? There is no chain of command at this place. So that defines it as well.

Decisions can be made or may be made on an ad hoc basis by any number of methods, whatever that means, including by consensus or a show of strength. So what happens at this intersection is ad hoc. People come and go.

If you believe Jovan Knight, everybody is kind of doing their own thing. No one bothers anybody else. They have their own business. People come and go. They can use Winners without permission. They can go to Merwin's without permission. Someone from the neighborhood can go here.

Then the other definition as we go along what an enterprise is, members of the group need not have a fixed, have fixed roles. Well, there are no fixed roles in a place like that. You've heard nothing like that.

Different members may perform different roles at the same time. Well, there are no members here. You can perform the role of going to Merwin's if you like. You can perform the role of selling some dope if you like at different times, different places. This is still, this is a place.

The group need not have a name or regular meetings that describes the place. There are no meetings here. There are no group meetings. There are no dues at this time. There are no established rules and regulations at

this place.

There are no disciplinary procedures. There are no induction or initiation ceremonies. All these are factors describing an enterprise, but they are the place we are talking about.

And what can happen to this place that there would be, quote, unquote, spurts of activities punctuated by periods of inactivity. Welcome to the intersection. The enterprise or place is not limited to whose crimes are sophisticated, diverse, complex or unique. That describes what happens here.

So this idea of an enterprise really describes a location for our case, but what is it about this place here? What, what more can we say about it. There's something that is quite concerning that we learned about in this case, and that is from Mr. Nix and his relationship to this place.

And that is that he was paid, as Mr. Rivers said, $50,000 to be an informant to snitch on all his friends, but really what is terribly troubling here is that Sergeant Schroeder paid him knowing that he was dealing on the side.

And so Nix, if you recall his testimony, and check your notes on this, basically said, well, Sergeant Schroeder knew what I was doing. I gave some tips, but I kept dealing on the sides. So he goes to Arizona. He keeps selling dope. And the police know about it. And the dope he's

selling, says the government, goes right into this place.

So what we have here is rather awful. It's a complicity with the Minneapolis Police Department in this place or this enterprise that they say, where they know that their informant is dirty and contributing to the crisis in Minneapolis.

And they turn around and say, these people are terrible. These are awful. Trevaun, you know, he's a doper, but, you know, what's going on here?

You know one of the reasons you can doubt the government's case is that one. I mean, we have Sergeant Schroeder, who is almost like a Waldo figure. My kids were young, maybe you remember that. Where's Waldo? You read the book to the kids, a picture book, and you'd find little Waldo. It's really quite entertaining.

Well, Schroeder is our Waldo. He's everywhere. He's ordering this arrest. He's ordering that arrest. He must have been on ten arrests. He's got this snitch named Nix, knowing that he's trafficking.

And he's making this great exchange of money, give him a thousand dollars $500 here and there, so that he can help Nix stay out of jail and help Nix pollute the North Minneapolis neighborhood.

It's outrageous what happened here. You should feel outraged that the police are involved.

The second part of the case is that they know that this is an open air market because Jovan Knight said so. He said, well, I sell all the time here. Well, aren't the police involved with you? No. They just walk right by.

All you're seeing here is a couple of arrests over the ten-year period of time. You see one bust, and that was with Mr. Banks, and his lawyer will handle that and what that means. That's all you saw in ten years.

You saw a couple of arrests for Mr. Robinson, of course, because that's where he lives. That's his neighborhood. That's his hood. But it's an open air market. They know about it and didn't stop it.

And then this Agent Flanagan, you know, I asked him about that. He said, well, you know, we can't stop everything. I mean, the guy's sort of a bearded braggadocio punk is what he was. And he wouldn't answer any of my questions.

And he answered all their questions in this nice smiling narrative, and when I wanted to ask him questions, of course, he couldn't do it. But he says, well, you know, we can't stop everything. It's just too bad. But wait a second. Schroeder knows this is going on. They are complicit in this.

So do you have a basis to doubt alone on the fact that the police are complicit here in the alleged crime?

Does that give you hesitation to doubt what their descriptions are and what the descriptions of this High is? Does that give you a sense of queasiness? I hope it does. This is just sordid stuff. This is rather awful.

So it's really about a place. It's not about an enterprise. There are no Highs. There are no Highs signs. There's no, no -- there's no effort here to say you belong to the Highs. There's nothing like that.

What this is in this place are different gangs who are competing with each other in the same neighborhood and doing whatever they want to. If you believe Jovan Knight, he's just going to do whatever he wants to.

Did you shoot somebody because someone told you to do it? No, I just shot anybody I wanted to. Did anyone tell you to shoot somebody? No, I just shot somebody. You hate these other gangs? He more or less said that.

I mean, that's kind of what's happening here. The problem in the case is there is no Highs, but there are other -- there are other conspiracies here.

And you are going to get an instruction called multiple conspiracy instruction in this place. And what it says is that -- it acknowledges that there are two conspiracies charged here: Conspiracy to commit RICO and conspiracy to distribute controlled substance.

And the government must prove beyond a reasonable

doubt each defendant was a member of the particular conspiracy charged, which is the Highs. That's what's charged here.

If the government fails to prove this to the defendant, you must find the defendant not guilty of the particular conspiracy, which is the Highs, even if you find that he was a member of some other conspiracy.

Proof the defendant was a member of some other conspiracy not charged in the particular conspiracy, then that count is not enough to convict on that count. So the gravamen on the case is this Highs umbrella includes other gang, but the Highs is what you have to belong to.

What you should find here and relative to this place is that he was involved in the YNTs and has nothing to do with the Highs. The gravamen offense is this tragic killing of Mr. Wells.

We saw the planning of YNT members. It had nothing to do with the Highs. They met. Remember the Porsche and the Dodge Charger and the tragic death of Prince Martin. And these guys get together, and on a day later, they go to this Skyline Market and shoot Mr. Wells.

Well, it had nothing to do with the Highs. It had to do with Prince Martin being a YNT. It wasn't a part of the Highs whatsoever. There was no meeting of anybody outside of the YNTs to do that. There was no confluence of

the FreeShotz, the EMBs. I mean the EMBs I think they are, EMGs. There's nothing like that.

It was a money group that did this. I mean, there's no Highs. It's absurd. Nothing like it. And for the other events, I mean, there's no evidence as to the other homicides that they were related to the Highs at all.

There's no one to testify they could say that really. And then the only people they had was Nix, who was a, he's a liar. You can't rely on the most important affairs on him. I mean, if a guy like him came to see your daughter a asked for a date, you would say, get out of here. I can't trust you.

I mean, and then Jovan Knight, I mean, you can't really trust that guy either. They are both trying to avoid life sentences. And if you don't consider that, we've missed the boat here. They will say whatever they have to say, and they know what they have to say is the Highs exist and they don't care.

There's a certain narcissism in Mr. Knight. He will just shoot anybody he wants to. He will do whatever he has to do. He writes a letter to his father saying I'll do whatever I have to do.

And this narcissistic drivel of his, if you ever dealt with a narcissist, it doesn't resonate after a while. All they think about is themselves. He's selfish. He just

wants to avoid prison. You can't rely on a guy like that. That's the only proof they have.

You would be entitled to say I have a reasonable doubt about Knight, and I have a reasonable doubt about Nix and call it a day. You can start right there.

The second question that Ruskin has asked us to ask you is what about, is this about familiarity? Is this case about a gang, or is it about familiarity?

And here we have an interesting and very important instruction for you. I'm almost done with my instructions too.

Familiarity is the touchstone. We do gravitate to people in our life, as I mentioned to you, and one of the, one of the great features of making friends is that you have a right to do it. You have a right to associate. The First Amendment lets you do that.

You have a right to assemble. You have a right to write things. You have a right to show things. You have a right to have videos, and you are going to get an Instruction Number 27 in this trial, the evidence has been introduced of the defendants engaging in expressive activities such as rap videos or threats and associative activities, such as attending memorials.

Such activities without more do not themselves constitute criminal racketeering activity. So what this is

saying is that these guys have rights too. You just don't live in North Minneapolis and give up your right to make friends. You don't give up your right to associate.

So what the case is all about, we have this almost Instagram rat-a-tat-tat, every minute, every image, there's no narrative here, of course. It's just image after image after image. And they say, okay, here they are together. Of course, they're together. This is what they know. They have a right to be together.

If you presume innocence, which you must, you can look at these pictures and say, okay, fine, what does that show? It shows they're exercising a constitutional right to hang out with each other. And then the question is what about dropping the Y. They have a right to do that. The instructions say they do.

You can engage in expressive activities. You can make signs. You can swear. You can criticize people. That's what he's doing. I mean, what he's supposed to do? Huddle in a puddle in a basement? Not be with his friends, and you say, I don't like your friends. I don't like your choices.

Well, that doesn't matter here. But he's engaging in the conduct of life. So when you see these things, you say I'm going to engage in a dialectic. I'm not going to presume guilt because he's in these pictures. I'm going to

be presuming innocence because he has a constitutional right to hang out with his friends. That's what you got to do.

So you got all these rat-a-tat images. It is really fatiguing after a while. There is no narrative. No one says what's happening. There's just one image after another. That's all protected.

And I suppose the counterclaim is, oh, they are getting together to plan something. Well, there is no evidence of that. No evidence whatsoever. So this is about something larger than just the facts. This is about exercising the right to associate even with people that you may not associate with yourself.

So we move on to the last question. If you answer at that question though, are these picture consistent with the right to associate, right to go to funerals, right to mourn your friends, is that evidence of a gang life? No, it's not. It's not.

So what about these four instances? What do they show us? If I may take each one in sequence. I may be out of sequence in terms of the time and sequence of the case and what they mean here.

The first one was the arrest at the 4th Street Saloon. He's in a Monte Carlo. Hannah Whitfield is driving. And they take him out of the car and they -- you know, he has some pills, as I told you in opening, in his

hand and those drop to the ground.

They find a gun near the driver's seat console on the driver's side, not his side. They take some prints of the gun with their latex gloves, and there's no evidence that there's a match to him whatsoever, although they check every gun.

So what does that show? Government contends, well, these pills have to have come from the same conspiracy, but there's no proof that have whatsoever. As I mentioned to you earlier, there's no proof he's a dealer. There's no customers. There's no video.

There's no supply. There's no effort to link up the drugs from Arizona. We know drugs come from California, New Mexico. We know the people who have the different supplies of drugs, I suppose.

And then the defense here is what Jovan Knight said is, you know, people have drugs kind of to disguise their own addiction and to feed their own addiction. And he admitted he did. And then he kind of, then he realized what he admitted, and then he added some more things because he had to keep cooperating.

You recall that exchange. Yeah, I had drugs. I had 87 pills. I didn't know -- I didn't want anyone to know I was addicted, but he was.

So we've introduced, the Exhibit DD6 is his

medical records and you can look at those. It's 65 pages. He's addicted. Trevaun is, he's trying to get some treatment at HCMC. You know, he's got warts and all in these records. He's kind of vulnerable by showing them to you.

But he's trying to get Suboxone. He's got Narcan issues. He's got Percocet issues, but he's addicted.

So if you presume him innocent, is there a way for you to look at those 95 pills and say, well, wait a second. It's a masking of the addiction, and yeah, because this witness said that that is what happened.

And you have no other evidence that that gun was used to facilitate a drug transaction or to protect those drugs or anything other than it is clear that guns are around all the time, but that's the first instance here.

And there was a little bit of confusion on when Hannah Whitfield was arrested or not, but the gun was found on her side, and there were no prints that match him. And if you presume innocence, then he didn't touch the gun. You presume guilt, of course he touched the gun and didn't find a print. That's kind of the mechanism here.

So he's arrested. And again, there's just no claim whatsoever that those pills came from any conspiracy in this case. None. No proof.

The second instance is this General-Thomas name,

this young kid that videotapes himself driving. He's in a car, and he got some guns. And then Trevaun Robinson is driving, and he broadcasts these images, and the police find them, and then they find the car and arrest him an hour later.

So what does that show us? Well, the guns are found on the driver's -- or excuse me -- the passenger's seat, below the passenger seat where General-Thomas was. That suggests to you that those guns are his. Obviously they're his guns because he's showing them off on the video.

Now, marijuana is emanating from the car, from the passenger seat, according to Officer Grout, and General-Thomas is arrested. Everyone is arrested, of course, and that's the end of the case. The guns, of course, are seized with latex gloves, and you have heard nothing about DNA or fingerprints matching Trevaun Robinson to that gun. None.

There's some marijuana in the car. It would appear from looking at the testimony that marijuana is an endemic issue on the north side in the black community, but there's no proof that Mr. Robinson ever sold marijuana. There is no proof that that's his.

And so that's the end of that one. So there are guns. It wasn't his. How you look at that is how you presume him innocent.

And the next one, the next two are of course more concerning. The next one is a Mayo Clinic shooting. The claim is that there was a funeral for Boosie that afternoon, and therefore the anger spilled out to Hennepin Avenue, and at 1:30 there was a shooting that was caused by the gang.

What is the proof, though? We have the video. We know who the shooter was, Deandrae Whitfield-Smart. We know that Trevaun Robinson was near him and separated himself at the time the gun went off. We know that Sergeant Schroeder appears again, our Waldo, and identifies people on Hennepin Avenue.

What's missing, though, is who else was there. If the police are so good at identifying these people, why is it that there was no testimony as to who was there? Is this, is this a shot fired at the Lows? Is it a shot fired at someone who offended Deandrae Whitfield-Smart?

Who is this person? You don't know. It would be wrong, consistent with the presumption of innocence, to assume that this is a Low member, or it would be wrong for you to assume this had anything to do with that funeral of Boosie. Y22 is the exhibit. We've seen it a few times. There is no connection there.

And it is kind of offensive to have Sergeant Metcalf just interpret the evidence when she can't hear anything. He must have said this. He must have said that.

He must have been whispering in his ear. He must have told him to shoot. There's no evidence of that.

You can't assume there is evidence when there isn't. It's this bias that some of the police officers had. Flanagan was the same way. It's this bias to try to convict these guys. Just tell us what the facts are.

What she should have said is, I couldn't hear what was said. This is what I saw. You make your own conclusion. But, no, that's not what she did. He, he told Whitfield to fire, but there's no evidence of that. No evidence of that.

And, of course, it's dangerous. Of course, it's downtown. And, of course, Ms. Gomez-Aguilar [sic] is entirely sympathetic, and it's tragic that she even had to be here. Of course. But what are the facts? What's the evidence?

The final instance is this one on videotape that is concerning I'm sure for everyone, including you. That's the one where he goes into the Winners and buys some things in the red sweatshirt. Drives off. Goes to Merwin's. There's a collision, and they showed you the video today, and then the shots were fired into the window.

The question for you is whether or not this is consistent with a place or an enterprise. And the problem the government has is that the person who was shot,

regrettably so, had nothing to do with the gang. There's no evidence that that person was involved in the Lows, the Ipsa [sic] Dipset, Mindset, or whatever the gangs are in the low end. There's no evidence of that whatever.

There was no evidence that he was acting at the behest of anybody. There's no evidence that someone told him to shoot anybody. There's no evidence that someone's guiding him. It's entirely regrettable. But is it, is it gang related, or is it something entirely different?

If you presume him innocent, it is something entirely different because this individual he shot he did not know. The whole theory of the government is that these guys are at war, they knew each, and they're going to shoot each other to death.

That's the theory of the case. They are at war. This has nothing to do with that. It's antithetical to their theory. It doesn't work.

So the poor guy is shot three times in the thigh. They show you the photographs, and they're awful. That's true. But is it related to the gangs, or is it related to the place? It has nothing to do with it.

It has nothing to do with dope. It has nothing to do with anything except a temper, a hot head, and a regrettable instance. But he's not charged. There's no count on that that you have to decide. You have to decide

whether it's a part of the enterprise. The enterprise doesn't exist, by the way. There's no proof this enterprise existed. The only people that say it did are these two witnesses I mentioned to you.

And that's the end of the case. I mean, he shouldn't have shot into the window. It shouldn't have happened, but it's not consistent with their theory.

So you have to say, well, even though this is rather awful stuff, it's inexcusable, but what does it really mean in the context of what they're trying to prove? You have to be somewhat dispassionate about that.

You can't have a visceral dislike of Mr. Robinson because of what you saw, and what you have to do is say I'm going to presume you innocent and see if it fits into the government's theory. That's what you got to do. And it simply doesn't.

Well, I've said my piece. I want to give you an anecdote and send you on your way.

And this is a, you know, this is -- the life I experience is so much different than this one. I mean, I look at all these pictures in the case, and I'm looking for -- I'm looking for people with gray hair. In all those pictures I'm looking for fathers. I'm looking for mothers. And, you know, we don't see any, do we?

But what we see is a family of young men who are

familiar with each other and communicating with each other.

But I look back on my own life, and I was quite fortunate. When I was 14 I was somewhat acting out and rebellious. My dad was an ex-marine, World War II, and those guys that came back from World War II were hard-nosed.

They were so happy they survived the Pacific and Europe that they had no time for teenage angst, at least that was my experience. And I wasn't being as nice as I should have been. And he goes -- he wasn't a very expressive guy. Never talked about the war. He was in some of the big slaughters at the time.

And he said, well, you know, you're not doing too well. I want you to see a friend of mine. You are not behaving well. Your school scores are dipping, and you could be nicer to your mother. Your brothers, you know, are not being valued by you. So I want you to go visit my friend.

And I said who's that. And he said, well, it's a friend of mine from the war. So we got in the station wagon. It was a large Impala. It was kind of a boat. Back then they made these huge cars with eight cylinders. They got eight miles a gallon, if you remember, although I date myself, you know.

And I got in the front seat, and he drove for what seemed forever to Mr. Olson's house and said, get out and

I'll wait for you at the front door.

And so I rang the doorbell. This gigantic guy, and I was 14 and growing, but he was, he seemed gigantic to me. His hands were huge. He's like six, five, which was big back then. He had this flock of gray hair that was back and a puffy face and warm brown eyes and said come with me.

So we sat in his den. And it was one of these dens where the seats in front of the desk -- he worked out of the home sometimes -- were lower, and the desk owner's chair was higher, so he looked down on you. You maybe experienced that.

And so he said, how you doing? I said, I'm fine. He said, well, I hear you are not doing well. And, yeah. He says, is that so? I said, yeah. He said, well, I'm not going to spend a lot of time with you, but I do have three pieces of advice for you. And I said well, what would those be.

Well, he said, the first piece of advice would be to be a good person and engage in acts of virtue. It's Aristotle's advice to you that the virtuous life is formed by small acts of virtue. And I said, who is Aristotle. And he said, you should know. Start reading. I said, I understand that one.

And he said, the second piece of advice is that you need to select your friends, if you can, because they do

form your life, and you are running into a little bit of trouble. So you got to be careful about selecting your friends, of course, which is apropos here, I suppose.

And I said, do you have a third piece of advice? It was terribly uncomfortable. He's looking down on me leaning over his desk. I was kind of shirking away.

And he said, the last piece of advice to you is this. Don't you ever be cynical about your life. And I said, what do you mean by that. He said, well, don't you ever ascribe to people things that they didn't do or don't make judgments about them that you don't know about. Don't you ever think bad thoughts about somebody without knowing what they did.

And I said, well, that's okay. He said, now you are done. He stood up and I went back, and my dad was waiting in his white Impala station wagon. We drove home. Never said a thing about it. Never said a thing about it the rest of our lives.

But I have remembered that day and that evening, especially the last piece of advice, which is never be cynical. And, of course, that translates to the law as well. And if you are never cynical, you are presuming people innocent at the same time.

So the lesson for the 14-year-old boy is that the law says much the same thing and that we give people the

benefit of the doubt whether we want to or not.

And despite everything in the case and all of violence and sordidness of North Minneapolis, you still have to do that for him. You really do.

So may the angel of truth, however you perceive or believe that incandescent feeling of rightness or justice, that sense of fairness that is represented, it's almost angelical, almost spiritual. May the angel of truth come into the courtroom and at the conclusion of your verdict, and let the angel of truth tap Mr. Robinson on the shoulder and may she say on to him the jury has spoken and found you not guilty.

THE COURT: Thank you, counsel.

Ms. Turner.

MS. TURNER: Good afternoon, fellow citizens. Good afternoon, counsel. Your Honor.

I know it's been a long three weeks and a long day, and I guess I'm the last lawyer to talk to you today, and you are probably happy about that.

This has been an intense trial, but I hope that you still have enough energy and attention span to listen to me as I talk to you about William Banks.

We've been in the back of the courtroom the whole time watching the evidence with you. We listened to the judge's preliminary instructions and the testimony presented

about everybody with you. And we will listen to the judge give the final instructions tomorrow.

You've done a lot of listening, and now it's time for you to start talking amongst yourselves. But before you do, I want to remind you of what I talked about in my opening statement: Holding the government to its burden.

Now is the time to pick apart the case, critically examine the conclusions that the government drew today in its evidence, and decide whether they have, what they have presented to you as their case in chief satisfies the elements of the charges that they have levied.

It's not my burden to prove anything to you. It's the government's burden to prove their case beyond a reasonable doubt, and I won't rehash what my esteemed colleagues have already talked about.

The government's theory is that Mr. Banks is part of this RICO conspiracy because he falls underneath this enterprise umbrella called the Highs.

They connect him to alleged members of cliques and groups associated with the high end of North Minneapolis. And let's be real. That's what they call it. The cops call it the cliques and gangs of the high end of North Minneapolis. That's what Andrew Schroeder called it.

The witnesses didn't want to talk about it, because it goes against their theory, but this is about the

cliques of the high end of North Minneapolis, not the Highs as an enterprise.

They assume that Mr. Banks, because he has friends in the neighborhood, that he is in a gang or in this enterprise. It wants you to agree with them so badly. It has tried so hard to convince you, but don't drink the Kool-Aid.

The government ties Mr. Banks to this alleged RICO enterprise by saying that he was selling drugs in the Broadway/Lyndale area, and that alone is enough because it was "Highs" territory. By claiming that selling drugs next to other clowns selling drugs, by the Boost Mobile or in the same parking lot area, proves a connection.

By inferring his membership by his friendship with Prince Martin and other guys from the neighborhood, this is guilt by association. Pure and simple.

The government can't affirmatively establish an enterprise, let alone prove that Mr. Banks was part of it, so it relies on trying to manipulate your emotions and fears by lumping him in with the other more violent or sophisticated crimes of his codefendants or other people mentioned.

So what do they have to back that up? A couple of stops in a parking lot and a raid on his apartment.

You've seen evidence that Mr. Banks has been in

position of weed. Okay. They claim that it's a lot of weed and that it's a distribution amount, but a couple of ounces is a personal amount. It's probably less than what Snoop Dog has in his green room or on his tour bus.

You've seen evidence at that Mr. Banks has been in possession of a handful of pills, a couple of loose Percs, a couple of baggies of blues. You've seen photos with him and his friends and neighbors and read his very short text messages.

All of it has amounted to a couple of ounces of weed and a handful of pills. In fact, all the pills associated and attributable, that the government is attributing to him, weighed out to be a total of 35.38 grams. That's all.

You've seen evidence against his codefendants or against other people that aren't even in this room today in gruesome detail, but you haven't seen any evidence that Mr. Banks was part of any group, clique or enterprise.

Let's talk about what you didn't see. You never saw Mr. Banks on the internet, no Facebook posts, no live streams, no Snap or Chatters, no WhatsApp, no messages, tweets, skeets, truths, posts of any kind. He is no influencer, no rapper. He's not posting tributes or trolling. You didn't see any of that. You didn't see any beef that Mr. Banks has against anybody.

You never saw his name on a flight manifest. You didn't see any giant bags of pills in his carry-on. You never saw his name on a JPay or like an electronic peer-to-peer payment platform, no PayPal, no Cash App, no Zelle, no Venmo.

You never saw him with a gun. A magazine is not a gun. He did not have a Glock. He did not have a switch. He never had any functional, useable gun whatsoever. Nada. You never saw him use a gun. You never saw him on surveillance video around the time of the shooting. You never saw him rolling up to HCMC after a gun fight or anything.

You never saw him at a USPS kiosk, mailing a giant bag of M30s anywhere. You never saw him receiving any pills. They've never connected any pills found on him to anybody else.

The government says that drug money was used to support the war that this enterprise had against the other side of the neighborhood, but there's no evidence of any money from Mr. Banks going to anybody else, only to himself.

You never heard or saw anything about Mr. Banks sliding, sliding in the lows or anywhere else. You never saw him with any symbols or flares or other indicia of membership, no 25s, no Boos, no EMBs, no Booways, no tattoos, no blinging necklaces. You didn't really see him

with really any bling at all, no jewelry, no excursions to warm places, no expensive liquor or electronics, no brain -- brand name expensive clothing or bags or shoes, no dapper fits, no lavish spending whatsoever or evidence of living large.

You never saw him at the scene of a homicide or robbery, scam or stickup. He never fled from police. In fact, when he was stopped and busted by police, he was cooperative and honest. You saw that.

You never saw any connection between Mr. Banks and those guys at the Boost Mobile. You heard no evidence that they were connected, that they coordinated or associated. They made plans together, that they were scheming. You had, you heard no evidence that there was any direction on behalf of Mr. Banks toward those other kids or with regard to the other kids toward Mr. Banks.

You didn't hear that he went into the Boost Mobile or that he was even parked in front of it. He was on the far side of that parking lot near the snowbank, and you can see that.

You didn't hear anything about Mr. Banks locking the door to keep police out. You didn't even hear evidence that he was at Prince Martin's or Boosie's memorials.

You heard no evidence whatsoever that Mr. Banks coordinated, talked, chatted, conversed, collaborated or in

any way discussed or planned anything with any of the other guys on trial with him here or anywhere else.

You heard no actual evidence that Mr. Banks is a member of any gang or clique, only speculation and mischaracterization. No evidence of engaging in a common purpose. No evidence of him managing anything.

There are so many holes in this case against Mr. Banks that it fails to support the government's contention that he was part of an enterprise.

I want to go over some details that I want to highlight with you as you embark on your deliberations.

While police and law enforcement, they spent a lot of time in their squad cars, on patrol, surveilling parking lots or responding to their ShotSpotter technology, they don't take or make the time to get to know the people that they are supposedly serving or now branding as criminal members.

They can't tell you what schools, parks, churches are in the neighborhood. They barely acknowledge that there's neighborhoods. They can't tell you how many kids Mr. Banks has. It's four, by the way, two of his own, two step kids.

They can't tell you how Mr. Banks and Mr. Martin met playing basketball in 7th grade. They can't even tell you where the West Central Academy was. They are not

invested in this neighborhood.

They can't tell you what church Mr. Bank goes to, what his momma is sick with or that the woman that was in the apartment with him that was raided ultimately unfortunately died in a car crash, and that really affected him and seeing that footage was very hard.

They don't know any of the details about Mr. Banks, his codefendants here or about really the lifeblood of the neighborhood of North Minneapolis. They don't know, and they don't seem to care. They are not community service officers.

They are in streets with one focus only, making arrests and building cases. And they are under pressure to identify and link as many targets and activities to these gentlemen as possible. Linking Mr. Banks to the others, like the guys at Boost Mobile strengthens their narrative, even if in reality it is not really true.

They also make a big deal about Mr. Banks having cash on him or pictures of him with stacks of cash. They want you to think that that's evidence of drug profits, and it's all related to his membership in the Highs enterprise. Yet they ignore the fact that Mr. Banks has a gambling issue.

You saw it in his text messages that got wiped out at the casino one night, but with big losses sometimes there

is also big wins, and certainly winning big at a casino would be a reason for anybody to take a selfie, look what I won.

Cash itself is not evidence of a crime, let alone RICO.

The government calls Mr. Banks basically a worker bee, a soldier that's been putting in the work for the enterprise, but what evidence beyond things that have otherwise innocent explanations do they have? What actual evidence do they have that Mr. Banks is part of a gang or connected to any enterprise?

The government relies on photos of Mr. Banks with the people that the government has identified as gang members. These are people that he knew in his neighborhood, whether from school, basketball, meeting through friends. We all get introduced to people. Sometimes we befriend them, and sometimes we hang out with them.

And hanging out with your friends is not a crime. It's a normal human activity. It's protected behavior under the Constitution. And Mr. Banks has a right to express himself in any way, but that doesn't mean that any expression he makes is evidence of a crime or that if he's with his buddies at the bar or anywhere else that he's automatically connected to them as a member of an enterprise or involved in gang related activities.

The government relies on photos of Mr. Banks making these alleged gang signs. Yet there's no context or timing to any of the photos. What does it mean?

The government assumes that they know what it means, but they don't. They're not there. They weren't there when the photos taken. This could be an aloha gesture. It could have been something sarcastic.

It could be an impulsive decision in the moment to make the same kind of gestures or whatever that your friends are. Sometimes in photos we do the okay sign or give a little finger point (indicating), whatever. It could have been an impulsive thing. We don't know when those photos were taken.

But you did not hear any evidence whatsoever that Mr. Banks meant anything at all by whatever hand gestures he may have made or that there was any intention at all behind them to disrespect another neighborhood or another group of people.

The government ties him to locations that they deem as turf. The parking lot at Wendy's? This is a fast food restaurant. And the day you saw him get arrested in front of Wendy's, maybe no one had gotten their lunch before the arrest, but obviously the cops prevented from anyone going in and getting their frosty or their cheeseburger after that.

And hanging with friends smoking weed in the Merwin's parking lot, probably not the best place to hang out, but still it's a local place to park in a social area of their neighborhood.

In the Boost Mobile parking lot, he was far away from the actual Boost Mobile store. He was on the far side next to the snowbank, like I said.

There's no evidence that he was coordinating with those clowns. He never went into the store with them. He never ran from the police. He was not attached or associated with any of the tomfoolery happening on the other side of the parking lot. He didn't lock any cops out of the store.

And they want you to think that because he was friends with Prince Martin that he was conspiring with Prince Martin or that he bought into whatever Prince Martin was doing. They want you to think that because he's photographed with some other people that he's one of them, that he's part of something official.

But you never saw text messages between Mr. Banks and Mr. Brown, Mr. Banks and Mr. Poe, Mr. Banks and Mr. Nix or the other Mr. Brown or Mr. Rhodes. You didn't see any of that. You didn't see any communication between Mr. Banks and these people.

There are no phone call logs between them.

There's no recorded conversations, detailing their distribution logistics. You never saw him on surveillance video doing anything. He was -- they don't ever connect the pills found on him with anybody else.

There's no connection with him to the addresses that were mentioned. There's no evidence of him getting any protection from anybody. He was never accused of shooting anyone, robbing anyone or stealing.

He's a guy from North Minneapolis, yeah, who does drugs, and the government has presented evidence that he sold them too. But none of their witnesses took the time to inquire as to the extent of Mr. Banks's chemical dependency or troubling gambling habits.

There were Suboxone strips in his vehicle in that parking lot, January of 2023. You saw photos of them. You've heard that people sell to cover their own habit. And while the government wants to say that oh, five or six pills that's a personal amount, you've also heard evidence and some of the government's witnesses have agreed that a personal amount can be 16, 20 pills. It's what you can afford.

You heard from one of the government's snitches that the only thing he knew about Mr. Banks was that he saw him posted up on the block. You didn't hear that he was part of any clique or group, only that he was seen on

Broadway. And that's a stretch.

He had to identify as -- Mr. Banks as being part of the enterprise because he was hired to do so. You've already heard plenty about his motives from my colleagues and why you can't trust him and he was a paid informant. Can you trust anything he says when he is a serial liar out to save his own skin?

And Mr. Knight had to be the one to throw shade on Mr. Banks because Mr. Nix didn't even mention him. So they needed someone to make a connection.

So what do you have? Isolated events, some aggressive cops testifying about their busts of Mr. Banks with weed, an untrustworthy snitch, and some pills that were found on him when he was stopped in a parking lot.

And let me remind you again of the weight of those pills. The total weight is 35.85 grams. Did you write that down? I hope you did. I hope that you put it in your notes because it's important, especially when you are looking at the special verdict forms.

Remember there's no evidence as to where those pills came from. There's no evidence as to what was reasonable foreseeable -- reasonably foreseeable for Mr. Banks. He was not an importer. He only had what he had.

You will get the jury instructions tomorrow

morning, and they may seem intimidating, but don't be tempted just to lump everyone together just because it's easy or convenient or you don't like them or you don't like their accused behavior.

You must put your emotions aside. The government is counting on your natural emotional responses to these graphic images and testimony to overcome your rational brains and scrutinize the elements of the offense and the evidence or lack thereof.

Remember the implicit bias video that you watched at the beginning of this journey. Now is the time to remember that and to refer to it in your minds. You have a solemn duty here, and I am afraid that your biases and implicit feelings or presumptions will cloud the careful, sober review that you must now do to the government's evidence.

I am not as bombastic as some of my colleagues. I've been chilling in the back. That's my vibe here.

The government is wound up and consumed with its theory of its case and wants to roll over these guys like a freight train that's powered by this association and convenience. They want to inflame your emotions so you will favor that reaction over your rational analysis.

These gentlemen that came before me undoubtedly convinced you already of the insufficiency of the

government's case. Some of them banged the podium.

But I am here in front of you right now asking you to take a deep breath with me (indicating) and ignore the hype and the drama and instead look critically at what's before you right now.

The government wants you to draw their conclusions. But are they supported?

North Minneapolis deserves to have a thriving community and an economy that can lift up its residents. And unfortunately it has a very long way to go, especially since it really comes down to one small intersection of commercial businesses in this entire area. It can seem like a small town where everybody knows everybody else and they're interconnected.

There are lifelong friendships and bonds that are made, but friendship does not equal criminal association. Social interactions are not criminal activity. Just because people are in a photo together, or even in the same car, doesn't mean that they're in cahoots.

You didn't hear that much from me during this trial. The government, what little they have to say about Mr. Banks is really strained and reaching. They struggle to rope him in to their corral of gangsters.

Mr. Banks is a tangential figure in this whole story. He's an afterthought. The government needed a local

user, come dealer to round out its cast of enterprise characters. But whatever cliques or groups or gaggles of guys that are out there gang-banging, Mr. Banks is not a part of it.

Take your time to review the evidence with clarity and focus and attention. Take all the time that you need to hold the government to its burden of proving every single element beyond a reasonable doubt.

And when you look critically at the evidence presented, you will see that like my colleague Mr. Engh said, this is a place, not an enterprise. And the government has these conspiracies to prove, but when it comes to Mr. Banks, it has not backed up its bold claims. It has not proven that he's a part of this alleged enterprise. They haven't proven an enterprise at all.

And when you are in the back in your deliberation room and you are looking at the evidence and the verdict forms, you will return a verdict of not guilty, especially with regards to the RICO count, for Mr. Banks.

Thank you.

THE COURT: Thank you, counsel.

We'll pick it up here tomorrow morning at 9:00. Everyone, have a good evening. And we'll see you tomorrow at 9:00.

All rise for the jury.

4:57 p.m.

**IN OPEN COURT**

**(JURY NOT PRESENT)**

THE COURT: Thanks, everyone. Have a good night.

Mr. Adkins, we'll start tomorrow morning with you at 9:00.

(End of requested excerpt)

* * *

I, Renee A. Rogge, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Certified by: /s/Renee A. Rogge
Renee A. Rogge, RMR-CRR