UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| United States of America, | ) | File No. 23-cr-160 (NEB/JFD) |
| Plaintiff, | ) | |
| v. | ) | |
| Tyreese Giles(6), Josiah Taylor(7), Trevaun Robinson(10), William Banks(19), Gregory Brown(26), | ) | Courtroom 13W Minneapolis, Minnesota Friday, May 30, 2025 9:27 a.m. |
| Defendants. | ) | |

---

BEFORE THE HONORABLE NANCY E. BRASEL
UNITED STATES DISTRICT COURT DISTRICT JUDGE

**VOLUME XII - JURY TRIAL PROCEEDINGS**
**EXCERPT OF CLOSING ARGUMENTS**

Court Reporter: RENEE A. ROGGE, RMR-CRR
United States District Courthouse
300 South Fourth Street, Box 1005
Minneapolis, Minnesota 55415

* * *

Proceedings recorded by mechanical stenography; Transcript produced by computer.

* * *

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | UNITED STATES ATTORNEY'S OFFICE<br>BY: THOMAS CALHOUN-LOPEZ<br>CARLA BAUMEL<br>300 South Fourth Street, #600<br>Minneapolis, Minnesota 55415 |
| | DEPARTMENT OF JUSTICE<br>ORGANIZED CRIME AND GANG SECTION<br>BY: BRIAN W. LYNCH<br>ALYSSA LEVEY-WEINSTEIN<br>1301 New York Avenue NW, #700<br>Washington, D.C. 20530 |
| For the Defendant Tyreese Giles(6): | RIVERS LAW FIRM, P.A.<br>BY: BRUCE RIVERS<br>701 Fourth Avenue South, #300<br>Minneapolis, Minnesota 55415 |
| For the Defendant Josiah Taylor(7): | WOLD LAW<br>BY: PETER B. WOLD<br>JOHN FEE<br>331 Second Avenue South, #705<br>Minneapolis, Minnesota 55401 |
| For the Defendant Trevaun Robinson(10): | PAUL ENGH, ATTORNEY AT LAW<br>BY: PAUL C. ENGH<br>150 South Fifth Street, #2860<br>Minneapolis, Minnesota 55402 |
| For the Defendant William Banks(19): | CATHERINE TURNER, ATTORNEY AT LAW<br>BY: CATHERINE L. TURNER<br>331 Second Avenue South, #705<br>Minneapolis, Minnesota 55401 |
| For the Defendant Gregory Brown(26): | NORTH STAR LAW GROUP PLLC<br>BY: DANIEL S. ADKINS<br>1295 Bandana Boulevard North, #335<br>St. Paul, Minnesota 55108 |

* * *

## I N D E X


| | PAGE |
|---|---|
| Defendant Brown's Closing Remarks | 2381 |
| Government's Rebuttal Closing Remarks | 2409 |


* * *

**9:27 A.M.**

**IN OPEN COURT**

**(JURY PRESENT)**

THE COURT: You may all be seated. And good morning, everyone.

We are prepared to continue with our closing arguments.

Mr. Adkins.

MR. ADKINS: Your Honor. Ladies and gentlemen of the jury. My colleagues. My peers. My friend Mr. Gregory Brown.

Gregory Brown is not guilty of either of those two counts. He is not guilty.

Forgive me, because much of what I'm going to tell you was covered yesterday. You had four very smart lawyers, very talented, very eloquent. I'm going to have to cover some of that ground again, but I'll try to be as brief as I can and talk slowly.

She hates me.

Please remember what I told you as we opened. Gregory Brown did not participate in any RICO, no racketeering. It simply didn't happen. That was guesswork. That was a net thrown far too far and far too wide. And there are two primary reasons why that RICO doesn't touch him.

First of all, there is no enterprise. There's a place. It's not far from here, but it might as will be. It could be Bagdad. That place is unique. It is extremely complicated.

And hopefully you will never experience the kind of trauma, the kind of poverty, the kind of choices that folks are required to make just to survive, just to keep their friendships. There is no enterprise. There's a place.

Further, Gregory Brown did not participate in any drug conspiracy. That was speculation. That was people trying to get rid of their responsibilities. That was people trying to give time, jail time away. They admitted it. They confirmed it.

Gregory Brown is not a kingpin, nor is he a gangster. We proved through cross-examination and in some instances through the government's direct examination of its own witnesses that Gregory Brown is a dog breeder, and he's a rapper. He's an aspiring rapper that made absolutely no money at that effort, that First Amendment protected effort.

As we forecast for you, you did hear a great deal about North Minneapolis. You heard about pockets and subsets. You heard about cliques, but you didn't see for the most part Gregory Brown.

When you did see him, he was in South Minneapolis.

Talk about that in a little bit.

You did hear about Gregory Brown's dog breeding business. Both of the two IRS agents had to confirm when I asked -- and they in fact forecast when they were on direct -- they talked about, yeah, this dog breeding business. Don't think it was legit. Don't think it was going. But there's advertising.

Agent Schommer had to confirm there's Secretary of State registrations. Does a kingpin take the time to get an employee identification number and register an address and his business with the Secretary of State of Minnesota? Does he do the same when he gets to Texas? Does he legitimize and brand that openly if he's a kingpin? Wouldn't he be a little more surreptitious?

The agents scoffed when we talked about that. The clear evidence of litters, the agents were smirking. They do that in a case where they've thrown that net out and grabbed back 45 individuals. Perhaps 10 or 15 have cases that would have been legitimate, but 45. Gregory Brown does not fit. He's in the wrong place, fighting for his life.

The government is counting on you to backfill, to figure out a way to cut the corners and find guilt by association from that place. But you won't. You can't. Remember the triangle.

Beyond a reasonable doubt doesn't permit you to

backfill. It won't permit you to engage in that sort of guess work, and you won't need to.

Now, I'm going to be honest with you. I like Mr. Lynch, and he knows I do. We've been dealing with each other for quite a while, but he did something yesterday that troubled the hell out of me. On three occasions he either erred or he deliberately misrepresented the evidence, and the first one was galling.

I don't know if you notice, but I take pretty careful notes. I type a lot. If it annoys you, I'm sorry.

But I got a quote from him yesterday. He told you, "There is no evidence of any dogs being sold." You are looking at your notes. You are keeping copious notes. You will be using those in deliberation. The judge will give you the instructions, and she is the arbiter of all the law in this case. You know that.

But you are the deciders of the facts. And what you heard is up to you in your memories, but I'm telling you he said, "There's no evidence of any dogs being sold." Balderdash. I'd like to say worse, but I'm not supposed to cuss.

I'm telling you the government's own witness, fellow by the name of Avante Nix, he told you I bought a dog from Gregory Brown. When I was considering becoming a breeder, I bought a dog. And he was asked what he paid for

it, and he said 3500.

And I asked him, You will confirm that's a steep discount. He goes, That's the family price, $3500 for one puppy. He admitted that he had done that. That might be the only completely true thing that Avante Nix testified to was that he bought a dog and that he paid that price.

There's another problem that I have. Let me rephrase, that you need to have, there's something else that Mr. Lynch indicated, and that was about cars. He pulled up a screen and showed you the four transactions over roughly 13 months.

And then he told you that this was Gregory Brown living large. This was prolificity. This was luxury. I'm sorry. Bullshit. It's just not true. Those four transactions, you will see them. You will get the exhibits. You can go through the applications for financing. What kingpin finances his vehicles? Doesn't pay cash?

The four times Gregory Brown went to a dealer, the first was a trade-in. He traded one car for the next. The next two vehicles that he had were totaled out. He had insurance claims, and he took the insurance information, brought that to the dealership and traded for another car.

Gregory Brown had one car throughout the entire five years of this investigation. One. Until he bought a second one for the love of his life. That's Ms. Nubia

Taylor. That's the older model Mercedes that he bought on credit with no downpayment.

A kingpin with a five, excuse me, a 780 credit score. No such thing. He's a kingpin. My butt. He's a businessman. He's an entrepreneur with a successful going concern selling dogs. And that dealer was willing to take his credit, his word, his signature, to send a car off the lot.

There wasn't four cars bought with cash. That's not what happened. It was in fact a man living his life. A young man self educated, perhaps not making the best choices toward retirement, not using money the wisest way, but he's simply trying to stay alive. He's trying to keep his business afloat.

The last instance, and I think it was just a mistake. It can't be. Mr. Lynch said there were a million pills. A million. Did you hear evidence of that from a government witness?

And remember. Special Agent Flanagan was up there. He was very thoughtful when the government was asking him questions, but when the defense had a chance at him, it got kind of difficult, didn't it? I wonder why that was, but Agent Flanagan wasn't asked to speculate or to guess or to compare and give you a figure of how many pills, but a million pills came out from Mr. Lynch without any

evidence to support it.

The next piece I will ask you to consider, a million pills, while two of the government's paid agents were participating in whatever the hell was going on, doesn't that make the government a coconspirator? They didn't shut this down.

They let it flow, or it wasn't the million pills. It was much less. How much less? Is it a hundred thousand? I don't know. 50,000? Because for Gregory Brown the number is very real. It's 29. 29 pills. That's what he was caught with. We'll talk about that and go over that in just a moment.

But there's a point at which I need the jury to understand when the government is guessing, when the government is exaggerating, when the government is offering you opinion rather than evidence, there's a point at which it is no longer silly. It is absurd. It is evidence of what is lacking, and that has been writ large in this case.

Let me talk about a real enterprise, an actual one. We're going to see photos in a moment.

There was an enterprise, and it was called Odd Frenchies. The business started out as Za Za Paws. That was Gregory's first effort. But when he shifted in 2021 to breeding French bulldogs, we'll see those in a minute, he started a company called Odd Frenchies.

Odd Frenchies had a website. Odd Frenchies had marketing. It's confirmed by the government's witnesses. They encountered it. They tried to diminish it, tried to say it was nothing, maybe said no dogs were ever sold.

If we can pull up DD7? Thank you, Tom. I appreciate it.

I'm going to try to handle technology, and it's not my strong suit. I'm sorry.

DD7 is important, ladies and gentlemen. There was an indication that Gregory had no brand, that Gregory had no real legitimate business.

If there's a way to blow this up, I appreciate it you. Otherwise we will live with it the way it is.

But on the left breast of this white polo is the logo for Odd Frenchies. That is the sort of branding that finds its way to the website. That is the sort of thing that dog buyers can purchase themselves to remember where they got their dog. It's how the brand gross. It's how the company becomes a legitimate concern over time.

This is DD7. And I'm not getting a response pushing down. Oh, I'm sorry. There we go. I got it. I stumble in it every now and then.

Next exhibit here is DD8, Defense Exhibit 8. This is important. This shows what the business looked like with success. These are three puppies that Gregory Brown has

created. They are just at the point of weaning. It could be eight weeks. It might be ten. It depends on that particular litter and the details that Gregory's been able to discover with the DNA.

These are the puppies that are ready for sale. This is a photograph that would be on the website and would indicate to potential buyers this is the success of his business.

Next photograph is Defense Exhibit 9. This is another photograph that was made for the website. This is Gregory and a particularly gorgeous pup.

Now there's something about this. You heard a great deal of testimony about Gregory Brown buying things that maybe shouldn't have, having a fancy watch, a fancy vehicle. This is a Jeep. He's got the watch on.

Well, what is the purpose for the photograph like this or living that lifestyle? It is showing the people that will buy your dogs that you are successful, that you are legitimate. There's nothing illegal about any of the purchases that he made.

There's nothing illegal, but the government wants to diminish his character in the way that they did. They want to attack him because they've got a narrative they've got to sell. This ridiculous concept of the Highs. That's in Texas. He's not in North Minneapolis.

Next exhibit is DD9 -- excuse me -- DD10. From my mind, this is the most important photograph I can show you. This is graduation day from the Master Breeder Academy. This is a program that cost an exorbitant amount of money. It took a great deal of time to complete. This program represented Gregory's commit to breeding.

He wasn't just in a backyard. He's not just throwing two dogs together and seeing what happens. He's not doing that. He's figuring out how to do it scientifically with technology superiority. You are going to see in a moment what that meant, the blood draws, the ultrasound.

I am going to show you that, but this picture and the joy on his face, he's in the back, would indicate his devotion to this industry. This was what he intended to do for his life.

Next Exhibit DD11 is what it looks like when a happy buyer is leaving his property. That puppy is now part of her family. This is the purpose in becoming a breeder.

Next exhibit indicates that this is another photograph of the website. This is Greg and his stud dog Hendrix preparing for another litter. This is another indication of why he does this. This is a photo of a future champion.

If you see, the point is the ears. The point is

the stance. The point is the coloration. The point is the dog's discipline. This is a dog that's going to compete. This is a dog that's goal is Westminster.

Now I'll been honest. I don't know anything about that. It's about as far as what I do with my Cocker Spaniels as it could be. But the breeders, this is the point. That's why they track so carefully. That's why they work so closely together for character and traits. That photo is a future champion, if you are lucky.

DD14, to give you an idea of how this works, this is Pam. This photograph would be on the website. The lettering off to the right-hand corner indicates her name, but most importantly the DNA information that Greg was able to being extract from a blood and a plasma check.

This indicates what this dog will do as a breeder if that's what is planned. It will give you a sense of behavior, and it's a proof point of the health of the dog. Many of these dogs, many of the dogs of this breed, can have health issues. That's fairly common.

What Gregory's trying to do is say, this dog has been weaned correctly. This dog has been loved and cared for. This is what we are. This is our product.

Next photo is my favorite. This is Gina. I love the pink in her ears. Again, you have got the lettering and the information there to verify what is likely if Ms. Gina

becomes a breeder.

DD16, this was called the prom photo. And again, some folks might indicate that Gregory was struggling, that he didn't have a real business. It's on his logo right there, Odd Frenchies. The sweatshirts were for sale. They are sold out.

The two dogs with him, you will see this is Ms. Nubia Taylor, the love of Gregory's life. She traveled with him from Minneapolis to Houston. She brought her son and her mother. She is with Gina, and Gregory is with Pam.

This is no kingpin. This is a man who's advertising his business. He learned that logos will be vital. He learned that gear would be necessary as his business card.

Along with the dogs, he sends that sweatshirt out. Along with the dogs, he makes sure that his website is up to speed. He's trying to get repeat business. He's trying to get referrals. He's a legitimate entrepreneur.

DD17. This is very important. This is Love. I don't love that name, but this is a Merle dog. M-E-R-L-E.

She doesn't care for me.

The unique coloring here is very, very important. This is the type of dog that can draw the highest fee from a buyer. Might be as much as $20,000. The point for this dog is to say, I can show you the DNA. I can show you the two

parent dogs, what their coloring was, because if you want to capture this dog, this is the most wanted color for a French bulldog. If that's your goal, Greg can provide. That's his point. He's very serious about this business.

You remember you might have heard Greg is down to two dogs. There was some mocking reference by one of the government's witnesses. And Schommer talked about he's down to two dogs. These are the two. He's down to two breeders. That's a male and a female. He's getting ready to not artificially inseminate in this instance, but the old-fashion way, but he was mocked for it. It's ridiculous.

Now we're on the scientific aspects, and this is very important. I want folks to focus in with me, although it may be a little difficult to see.

What we see in DD19, this is 24 hours after a litter has been born. Gregory spent the entire 24 hours listening to music, but paying attention because the mother dog often will roll over on one or more of the puppies and suffocate it.

He's got to keep the puppies completely separate. The most important thing he's doing right here is helping the puppies to nurse. The suckling has to come fairly quickly, and it has to be successful or he will end up with runts. You will end up with challenges.

He ended up -- this is the size of a typical

litter. He ended getting every single one of these dogs successfully to nurture. He ended with up a successful litter to sell after this.

The next picture is going to indicate for you. This is Defense DD20. Sometimes when the puppies are suckling, they will suckle so hard they will pull milk into their lungs. If that milk is left there, they will drown.

Gregory has found that is the issue with one of the puppies. He's pulling the milk out himself. The technology he's using, he got that from the master breeder program. It cost him time, effort and commitment, and he engaged in all of that.

DD21. This is probably -- this is the last picture, I promise, and then I will just yammer at you. But DD21, this is important. This is his dam. This is a mother dog, and he's checking her to see if she's ready with respect to ovulation.

He's got her with his hand on her, and what he is doing is taking blood out. The blood sample that he gets out, he's going to put in a device that's on the center of the screen. That is going to be sent to centrifuge. That is going to spin to separate the blood from the plasma.

As the plasma comes to the top, he's going to take a syringe, pull the plasma out. He is going to put that into this orange machine. That orange machine is going to

tell him what level of ovulation that she's already at, so it will give him that. So is it today? Is it a week from now, or is it maybe tomorrow? They are down to the hour to is specify the safest time to ovulate.

Once that is finished, he's then going to go over and utilize the microscope that he's got there. And I got to look at my notes for this. The microscope is necessary for cytology. C-Y-T-O-L-O-G-Y. Cytology is from the American Kennel Club, which he's a member.

That's for semen present for confidence in the breeding for the sperm count. So he's going to check her blood there for ovulation, but when he got a semen sample, he's got to check that under that same microscope. That is necessary prior to any shipping as he's growing his network.

The last machine off to the very right is an ultrasound. He's going to use that with his mom to make sure that her womb is ready to be inseminated. It is incredibly technologically sound. It is incredibly specific. It is expensive, and it's a commitment.

That is not a kingpin, ladies and gentlemen. That is an entrepreneur. That is a man self-educated, lifting himself as high and as hard as he can, as fast as he can, out of any of those options, any of the lifestyle that cost him 2021, an arrest, but no charges.

We'll talk about that. He's a dog breeder, and he

knows that this level of technology and this level of devotion will pay dividends.

Ladies and gentlemen, now we're going to discuss what the government did not prove because it cannot prove. I'm going to take you back to the bricks and mortar.

All four of my colleagues talked about beyond a reasonable doubt. It is not just the highest standard in the law. It is the standard for a love interest in your life. It is the standard for the most important decisions that you would make. That burden beyond a reasonable doubt is not mine. It's not Gregory's.

And I'll be honest. In 30 years of doing this, the best example I've ever seen was by my colleague Mr. Calhoun-Lopez. He said, Put that on me. He jumped in with it. I've never heard it said so correctly. And he knows that's the only way this works. These folks have to carry that burden.

They are honorable people. They are wrong, but they are honorable. But Mr. Calhoun-Lopez said, Give it to us. It's their burden, and it's that standard beyond a reasonable doubt on not just general evidence. Every single element of the two counts that are charged in this case.

Every element must be proven to that standard, and it simply wasn't. Gregory Brown is not guilty based on that burden, based on the evidence that you saw.

Mr. Wold and Mr. Engh, they are always more eloquent than I am on the presumption. I will let you remember that.

You promised. You took an oath to do something unusual. And Ms. Turner talked about the bias video that you saw. It's all of a piece.

You have to have looked at these men, Gregory Brown especially, and said I don't judge by the fact that you are in this courtroom, that you have your name on this indictment. I don't judge that fact. I put that out of my mind, the same as you would if you saw someone arrested on the nightly news.

The same as you have to. Probably there's one friend who says, I have never -- how do you prove him guilty? Can't presume guilt. Cannot. And you swore. You assume nothing when you presume innocence, and you judge cautiously and carefully.

As to that burden you certainly, you've seen a mountain of evidence. We talked today about all the exhibits. Worked very hard to make sure we agree on everything that you are going to get back in the jury room, but in Gregory Brown's case, sound and fury signify nothing. He's simply not there. In many cases, physically not there.

I want you to remember Lieutenant Lepinski, and this was brought up yesterday. Mr. Engh verified. Lepinski

said, "We call them the Highs." That's a quote. "We call them the Highs." There was one indication that the Highs have existed since 2010. That means in 2010 Sergeant Schroeder and Lieutenant Lepinski and others like them said, just call them the Highs.

I don't want to figure out Taliban, Dipset. Just call them the Highs. They're on the high side. Whatever 5, 7, 10, whatever group of friends that we call a clique or that might call themselves a clique we'll just call them the Highs. Don't bite. Ignore it. Reject it.

On the RICO count with no Highs, your work is done. Is there a tie via proof to Gregory Brown and drugs? There's one. In 2021 at 12:30 in the afternoon on his way to work, he worked six days in a row, 11-hour shifts.

You've got the records. They're in your evidence. The records indicate he was getting overtime for the past 40 hours. Past 35 he got overtime. Minnesota is a pretty blessed state for that. But he was working those six shifts in a row into 2:00 in the morning for $23 an hour.

The company's called UNFI. U-N-F-I. That is a contractor that works with SuperValu to staff and take care of the grocery stores, take care of the trucks coming in and going out. It is heavy work. It is hard physical labor.

Gregory Brown was suffering from pain, and he bought himself some fentanyl. Pretty easily available,

according to the government. But he had 29, 29. What does that weigh? It's roughly 15 grams. Remember that. 15 grams. 29 fentanyl pills. No money, no baggies, no scale, no firearm.

He was pulled over in South Minneapolis on his way to Golden Valley, not north, not a place, not in the Lows. He was in South Minneapolis on his way to work, misidentified as another man named Brown, not a brown person, but another man named Brown.

Four police cars with guns drawn. Looks like overkill, but how did Gregory Brown react? Not like a kingpin. He didn't drive away. He didn't run up on the sidewalk. He put his hand where they could see them, and he immediately complied. He answered every single question.

He showed them his hat. You can see it in the video. He's on his way to work. And want to hear the crazy part? He made it to work. He didn't get charged because he wasn't the person they were looking for, and they didn't find a gun.

What they found was one small bag of fentanyl tucked into a pocket in the backseat. Why would he do that? A, he doesn't want anybody to run across it. And, B, that's his. That's for his use. He's not selling anything. There was no indication of a sale. There's no charge. There's no evidence. 29 pills. It's not a conspiracy. But that's all

you saw of Gregory Brown. Mr. Brown simply went back to work.

Past that arrest, what do you have? Snitches. Complicated area, and you folks have to be the ones to determine if any of that testimony matters from Avante Nix and Jovan Knight. One of them, Mr. Nix, admitted to you. He actually corrected me. I called him a paid liar, and he chose the term professional liar.

Why? From 2018, from the time he was 15 years old, he was drawing cash. And if you think the only money he received was from the receipts of the ten grand, you are kidding yourself. He admitted to me it was closer to 50,000.

The incentive for Mr. Nix to set up his friends or set up others that might have cash on them is enormous. The fact that he had a handler who was willing to let him continue to do whatever he felt like doing, shooting at people, selling drugs, living the life of a gangster, they aided and abetted and left him to his devices.

What does that mean? How credible is that? It isn't. And never could be. Avante Nix testified at length, but I want -- I need your, I need your honest assessment. How many packages did you see Gregory Brown handling? That would be zero.

How many large scale drug arrests or other arrests

have you seen over this six-year period? That would be zero. No evidence of any of that because it didn't happen. No weapons. No violence. Nothing.

You saw photos of a Deandrae Poe, the self-service kiosks. Pretty amazing what the Postal Service can pull up. You saw them handling those boxes and sending them out to addresses. You got great detail on all of the flights.

But how many of those show a picture of Gregory Brown? Zero. He never did it. How many of those packages were intercepted and brought into court? Zero.

So you just have to take the word of two liars and a whole bunch of motivated cops who made up the Highs to say that's your kingpin. I expect more. I'm hoping you do as well. In fact, I trust that you demand more. Proof.

The other thing that I thought was kind of interesting that someone who is technologically useless, the CAST testimony, the guy at that came in and talked about I think it was cellular analysis and then I lost track. But it's pretty amazing. They can tell where you are when you send a text message.

They can see where you physically are within 25 meters when you receive a phone call. It's amazing, and they did that work based on one of the cases because there was a heavy need for it. There was a homicide. Well, there was a death anyway.

I will tell you this: What did you hear about Greg Brown's phone? How many text messages did you see around those shipments? Again, zero. He's not directing anybody. He's not controlling anybody. He's not conspiring at all. He's not involved. Gregory Brown is a ghost to this conspiracy, if it existed.

There is no coordination. There are no Facebook messages to or from Gregory. There's nothing.

Now, thinking about Avante Nix, he told us he's desperate to go home. He told Schroeder, I'm going home. He told his handler that. He's been selling himself to you and me.

It's our dime that he's taking that money. That money belongs to us, to the citizens of the state of Minnesota, and much of that money, a significant portion of that money that was recovered went to him to support his lies, to support hi criminal conduct. That's not proof, folks. That is self service, and it's useless.

It's certainly not an enterprise with coordinated efforts, with a structure, with hierarchy, all the things the government says they don't have to prove, make it a conspiracy, make it an enterprise. That's crazy. None of those things are there, because that's not what happened.

YNTs, Taliban, Dipset, every one of those witnesses told you, I'm in my group. I work with my group.

I sometimes compete with those groups. That's not RICO. That's not Highs.

Now, the government certainly showed you the three rap videos, four rap videos, that Gregory Brown among the others that he created. And they ran some of the lyrics past. I want to take your attention to Instruction 27.

Again, I, my friends said it better than I could, don't take my word for it. Everything about the instructions comes from Her Honor, but I'm going to do my best to give you a sense of what that means for Gregory Brown.

I've reworded it lightly. Okay. Number 27 is the First Amendment. Number 27 is freedom of expression. It is freedom of association. And the crazy thing is, you are the guardian. It is your responsibility, because the government throwing that net out, they run right past that.

In a case like this, it is particularly vital that you remember that an artistic expression, even sometimes a threat itself, is protected conduct without more. Let me read you this language now.

Regarding those rap videos: In this trial evidence has been introduced of Gregory Brown engaging in a rap video and associative activities, such as attending a funeral. Such activities without more do not themselves constitute criminal racketeering activity.

That is the exit from this case for Gregory Brown. Those rap videos may be offensive to you. They may use language you didn't care for. They may have subject matter that is somewhat problematic for you. It's art. It's been found as art by the United States Supreme Court over and over.

It is art. It is protected. There were no threats, and very, very violently no one ever in those videos referenced one another as a High. There's no H. There's no 8. There's no Highs. He talked about YNT. He's got an EMB on his shirt.

Those are his friends. That is his childhood. That is not RICO. That instruction is not questionable. It's not complicated. It's absolutely clear.

Please remember. I told you in the opening that as a result of all the activity that was going on, frankly the number of murders, Gregory decided, I'm not safe. Nobody up here is safe. I'm going to Houston, and he did.

Took his daughter. Took his new love, her son and mom and set up a life in Houston, and he was on his way. He was clear of this.

While he was there, he had to sit on house arrest in part because of some probation matters here, in part because of a matter he ran into in Texas. That house arrest, which is very common in Texas, I will tell you what

it means.

You can't fly. You can't swing home. You can't leave the state of Texas. You can't leave two miles from your house unless it's for work, church or school. That's it. So that's a kingpin. Nope, it's not. It's not.

I want you to think back now one more item I got to cover. Agent Roman Hernandez of the IRS, probably the most willing to answer questions for a defense attorney. I appreciated that. But he took you through five years of tax returns, and Mr. Lynch brought them up and went over those with you.

What the hell was that about? There's no claim of fraud. There's no tax count. What are we looking at his taxes for? And it's amazing. I will tell you something that they didn't point out. I asked the question. Mr. Lynch passed that.

Not $1 was sent to Gregory Brown or anyone else. No money was recovered. None of your money. No returns were successful in anything other than wasting time. The 2022 return I asked the question, could this be identity theft? Hernandez said, yeah, it could be.

And why? Because no chance for a refund reaching anybody. The address was not one associated any longer with Mr. Brown. He hadn't been there for two years. It's a halfway house. They don't forward mail. That's a part of

the Hennepin County probation program. That address is not legitimate for any reason.

And the checking account that was suggested was his phone number. The phone number that someone had found online for Gregory Brown also served as the checking account number. Is that going to work? You are not going to get a payment that way.

We don't even know whether the tracking number was for the bank. We have no idea. But it wasn't going to reach Gregory Brown. Someone puts in Mondelez Global, whatever the hell that was, 85,000 even as his income with a $45,000 -- ridiculous.

There's no evidence that Gregory Brown had anything to do with that. The previous return that he submitted had a one indicating he didn't have any income. Didn't get a refund. That's that.

It's character assassination, ladies and gentlemen. It's backfill. It's begging you to do the work with shortcuts and get around beyond a reasonable doubt and to forget the presumption of innocence. When you add it up, he's not here. He's not involved.

One more person I'm going to have to talk about. The government called a witness and had him under oath, and that fellow's name was Jovan Knight. Now I don't need to do anything more than what Mr. Rivers did. The letter that he

wrote to his father was stunning.

I can't trust that you will remember it. It was a different day. I'm going to read that. The letter that he sent his, father -- first of all, he came in here, and he was asked, Were you nervous?

He said, At first I was. I was nervous. It was a hard job turning on my family and friends. And then he said, This ain't that hard. And that matches up. That matches up with the letter.

He told you he was here to give his time. Jovan, JoJo, ws giving his time away. He was looking at life, but a long prison sentence, that ain't for him. Nope. He wanted years off his term. Years off. And he told his father, I got a way.

This was Exhibit DD3, Defense Exhibit 3. "The thing that stresses me out the most is the shit a motherfucker can do to earn their freedom." He's talking about the effort to be creative enough to sell a story to police. He didn't realize they're willing buyers. They're on board.

I believe Mr. Wold or -- Mr. Wold used the phase he was auditioning. And that's exactly right. In his audition, the government doesn't know that he's sending a letter to his father with a further line, and this is priceless. "I don't know a lot of Ns in this case, but it

ain't shit to make something up and blame an N."

No, it ain't, Mr. Knight. Real easy. And you did it. You pointed at everybody, but yourself.

For the first time over several statements, over a year of time, Jovan Knight comes in here and goes, yeah, Greg Knight -- or excuse me -- Gregory Brown, he's an MVP. He's an all-star.

Okay. He's trying to sell his time. He's trying to transfer it to someone else. Don't let him, because it's ridiculous. It is not credible.

And I'll remind you one last time. You swore to Gregory Brown and these men that you would presume them innocent unless and until you would hold them through the entire trial. We talked about, you have to wait till the end. We are there, very close. Now's the time to find, it's not proven, not proved.

You swore to presume Gregory Brown innocent, and he remains that way. And when you see this verdict form, he's the last one listed. On the very first page, there's a blank spot for you folks. Your option is one word or two. Not guilty. You put that here. That's done.

You flip over one side to Count 3, and you consider whether he was a conspirator for drugs. That's easier. Not guilty. And Gregory Brown returns to his life.

For that justice, Gregory Brown puts his faith in

each of you, and I do too.

Thank you.

THE COURT: Thank you, counsel.

Government, rebuttal. Mr. Calhoun-Lopez.

MR. CALHOUN-LOPEZ: Good morning, ladies and gentlemen.

The defense attorneys in this case stood up and talked a great deal about cooperators. They hurled a lot of invectives. They pounded the table. I lost track of how many times they used the word "snitches."

Well, ladies and gentlemen, we didn't choose Avante Nix and Jovan Knight. The defendants did. And if they don't like them now, well then they should have picked somebody else to enter a conspiracy with. They should have picked somebody else to be in a criminal enterprise, build on drug trafficking, build on gang warfare, build on shootings.

Ladies and gentlemen, you don't have to like Avante Nix or Jovan Knight. They have committed serious crimes. They will face responsibility for those crimes. They will soon stand in front of Judge Brasel, and they will be held accountable.

But now it's time for the defendants to be held accountable for their actions as well. These defendants have trafficked dangerous drugs, and they have gotten rich

doing so. They have shed human blood, and they have taken human life, and now they must be held accountable.

My colleague Ms. Baumel said at the start of trial, you can't expect a tour of hell to be guided by angels. Ladies and gentlemen, this case is about the underworld, the underworld of the Highs street gang. And you don't have to like Avante Nix or Jovan Knight, but you can trust them about that world.

They were the only ones who could take you on a tour of the underworld because they are the ones who know it, because they are the ones who live it. They trafficked drugs alongside these defendants. They went to war alongside these defendants.

They shot their enemies alongside these defendants. You probably all heard the expression it takes a thief to catch a thief. Well, in this case it takes a gangster to catch a gangster.

Special Agent Flanagan from the BCA, that big guy who testified at the end of trial here, he said it best. Cooperating defendants are not altar boys. That was a great way to put it. But they are an indispensable part of investigating conspiracies, conspiracies that operate in clandestine, in secrecy.

But ladies and gentlemen, you don't have to take Avante Nix's and Jovan Knight's word for it, because every

single thing that they said was corroborated. Their testimony was not only corroborated. It was can credible, and it was compelling. It takes a gangster to shed light on the underworld, the light of the law, the light of truth, a light where the defendants cannot hide.

You heard from people who know in this case. That's not unusual in a trial. If this was about medical malpractice, you'd be hearing a lot of doctors and nurses. If it were about baseball, about major league baseball, you would be hearing from first basemen and umpires.

This is a case about a street gang that ruled North Minneapolis through power and money and violence. And so you heard the testimony of gangsters.

You heard a lot of argument about the idea that there is no such thing as the Highs. That was repeated over and over again. There's no such thinking as the Highs.

Well, with all due respect to my defense counsel colleagues, tell that to the people who live in North Minneapolis. The Highs exist, ladies and gentlemen. So does the war that the Highs are in with the Lows. It's real to the victims of that war, on both sides, the Highs and the Lows, as well as the innocent people who have been caught in the crossfire.

Avante Nix knows it. Jovan Knight knows it. The cops know it, and the agents know it. And now, ladies and

gentlemen, you know it. The Highs control that area north of Broadway. It's an enterprise made up of smaller cliques, YNT, Emerson Murder Boys, FreeShotz, Sayless, Black Mob.

Now these defense attorneys stood up, and they told you what they think the testimony of Avante Nix and Jovan Knight was. But don't take their word for it. The attorneys don't control what the evidence was or what the testimony was, just like I don't.

You are the ones who heard the testimony. And you're recollection controls. And I say that because I disagree with how the defense attorneys recalled that testimony. And I say that respectfully because these are some of the very best defense attorneys in this state, but I think they got it wrong.

Both Avante Nix and Jovan Knight were clear as crystal that the Highs exist. Mr. Wold said Jovan Knight said, We don't use the word "Highs." It's quite the opposite, ladies and gentlemen. Jovan Knight said, We call ourselves the Highs. Mr. Engh said that Jovan Knight testified that everyone is doing their own thing on Broadway and Lyndale. That's not what Jovan Knight said.

Jovan Knight said only the Highs can sell in Highs territory. If someone else comes in, he gets chased off. If somebody from the Lows come in, he gets beaten or more likely killed. That's control of gang territory.

There was one memorable exchange between Mr. Wold and Mr. Nix, Avante Nix, that I'm sure you recall. And let's talk about Avante Nix for just a moment.

He's a very young man, just out of his 20s, just into his 20s, I should say, and probably younger even than that, if that makes sense. In other words, the maturity, he hasn't had the opportunities that we have had.

He's unsophisticated. He's lived a very chaotic life. And he was being cross-examined by one of the very best lawyers practicing in this district. And Avante Nix got frustrated. That can be an uncomfortable seat, especially for a young man who has been in trouble for most of his life and who is now doing the hardest thing he has ever done in his young life: Turn his back on his own gang.

Attorneys are very good at asking hard questions, putting witnesses on the defensive. And at one point Avante Nix lost his cool. And I'm sure you remember this. He was sparring with Mr. Wold. And there wasn't even a question. Mr. Wold was collecting his thoughts, preparing himself, and Avante Nix couldn't contain himself.

He said finally, You are trying to make it look like the Highs ain't a thing. It's very much a thing. It was a simple truth, ladies and gentlemen. He couldn't contain it. And it resonated.

The same is true about Lieutenant Lepinski's

testimony. You remember Lieutenant Lepinski. He was the one who found and arrested Josiah Taylor with the gun and the drugs in that standoff outside the SUV.

And the defense argued, well, Lepinski admitted that the Highs is a neighborhood. That's grossly out of context. I asked Lieutenant Lepinski, So is it a neighborhood, or is it a gang, or is it both? And of course he answered, Both. Of course he did.

Most gangs are in a geographical territory. That only makes sense. They have territory, and they need to protect it. Special Agent Flanagan told you, but you already knew.

It's self-evident.

There was another exchange between Mr. Nix, Avante Nix, and Mr. Wold, and Mr. Wold was saying, well, you didn't mention the Highs with Sergeant Schroeder. You had this interview with Sergeant Schroeder, and you never once used the word "Highs."

And again Avante Nix, out of nowhere, made a very simple truth. He said, There's no need to talk about it. He knows it and I know it. It's self-evident. This is the underworld of North Minneapolis. And now, ladies and gentlemen, you know it.

I'd like to take a moment to talk about enterprise. It's not a complicated concept. And the court

will instruct you about it.

There are lots of enterprises. One example is the NBA. That's a legal enterprise. It's a group of people joined together for the purpose of engaging in a common course of conduct. The NBA qualifies. And they have subgroups. Teams. The Minnesota Timberwolves, the LA Lakers.

It wouldn't make any sense to say I'm not part of the NBA. I'm part of the Timberwolves, because it's one and the same thing. It's a subgroup. If you are part of the Timberwolves, you are part of the NBA.

In fact, every Timberwolf is.

The same thing goes with these cliques. If you are part of YNT, then you are part of the Highs. If you are part of Emerson Murder Boys, then you are part of the Highs.

Mr. Rivers argued, well, they call it EMB, not HEMB. They don't call it Highs Emerson Murder Boys. Well, we call the team the Timberwolves. They don't call them the NBA Timberwolves. By Mr. Rivers' logic, well, the Timberwolves aren't part of the NBA; if they were, they would be called the NBA Timberwolves. Well, that doesn't make any sense.

And there can be competition among an enterprise. In fact there is competition in the NBA obviously. The teams are trying to outdo each other. They are trying to

win the championship, but the NBA still exists. It still has a common purpose. It is still an enterprise.

And what if two players in the NBA get into a fight? Well, that's not uncommon. A fight broke out just recently. Probably heard about it if you follow basketball, between the Detroit Pistons and the Minnesota Timberwolves, right on the court there. Does that mean there is no such thing as the NBA? Of course not.

And that's true even if the fight takes place off court. What if two players get into a fight in a bar over something personal, a perceived slight, a bet, a woman. It doesn't mean there's no such thinking as the NBA. There still is of course because enterprises are made of human beings.

And human beings get into personal fights, just like members of families can. And it happens with the Highs too. Jovan Knight told you. Fights can take place within the Highs, even violence, over women, over money. It's still an enterprise. It's still the Highs.

Now the court will instruct you that, and you will get this in written instructions, so you don't need to take notes about this. It can get a little wordy.

An association-in-fact enterprise need not have a hierarchical structure or a chain of command. Decisions may be made on an ad hoc, depending on the situation, basis and

by any number of methods including by consensus or show of strength.

Members of the group need not have fixed roles. Different members may perform different roles at different times. This is just, this is, this is describing the Highs enterprise.

The group need not have a name, regular meetings, dues, established rules and regulations, disciplinary procedures or induction or initiation ceremonies. While the group must function as a continuing unit and remain in existence long enough to pursue a course of conduct, an enterprise's associates may engage in spurts of activity punctuated by periods of inactivity.

An enterprise is not limited to groups whose crimes are sophisticated, diverse, complex or unique.

Ladies and gentlemen, that's the Highs in a nutshell. This is a street gang. They don't have formal sign-ins. They don't keep minutes of meetings, but they work together. They have joined together for the common purpose of engaging in a common course of conduct.

They traffic drugs together. They slide together. They protect their territory, and they shoot and kill their enemies.

You will be instructed that the government must also prove that the association had a structure distinct

from that necessary to conduct the pattern of racketeering activity. Don't let that instruction confuse you. There is a structure here to the Highs. There are roles. There are shooters.

There are the people who ship the fentanyl, either on their person, like in that flight on Ronnell Lockhart, or ship it over the mail. They ship it from Arizona to Phoenix, or excuse me, to Minnesota.

And there are the street level dealers.

There is coordinated activity within the Highs. These drug traffickers are working together to move from Arizona to Minnesota. And there are coordinated shootings.

Mr. Wold said something interesting during his closing argument. He said, There was no meeting after Prince Martin's death. You heard a lot about Prince Martin, that very, very senior, very respected member of YNT. Mr. Wold said, There was no meeting after Prince Martin's death.

But that's not true.

There was exactly a meeting after Prince Martin's death. And everyone attended. It was like a Highs summit. And all the different cliques showed up. There was a 25 in Mylar balloon. You can't quite see it in this picture, but a 25 in Mylar balloons right outside the gas station in memorial.

Josiah Taylor was there. There he is in that red box. So was Trevaun Robinson. Different cliques, but they were there to pay their respects to a leader of the Highs.

And in that, in that memorial, in that Winner Gas Station summit, the plan was made for four men to murder Darryl Wells in retaliation, in Lows territory. And the couriers were YNT, and Black Mob, different cliques working together to slide on the Lows to get revenge.

It was the start of those bloody weeks. This is among the events that kicked off those murders we've been talking about throughout this trial.

The instructions don't require that there are hand signs for an enterprise, but we have them here. YNT is the most senior clique of the Highs, and Mr. Lynch my colleague showed you that litany of photographs. I won't show it again, but a litany of photographs from people from all the different cliques throwing up the Y.

They are paying tribute to the first clique, the one that started it all. YNT, FreeShotz, EMB, Sayless, Black Mob, it's all the Highs. It's one and the same. They all throw up the Y. They all display 25. They all drop the L. They all say die LZZZ.

Why would they do that if there was no such thing as the Highs or the Lows? Dropping the L and saying die LZZZ wouldn't make any sense.

Now the defense attorneys all said, well, the cooperating defendants have been coached to say this or that. But there was an interesting exchange between Mr. Adkins and -- there was an interesting exchange between Mr. Adkins and Jovan Knight.

Mr. Adkins told him you were told that we, that the defense attorneys were going to tell you that there was no such thing as the Highs. You were told that we were going to, that we were going to tell you that. And Jovan Knight said, no, I already knew that.

And Mr. Adkins says, How did you know?

And Jovan Knight said, Because that was going to be my defense.

Every once in a while in trial there's a great moment like that. Nobody told him what to say. He took that stand, and he told you what life is like in the Highs gang.

The court will also instruct you on multiple conspiracies. The court will instruct you that the defendants are charged with RICO conspiracy, all of them, and then defendants Taylor, Robinson, Banks and Brown are also charged in a drug conspiracy.

And the court will instruct you for both conspiracy counts, the government must prove beyond a reasonable doubt that each defendant was a member of that

particular conspiracy. In other words, being a member of one doesn't necessarily mean that you are a member of the other. Each conspiracy has to be proved.

Well, again, ladies and gentlemen, don't let that instruction trip you up. The evidence shows that the Highs is both a RICO conspiracy and a drug trafficking conspiracy. Drug trafficking is part of the Highs RICO conspiracy. So those charged defendants committed both conspiracies.

The defense said during closing arguments, well, there's no evidence that they share money. Well, take a look at page 40 of Government Exhibit A94. This is a Facebook from defendant Gregory Brown. It's from his Odd Frenchies account.

And there's one text. It says, Hey, bro. This Josiah baby mom. He was wondering if you could send him a couple of dollars.

And Gregory Brown responds, I know the feeling of even having to reach out. I'll be in touch. Give me a second.

And just in case there is any doubt, this is Josiah Taylor we're talking about. There's a follow-on. Hey, Joker said what up? Did you forget about him?

Joker is Josiah Taylor's nickname, street name.

And Gregory Brown said, Nah. What's your number? I'm going make something happen today.

Now, ladies and gentlemen, the defense attorneys talked about founding fathers properly. I'm going to talk about a different historical figure. I'm going to mention Abraham Lincoln. You probably know that Abe Lincoln, in addition to being a president, had been a lawyer. And he had argued and debated for much of his life.

And he once said something kind of funny. He had, If you call a tail a leg, how many legs does a dog have? Well, the answer is four because calling a tail a leg doesn't make it so.

The defendants in effect are saying, well, if you disregard all the testimony, if you disregard the evidence, the cooperators' testimony, and you forget about the coordinated activity, you don't look at the drug trafficking or the associations, you don't look at the rap videos or the hand signs, you forget about the jewelry and the admissions, if you don't count any of that, maybe there's no such thing as the Highs. Maybe it's only a neighborhood.

But saying there's no such thing as the Highs doesn't make it so.

I'd like to talk a little bit about Tyreese Giles now. The evidence proved that he shot and killed Darien Berry outside that marketplace in Lows territory. And you can watch the commission of the crime. It's right there on video.

Tyreese Giles sneaks up addressed in black. He's got his hood up. He's ready to slide. This is a combat operation. And he sees Darien Berry talking with a group of men. Darien Berry's back is turned, and Tyreese Giles fires. The bullet goes through Darien Berry's back through his chest and punctured his lung.

And there's no real question. There's Darien Berry holding his chest. He's been fatally wounded. He's dying. He doesn't know it, but he is.

And then Tyreese Giles comes up, tries to finish it off. Gets returning fire, and you can see him shot. He falls right there. There's no question that Tyreese Giles is the shooter, because they both showed up to the Hennepin County Medical Center at nearly the exact same time.

Recall the testimony about ShotSpotter. Those were the only shots the entire time frame. These, you are looking here at the participants of a gun fight, a gun fight where Tyreese Giles tried to ambush and murder and succeeded in murdering Darien Berry.

He's also wearing the clothes he was wearing when he shot Darien Berry. So the who is clear. This is Tyreese Giles. The why is also clear. Why did he do it?

To avenge the death, the murder, of Highs member Jaylen Salter. My colleague Mr. Lynch went over text messages. There is one that is particularly telling.

Somebody write, For Munna, for Jaylen Salter, for Munna, slide again. And what does Tyreese Giles say, Again and again.

This, ladies and gentlemen, is the cycle of violence in a nutshell. The Lows kill Highs, and the Highs strike back again and again. This text tells you everything you need to know about Tyreese Giles. He's telling you clearly his commitment to that cycle of violence.

And Tyreese Giles is not just a shooter. He's also involved in drug trafficking. Recall that he was caught with marijuana and methamphetamine in a traffic stop.

Recall that he was caught with $6,000 leaving a house where more than two kilograms of fentanyl had just been delivered to Calvin Wright, a large scale Highs trafficker.

Let's talk about Josiah Taylor. The evidence showed that Josiah Taylor shot and killed Harvey Williams. There's video evidence. But Josiah Taylor also admitted it to Avante Nix.

Now, again, the defense attorneys have made it clear what they think of Avante Nix and Jovan Knight, but it's your job to assess their credibility. Their testimony was credible. And more importantly, it was corroborated.

Avante Nix testified that Jovan Knight told him that Jovan Knight {sic} killed Harvey Williams.

Now Mr. Wold was critical about the lack of details, but that's actually one of the reasons why you can believe Avante Nix's testimony, because if he were really willing to say anything, if he were really willing to make up a story and try to impress the prosecution, he would have come up with a better story.

When did he tell you this? We were in a McDonald's parking lot in a car last summer. He didn't say that because that wouldn't have been true. He didn't remember where he was when Josiah Taylor told him that. Avante Nix did his best. He told you what he remembered.

There was one point during Avante Nix's testimony, he was talking I believe to Mr. Wold, and again he's frustrated, and Mr. Wold kept asking him, what are the rules? What are the rules of the Highs? And finally Nix again just said, if a Highs is killed, you slide. If you make money, you support the gang.

Two simple sentences, simple but powerful. That's a summation of the Highs code in just a few words. That's the code of the streets. That's the code of a violent street gang.

And again, the defense kept saying that he snitched people out, but these were shooters and murderers he's talking about. This is how cases are made. This is how communities are protected. There is nothing wrong with

providing information about drug traffickers and shooters and killers.

And if he got money for it, it's only because that money was verified and because he provided that verified information on members of the Highs. And he could do that because he was a member of the Highs. But again, the video of Avante Nix's testimony corroborates that testimony.

Josiah Taylor stalked Harvey Williams. He followed him. He followed Harvey Williams in his car. And when he went passed him he fired those shots.

(Audio recording played)

MR. CALHOUN-LOPEZ: That is the sound of Harvey Williams being murdered. That is the sound of Josiah Taylor shooting Harvey Williams to death.

And you've seen this before, but that's the Lincoln Navigator, that one that Josiah Taylor had borrowed from Rockstar Auto just after shooting Harvey Williams in the Monte Carlo.

(Video recording played)

MR. CALHOUN-LOPEZ: It's a simple and common sense event. Harvey Williams was at a football game. He saw a gang enemy. He saw someone on the Highs hit list, and he killed him.

There's an expression in medical schools. When you hear the sound of hoof beats, don't think zebra. And

what it means is, if you are confronted with a series of facts, look for the simple explanation. Don't try to think of something exotic because usually the simplest answer, the most straightforward answer, is the one that's true.

Mr. Wold said, well, maybe the vehicle was driving westbound. Maybe it wasn't somebody who passed Harvey Williams. Maybe it was somebody who was oncoming. But look at this video again. Watch the car, the shooting car, as it drives through, as it drives past right here.

(Video recording played)

MR. CALHOUN-LOPEZ: That's the shooting car that just went through that intersection. He didn't even hesitate at that stop sign. He drove right through it. Have you ever blown through a stoplight, a stop sign like that in your life?

Think about how dangerous it would be. Your heart would be in your throat if you were to just shoot through an intersection that has a stop sign. But Josiah Taylor did it, because he had to get out of there, because he had just shot a man to death.

Ladies and gentlemen, that's the car that fired those shots. That's Josiah Taylor's Lincoln Navigator. Aha, Mr. Wold said, but when he turned it into Rockstar the next day, there were no shell casings. There was no evidence of the shooting.

Well, ladies and gentlemen, Josiah Taylor is not dumb. He got rid of the evidence before he turned it back in the next day.

Now Mr. Wold had a lot of criticism about the investigation here, but if you look at it, Sergeant Jensen did a good job. He worked his street informants. He got leads. He collected evidence. He pulled the videos that he could find from this night. He saw that Navigator stalk Harvey Williams from the football game.

He realized he had identified the shooter. He got records from the vehicle. He learned it had been lent to Josiah Taylor. That is police work. And Sergeant Jensen was fair and consistent throughout his testimony.

Mr. Wold told that you Sergeant Jensen said Navigator on the stand but he had written SUV in his reports, but recall the redirect that Mr. Lynch did. Sergeant Jensen referred to it as a Navigator in his report no fewer than 13 times.

I'm going to ask you to think back to voir dire when we had that brief exchange about circumstantial evidence and direct evidence. I made the point that direct evidence is things you can see with your own eyes. You see it raining, you know it rained.

Circumstantial evidence is something different. Circumstantial evidence is going to bed at night. The

streets are dry. Waking up the next morning, the streets are wet. Your lawn is wet. Your roof is wet. You know it rained last night. It's circumstantial evidence technically. The law calls it evidence that gives rise to a reasonable inference. That's just a fancy way of saying it's common sense.

Well, ladies and gentlemen, most of us have been to a child sporting event, maybe your kids' track meet. Maybe your nephew's football game. Have you ever sat in a car without watching anything, any part of the game or the practice?

Have you ever gone to one of those things and not dropped a kid off, not done anything but sit in your car? Josiah Taylor did. He did it because Josiah Taylor lost interest in that game, in that practice, as soon as he saw Harvey Williams, a man he considered his enemy.

Recall what Jovan Knight said. At one point somebody asked him, he had shot at a man named Bird, and they asked him, Why did you shoot at Bird? Jovan Knight said, Because he's the Lows. That's all. That's the code of this gang war. That's the code of the Highs enterprise.

And it's why Josiah Taylor shot Harvey Williams when he saw him, because Harvey Williams was a wanted man. Jovan Knight had his picture, had Harvey Williams' picture in his phone. Why did Jovan Knight have Harvey Williams'

picture in his phone?

Because he knew he was wanted by the Highs. He was on the hit list, and he wanted to recognize him if he saw him. The way Jovan Knight put it is, It's never a bad idea to do your homework. He wanted to be able to recognize him so that he could shoot him.

And when Josiah Taylor recognized Harvey Williams, he shot him. And now Harvey Williams is dead. Because look at the scene, ladies and gentlemen, it's a massacre. This is not random violence. This is warfare with automatic weapons. This is the work of the Highs.

And who was angry with Harvey Williams? Josiah Taylor was. Listen to Government Exhibit 58 here. This is a call that Josiah Taylor made.

(Audio recording played)

MR. CALHOUN-LOPEZ: He was angry at Harvey Williams. Harvey Williams had called the ops on him when he was at Applebee's. He had a score to settle. All of the Highs did.

Mr. Wold stood up and said, Well, let's talk about all the times Josiah Taylor didn't have a gun. Well, ladies, that's not the standard. Josiah Taylor had a gun when it counted, and he used it to murder Harvey Williams.

Josiah Taylor is not just a shooter. He is also a drug trafficker. And we talked about the Oxycodone at the

airport. There was also that arrest in North Minneapolis, and this was just blocks away from Broadway and Lyndale.

And at the start of the arrest, when police approached, he tried to flee. Mr. Wold sort of made it sound like a Sunday drive. He just drove a few feet. No. He crashed his car.

He couldn't get away because he had crashed into another car and wedged his vehicle between a building and a light post, and he was stuck. And why did he flee and crash? Because he knew he had guns, a gun and drugs. The law calls it consciousness of guilt, and again, really it's just common sense.

(Video recording played)

MR. CALHOUN-LOPEZ: And when that didn't work, when he knew he was stuck, Josiah Taylor tried to hide the evidence. You recall what Lieutenant Lepinski said. He saw movement throughout the back. He warned his team about it when they were searching so they would look carefully, because Lieutenant Lepinski knew exactly what Josiah Taylor was doing. He was hiding his gun and drugs.

Now there's no doubt that this is Josiah Taylor's drugs. Josiah Taylor admits that. He has to. The drugs were also found in Josiah Taylor' buttocks at the jail.

But there was also no doubt that this is his gun. His fingerprint was found on the magazine.

Now, we got Josiah Taylor's fingerprint on the magazine. We also have Matthew Robinson's DNA on the gun as well. Of course, there was because the Highs share guns. That's exactly what Jovan Knight said.

Josiah Taylor shared his gun with Matthew Robinson, a Highs member known as Matt Lord. This is the same Matt Lord who was at the football game where Harvey Williams was killed.

Ladies and gentlemen, the fact that Matt Lord's DNA is on this gun is evidence of the conspiracy.

Now Mr. Wold argues, well, this was only Matt Lord's gun, but that account doesn't make any sense.

The drugs are Josiah Taylor's, and he admits that. And the gun and the drugs were found together. So is it that Josiah Taylor stored his drugs and then Matt Lord stored his gun? That doesn't make any sense.

Josiah Taylor stored both his drugs and his gun while the police were closing in.

Mr. Wold said that Matt Lord climbed out of the back where the drug and -- drugs and gun was found, but take a look at the video. He gets out of the red car, not the back of Josiah Taylor's car. He crawls out from the front into the front seat of the red minivan, because it's wedged in like that and he can't get out any other way.

(Video recording played)

MR. CALHOUN-LOPEZ: That's Matt Lord getting out of that red car.

Josiah Taylor was trafficking drugs, and he had a gun to protect himself and his drugs. He possessed a firearm in furtherance of drug trafficking, and he did so as part of his membership in the Highs.

Josiah Taylor is a shooter and a drug trafficker. He is all in. Avante Nix said that he sold at Winner Gas Station, along with Highs member Randy Tate.

MR. WOLD: Objection. Mischaracterization of any evidence in this case.

THE COURT: The jury will recall the evidence themselves.

MR. CALHOUN-LOPEZ: And Josiah Taylor's wearing that necklace. He's a member of FreeShotz, but he's got that Booway necklace. He's got the 25 for the Y, the senior clique of the Highs, and he's got a crown over that.

And, again, this is corroborated. Recall that Avante Nix was working for Gregory Brown, and they had a falling out, so Avante Nix and Gregory Brown have a falling out. Gregory Brown moves on to Clinton Brown, a new guy, and there's that phone call: You are sloppy. You are talking too much. You are talking about my business.

So he moved on from Clinton Brown too. Who took Clinton Brown's phone? Josiah Taylor did. That's the phone

he had on him when he killed Harvey Williams.

Let's talk about Trevaun Robinson. Trevaun Robinson was arrested by the police with 95 fentanyl pills. And, ladies and gentlemen, this is clearly for distribution. It's that packaged tear-off bag, just like the fentanyl that William Banks had in his car, just like the Oxycodone that Josiah Taylor had in his car in his buttocks, just like the fentanyl that Gregory Brown had in his car, just like the fentanyl that Montez Brown had in his car and his residence.

This is not personal use, ladies and gentlemen. You heard Special Agent Flanagan. 22 pills would be more than a user amount, because you and I might buy groceries for a week, just to be ready for the week, but drug users don't. They buy enough to get them through the day. That's the life of a drug addict.

Trevaun Robinson had 95 pills. It's not for personal use. It's to sell on Broadway. He also had a gun. And remember what Hannah Whitfield, the lady in the car, said. As soon as he was pulled over, she approached Officer Hickey, and she said that's not my gun. Of course it's not.

It's Trevaun Robinson's gun. He used it to protect himself and his bag of fentanyl.

You will have as a defense exhibit Trevaun Robinson's medical records. And I'm going to ask you to look at page 39 of those records, because it says the

following: "Patient uses Percocet three or four tabs per day, snorted and ingested. Rarely uses fentanyl. Tries to get real ones."

Ladies and gentlemen, he doesn't use fentanyl. He sells it, just like his coconspirators.

I'd like to take a moment to comment briefly about Mr. Engh's arguments. Mr. Engh is a very distinguished lawyer, but there is an expression among lawyers. If you have the facts on your side, argue the facts. If you have the law on your side, argue the law. And if you don't have either the facts or the law, then pound on the table as hard as you can.

Well, that's exactly what Mr. Engh did.

He said the police were complicit. Ladies and gentlemen, the police are not complicit in these crimes. The police are not responsible for the violent acts of Trevaun Robinson or Josiah Taylor or Tyreese Giles. They are not responsible for the drug trafficking of Gregory Brown or William Banks.

These defendants cannot blame the cops. They cannot blame the cooperators. It's not Sergeant Schroeder's fault that these crimes happened. The defendants are to blame. They are responsible for their actions.

And on the note of Mr. Engh's presentation, apparently he doesn't like Special Agent Flanagan. He

called him a bearded braggadocios punk. Well, ladies and gentlemen, Special Agent Flanagan doesn't need me to defend him, but I will, because he's not a punk, and anybody who says it should take it back.

He's a hard working civil servant. He's also an extremely experienced and knowledgeable drug investigator. The defendants claim, well, he wasn't very helpful when I was asking him questions. Well, consider the questions that they asked him.

At one point Mr. Engh asked him, If somebody lies isn't the relationship tainted? Special Agent Flanagan had a hard time answering that question. What do you mean "tainted"? It's in the a clear question.

I'd like to talk a moment about the First Amendment, because the First Amendment is a precious thing. It is one of the most important rights of our great democracy, but the First Amendment doesn't give you a right to conspire with a violent street gang, and it doesn't give you the right to shoot and kill your enemies.

These defendants are not on trial for their free expression. They are on trial for their membership and their crimes in a violent criminal enterprise. And the raps and the hand signs and the gatherings, those aren't crimes, but they are evidence.

They are evidence of crimes, evidence of

association with each other and with the Highs street gang. And by the way, these videos are not artistic expression. They are trolling. They are taunting their enemies about past victims and future violence. They are a way for the Highs to intimidate the Lows.

I'd like to talk about that shooting downtown following Boosie's murder. And again, I'll ask you to use reason and common sense when you evaluate this evidence because there's Trevaun Robinson on the right, wearing that jersey.

And there's the shooter on the left, Deandrae Whitfield. And look how he's pushing him. Lock at how Trevaun Robinson pushes the shooter to shoot. This teenager doesn't want to do it. Robinson is pushing him, literally pushing him.

Anybody who is the parent of a teenager or who cares for a teenager knows exactly what is happening here. Go on. Go. Do it.

And Mara Gomez-Velazquez was caught in the crossfire.

And then there was the shooting at Merwin's where a fender-bender turned into those shots fired.

(Video recording played)

MR. CALHOUN-LOPEZ: Ladies and gentlemen, this shows Trevaun Robinson's possession of firearms. Mr. Engh

said it shows that he's a hothead. Those were the words that Mr. Engh used. He's a hothead. This shouldn't have happened.

Well, with all due respect that's not good enough. He's not a hothead. A hothead is the guy who honks his horn when the car in front of him doesn't move fast enough at a green light. This is shocking.

It shows that Trevaun Robinson believes he is untouchable on Broadway. It shows that he is in his territory, the territory of the Highs. He can shoot and nearly kill someone over a fender-bender with impunity.

Let's talk about William Banks. Like any organization, the Highs has roles. Think about Target. Target has a CEO. It has a CFO. It has all those senior executives, but it also has the mid level managers, and it also has the people who are working the cash registers.

The Highs has roles too. We talked about those shooters, those shippers and those drug traffickers. William Banks is a street level dealer. And the court will instruct you that an enterprise may be operated, not just by upper management, but also by lower rung participants in the enterprise who are under the direction of upper management.

Ms. Turner is right. There are no flights to Arizona, like Gregory Brown. There are no huge bags of fentanyl seized from William Banks, like Gregory Brown's

couriers. There are no tattoos, like Trevaun Robinson. No necklaces, like Josiah Taylor. No shootings that William Banks committed, like Tyreese Giles or Trevaun Robinson or Josiah Taylor, and no luxury items, like Gregory Brown, because William Banks is a street level dealer.

That fentanyl that's brought in by the Highs from Arizona, that gets broken down into those smaller bindles. And William Banks and other street level dealers like him are the ones who sell those pills on Broadway.

You heard it before. You've heard it throughout this trial. Broadway is Highs territory. No one but the Highs can sell there. You heard from Special Agent Duong. She's known William Banks for years. She knows he's a member of the YNT.

And when William Banks is selling on Broadway, he doesn't need a gun on him. He's in Highs territory. He's protected. He's surrounded by people with guns.

You heard both Avante Nix and Jovan Knight say that William Banks sells with the Highs at Boost Mobile. And again, that's corroborated. Review those exhibits. I won't show them to you again, but review those exhibits.

MS. TURNER: Objection. Arguing facts not in evidence.

THE COURT: The jury will recall the evidence themselves.

MR. CALHOUN-LOPEZ: And to be clear, I'm talking about the evidence you have, so this is evidence you will be able to review. Review that evidence that's been admitted, and review the countless photos of him throwing up the Y, dropping the L, with Prince Martin, at Boost Mobile, at the 4th Street Saloon, that Highs hangout.

Ms. Turner said, well, maybe the, maybe the drugs he was selling, marijuana he was selling, maybe it was for personal use. It wasn't for personal use. He was selling it. He admitted it.

(Video recording played)

MR. CALHOUN-LOPEZ: And you heard Jovan Knight testify that the gang went from marijuana to fentanyl in about 2020. And that's exactly what William Banks did. He moved to fentanyl, because of the profits that could be made there.

Recall Detective Googins' surveillance over here on Broadway and Lyndale. You can watch drug deals take place before your very eyes. And there you can actually see the pills in that customer's hands.

And when the detectives arrested William Banks, they confirmed it. Fentanyl. He had, he had all those pills in his car, all those pills on his person. He had a bundle of cash on him as well.

Ms. Turner made a point of saying it twice. Well,

this is 35 grams of fentanyl. That's all. Just 35 grams of fentanyl. She kept saying it. This is important. She said write it down. 35 grams of fentanyl.

Well, ladies and gentlemen, that's a lot of fentanyl. It's more than zero grams, so it's too much fentanyl. It's a total of 257 pills when you add up the pills in his car and the pills on his person. And that doesn't count all the pills he sold before he was arrested.

And this was not an unusual day for him. The evidence proves that he is a drug trafficker. Look at those text messages. Where you at? Hittin my stain, my drug customer a Wendy's. How much can I get for $80? 16 fentanyl pills.

He's moving fentanyl pills, and he knows his coconspirators are moving a lot more fentanyl. And as a coconspirator, he is responsible for all of it.

I do agree with Ms. Turner about one thing. North Minneapolis deserves better. Citizens should be able to shop and go for walks without seeing these open air drug markets, without worrying that they or their loved ones are going to be hit by a stray bullet. And that's why we are here.

Let's talk finally about Gregory Brown. Gregory Brown is the most successful drug trafficker in this case. He is sophisticated, and he is intelligent, and he got rich

trafficking fentanyl. He did not get rich selling dogs.

Look at that sign, ladies and gentlemen. It reads, "French bulldogs for sale." It looks like it is written with a Sharpie and stuck in the ground in front of his house. That's his marketing plan.

You heard the evidence, his business was not going very well.

(Audio recording played)

MR. CALHOUN-LOPEZ: He was having problems. He wasn't getting enough of a return on his investment. I ain't gonna lie, bro. I got too much invested with not enough return.

And yet he's able to afford all of these luxury items. Those are Louboutin shoes he's wearing. They are famous for their red soles. Those frames cost $7,000.

He's wearing a Louis Vuitton bag strapped across his chest. He bought matching his and hers Rolex watches covered in diamonds. And he bought those four cars, a Dodge, the two Jeeps, including a Trackhawk, a very luxury package, and a Mercedes Benz.

I don't say that to diminish Mr. Brown's character. He can buy whatever he wants, but where did the cash come from? Where did he get the cash to start this business, because his last income was April 1st of 2021. So how did he even get this dog business started up?

Ladies and gentlemen, they claim that all this is the proceeds of a dog business. That story doesn't add up, and I mean that literally. The numbers don't match the tax filings. He's saying that he didn't make any money through this business.

Mr. Adkins said, well, maybe he's the victim of identity theft. Well, that doesn't make any sense. That's not a reasonable way to look at this evidence. It's not plausible, and it's not reasonable.

He has those connections to Arizona. He's flying back and forth from Phoenix to bring fentanyl back. He goes multiple times to Phoenix in July, August, September, October, November, December, January, March, April, May, September and October. Multiple trips. Sometimes for hours on the ground.

Now Phoenix is a very nice place to visit, but it is also a source state for fentanyl, and he's also going back, if you look at those flight records, back and forth from Texas.

And Avante Nix testified that every time he would go, they would bring back 50,000 pills. And that's how Mr. Lynch got to his number of a million, because 50,000 for all these flights is a lot of pills.

He's bringing back fentanyl in these flights, back to Minnesota, that went to distributors within the Highs

that was broken down and sold on the streets in Minneapolis.

Recall the traffickers that he used. Clinton Brown, Avante Nix. He used different cliques within the Highs. He used people from Sayless. He used people from EMB. He used people from YNT because he could, because they're all the Highs.

And sometimes as the overseer, as the one in charge, he got mad at the people working for him because they weren't as smart and as good at this as he was. They were getting sloppy. He tells Clinton Brown, You are talking too much. Don't talk about my business.

There's a call at A222 where he says, You are talking too much. Don't talk about my business.

He's not talking about his dog business, ladies and gentlemen, because there he would say, yeah, share it. Like me on Facebook or whatever it is people do. No. He tells Clinton Brown, You are talking too much. Don't talk about my business.

He's not talking about his dog business. He's talking about his other business, his real business, his drug business.

And the 29 pills that he was arrested with, I do think it's funny, ladies and gentlemen, that all of a sudden when these defendants are caught they all of a sudden become drug addicts. Well, that's not reasonable, ladies and

gentlemen, because look at this man.

Does he look like a drug addict? He is too sophisticated. He's to savvy. He is too put together for that. He's a businessman, and his business is selling drugs.

I'm going to close, ladies and gentlemen. I appreciate your patience. I know you've been sitting for a long time. I would like to close with just a quick story. We all like to tell personal stories up here. I will take my time.

When I was a kid, my dad used to read to me, and he would, one of the books he read was Robinson Crusoe. I don't know if you have ever read that book or if you know the story, but it's an about a sailor who is shipwrecked on a desert island, and he's alone. For a long time he's alone.

Years he spends alone on this deserted island. And then one day he is out walking on the sand, and he sees footprints there in the sand. And he's so overwhelmed that he faints.

Ask yourselves: Why did he faint? He didn't see a person. He didn't see another person, another human being there walking, but he saw marks on the ground that his reason and common sense showed him that he was no longer alone on this island.

It's circumstantial evidence, but it was real, and it was clear, and it was compelling. It was reason and common sense. And reason and common sense tell you everything you need to know about this case.

The court will instruct you, you may use reason and common sense to draw conclusions from the facts which have been established in this case.

Ladies and gentlemen, we check a lot of things when we come into federal court. You have to put your bags through the conveyer belts. You will have to check your cell phones when you go in and deliberate. But one thing you never ever leave behind is your common sense. It's what we depend on you for.

These defendants have ruled North Minneapolis through money and power and violence. They have trafficked dangerous drugs. They have shed human blood and taken human life, all on behalf of a violent criminal enterprise.

But here in this courtroom the Highs have no power. Here justice and the rule of law prevail. And when you return to that deliberation room, I ask you to return the only verdict that the evidence supports and that justice demands, a verdict of guilty.

Thank you.

THE COURT: Thank you, counsel.

We are going to combine our morning break with our

lunch break.

When you come back, I'll instruct you on the law, and then you will go to the jury room for deliberations. So you will return at 12:30.

Thank you.

All rise for the jury.

11:10 a.m.

(End of requested excerpt)

* * *

I, Renee A. Rogge, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Certified by: /s/Renee A. Rogge
Renee A. Rogge, RMR-CRR