# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 23-cr-160 (NEB/JFD) |
| v. | Date: January 13, 2026 |
| WILLIAM JOHNSON (21), | Courthouse: Minneapolis |
| | Courtroom: 13W |
| Defendant. | Court Reporter: Renee Rogge |
| | Time Commenced: 9:05 a.m. – 10:40 a.m. |
| | 11:00 a.m. – 11:50 a.m. |
| | 1:35 p.m. – 2:30 p.m. |
| | 2:45 p.m. – 4:00 p.m. |
| | Time in Court: 4 hours and 35 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

**APPEARANCES:**
  Plaintiff:    Brian Lynch and Albania Concepcion, Assistant U.S. Attorneys
  Defendant:    Manvir Atwal and Daniel Huddleston, Assistant Federal Defenders

**PROCEEDINGS:**

Trial Proceedings:
- ☒ Jury Trial - Begun (Trial Day 2)
- ☒ Government Witnesses: Sergeant David Ligneel, Officer Michael Grahn, and Officer Donnell Crayton
- ☒ Jury Trial continued to January 14, 2026 at 9:30 a.m.

Date: January 13, 2026                                                         s/KW
                                            Signature of Courtroom Deputy to Judge Nancy E. Brasel